# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION

| | |
|---|---|
| Neighborhood Networks Publishing, Inc. and N2 Franchising, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>Jacqueline Marie Lyles and Lifestyle Publications, LLC,<br><br>                Defendants. | Case No. 7:19-CV-89<br><br>State of North Carolina<br><br>Superior Court of New Hanover County<br>Case No. 19-CVS-001474<br><br>**SUPPLEMENTAL REMOVAL COVER SHEET** |

## Section A – Plaintiffs

List the full name of each plaintiff from the state court action and indicate whether the plaintiff is pending (i.e., in case currently), dismissed, or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination.

| Full Name of Plaintiff | Pending at time of removal – Yes/No? | Dismissed or terminated? Yes/No? | Date of Dismissal or Termination |
|---|---|---|---|
| Neighborhood Networks Publishing, Inc. | Pending | No | NA |
| N2 Franchising, LLC | Pending | No | NA |

## Section B—Defendants

List the full name of each defendant from the state court action and indicate whether the defendant is pending, dismissed or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination. If known, indicate if and when each defendant was served with process and whether the defendant joins in the removal.

| Full Name | Pending at | Dismissed | Has defendant | If served | Does the |
|---|---|---|---|---|---|

| of Defendant | time of removal? Yes/No? | or terminated? Yes/No? (If yes, state date of termination) | been served with process? Yes/No/Unknown? | with process, date of service? | defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| Lifestyle Publication, LLC | Yes | No | Yes | 4/25/19 | Yes |
| Jacqueline Marie Lyles | Yes | No | No | NA | Yes |

**Section C—Removal pursuant to 28 U.S.C. § 1442(d)(1)**

Is only part of the state court action being removed pursuant to 28 U.S.C. § 1442(d)(1)?

Yes _____ **No XX**

If "Yes," specify what portion of the state court action is being removed, and then proceed to the signature page. If "No," proceed to Section D.

**Section D—Pending State Court Motions as of Date of Removal**

Is there currently a temporary restraining order or preliminary injunction in place in this action from state court?

**Yes  XX**_____  No _____

List every known motion pending at the time of removal. Indicate the name of the filer, the date of filing, whether the motion has a supporting memorandum, and whether the motion is time sensitive, such as a motion for preliminary injunction.

| Title of Pending Motion | Name of Filer | Date of Filing | Memorandum – Yes/No? | Time sensitive? Yes/No? |
|---|---|---|---|---|
| Verified Complaint and Motions for Temporary Restraining Order and Preliminary Injunction | Plaintiffs | 4-23-19 | No | Yes |

## Section E—Scheduled State Court Hearings as of Date of Removal

| Date and Time of Hearing | Hearing Type | Assigned State Court Judge |
|---|---|---|
| May 6, 2019 at 10 a.m. | Motion for Preliminary Injunction | Assigned Presiding Judge |

RESPECTFULLY SUBMITTED this 3rd day of May, 2019.

By: /s/ Amy P. Hunt

Amy P. Hunt (34166)
**HORACK, TALLEY, PHARR & LOWNDES, P.A.**
2600 One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28202-6006
Telephone: (704) 377-2500
Facsimile: (704) 714-7935
E-mail: AHunt@horacktalley.com

Sean W. Colligan (18138)
**STINSON LLP**
1201 Walnut Street
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
E-mail: sean.colligan@stinson.com

Lonnie J. Williams, Jr. (pro hac vice forthcoming)
Carrie M. Francis (pro hac vice forthcoming)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Telephone: (602) 279-1600
Facsimile: (602) 240-6925
Email:  lonnie.williams@stinson.com
         carrie.francis@stinson.com

Attorneys for Lifestyle Publications, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and as Plaintiffs' counsel is not yet a registered ECF user for this matter, I sent a copy by U.S. Mail and email of this same filing to:

Alexander C. Dale
Christopher S. Edwards
Ward and Smith, P.A.
P.O. Box 7068
Wilmington, NC 28406-7068
acd@wardandsmith.com
csedwards@wardandsmith.com

　　　　　　　　　　　　　　　　　　　　／s／　Amy P. Hunt

5
CORE/9991000.2953/152321127.1    Case 7:19-cv-00089-BO    Document 1-2    Filed 05/03/19    Page 5 of 5