| | |
|---|---|
| **STATE OF NORTH CAROLINA**<br><br>**COUNTY OF NEW HANOVER**<br><br>Neighborhood Networks Publishing, Inc. and N2 Franchising, LLC,<br>　　　　　　　　Plaintiffs,<br>v.<br>Jacqueline Marie Lyles and Lifestyle Publications, LLC,<br>　　　　　　　　Defendants. | **GENERAL COURT OF JUSTICE**<br>**SUPERIOR COURT DIVISION**<br>**FILE NO. 19-CVS-001474**<br><br>**NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION** |

　　　　PLEASE TAKE NOTICE that, on May 3, 2019, Defendant Lifestyle Publications, LLC ("Defendant") filed a Notice of Removal of Civil Action in the United States District Court for the Eastern District North Carolina, Southern Division, which completes the removal of this action pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453. In compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal filed in federal court (without exhibits) is attached hereto as **Exhibit A**. With Defendant having taken all steps to effect removal of this case, pursuant to 28 U.S.C. § 1446(d), the filing and service of this Notice effects the removal of this action and stays any further proceedings in connection therewith in the General Court of Justice, Superior Court Division, State of North Carolina, County of New Hanover, unless and until the case is remanded.

　　　　RESPECTFULLY SUBMITTED this 3rd day of May, 2019.

/s/ Amy P. Hunt

Amy P. Hunt (34166)
**HORACK, TALLEY, PHARR & LOWNDES, P.A.**
2600 One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28202-6006
Telephone: (704) 377-2500
Facsimile: (704) 714-7935
E-mail: AHunt@horacktalley.com

Sean W. Colligan (18138)
**STINSON LLP**
1201 Walnut Street
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
E-mail: sean.colligan@stinson.com

Lonnie J. Williams, Jr. (pro hac vice forthcoming)
Carrie M. Francis (pro hac vice forthcoming)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Telephone: (602) 279-1600
Facsimile: (602) 240-6925
Email: lonnie.williams@stinson.com
carrie.francis@stinson.com

Attorneys for Lifestyle Publications, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I caused the foregoing document to be sent via U.S. Mail and e-mail to the following:

Alexander C. Dale
Christopher S. Edwards
Ward and Smith, P.A.
P.O. Box 7068
Wilmington, NC 28406-7068
acd@wardandsmith.com
csedwards@wardandsmith.com


                                                     /s/   Amy P. Hunt

# EXHIBIT A