IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-00089-BO

| | |
|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, LLC and N2 FRANCHISING, LLC,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS, LLC,<br>　　　　Defendants. | **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

Plaintiffs Neighborhood Networks Publishing, LLC ("N2 Publishing"), and N2 Franchising, LLC ("N2 Franchising," collectively with N2 Publishing, "N2") and Defendant Jacqueline Marie Lyles ("Lyles") have reached an agreement as to the appropriate disposition of this matter and submit this Joint Motion for Entry of Consent Judgment and Preliminary Injunction Order under Federal Rule of Civil Procedure 54(b).

In support of this Motion, Plaintiffs and Defendant Lyles show the Court that:

　　1.　　Plaintiffs filed the Complaint on April 23, 2019, in the North Carolina General Court of Justice, Superior Court Division, for New Hanover County.

　　2.　　On May 3, 2019, Defendant Lifestyle Publications, LLC ("Lifestyle") removed this action to this Court under 28 U.S.C. § 1446. (D.E. 1). Lifestyle answered the Complaint on May 16, 2019. (D.E. 5).

3. On June 5, 2019, Defendant Lyles filed a Motion to Dismiss or Stay and to Compel Arbitration, seeking to compel arbitration of all claims alleged in the lawsuit against Lyles. (D.E. 10).

4. On October 22, 2019, Defendant Lyles filed a Consent Motion to Withdraw her Motion to Dismiss or Stay and to Compel Arbitration. (D.E. 30). In this Motion, Defendant Lyles asked for permission to withdraw her Motion to Dismiss or Stay and to Compel Arbitration and to replace that Motion with one made under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

5. On October 30, 2019, the Court entered an Order allowing the Plaintiffs and Defendant Lyles' Consent Motion to Withdraw. (D.E. 32).

6. Since then, Plaintiffs and Defendant Lyles have agreed to certain settlement terms to fully resolve this lawsuit.

7. Plaintiffs and Defendant Lyles understand the allegations that have been made, their option of proceeding to trial, and the consequences of their decision to enter into the proposed Consent Judgment.

8. The settlement among Plaintiffs and Defendant Lyles includes an agreement by the Parties to request that this Court enter the proposed Consent Judgment and Injunction Order, attached as **Exhibit 1**.

WHEREFORE, the Parties jointly move that this Court grant this Motion and enter the proposed Consent Judgment and Injunction Order attached as Exhibit 1 to this Joint Motion.

Respectfully submitted, this the 10th day of February 2020.

/s/ *Chris S. Edwards*
Alexander C. Dale
N.C. State Bar I.D. No.: 28191
email: acd@wardandsmith.com
Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
email: csedwards@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
*Attorneys for Plaintiffs*


*/s/ Matthew Nis Leerberg*
Matthew Nis Leerberg
N.C. State Bar I.D. No.: 35406
email: mleerberg@foxrothschild.com
Jeffrey R. Whitley
N.C. State Bar I.D. No.: 46497
email: jwhitley@foxrothschild.com
Fox Rothschild, LLP
P.O. Box 27525
Raleigh, NC 27611
Telephone: 919.755.8700
Facsimile: 919.755.8800
*Attorneys for Defendant Jacqueline M. Lyles*

ND: 4822-3358-0714, v. 2