IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-89-BO

| | |
|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, INC. and N2 FRANCHISING, LLC,<br>　　　　Plaintiffs,<br><br>v.<br><br>JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS, LLC,<br>　　　　Defendants. | **INDEX OF EXHIBITS TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1. Declaration of Mike Beams

2. Affidavit of Jacqueline M. Lyles

3. Declaration of Nicole Geraghty

4. Declaration of Christine Roshto

5. Declaration of Kathryn Miyahira

6. Declaration of James Newman

7. Affidavit of MaryAnn Celardo

8. Declaration of Deland Shore

9. Affidavit of Kate Silberfeld

10. Declaration of Alexander C. Dale

11. Declaration of Michelle C. Howard