IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-89-BO

| | | |
|---|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, LLC and N2 FRANCHISING, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | **DECLARATION OF NICOLE GERAGHTY** |
| v. | ) ) | |
| JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS, LLC, | ) ) ) | |
| Defendants. | ) | |

Nicole Geraghty, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a citizen of the United States and a resident of Florida.

2.      I am over 18 years of age; I am not subject to any disability; and I am fully able and authorized to make the statements set forth in this Declaration. The evidence set forth in this Declaration is based on my personal knowledge.

3.      I am the Director of Sales Operations for N2 Franchising, Inc. f/k/a N2 Franchising, LLC (collectively, with Neighborhood Networks Publishing, Inc., "N2"), one of the plaintiffs in this matter.  I submit this Declaration in support of Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment.

4.      As N2's Director of Sales Operations, I am responsible for, among other things, leading and managing sales operations.

5.      I have been a member of N2's sales leadership team in various roles since 2014, including my current role as Director of Sales Operations.

6. Before entering sales leadership with N2, I was an Area Director with N2 for 3 years. The primary duty of an N2 Area Director is advertising sales.

7. In total, I have been in sales for N2, either as a salesperson or as a sales leader, for nearly 10 years. My total sales experience is 20 years.

8. I am familiar with and have knowledge of Lifestyle Publications LLC by virtue of it being a direct competitor of N2. Both companies own and publish neighborhood and community magazines that are mailed direct to residents of affluent communities and neighborhoods. The neighborhood and community magazine industry provides exclusive and highly valued marketing opportunities to local businesses. Both companies sell print advertising to local businesses.

9. N2's advertisers primarily consist of small and local businesses that have limited marketing budgets.

10. N2 offers and sells advertising in its publications using a franchise system.

11. N2's business model is focused on brand advertising. Brand advertising, as compared to other marketing strategies, aims to create a consistent and sustained message about an advertiser's company, as well as its products or services. Building the brand needed to make a brand advertising campaign successful requires a sustained, long-term commitment from advertisers.

12. Consistent with its focus on brand advertising, N2 typically offers advertising agreements stretching 12, 24, or 36 months. These longer-term agreements satisfy brand advertising's need for sustained exposure. Moreover, a

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 2 of 188

longer-term agreement allows for volume pricing—the longer the campaign, the lower the rate.

13. Upon information and belief, Lifestyle Publications also uses longer-term contracts of 12, 24, and 36 months.

14. N2 stores the expiration date of its various advertising agreements on N2 Portal so that the information is readily accessible to its franchisees/Area Directors. Having ready access to expiration dates keeps Area Directors informed. Keeping contract expirations and renewals top of mind is important because the best time to offer advertising to a business that it is currently on a longer-term agreement is the window of time around that agreement's expiration date. At that moment, marketing dollars are becoming available, which is the critical time to get in front a client to offer advertising opportunities and to increase the likelihood of a sale.

15. Accordingly, the expiration dates of those agreements have intrinsic commercial value and provide a competitive advantage. Knowing these expiration dates, which are not generally known or readily ascertainable through independent development or reverse engineering by N2's competitors, allows N2's Area Directors to contact N2's advertisers at advantageous times, such as when these advertisers want to renew their print advertisements.

16. That is to say, by knowing which advertising agreements expire when, a salesperson can target and prioritize which advertisers to solicit and when.

17. A local advertiser that has just started or has many months remaining under an agreement has already committed its ad spend is less likely to purchase additional advertising in any medium (e.g., print or digital). That local advertiser is especially unlikely to purchase additional advertising in the same medium.

18. Under ordinary business conditions, only a small percentage N2's advertisers request to terminate during the term of their N2 advertising agreement.

19. N2's expiration dates, pricing, and term information, both separately and collectively, is not generally known or readily ascertainable through independent development or reverse engineering by N2's competitors, and is not known outside of N2's business.

20. It would be extremely expensive and time intensive for a third party, including any of N2's competitors, to lawfully acquire information related to N2's expiration dates and pricing information. For example, although each of N2's advertisers also have access to price, term, and expiration of their advertising agreements, in practice it is difficult to get prospective advertisers on the phone or in a meeting, much less to get them to locate and share specific contract terms.

21. To fully appreciate the value and power of knowing the expiration dates of longer-term advertising agreements like those sold by N2 and Lifestyle Publications, it is helpful to understand the day-to-day and week-to-week nature of the sales role.

22.     In a typical week, an N2 Area Director might make 100 or more cold calls hoping to sell advertisements. These 100 or more cold calls may lead to 6–10 sales appointments, which may then lead to closing 1–3 sales.  Making cold calls, scheduling appointments, and traveling to and attending sales appointments is a time intensive process.  It can be tough and draining so every advantage that removes an obstacle increases the likelihood of closing a sale.

23.     By knowing which accounts are set to expire, the salesperson can avoid the typical process described above and instead focus on those businesses that are not only known advertisers, but also have marketing dollars freeing up to spend on advertising.

24.     In addition to contract expiration dates, other commercially valuable renewal information includes advertising rates and agreement term.  By knowing the rate that an advertiser has previously paid, as well as the specific advertising duration to which they have been willing to commit in the past, a salesperson can tailor their pitch and increase the likelihood of closing the sale.

25.     I am familiar with Jackie Lyles, a former N2 Area Director who assisted in the publication of *Peachtree Battle Living*.

26.     By virtue of having previously been an Area Director with N2, Jackie Lyles necessarily knew that contract expiration dates are commercially valuable and provide a competitive advantage.

27.     Ms. Lyles's sales activity while working with Lifestyle Publications demonstrates this fact.  Between March 17 and April 14, 2019, Ms. Lyles

sold or tried to sell advertisements on behalf of Lifestyle Publications to at least nine N2 advertisers.

28.     This fact is confirmed by the progress report ("Progress Report") that Ms. Lyles maintained while selling advertising for Lifestyle Publications.  The Progress Report documents the twenty-eight businesses that she solicited during the weeks of 3/17/19, 4/1/19, 4/8/19 and 4/14/19. Attached here as **Exhibit A** is a true and correct copy the Progress Report.  Also included under Exhibit A is the April 22, 2019, email to which Ms. Lyles attached the Progress Report when she emailed it to jnewmwan@lifestylepubs.com.

29.     Of the 28 businesses listed on the Progress Report, nine were N2 advertisers. Of those nine N2 advertisers, four—Cunningham Associates, Pharr Road Animal Hospital, Leslie Hindman, and Catalyst Fitness—had expired only weeks before, in February 2019. A fifth account, Hennessy Jaguar/Land Rover, was set to expire just 2 months later, in June 2019. The timing of these solicitations on behalf of Lifestyle Publications indicate that Ms. Lyles knew when those N2 accounts had expired or were set to expire, and then targeted those accounts using that knowledge.

30.     Of those five accounts that expired just before or were set to expire just after Ms. Lyles solicited them, to my knowledge Ms. Lyles was able to close one: Cunningham Associates.

31.     Attached here as **Exhibit B** is a true and correct copy the advertising agreement dated March 3, 2019, between Lifestyle Publications LLC and Cunningham Associates (the "Lifestyles/Cunningham Agreement").

32.     The Lifestyles/Cunningham Agreement documents in pertinent part that:

a.      The agreement was signed a month after Cunningham's advertising agreement with N2 expired;

b.      The agreement is for $750 per month for 36 months, for a total contract value of $27,000.00;

c.      Lifestyles Publications agreed to waive the fee to design Cunningham's advertisement; and

d.      Cunningham authorized Lifestyle Publications to charge its American Express card.

33.     N2's franchise agreements do not dictate the rate at which franchisees must offer and sell advertising.

34.     Lifestyle Publications, by contrast, sets and controls the prices at which its sales representative are allowed to sell advertising in Lifestyle Publications' magazines.

35.     Because N2's franchisees are free to set the price at which they offer and sell advertising for N2's publications, the franchisees have opportunity to experience profit or loss in the operation of their franchised business.

36.     If N2's franchisees lacked the authority to set the price, they would have less discretion to operate their franchised business and less opportunity to profit based on their performance and experience.

7

37.     Attached here as **Exhibit C** is a true and correct copy the Independent Publisher Agreement dated August 15, 2015, between Lifestyle Publications LLC and Lifestyle Publications S.E. LLC (the "Lifestyles Publisher Agreement").[1]

38.     Attached here as **Exhibit D** is a true and correct copy of the Affidavit of Deland Shore in Support of Entry of Default Judgment that Lifestyle Publications LLC filed in *Lifestyle Publications, LLC v. Harding*, No. 2:19-CV-2007-DDC-KGG (D. Kan. filed Aug. 2, 2019), a lawsuit that Lifestyle Publications brought against one of its sales representatives, Randy Harding.

39.     Mr. Shore's Affidavit, together with the documents attached thereto, show that Lifestyle Publications collects at least 12% (*see* Shore Affidavit, ¶¶ 19-20) of the total value of each advertising agreement.   Further, Mr. Shore's affidavits and the attached documents show that Lifestyle Publication collects as much as 15% of the total value of each advertising agreement.  (*See* Shore Affidavit, Ex. 1 ¶ 4(ii)).  This 15% rate is consistent with the 15% that N2 collects from its Area Directors under its franchise agreements. Mr. Shore's Affidavit refers to this percentage as the "Advertising Value" (*see* Shore Affidavit, ¶ 20) and it represents the minimum profit that Lifestyle Publications makes on each of its advertising agreement.

---

[1] I understand that Lifestyle Publications LLC provided the Lifestyle Publisher Agreement to N2's attorneys during the course of the above-captioned action, and that Lifestyle Publications LLC or its attorneys redacted Paragraphs 4 and 7(ii) of the agreement.

40. Because N2 uses the same term, which, I understand, was adopted by Lifestyle Publications, I understand that "Advertising Value" is straight profit that is taken off the top of each monthly advertising payment before Lifestyle Publications then takes out its publication expenses, such as print and shipping costs. After any other fees Lifestyle may take out, the remainder represents sales representative's commission.

41. N2 was harmed by Lifestyle Publication's use of N2's contract expiration dates and term and pricing information to target and solicit N2's current and former advertisers. Competitors calling on clients during expiration periods has a materially negative impact on the relationship and the ability for N2 to compete in a fair environment. An example of this, and one reason it's true, is that the sales process, from start to finish, can be arduous for prospective advertisers given all the decisions that must be made, such as marketing budget, ad design, ad size and placement, term commitment, which neighborhood publications to run the ad in, and so on.

42. This risk of buyer burnout, which is a common fact in both print advertising sales and sales generally, is demonstrated in the Lifestyle Publication emails related to N2's former client, Cunningham Associates, which show the amount of back-and-forth and decision making that may go into soliciting and closing a sale. Attached here as **Exhibit E** are true and correct copies of the following Lifestyle Publication emails exchanged between Jim Newman and Jackie Lyles and Cunningham Associates:

a. A March 21, 2019, email from Lyles, copying Newman, regarding Lyles's with Bob Cunningham at Cunningham Associates and pitching three stories that Cunningham wanted Lifestyles to cover; [Bates No. N2_000018]

b. A March 21, 2019, email from Lyles to Newman saying "good news – see below, but I need to answer the 36 month thing – how I do I say?" and forwarding a March 21, 2019, email from Jere Smith with Cunningham Associates stating "Bob and I want to proceed with an ad. Our only hesitation lies with the 36 month term. Can you detail the term rules for me? I remember you saying something about a $200 cancellation fee…." [Bates No. N2_000019]

c. A March 21, 2019, email response from Newman to Lyles where he drafted a detailed email for her to use in responding to Jere Smith's concerns related to the 36-month term; [Bates No. N2_000020]

d. A March 28, 2019, email from Newman to Lyles congratulating her on her "first contract" and stating "I just need you to find and send [Cunningham's] past ad to me and I will show you how we then upload for the ad design team." [Bates No. N2_000027]

e. A March 28, 2019, email from Lyles to Newman and Jere Smith forwarding an email from N2 employee Kate Silberfeld, in which Lyles wrongfully induced Ms. Silberfeld to share a copy of the advertisement that N2 had designed, and held right to, for Cunningham Associates; [Bates No. N2_000024]

f.    A March 28, 2019, email from Newman to Jere Smith at Cunningham Associates saying "It was great to see you again… Attached is the ad Jackie found that you have run in the past…."; [Bates No. N2_000026]

g.    A March 29, 2019, email from Newman to Jere Smith at Cunningham Associates discussing ad design and stating "Below is something Jackie sent from y our site to possibly incorporate with the ad you ran with her…."  [Bates No. N2_000028]

43.    Being able to help a prospective advertiser avoid an ad design fee, provides a competitive advantage and helps close sales.

44.    Lyle's Progress Report attached here as Exhibit A sets forth notes after Lyles March 21, 2019, meeting with Jere Smith at Cunningham Associates and states "I think the art cost is now bothering them[.]".

45.    Lifestyle Publications was able to avoid incurring ad design expenses by using the Cunningham ad that N2 designed and holds rights to, and help close the sale by waiving the design fee.

46.    N2 has suffered economic injury as a result of Lyles and Lifestyle Publications using the expiration dates of specific N2 customer accounts, including Cunningham, to target those accounts.

47.    N2 has suffered economic injury as a result of Lifestyle Publications using artwork created by N2—the Cunningham ad—to offer free ad design services to Cunningham.

48. The value of the N2-designed Cunningham ad, as measured by the ad design fee that N2 typically charges new advertisers, is $499.00.

49. It is difficult to provide a total and precise valuation of N2's damages that resulted from Lifestyle Publications' unfair and anti-competitive conduct described in this Declaration and N2's Verified Complaint and other matters of record.

50. In addition to $499.00 design value of the Cunningham ad, Lifestyle Publication benefited financially from its unfair and anti-competitive conduct in that it resulted in consummation of the Cunningham Associates ad agreement attached here as Exhibit B, which has and will yield profit ranging between, at a minimum, $3,240 (12% of $27,000) and $4,050 (15% of $27,000).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2020.

*Nicole M Geraghty*
Nicole M Geraghty (Jun 25, 2020 08:34 EDT)

Nicole Geraghty

ND: 4834-3149-3057, v. 1

# Declaration_Nicole Geraghty_Final

Final Audit Report                                      2020-06-25

| | |
|---|---|
| Created: | 2020-06-25 |
| By: | Matthew Davis (matthew.davis@n2pub.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAV9-_4XY77RpVZ3gnZln1tdFA_KySPbuy |

## "Declaration_Nicole Geraghty_Final" History

Document created by Matthew Davis (matthew.davis@n2pub.com)
2020-06-25 - 10:14:25 AM GMT- IP address: 104.182.49.218

Document emailed to Nicole M Geraghty (nicole.geraghty@n2pub.com) for signature
2020-06-25 - 10:14:42 AM GMT

Email viewed by Nicole M Geraghty (nicole.geraghty@n2pub.com)
2020-06-25 - 12:20:38 PM GMT- IP address: 66.249.80.157

Document e-signed by Nicole M Geraghty (nicole.geraghty@n2pub.com)
Signature Date: 2020-06-25 - 12:34:23 PM GMT - Time Source: server- IP address: 172.126.63.123

Signed document emailed to Nicole M Geraghty (nicole.geraghty@n2pub.com) and Matthew Davis (matthew.davis@n2pub.com)
2020-06-25 - 12:34:23 PM GMT

# EXHIBIT
# A

TO DATE PROGRESS REPORT ACCOMPLISHMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION

DATE OF FOLLOW UPS AND STATUS TO DATE

MONTH

**WEEK OF: 3/17/19**

| Account | Accomplishments | Follow Up |
|---|---|---|
| Mercedes Benz-Buckhead: 3/21/19 | met with Jewell. She said to contact her again in the fall (October) is when they plan for 2020. | August 2019 - for 2020 planning |
| Cunningham HVAC: 3/21/19 | met with Jere Smith. Interested in doing for 18 months - I think the art cost is now bothering them.... | Going back to see them on Thursday, 3/28 @ 9:30 |
| Verde Home: 3/21/19 | met with owner Paul. He only does is a vendor pays. American Leather wanted to try more neighborhoods/community | Would like to try to get them in May - need to give them an offer |
| Elite Smiles | met with Louise Smith. Sounded interested, then she spoke to doctor and he said they are doing enough now. | thought I'd reach out again in the summer - June 2019 |
| Buckhead Cosmetic/Family Dentistry | dropped off a note and pubs on 3/13/19 to Dr. Nia (Pharr Rd) She is in many pubs | I will call her every couple weeks. |
| CR Home (Sewell Appliance/Cambria) | spoke with Marketing, Eleanor Brooks. She said they did something awhile back - not more print now | I will reach out in early fall 2019 |
| The Lovett School | emailed back and forth with Lindsey Wohlfrom - they advertise AUG - DECEMBER | Email her end of April to have a meeting in early/mid-May 2019 |
| Doctors Anti-Aging Institut | spoke to Michael on 3/14/19. He said to call back in 60/90 days | Call again end of May - May 20th. |
| | | Jackiw Lyles |

**WEEK OF: 4/1/19**

| Account | Accomplishments | Follow Up |
|---|---|---|
| The Piedmont | Owned by SRG - will get with them. Based in CA | Check back in a couple weeks (week of 4/15) |
| Hennessy Jaguar/Land Rover | Met with Mark Hennessy just to say hello and let him know what I am up to | |
| Engels and Volkers - Ashley Battleson | Ashley was in the Chatain Park pub - said it didn't work - not ready to do another pub right now | |
| Bach Fitness - Nathan | Owner Nathan said no print right now | |
| Goodyear Buckhead - Paul Gimby | Paul was headed out of town with his wife that day so I just presented to him and he said to check back in a couple week | call or visit week of 4/15 |
| Visited car dealers on Roswell Rd: | Hendrix Toyota, Motor Cars of GA, RBM of Atl., Classic Subaru and Cadiliac, Nalley Ford | Follow up with them this week |
| Verde Home | No response to my call/email re: May :( | Follow up for the June pub. |
| Southern Stem | | |
| Holy Innocents' School | Met with Andrew - check back in a couple months for September | Check back in June for Sept. |

**WEEK OF: 4/8/19**

| Account | Accomplishments | Follow Up |
|---|---|---|
| Sante MD Wellness Center | Had an appt. on Monday - Dave was still out of town...said he'd be available week of 4/15 though no set date | Don't bug but keep on keeping on - in many pubs -opening April |
| 2U Laundry | met marketing person briefly - she said they are doing just social media but to contact in the fall for 2020 | Follow up in the fall 2019 |
| Catalyst Fitness | met with owner Bill and wife Valorie. Want to reach more in Midtown and VA Highlands | |
| Club Pilates | Has three locations now. Will think about it. A little expensive | Check back occasionally |
| Pharr Rd. Animal Hospital | Used to advertise with me. Budget for year spent. Keep in touch | Check back in the fall - |
| Integrative Wellness - stem cell | The marketing person is new and collecting info - | Check back in a couple weeks |

**WEEK OF: 4/14**

| Account | Accomplishments | Follow Up |
|---|---|---|
| Leslie Hindman | worked with in the past - new marketing person: James Smith - they are updating brand and will be in touch | checki back in a month - maybe end of month for June issues |
| Stacey Adams - Harry Norman | She works alone - assoc. broker . has lots to fix like web site. Lives in B'head but in Perimeter office | I will check in with her monthly |
| Taylor Winn / Buckhead Wealth | had appt - no show rescheduled for week of 4/21 | |
| Autter Ride - Kim Crocker | rescheduled to week of 4/21 | don't think this is for them but will reach out occasionally |
| Lowe Baumen Group - Beacham | Like the pubs - in Buckhead - Group.. Didn't want to spend so much | will reach out in fall for 2020 |
| Buckhead Life Rest. Group | Have met in the past with others - this is a junior marketing person. - no more print this year. | gonna drop by early this week and drop off new pubs.. |
| Sante MD Wellness | sent out email on Thursday morning (4/18) - didn't hear back. | |

N2_000144

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: progress report
**Date:** April 22, 2019 at 10:22 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Thanks Jackie and hope you had a great Easter.

Looks like you are presenting to around 6 prospects on average per week. Looks pretty good and make sure you focus on what we call Category 1 & 2 businesses. Those are the ones with the higher pricing and get more out of getting one or two clients from us per month.

They included relators, dentist, remodeler, plastic surgeons, any medical, interior designer and so on.

Talk later today,

Jim

> On Apr 22, 2019, at 9:19 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>
> <MONTHLY PROGRESS REPORT - Jackie Lyles.xlsx>

## Jim Newman

*Publisher*
P: 770███████
jnewman@lifestylepubs.com



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

# EXHIBIT B

# Advertising Agreement



Lifestyle
PUBLICATIONS

Date **3/28/2019**   Acct Mgr **NEWMAN**   Region **GA**   Fiscal Year **2019**

Company Name **CUNNINGHAM ASSOCIATES**   Contact **JERE SMITH**

Address **3114**   Ste ____

City/State/Zip **Atlanta, GA 30340**

E-mail ____   Website **cunninghamhvac.com**

Fax ____   Office Phone **770-**   Mobile ____

| Publication | Monthly Price | # Months | Size | Notes |
|---|---|---|---|---|
| BuckHaven | 750- | 36 | 1/2 | * may cancel ⌐ 18 months -no penalt |
| | | | | |
| | | | | |

Total sales amount **750-**

Design fee **—**

Total amount due

Monthly payment

First months payment **750**
(includes design fee if applicable)

Publication run dates: Start **APRIL, 2019**   End **MARCH, 2022**

Comments/instructions: ____
* ONE TIME FREE DESIGN
* FREE PLACMENT ONLINE DIRECTORY WITH LINK TO YOUR SITE
* BANNER AD. ($595.00 VALUE)   * company story

Birthday: **MAY / JUNE**   Company Anniversary: **DEC 1**

Payment type: ☐ Visa  ☐ Mastercard  ☒ American Express  ☐ Discover  ☐ ACH

Name on Credit Card **Jere Smith**

Card Number ____   Exp. date ____ CSV ____

Bank Name (for ACH) ____   Account # ____   Routing # ____

Billing address (if different than above) **Same**

City/State/Zip ____

Signature X ____   Date **3/28/19**
By signing, I authorize Lifestyle Publications, LLC to charge my card / initiate ACH payments for all amounts due under this Agreement.

Lifestyle
PUBLICATIONS

P.O. Box 12608 | Overland Park, KS 66282-2608 | Fax 888.599.0733

# EXHIBIT C

INDEPENDENT PUBLISHER AGREEMENT

This agreement is entered into this 5th day of _August_, 20 15 (the "Effective Date"), by Lifestyle Publications, L.L.C., a Kansas Limited Liability Company ("Lifestyle Publications"), and _Lifestyle Publications SE LLC_ ("Publisher").

RECITALS:

Lifestyle Publications operates a business that publishes magazines for residential communities ("Lifestyle Publications Magazines") and that sells advertising for those publications (the "Lifestyle Publications Publishing Business").

Lifestyle Publications uses independent sales contractors who are compensated by commission to offer Lifestyle Publications' services to residential communities and to sell advertising for company publications.

Publisher wishes to become an independent sales contractor for the Lifestyle Publications Publishing Business in the geographic area described on Exhibit "A" of this Agreement (the "Territory").

NOW, THEREFORE, in consideration of the mutual undertakings and commitments set forth in this agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.    APPOINTMENT OF PUBLISHER; EXCLUSIVITY.

(i)    Appointment of Publisher. Lifestyle Publications hereby appoints Publisher to serve as Lifestyle Publications' independent sales contractor to offer Lifestyle Publications' services and to solicit advertising for the Lifestyle Publications Magazines within the Territory, which may be expanded upon request, approval of which may be withheld at Lifestyle Publications' sole discretion. Publisher acknowledges and agrees that this Agreement only grants Publisher the right to operate as an independent sales contractor of Lifestyle Publications in the Territory. Publisher shall not actively solicit any residential community that is located outside of the Territory without Lifestyle Publications' prior written consent, which may be withheld at its sole discretion; provided, that no violation of this provision shall be deemed to have occurred where Publisher's bona fide advertising and promotional materials are found to be present outside the Territory, if the presence of such materials outside the Territory is an indirect consequence of Publisher's advertising and promotion within the Territory. Additionally, Publisher may not solicit any residential community or advertiser (regardless of whether it is located within or outside the Territory) that is already under a Publication Contract or Advertising Contract (each defined below) with Lifestyle Publications or its affiliates.

(ii)    Exclusivity. As long as Publisher is not in default under this Agreement and is in Good Standing (defined below), during the term of this Agreement, Lifestyle Publications will not grant any other independent sales contractor the right to solicit any residential community located within the Territory for a Publication Contract under the Marks (defined below).

Initials – Lifestyle    Initials – Publisher

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 20 of 188

Notwithstanding anything in this Section 1(ii) to the contrary, Publisher acknowledges and agrees that Lifestyle Publications' permitting other independent sales contractors to solicit Advertising Contracts from advertisers located within the Territory will not constitute a breach of this Agreement by Lifestyle Publications. The rights granted to Publisher under this Agreement are nonexclusive, and Lifestyle Publications and its affiliates have and retain all rights within and outside the Territory except those expressly granted to Publisher in this Section 1(ii).

2.     TERM AND RENEWAL. The term of this Agreement will begin upon full execution of this Agreement by all parties. The term shall continue until five (5) years from the Effective Date, unless sooner terminated in accordance with this Agreement. The term of this Agreement will be renewed for additional consecutive five (5) year terms, provided that Publisher has not given written notice of nonrenewal at least ninety (90) days prior to the expiration of the initial term or the applicable renewal term, and further provided that Publisher satisfies the following conditions (or any additional conditions that Lifestyle Publications may require by giving written notice to Publisher) in connection with each renewal of this Agreement:

        (i)     Publisher must not be in default of this Agreement or any other agreement with Lifestyle Publications or any of its affiliates, and Publisher must have fully and timely complied with all such agreements during their respective terms;

        (ii)     Publisher must enter into Lifestyle Publications' then current form of independent Publisher agreement which will supersede this Agreement. The terms of that agreement may differ from the terms of this Agreement, except Lifestyle Publications Cost (defined below), which shall not be changed;

        (iii)     Publisher must execute a general release of any and all claims against Lifestyle Publications, its affiliates, and the officers, directors, shareholders, partners, agents, representatives, independent contractors, servants and employees of each of them, in their corporate and individual capacities, including claims arising under this Agreement or under federal, state or local laws, rules, regulations or orders for the prior term; and

        (iv)     Publisher must comply with Lifestyle Publications' then current Publisher qualification requirements.

3.     GOOD STANDING.  In addition to Publisher's other obligations under this Agreement, at all times during the term of the agreement, Publisher must be and remain in Good Standing. For the purposes of this Agreement, "Good Standing" means (i) the total Publication Expenses (defined below) and other expenses for all Lifestyle Publications Magazines for which Publisher is responsible do not exceed the total revenue actually received by Lifestyle Publications under the Advertising Contracts for all Lifestyle Publications Magazines for which Publisher is responsible in any two (2) calendar months in a year during the term hereof and (ii) Publisher is operating in accordance with all of Lifestyle Publications' standards and procedures, including those set forth in Lifestyle Publications Administration Manual current and as amended.

Initials – Lifestyle     Initials – Publisher

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 21 of 188

4.     COMPENSATION.



5.     PUBLISHER'S DUTIES. In fulfilling Publisher's duties, Publisher understands that Lifestyle Publications is a family-friendly publication, that it upholds strict graphic and editorial standards, and that it works diligently to maintain its public image. Publisher understands and agrees that Lifestyle Publications may, at its sole discretion, reject any Publication and

Initials – Lifestyle     Initials – Publisher

Advertising Contracts (defined below) for any reason whatsoever, and that Lifestyle Publications will specifically not accept Publication and Advertising Contracts from night clubs, casinos, or adult novelty stores. In addition to those obligations described elsewhere in this Agreement, during the term of this Agreement or any renewal thereof, Publisher shall:

        (i)      Solicit contracts for Lifestyle Publications Magazines from residential communities within the Territory ("Publication Contracts") and for advertising in such Lifestyle Publications Magazines from advertisers ("Advertising Contracts") (Publication Contracts and Advertising Contracts are referred to collectively as "Publication and Advertising Contracts"), quoting only such prices and terms as are set by Lifestyle Publications (or otherwise approved by Lifestyle Publications in writing) and using the form contracts required by Lifestyle Publications. All Publication and Advertising Contracts will be between Lifestyle Publications or its affiliates and the residential community or advertiser, as applicable, and Publisher will not be a party to, or a third-party beneficiary of, any such Publication or Advertising Contract. All Publication and Advertising Contracts shall be subject to approval or rejection by Lifestyle Publications. Additionally, all fees and amounts payable under the Publication and Advertising Contracts must be paid directly to Lifestyle Publications or its designee in accordance with the terms thereof, and Publisher shall not accept any payments from any advertiser or residential community;

        (ii)     Promptly forward to Lifestyle Publications all Publication and Advertising Contracts which have been executed by the residential community or advertiser, as applicable, for review, approval, and execution by Lifestyle Publications; and

        (iii)    Diligently promote the sale of, and stimulate interest in, the Lifestyle Publications Magazines and advertising therein within the Territory.

6.      <u>INDEPENDENT CONTRACTOR STATUS</u>.

        (i)      Except as specifically provided herein, Lifestyle Publications shall not control the details, manner or means by which Publisher performs Publisher's obligations hereunder in any material respect. Publisher agrees to perform such obligations hereunder solely as an independent contractor. The parties to this Agreement recognize that this Agreement does not create any actual or apparent agency, partnership, franchise, or relationship of employer and employee between the parties. Publisher is not authorized to enter into or commit Lifestyle Publications to any agreements, except when entering into Publication and Advertising Contracts for the benefit of Lifestyle Publications, and such agreements must be within the Lifestyle Publications' guidelines for Publication and Advertising Contracts. Otherwise, the Publisher shall not represent itself as the agent or legal representative of Lifestyle Publications.

        (ii)     Except as otherwise specifically provided herein, at all times during the term of this Agreement, or any renewal thereof, Publisher shall exercise Publisher's own independent professional judgment in connection with Publisher's performance of obligations and duties arising under this Agreement.

        (iii)    Nothing contained herein or in any document executed in connection herewith, shall be construed to create an employer-employee partnership or joint venture

Initials – Lifestyle    Initials – Publisher

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 23 of 188

relationship between Lifestyle Publications and Publisher. Publisher is an independent contractor and not an employee of Lifestyle Publications or any of its subsidiaries or affiliates. The consideration set forth in Section 4 shall be the sole consideration due Publisher for the services rendered hereunder. It is understood that Lifestyle Publications will not withhold any amounts for payment of taxes from the compensation of Publisher hereunder. Lifestyle Publications shall not be liable for taxes, Worker's Compensation, unemployment insurance, employers' liability, employer's FICA, social security, withholding tax, or other taxes or withholding for or on behalf of Publisher or any other person consulted or employed by the Publisher in performing services under this Agreement. All such costs shall be Publisher's responsibility. Publisher will not represent to be or hold itself out as an employee of Lifestyle Publications and Publisher acknowledges that Publisher shall not have the right or entitlement in or to any of the pension, retirement, medical, dental, life insurance, 401(k) program, stock option plan, stock purchase plan, vacation leave, sick leave and/or holidays leave or any other benefit programs now or hereafter available to Lifestyle Publications' regular employees. Publisher shall not be entitled to any remuneration, benefits, or expenses other than as specifically provided for in this Agreement.

(iv)     Any and all sums subject to deductions, if any, required to be withheld and/or paid under any applicable state, federal or municipal laws or union or professional guild regulations shall be Publisher's sole responsibility, and Publisher shall indemnify and hold Lifestyle Publications harmless from any and all damages, claims and expenses arising out of or resulting from any claims asserted by any taxing authority as a result of or in connection with said payments.

(v)     If, notwithstanding the parties' specific intention and agreement as set forth herein, Publisher is finally adjudged to be an employee of Lifestyle Publications by a court of competent jurisdiction, then to the maximum extent permitted by applicable law, such status shall not entitle Publisher to, and Publisher specifically waives entitlement to any and all Lifestyle Publications' employee benefits, including, but not limited to, medical, dental, life insurance, 401(k) program, stock-related plans, paid leave and holidays. In the event Publisher is finally adjudged to be entitled to any of such benefits by a court of competent jurisdiction, Lifestyle Publications shall be entitled to recover from Publisher the fair market value of any such benefits if, and to the extent that, the monetary compensation payable to Publisher under this Agreement exceeds the reasonable salary, prorated for the term of this Agreement, that Publisher would have received if Publisher had actually been hired, as of the Effective Date of this Agreement, as an employee of Lifestyle Publications to do equivalent work.

(vi)     Publisher shall devote such time to the performance of Publisher's obligations and duties hereunder as is necessary for satisfactory performance; however, Publisher shall have no obligation to work any particular hours or days or any particular number of hours or days. Publisher shall determine where to conduct business and is not required to maintain a particular office or work space.

7.     <u>CONFIDENTIALITY AND NONCOMPETITION.</u>

(i)     <u>Confidentiality</u>. Publisher agrees that the Confidential Information (defined

Initials – Lifestyle     Initials – Publisher

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 24 of 188

below) is solely owned by Lifestyle Publications and this Agreement will not grant to Publisher any rights in or to the Confidential Information. Publisher further agrees that the use or duplication of any of the Confidential Information in any other business would constitute an unfair method of competition. Publisher acknowledges that Lifestyle Publications desires to maintain the confidentiality of the Confidential Information and is making such information available to the Publisher for use only in connection with acting as an independent sales contractor of Lifestyle Publications under the terms and conditions of this Agreement. Publisher further acknowledges and agrees that the Confidential Information is proprietary to and a valuable trade secret of Lifestyle Publications and that any disclosure or unauthorized use thereof will cause irreparable loss and harm to Lifestyle Publications. In consideration of the opportunity to obtain access to the Confidential Information, Publisher hereby agrees as follows:

      (a)     Not to use the Confidential Information for Publisher's own use or for any other purpose except to carry out Publisher's obligations as an independent sales contractor for Lifestyle Publications under this Agreement and not to disclose the Confidential Information, except (i) as may be required by law, or (ii) to outside counsel, accountants, and other representatives of Publisher. In the event Publisher or any persons to whom Publisher discloses the Confidential Information become legally compelled (by deposition, interrogatory, request for documents, subpoena, civil investigative demand or similar process) to disclose any of the Confidential Information, Publisher will provide Lifestyle Publications with prompt prior written notice of such requirement so that Lifestyle Publications may seek a protective order or other appropriate remedy and/or waive compliance with the terms hereof. In the event that such protective order or other remedy is not obtained, or that Lifestyle Publications waives compliance with the provisions hereof, Publisher agrees to furnish only that portion of the Confidential Information which Publisher is advised by written opinion of counsel is legally required and to exercise best efforts to obtain assurance that confidential treatment will be accorded such Confidential Information;

      (b)     To ensure that all outside counsel, accountants and other representatives of Publisher who are given access to the Confidential Information on behalf of Publisher will abide by the confidentiality provisions of this Agreement. Publisher shall be fully responsible for any breach of this Agreement by any person to whom access to the Confidential Information is given by the Publisher or its representatives;

      (c)     Not to make copies of the Confidential Information unless specifically authorized by a member of Lifestyle Publications executive staff; and

      (d)     Upon termination or expiration of this Agreement, to promptly return to Lifestyle Publications any and all Confidential Information and all copies thereof.

As used in this Agreement, the "Confidential Information" means information, oral or written, know-how and documents relating to Lifestyle Publications or the Lifestyle Publications Publishing Business, furnished by Lifestyle Publications, or representatives of Lifestyle Publications, to Publisher. Lifestyle Publications' Confidential Information includes, without limitation, all trademarks, trade names, service marks, emblems and indicia of origin used by Lifestyle Publications in connection with the operation of the Lifestyle Publications Publishing Business,

Initials – Lifestyle   Initials – Publisher

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 25 of 188

and all trade secrets or know-how, including, but not limited to, research, plans, products, services, customer lists, business plans, marketing data, software, forms, processes, methods of operation, and other business information disclosed to Publisher by Lifestyle Publications or its representatives.

(ii)    <u>Noncompetition.</u>



(iii)    <u>Reasonableness of Covenants</u>. Publisher agrees that the preceding covenants contain reasonable limitations as to time, geographical area, and scope of activity to be restrained and such limitations do not impose a greater restraint than is necessary to protect the goodwill or other business interests of Lifestyle Publications. Each of the covenants herein shall be construed as independent of any other covenant or provision of this Agreement. If all or any portion of a covenant in this Section 7 is held unreasonable or unenforceable by a court or agency having valid jurisdiction in an unappealed final decision to which Lifestyle Publications is a party, Publisher expressly agrees to be bound by any lesser covenant subsumed within the

Initials – Lifestyle    Initials – Publisher

terms of such covenant that imposes the maximum duty permitted by law, as if the resulting covenant were separately stated in and made a part of this Section of the Agreement. Publisher further understands and agrees that Lifestyle Publications will have the right, in its sole discretion, to reduce the scope of any covenant set forth in this Section, or any portion thereof, without Publisher's consent, effective immediately upon notice to Publisher, and Publisher agrees that Publisher will promptly comply with any covenant as so modified.

8.   USE OF MARKS AND COPYRIGHTED MATERIALS. In furtherance of Publisher's appointment, Lifestyle Publications grants Publisher a limited non-exclusive license to use those Lifestyle Publications trademarks and service marks ("Marks") and copyrighted materials ("Copyrighted Material") designated by Lifestyle Publications, solely for the purpose of advertising and promoting the Lifestyle Publications Publishing Business in the Territory. Due to the nature of the relationship between the parties and for their mutual benefit, the license is granted royalty-free. Publisher further expressly agrees that:

       (i)   Lifestyle Publications is the lawful owner of the Marks and the Copyrighted Materials. Publisher's interest in the Marks and the Copyrighted Materials is solely that of a licensee, and all goodwill attributable to the use of the Marks in the Territory will accrue to the benefit of Lifestyle Publications. Publisher disclaims any proprietary interest in any of the Marks and the Copyrighted Materials.

       (ii)   Publisher shall not use the mark "Lifestyle Publications Publishing" or "Lifestyle Publications" or any abbreviation, acronym or variation of those words as part of Publisher's name or that of any business entity in which Publisher owns or holds an interest.

       (iii)   Publisher shall use the Marks in the precise form that Lifestyle Publications prescribes and shall observe Lifestyle Publications' directions regarding the presentation, display and use of the Marks and the use, copying and distribution of the Copyrighted Materials.

       (iv)   Publisher shall not establish an Internet website that uses the Marks or the Copyrighted Material. Publisher acknowledges that Lifestyle Publications has established and maintains an Internet website that provides information about the Lifestyle Publications Publishing Business. Lifestyle Publications will have sole discretion and control over the website's design and contents. Publisher acknowledges that Lifestyle Publications is the lawful, rightful and sole owner of all Internet Domain Names associated with the publication(s) and unconditionally disclaims any ownership interest in those or any colorably similar Internet domain name. Publisher agrees not to register any Internet domain name in any class or category that contains the words "Lifestyle Publications" or "publishing" or any abbreviation, acronym or variation of those words.

       (v)   Publisher shall obtain Lifestyle Publications' prior approval for any and all advertising and promotional materials that Publisher desires to use and that have not been prepared or previously approved by Lifestyle Publications. Publisher shall submit such unapproved plans and materials to Lifestyle Publications (by personal delivery, by facsimile or through the mail). Publisher shall not use such plans or materials until approved by Lifestyle

Initials – Lifestyle     Initials – Publisher

Publications. Publisher shall immediately discontinue use of any promotional or advertising plans or materials upon notice from Lifestyle Publications to do so.

9.   DEDICATED TELEPHONE NUMBER.

      (i)   At all times during the term of this Agreement, Publisher shall maintain, at Publisher's sole cost and expense, a dedicated telephone line/number ("Dedicated Telephone Number") with answering machine or answering service for Publisher's operations as a Lifestyle Publications Publisher. Publisher shall give only such Dedicated Telephone Number to advertisers, residential communities, and other organizations or individuals in connection with Publisher's operation as a Lifestyle Publications Publisher.

      (ii)   Publisher hereby appoints Lifestyle Publications as Publisher's true and lawful attorney-in-fact, with full power and authority to assign to Lifestyle Publications upon the termination, expiration, or transfer of this Agreement all rights to the Dedicated Telephone Number(s) and any business listings related thereto. Such power of attorney shall survive the expiration or termination of this Agreement, and Publisher agrees to execute such forms and documents as Lifestyle Publications deems necessary to appoint Lifestyle Publications as Publisher's true and lawful attorney-in-fact with full power and authority for the foregoing purposes. Lifestyle Publications will not assume any obligations for costs or expenses related to such Dedicated Telephone Number(s) that accrued prior to the date on which Lifestyle Publications acquired the Dedicated Telephone Number(s).

10.   TRANSFER AND ASSIGNMENT.

      (i)   By Lifestyle Publications. Lifestyle Publications shall have the right to transfer and/or assign this Agreement to any person or legal entity without prior notice to, or consent of, Publisher.

      (ii)   By Publisher. Publisher shall not transfer or assign this Agreement without Lifestyle Publications' prior written consent, which may be withheld at Lifestyle Publication's sole discretion. Any such consent may be conditioned on the proposed transferee or assignee meeting Lifestyle Publications' then-current qualifications and standards for a Lifestyle Publications Publisher. Any attempted transfer or assignment without Lifestyle Publications' prior written consent shall be invalid and unenforceable. The parties acknowledge and agree that if Lifestyle Publications consents to a transfer or assignment of this Agreement by Publisher to a third-party that meets Lifestyle Publications' qualifications and standards for Lifestyle Publications Publisher, then and in that event, all commission rights to which Publisher is entitled under this Agreement related to the Publication and Advertising Contracts for which Publisher is responsible shall also be transferred to such third-party.

11.   TERMINATION.

      (i)   By Lifestyle Publications. Lifestyle Publications may terminate this

Initials – Lifestyle      Initials – Publisher

Agreement immediately upon written notice to Publisher, without an opportunity to cure if: (a) Publisher fails to produce sufficient Publication and Advertising Contract sales to publish the first issue of Lifestyle Publications' magazine in Publisher's Territory by the fourth (4th) month following the beginning of the Term of this Agreement, (b) Publisher transfers or assigns, or attempts to transfer or assign, this Agreement in violation of Section 10 of this Agreement, (c) Publisher falsifies or in any way submits to Lifestyle Publications any Publication and Advertising Contracts which have not been authorized by the residential community or advertiser, as applicable; (d) Publisher is convicted of a felony; (e) Publisher uses the Marks or Copyrighted Materials or uses or discloses the Confidential Information in violation of this Agreement; or (f) if Publisher moves more than thirty (30) miles away from the Territory, which is hereby agreed to make fulfillment of Section 5 of this Agreement impossible. In addition, upon Publisher's failure to comply with any other provision of this Agreement (including, without limitation, Publisher's failure to remain in Good Standing) and Publisher's failure to cure such breach within thirty (30) days following the date of written notice from Lifestyle Publications, Lifestyle Publications may terminate this Agreement upon written notice to Publisher effective immediately.

   (ii) <u>By Publisher</u>. Upon Lifestyle Publications' failure to comply with any material provision of this Agreement and its failure to cure such breach within thirty (30) days following written notice from Publisher, Publisher may terminate this Agreement upon written notice to Lifestyle Publications.

12. <u>OBLIGATIONS OF PUBLISHER UPON TERMINATION</u>. Upon the expiration or termination of this Agreement, all rights granted to Publisher hereunder shall immediately terminate, and Publisher shall:

   (i) Immediately cease to conduct operations as a Publisher or independent sales contractor of Lifestyle Publications in the Territory;

   (ii) Promptly discontinue all further uses of the Marks and Copyrighted Materials and take appropriate action at Publisher's cost to return all Copyrighted Materials and Confidential Information in Publisher's possession or within Publisher's control to Lifestyle Publications;

   (iii) Comply with the covenants set forth in Sections 7(i) and 7(ii) hereof;

   (iv) At Lifestyle Publications' option, assign to Lifestyle Publications all rights to the Dedicated Telephone Number(s) and any related business listings and execute all forms and documents required by Lifestyle Publications to transfer such service and numbers to Lifestyle Publications. Publisher agrees to use different telephone numbers at or in connection with any subsequent business conducted by Publisher; and

   (v) Pay to Lifestyle Publications all amounts due under Section 4 of this Agreement; and

Initials – Lifestyle  Initials – Publisher

Case 7:19-cv-00089-BO Document 51-4 Filed 06/25/20 Page 29 of 188

(vi)  Pay to Lifestyle Publications all damages, costs, and expenses, including reasonable attorneys' fees, incurred by Lifestyle Publications subsequent to the termination or expiration of this Agreement in obtaining injunctive or other relief for the enforcement of any provisions of this Agreement; if applicable.

13.  <u>STANDARD OF CARE</u>. Publisher will perform Publisher's duties hereunder using a fair and reasonable standard of care, skill and diligence as would normally be provided by an experienced publisher performing work similar to the services to be provided under this Agreement.

14.  <u>INDEMNIFICATION</u>. Publisher shall indemnify and hold Lifestyle Publications, its affiliates, and their respective officers, directors, employees, owners, agents, representatives, and independent contractors, past or present, harmless, to the fullest extent permitted by law, from any and all losses and expenses (defined below) incurred in connection with any action, suit, proceeding, claim, demand, investigation or inquiry (formal or informal), or any settlement thereof (whether or not a formal proceeding or action has been instituted) which arises out of or is based upon any act or omission, whether actual or alleged, negligent or otherwise, of Publisher, its employees or agents, in connection with the performance of Publisher, its employees or agents, under this Agreement or the breach by Publisher of any representation or warranty herein. "Losses and expenses" shall include, without limitation, all losses, compensatory, exemplary or punitive damages, fines, charges, costs, expenses, reasonable attorneys' fees, court costs, settlement amounts, judgments, compensation for damages to Lifestyle Publications' reputation and goodwill, and other such amounts incurred in connection with the matters described. This indemnity shall survive the expiration or termination of this Agreement.

15.  <u>NOTICES</u>. Each party shall give notice under this Agreement in writing personally delivered, or sent by expedited delivery service or certified or registered mail, return receipt requested, first class postage prepaid, or sent by facsimile (provided that the sender confirms the facsimile by sending an original copy by certified or registered mail or expedited delivery service within three (3) business days after transmission) to the parties at the following addresses, or emailed to the following email address or to Publisher's assigned "lifestylepubs.com" email address until a different address is designated by written notice to the other party:

Notices to Lifestyle Publications:    Lifestyle Publications, L.L.C.
Attn: DeLand Shore, Resident Agent
7373 W 107th St, Suite 201
Overland Park, KS 66212
Facsimile: 888.599.0733
Email: deland@lifestylepubs.com

Initials – Lifestyle    Initials – Publisher

Notices to Publisher: 
_James V Newman_
_2 Wieuca Trace NE_
_Atlanta GA 30342_
Attention: _____
Facsimile: (___)_____
Email: _____

16. ENTIRE AGREEMENT. This Agreement, the attachments hereto, and the documents referred to herein constitute the entire Agreement between Lifestyle Publications and Publisher concerning the subject matter hereof, and supersede any prior agreements. No representations, inducements, promises, or agreements, oral or otherwise, not embodied herein shall be of any force or effect. Other than authorized amendments by Lifestyle Publications set forth in this Agreement, no amendment, change, or variance from this Agreement shall be binding on either party unless mutually agreed to in writing by Lifestyle Publications and Publisher.

17. APPLICABLE LAW. This Agreement shall be interpreted and construed under the laws of the state of Kansas, which laws shall prevail if there is any conflict of law (without regard to, and without giving effect to, the application of Kansas conflict of law rules).

18. JURISDICTION AND VENUE. Publisher irrevocably consents to the personal jurisdiction of the state and federal courts located in the state, county, or judicial district in which Lifestyle Publications' principal place of business is located and hereby waives all questions of personal jurisdiction for the purpose of carrying out this provision. Publisher hereby agrees that service of process may be made upon Publisher in any proceeding relating to or arising out of this Agreement or the relationship created by this Agreement by any means allowed by Kansas or federal law and further agree that venue for any proceeding relating to or arising out of this Agreement shall be the county or judicial district in which Lifestyle Publications' principal place of business is located; provided, however, that Lifestyle Publications may bring any action for injunctive or other extraordinary relief in any state or federal district court which has jurisdiction.

19. REMEDIES CUMULATIVE. No right or remedy conferred upon or reserved to Lifestyle Publications or Publisher by this Agreement is intended to be, nor shall be deemed, exclusive of any other right or remedy herein or by law or equity provided or permitted, but each shall be cumulative of every other right or remedy.

[signature page follows]

Initials – Lifestyle        Initials – Publisher

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement in duplicate, on the date first written above, each intending to be legally bound by its terms.

PUBLISHER:

By: _JAMAS NEWMAN_

Name: _____

Title: _PUBLISHER_

LIFESTYLE PUBLICATIONS, LLC, a
Kansas Limited Liability Corporation:

By: _____

Name: DeLand J. Shore

Title: CFO

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 32 of 188

## Exhibit A

## TERRITORY

The Territory is the existing areas for BuckHaven Lifestyle and Perimeter North Lifestyle.

Case 7:19-cv-00089-BO   Document 51-4   Filed 06/25/20   Page 33 of 188

# EXHIBIT
# D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LIFESTYLE PUBLICATIONS, LLC,    )
        )
        Plaintiff,    )
        )    Case No.  2:19-cv-02007-DDC-KGG
        v.    )
        )
RANDY HARDING,    )
        )
        Defendant.    )

**AFFIDAVIT OF DELAND SHORE IN SUPPORT OF
ENTRY OF DEFAULT JUDGMENT BY THE COURT**

I, DeLand Shore, declare as follows:

1.     I am the Chief Financial Officer of Lifestyle Publications, a Limited Liability Company incorporated in Overland Park, Kansas and having its principal place of business located in Kansas City, Missouri. In my role as CFO of Lifestyle, I am responsible, among other things, for overseeing Lifestyle's business of licensing the rights to produce Lifestyle-branded magazines to Area Managers who work as independent contractors selling advertising and content within a designated sales territory.  I am authorized to make this Affidavit on behalf of Plaintiff Lifestyle Publications, LLC ("Lifestyle") and do so on the basis of my personal knowledge and the knowledge gained from Plaintiff's books and records which are kept in the ordinary course of Plaintiff's business. I make this Affidavit in support of Lifestyle's Motion for Entry of Default Judgment, and if called upon to testify as to the matters set forth herein, I could and would competently testify thereto.

2.     As of the date hereof, I have reviewed Plaintiff's books, records, files and ledgers as they pertain to Defendant Randy Harding ("Harding"), an individual residing in the state of California. I am familiar with the obligations owed by Harding to Lifestyle.

3.     In my capacity as an officer of Lifestyle, I am one of the custodians of records for all documents relating to Lifestyle's business dealings with Harding.  Lifestyle keeps these documents in a safe and secure place at its place of business.  These records and documents referred to in this affidavit constitute writings taken, made, and/or maintained in the regular or ordinary course of Lifestyle's business at or near the time of the act, condition or event to which they relate by persons employed by Lifestyle who have a business duty to accurately and completely take, make, and maintain such records and documents.

**Lifestyle's Independent Area Director Agreement with Randy Harding**

4.     On or about October 23, 2012, Harding entered into a binding Independent Area Director Agreement (the "Agreement") with "Kingdom Holdings, LLC." Harding was retained as an Area Director within an exclusive marketing area in Orange County, California (*see* Exhibit A to Agreement). Pursuant to the Agreement, Lifestyle appointed Harding to offer its services and to solicit advertising for the Lifestyle publications within the Orange County, California territory (the "Territory"). A true and correct copy of the Agreement is attached hereto as Exhibit 1. At the time Harding signed the Agreement, Kingdom Holdings, LLC's principal place of business was located in Kansas. In about January 2013, the company change its name to Lifestyle Publications, LLC. This name change was unrelated to any merger, acquisition, or other third party transaction.

5.     Under the Agreement, Harding's duties included soliciting contracts for Lifestyle Publications from residential communities within the Territory ("Publication Contracts"), and for advertising in Lifestyle's publications from advertisers ("Advertising Contracts"). Pursuant to Section 6 of the Agreement, Harding was required to enter into these Publication and Advertising Contracts quoting only the prices and terms as set forth by Lifestyle. He was also required to use only the form contracts required and provided by Lifestyle. Furthermore, Harding was not

permitted to be a party to, or a third-party beneficiary of, any Publication or Advertising Contract, and all fees and amounts payable under such contracts were required to be paid directly to Lifestyle in accordance with the contract terms. Regardless of whether it received payment for the advertisements, however, Lifestyle was entitled to the Advertising Value – an amount equal to 12% of the Rate Card price for Lifestyle's advertisements – for each advertisement provided to Harding. Harding's commission payments consisted of the total revenues received by Lifestyle minus the "Advertising Value" and "Publication Cost" of each advertisement. Note that Harding did not incur Publication Costs.

6.      Under Section 10 of the Agreement, Lifestyle granted Harding, a "limited license to use those Kingdom Holdings trademarks and service marks ("Marks") and copyrighted materials ("Copyrighted Material") designated by Kingdom Holdings, solely for the purpose of advertising and promoting the Kingdom Holdings Publishing Business in the Territory." Exhibit 1, p. 8. Under this provision, Harding acknowledged that, "Director's interest in the Marks and the Copyrighted Material is solely that of a licensee, and all goodwill attributable to the use of the Marks in the Territory will accrue to the benefit of Kingdom Holdings." *Id.* Harding also "disclaim[ed] any proprietary interest in any of the Marks and the Copyrighted Materials." *Id.* at pp. 8-9. In addition, Harding agreed to use the "Marks" in the precise form that Lifestyle prescribed and to adhere to Lifestyle's directions regarding the "presentation, display and use of the Marks and the use, copying and distribution of the Copyrighted Materials." *Id.* Finally, Harding agreed to obtain prior approval "for all advertising and promotional materials that Area Director desires to use and that have not been prepared or previously approved by Kingdom Holdings," and agreed that "Director shall not use such plans or materials until approved by Kingdom Holdings." *Id.*

**Harding's Breach of the Independent Area Director Agreement**

7.      In about September 2018, I discovered irregularities in certain advertisement contracts and the amount of fees reported by Harding. Once I discovered these irregularities, I informed Harding that Lifestyle would not publish the November issue of Newport Beach Lifestyle magazine until the discrepancies were resolved. At that time, however, Lifestyle and its agents and employees had already prepared the November issue of Newport Beach Lifestyle magazine, including collecting and designing all advertisements for the issue, laying out all advertisements and editorial content, making final edits in preparation for printing, invoicing for all advertising and processing payments made, and preparing a pre-publication draft for review by Harding. Lifestyle sent Harding this pre-publication draft, and Harding's agents had access to this pre-publication draft.

8.      Through my investigation, I discovered that Harding and his spouse, Ana Launes, manage an entity called "The Five P's Marketing, LLC" (hereinafter "Five P's"), through which Harding ran his advertising in order to cut Lifestyle out of advertising profits due and owing to Lifestyle under the Agreement. Harding reported to Lifestyle the values of these Advertising Contracts by entering details about the advertisements sold and the price for each advertisement into Lifestyle's CRM/Accounting system, "ARC." In reviewing Lifestyle's records in ARC, I discovered that Harding reported contract prices for advertisements that were significantly lower than the price listed on Lifestyle's approved Rate Card amount, and some contracts showed that the client payed zero dollars for advertisements. In addition, Harding was contracting with these advertisers through the Five P's entity rather than the advertiser contract directly with Lifestyle, in violation of the Agreement. This allowed Harding, through Five P's, to purchase advertising from

Lifestyle at a discounted rate using Five P's, and then sell the same advertising to advertisers at a higher rate.

9.      Under the Agreement, Harding was only permitted to use Lifestyle's form (approved) agreements for the Advertising Contracts, and these form agreements were to be between Lifestyle and advertisers – not between Lifestyle and Harding or Lifestyle and Five P's. Because Harding used the Five P's to enter into Advertising Agreements with Lifestyle (rather than use Lifestyle's form agreements), and because Harding contracted separately with advertisers for the same advertising (and for a higher amount), Harding was able to retain the amounts paid by these advertisers under Five P's own agreement with such advertisers, rather than the advertisers paying Lifestyle directly.

10.      In about November 2018, a publication titled "Kudos Newport Beach" (hereinafter, "Kudos") published a magazine featuring advertisements from Lifestyle's customers that are substantially similar to the advertisements created by Lifestyle employees for the November issue of Newport Beach Lifestyle magazine.

11.      Kudos Newport Beach is an entity that conducts a business similar to or in competition with Lifestyle's publishing business, in that it is a business that serves the informational needs of neighborhoods, residential communities, homeowners' associations ("HOAs"), and other similar groups by providing newsletters, magazines, periodicals, websites, or any similar media within the Orange County, California area.

12.      In violation of the Agreement, Harding improperly used certain advertisements in the November 2018 issue of Kudos that Lifestyle's advertisement design employees created for the November 2018 issue of Lifestyle Newport Beach magazine. A true and correct copy of Kudos's November 2018 issue is attached hereto as Exhibit 2, and a true and correct copy of the

unpublished version of the November 2018 issue of Newport Beach Lifestyle Magazine is attached hereto as Exhibit 3.   Lifestyle did not authorize Harding to use these Lifestyle-created advertisements in the November 2018 issue of Kudos, nor did Harding seek permission from Lifestyle to use such advertisements. Harding's use of these advertisements was in violation of the Agreement.

13.     On November 30, 2018, counsel for Lifestyle sent letters to Harding, Launes and Kudos requesting that they cease and desist from utilizing Lifestyle's intellectual property. Lifestyle's letter to Harding also requested that he account for the discrepancies in Lifestyle's accounting books. True and correct copies of these letters are attached hereto as Exhibit 4.

14.     As Chief Financial Officer, I regularly access and review records of commission payments made to Independent Area Directors like Plaintiff Harding. I have reviewed Lifestyle's records of commission payments made to Harding that Lifestyle regularly maintains in the normal course of its business. In my review, I determined that at time Lifestyle's counsel sent the November 30, 2018 cease and desist letters, Lifestyle had made all commission payments due and owing to Harding in a timely manner pursuant to Section 4 of the Agreement.

15.     On December 7, 2018, Harding responded to Lifestyle's counsel's cease and desist letter. In his response, Harding indicated that he was "in the process of going through numerous electronic devices in order to return all items you listed in your email." Harding's response to the cease and desist letter is attached hereto as Exhibit 5. However, to date, Harding has not returned any of the Confidential Information that Lifestyle requested in its cease and desist letter. Neither Kudos nor Launes responded to Lifestyle's cease and desist letter or returned any Confidential Information to Lifestyle.

**Calculation of Damages from Harding's Unauthorized Use of Alternative Rates**

16.     As discussed above, during the term of the Agreement, Lifestyle required Area Directors such as Harding to utilize the advertising rates listed on Lifestyle's approved "Rate Cards" when selling advertising in Lifestyle's publications. A true and correct copy of Lifestyle's Rate Card in effect during this time is attached hereto as Exhibit 6.

17.     In my review of Lifestyle's books and records, which are kept in the normal course of Lifestyle's business, I discovered that between January 2017 and October 2018, Harding routinely recorded Advertising Contracts into the system using prices for advertising that were either significantly lower than Lifestyle's approved Rate Card amount, or that had no ("zero") amount recorded. Attached hereto as Exhibit 7 is a spreadsheet generated from the data in ARC, and maintained in the normal course of Lifestyle's business. This spreadsheet shows the amounts that Harding entered into ARC as the recorded value of the advertising he sold in the Advertising Contracts, and the spreadsheet shows the value of such advertising as indicated on Lifestyle's approved Rate Card.

18.     The spreadsheet attached as Exhibit 7 shows that, between January 2017 and October 2018, Harding sold over 150 advertisements for Newport Beach Lifestyle Magazine (a Lifestyle Publications-branded magazine) at a rate lower than the rate he was required to charge pursuant to the Agreement.

19.     Specifically, the total value of the advertisements listed in Exhibit 7, according to Lifestyle's approved Rate Card, equals $244,480.00.  On the other hand, the amount that Harding entered into ARC for these advertisements, and the amount collected by Lifestyle for the sale of these advertisements, totaled only $80,650.00.

20.     Had Harding charged the correct Rate Card price for all advertisements and had Lifestyle been able to collect the 12% in Advertising Value that it was entitled to receive under the Agreement, Lifestyle would have received $29,337.60. Instead, because Harding only charged $80,650.00 for these advertisements, Lifestyle collected only $9,678.00 in Advertising Value. Therefore, and as a direct result of Harding's conduct, Lifestyle was deprived of **$19,659.60** in Advertising Value for these advertisements.

21.     Lifestyle also discovered one instance where Harding, through Five P's, entered into an agreement with an advertiser (Cruise Planners) whereby Five P's agreed to publish various 2-page advertisement spreads in multiple issues of Newport-based magazines for a fee totaling, "$3,000 per month in Credit Card plus $800 per month in Trade towards a cruise chosen by 5 P's Marketing." A true and correct copy of Five P's contract with Cruise Planners is attached hereto as Exhibit 8. However, the contract that Harding provided to Lifestyle (attached as Exhibit 9) in connection with this transaction was instead between Lifestyle and Five P's, and the total cost of advertising listed in the contract was $2,000 – not the total amount charged for this monthly advertisement ($3,000 plus $800 in trade value) in the "real" contract between Cruise Planners and Five P's. Thus, Lifestyle received only $240 in Advertising Value for these advertisements ($2,000.00 x 12%) instead of $456 ($3,800 x 12%). This resulted in Lifestyle's inability to collect the difference in Advertising Value (**$216.00**) between what Harding should have charged and what he did charge.

### Calculation of Damages from Harding's Unauthorized Publication of Lifestyle-Created Content in His Competing Magazine, Kudos Newport Beach

22.     In addition, and as described above, after Lifestyle informed Harding that it would not publish the November 2018 issue of Newport Beach Lifestyle Magazine due to the irregularities noticed in Lifestyle's records, Harding used  without Lifestyle's permission certain

advertisements in the November 2018 issue of a competing magazine, Kudos. Lifestyle's advertisement design employees created these advertisements for the November 2018 issue of Lifestyle Newport Beach magazine.

23.    Lifestyle did not authorize Harding to use these advertisements in a competing magazine, nor did Harding compensate Lifestyle for his unauthorized use of these Lifestyle-created advertisements.

24.    The total value of the advertisements that Harding used without authorization in Kudos Newport Beach is as follows, in accordance with Lifestyle's rates as listed on its Rate Card (as depicted in Exhibit 7):

| Ads owned by Lifestyle that were used in Kudos Newport Beach Magazine | Description of Advertisement / Design | Lifestyle's Rate Card Rate for Advertisement Design | Kudos Issue Where Published |
|---|---|---|---|
| Newport Beach Lifestyle Magazine – Balboa Island | 1/2 Page Vertical | $1,505 | November 2018 |
| Newport Beach Lifestyle Magazine - Village Inn | Full Page | $2,545 | November 2018 |
| The 5 P's - Chu | Full Premium Page | $2,925 | November 2018 |
| The 5 P's - Smrecek | Inside Back Cover | $2,730 | November 2018 |
| Newport Beach Lifestyle Magazine - Village Inn | Full Page | $2,545 | December 2018 |
| **TOTAL Cost of Advertisements Used Without Authorization in Kudos:** | | **$12,250** | |

### Lifestyle's Total Damages under the Agreement

25.    Under the Agreement, "Confidential Information" included, "all trademarks, trade names, service marks, emblems and indicia of origin used by Kingdom Holdings in connection with the operation of the Kingdom Holdings Publishing Business, and all trade secrets or know-

how, including, but not limited to, research, plans, products, services, customer lists, business plans, marketing data, software, forms, processes, methods of operation, and other business information disclosed to Area Director."

26.     Under Section 9(i) of the Agreement, Harding was required to use Lifestyle's Confidential Information only "in connection with acting as an independent sales agent" of Lifestyle under the terms of the Agreement. *See* Exhibit 1. Specifically, Harding was prohibited from, "us[ing] the Confidential Information for Area Director's own use or for any other purpose except to carry out Area Director's obligations as an independent sales agent" for Lifestyle under the Agreement. *Id*.

27.     In failing to charge advertisers the rate approved by Lifestyle on its Rate Cards for such services, failing to facilitate Lifestyle's direct contracting with such advertisers, and failing to report to Lifestyle all sums that he and Five P's collected from these advertisers for the sale of such advertising, Harding breached Section 9(i) of the Agreement. The pricing information, business know-how, and customer information that Harding utilized in order to complete these unauthorized transactions constituted "Confidential Information" under the Agreement.

28.     Harding also breached Section 9(i) of the Agreement when he published in Kudos Newport Beach, without authorization, advertisements that Lifestyle created for the November 2018 issue of Newport Beach Lifestyle Magazine. Such advertisements were "research, plans, products [and] services" that belonged to Lifestyle and constituted Confidential Information under the Agreement. As such, Harding's unauthorized use of these products for his own benefit was in breach of Section 9(i) of the Agreement.

29.     Under Section 14(v) of the Agreement, Harding agreed to pay to Lifestyle, "all damages, costs, and expenses, including reasonable attorneys' fees, incurred by Kingdom Holdings

subsequent to the termination or expiration of this Agreement in obtaining injunctive or other relief

for the enforcement of any provisions of" Section 14. *See* Exhibit 1. In addition, Section 14(iii) of

the Agreement required Harding to "[c]omply with the covenants set forth in Sections 9(i) and

9(ii)" of the Agreement. *Id.*

      30.     Therefore, pursuant to Section 14(v) of the Agreement, the following amounts are

due and owing to Lifestyle, which Harding has, to date, failed and refused to pay:

| Description of Damages | Total Amount |
|---|---|
| Unauthorized Use of Alternative Rates for Advertisements | $19,659.60 |
| Failure to Report Amounts Charged to Advertisers in Excess of Values Reported to Lifestyle | $216.00 |
| Unauthorized Use of Lifestyle-Created Advertising In Competing Magazine | $12,250.00 |
| Total Attorney's Fees and Costs in Obtaining Judicial Relief for the Enforcement of Section 14 of the Agreement | $19,962.56 |
| **Total Damages:** | **$52,088.16** |

      31.     At all times mentioned herein, Harding did and does not have an absolute right to

immediate possession of the Total Damages Amount. Lifestyle demanded an accounting and

immediate possession of these funds, and despite this demand, Harding failed and refused to

deliver possession of these funds to Lifestyle.

      32.     As a proximate result of the actions of Harding, Lifestyle has been and will be

deprived of possession $52,088.16, to Lifestyle's damage.

      33.     From my review of Lifestyle's books and records relating to Harding's obligations

to Lifestyle, I state that there is now due, owing and unpaid Harding to Lifestyle the sum of

$52,088.16, together with interest at the legal rate of interest.

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Executed this 1ˢᵗ day of August, 2019, in _Kensas City , Missouri_.

DeLand Shore
Chief Financial Officer
Lifestyle Publications, LLC

STATE OF Missouri )
                  ) SS.
COUNTY OF Jackson )


On this __1__ day of Aug .2019, before me personally appeared DeLand Shore who, being first duly sworn upon his oath, stated that the foregoing Affidavit is true and accurate to his best knowledge, information and belief.

JANEANE E L THOMPSON
Notary Public - Notary Seal
Jackson County - State of Missouri
Commission Number 18828607
My Commission Expires Jul 16, 2022

Notary Public

My Commission Expires: 07/16/2022

# EXHIBIT 1

INDEPENDENT AREA DIRECTOR AGREEMENT

THIS INDEPENDENT AREA DIRECTOR AGREEMENT ("Agreement"), is entered into this 23 day of OCTOBER, 2012 (the "Effective Date"), by and between Kingdom Holdings, L.L.C., a Kansas Limited Liability Company ("Kingdom Holdings" or "Company"), and RANDY HARDING ("Area Director").

RECITALS:

Kingdom Holdings operates a business that publishes magazines and/or newsletters for residential communities ("Kingdom Holdings Publications") and that sells advertising for such Kingdom Holdings Publications (the "Kingdom Holdings Publishing Business").

Kingdom Holdings uses independent sales agents who are compensated by commission to offer Kingdom Holdings' services to residential communities and to sell advertising for Kingdom Holdings Publications.

Area Director wishes to become an independent sales agent for the Kingdom Holdings Publishing Business in the geographic area described on Exhibit "A" of this Agreement (the "Territory").

NOW, THEREFORE, in consideration of the mutual undertakings and commitments set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.    APPOINTMENT OF AREA DIRECTOR; EXCLUSIVITY.

(i)    Appointment of Area Director. Kingdom Holdings hereby appoints Area Director to serve as Kingdom Holdings' independent sales agent to offer Kingdom Holdings' services and to solicit advertising for the Kingdom Holdings Publications within the Territory. Area Director acknowledges and agrees that this Agreement only grants Area Director the right to operate as an independent sales agent of Kingdom Holdings in the Territory. Area Director shall not actively solicit any residential community that is located outside of the Territory without Kingdom Holdings' prior written consent; provided, that no violation of this provision shall be deemed to have occurred where Area Director's bona fide advertising and promotional materials are found to be present outside the Territory, if the presence of such materials outside the Territory is an indirect consequence of Area Director's advertising and promotion within the Territory. Additionally, Area Director may not solicit any residential community or advertiser (regardless of whether it is located within or outside the Territory) that is already under a Publication Contract or Advertising Contract (each defined below) with Kingdom Holdings or its affiliates.

(ii)    Exclusivity. As long as Area Director is not in default under this Agreement and is in Good Standing (defined below), during the term of this Agreement Kingdom Holdings will not grant any other Area Director the right to solicit any residential community located within



the Territory for a Publication Contract under the Marks (defined below). Notwithstanding anything in this Section 1(ii) to the contrary, Area Director acknowledges and agrees that Kingdom Holdings' permitting other Area Directors or independent sales agents to solicit Advertising Contracts from advertisers located within the Territory will not constitute a breach of this Agreement by Kingdom Holdings. The rights granted to Area Director under this Agreement are nonexclusive, and Kingdom Holdings and its affiliates have and retain all rights within and outside the Territory except those expressly granted to Area Director in this Section 1(ii).

2.     TERM AND RENEWAL. The term of this Agreement will begin upon full execution of this Agreement by all parties and shall continue until one (1) year from such date, unless sooner terminated in accordance with this Agreement. The term of this Agreement will be renewed for additional consecutive one (1)-year terms, provided that neither party gives the other party written notice of nonrenewal at least forty-five (45) days prior to the expiration of the initial term or the applicable renewal term, and further provided that Area Director satisfies the following conditions (or any of them that Kingdom Holdings may require) in connection with each renewal of this Agreement:

        (i)     Area Director must not be in default of this Agreement or any other agreement with Kingdom Holdings or any of its affiliates, and Area Director must have fully and timely complied with all such agreements during their respective terms;

        (ii)    Area Director must enter into Kingdom Holdings' then current form of independent Area Director agreement which will supersede this Agreement. The terms of that agreement may differ from the terms of this Agreement, including but not limited to, additional development obligations, different compensation rates, different exclusivity rights, and changes in the Territory;

        (iii)   Area Director must execute a general release of any and all claims against Kingdom Holdings, its affiliates, and the officers, directors, shareholders, partners, agents, representatives, independent contractors, servants and employees of each of them, in their corporate and individual capacities, including claims arising under this Agreement or under federal, state or local laws, rules, regulations or orders; and

        (iv)    Area Director must comply with Kingdom Holdings' then current qualification requirements.

3.     GOOD STANDING. In addition to Area Director's other obligations under this Agreement, at all times during the term hereof, Area Director must be and remain in Good Standing. For the purposes of this Agreement, "Good Standing" means (i) the total Publication Expenses (defined below) and other expenses for all Kingdom Holdings Publications for which Area Director is responsible do not exceed the total revenue actually received by Kingdom Holdings under the Advertising Contracts for all Kingdom Holdings Publications for which Area Director is responsible in any consecutive two (2) calendar month period during the term hereof and (ii) Area Director is operating in accordance with all of Kingdom Holdings' standards and procedures, including those set forth in Kingdom Holdings Administration Manual.

2



4.     COMPENSATION.     As compensation for Area Director's services under this Agreement, Kingdom Holdings shall pay Area Director a monthly commission equal to the total Cash Received for each Kingdom Holdings Publication for which Area Director is responsible in the applicable month <u>minus</u> the Kingdom Holdings Cost for such Kingdom Holdings Publication for the applicable month <u>minus</u> the Publication Expense for such Kingdom Holdings Publication for the applicable month. If, in any month, the Cash Received is not sufficient to cover the Kingdom Holdings Cost and Publication Expenses, Area Director will not receive a commission in such month, and the amount equal to the portion of the Kingdom Holdings Cost and Publication Expenses that was not covered by the Cash Received shall continue to be due and will be deducted from Cash Received in subsequent month(s). For the purposes of this Section 4:

(i)     "Cash Received" means all revenue actually received by Kingdom Holdings from advertisers, residential communities or other organizations under the terms of a Publication Contract or Advertising Contract related to a particular Kingdom Holdings Publication;

(ii)     "Kingdom Holdings Cost" means fifteen percent (15%) of the Advertising Value of each Kingdom Holdings Publication, whether or not Kingdom Holdings actually receives payment for the advertisements;

(iii)     "Advertising Value" means the value of the advertising in each Kingdom Holdings Publication, as determined by Kingdom Holdings in its discretion; and

(iv)     "Publication Expense" means Kingdom Holdings actual cost to design, publish, print, and deliver each Kingdom Holdings Publication, including, without limitation, design fees, printing costs, postage, administrative costs, including allocable portions of salaries, computer systems, etc., and any miscellaneous fees, including, without limitation, ad creation fees and fees for additional samples requested by Area Director.

Area Director acknowledges and agrees that, upon full execution of this Agreement, Area Director will be assigned a monthly deadline for advertising and content submission, by Kingdom Holdings in Kingdom Holdings' discretion. The deadline will be on the first (1st), fifth (5th), tenth (10th), fifteenth (15th), twentieth (20th), or twenty-fifth (25th) day of each month. If Area Director receives a monthly deadline of the first (1st) day of the month, the commission, if any, will be paid to Area Director between the fifteenth (15th) and the twentieth (20th) of that month. If Area Director receives a monthly deadline of the twentieth (20th) or twenty-fifth (25th) day of the month the commission, if any, will be paid to Area Director between the fifteenth (15th) and the twentieth (20th) of the following month. If Area Director receives a monthly deadline of the fifth (5th), tenth (10th), or fifteenth (15th) day of the month, the commission, if any, will be paid to Area Director between the first (1st) and fifth (5th) of the following month.     Commission payments shall be accompanied by an accounting and reconciliation of the commissions being paid.

Kingdom Holdings may provide Area Director with a compensation advance during the first six (6) months of this Agreement, at the sole discretion of Kingdom Holdings. Any such advance

3



would be additional consideration paid to Area Director and would be an obligation that must be repaid to Kingdom Holdings. Any such advance would be evidenced in writing and would subject to the same terms and conditions as the Promissory Note as described in Section 5.

5.    PROMISSORY NOTE; DEBT FORGIVENESS. SECTION DELETED (RH) (CS)

        (i)     As additional consideration for this Agreement and for the opportunity provided by Kingdom Holdings and for the services provided by Kingdom Holdings, Area Director agrees to pay to Kingdom Holdings the sum of $30,000.00, plus interest at a rate of _____% per annum from the date of the execution of this Agreement, until all principal and interest are paid in full.

        (ii)    The debt obligation provided for in Section 5(i) above shall be evidenced by a Promissory Note to be executed contemporaneously with this Agreement which shall require Area Director to make monthly payments of principal and interest as indicated in the Promissory Note. Payments shall be made each month, with the first such payment beginning six (6) months after the execution of said Promissory Note, and with like payments continuing on the first day of each and every month thereafter until paid in full, subject to Section 5(iii) below.

        (iii)   The Promissory Note provided for in 5(ii) above shall further provide that if the total revenue generated by Area Director with respect to Kingdom Holdings Publications for which Area Director is responsible is equal to or greater than $_____ for the first year, then and in that event, $15,000.00 of the Promissory Note shall be forgiven by Kingdom Holdings. Area Director shall remain liable for all other amounts owing under the Promissory Note notwithstanding any additional revenue generated by Area Director.

6.    AREA DIRECTOR'S DUTIES. In addition to those obligations described elsewhere in this Agreement, during the term of this Agreement or any renewal thereof, Area Director shall:

        (i)     Solicit contracts for Kingdom Holdings Publications from residential communities within the Territory ("Publication Contracts") and for advertising in such Kingdom Holdings Publications from advertisers ("Advertising Contracts") (the Publication Contracts and Advertising Contracts are referred to collectively herein as the "Publication and Advertising Contracts"), quoting only such prices and terms as are set by Kingdom Holdings (or otherwise approved by Kingdom Holdings in writing) and using the form contracts required by Kingdom Holdings. All Publication and Advertising Contracts will be between Kingdom Holdings or its affiliates and the residential community or advertiser, as applicable, and Area Director will not be a party to, or a third-party beneficiary of, any such Publication or Advertising Contract. Additionally, all fees and amounts payable under the Publication and Advertising Contracts must be paid directly to Kingdom Holdings or its designee in accordance with the terms thereof, and Area Director shall not accept any payments from any advertiser or residential community;

        (ii)    Promptly forward to Kingdom Holdings all Publication and Advertising Contracts which have been executed by the residential community or advertiser, as applicable, for review, approval, and execution by Kingdom Holdings; and

4



(iii)    Diligently promote the sale of, and stimulate interest in, the Kingdom Holdings Publications and advertising therein within the Territory.

7.    INDEPENDENT CONTRACTOR STATUS.

(i)    Except as specifically provided herein, Kingdom Holdings shall not control the details, manner or means by which Area Director performs Area Director's obligations hereunder in any material respect. Area Director agrees to perform such obligations hereunder solely as an independent contractor. The parties to this Agreement recognize that this Agreement does not create any actual or apparent agency, partnership, franchise, or relationship of employer and employee between the parties. Area Director is not authorized to enter into or commit the Company to any agreements, and the Independent Contractor shall not represent itself as the agent or legal representative of the Company.

(ii)    Except as otherwise specifically provided herein, at all times during the term of this Agreement, or any renewal thereof, Area Director shall exercise Area Director's own independent professional judgment in connection with Area Director's performance of obligations and duties arising under this Agreement.

(iii)    Nothing contained herein or in any document executed in connection herewith, shall be construed to create an employer-employee partnership or joint venture relationship between Kingdom Holdings and Area Director. Area Director is an independent contractor and not an employee of Kingdom Holdings or any of its subsidiaries or affiliates. The consideration set forth in Sections 4 and 5 shall be the sole consideration due Area Director for the services rendered hereunder. It is understood that Kingdom Holdings will not withhold any amounts for payment of taxes from the compensation of Area Director hereunder. Kingdom Holdings shall not be liable for taxes, Worker's Compensation, unemployment insurance, employers' liability, employer's FICA, social security, withholding tax, or other taxes or withholding for or on behalf of Area Director or any other person consulted or employed by the Area Director in performing services under this Agreement. All such costs shall be Area Director's responsibility. Area Director will not represent to be or hold itself out as an employee of Kingdom Holdings and Area Director acknowledges that Area Director shall not have the right or entitlement in or to any of the pension, retirement, medical, dental, life insurance, 401(k) program, stock option plan, stock purchase plan, vacation leave, sick leave and/or holidays leave or any other benefit programs now or hereafter available to Kingdom Holdings' regular employees. Area Director shall not be entitled to any remuneration, benefits, or expenses other than as specifically provided for in this Agreement.

(iv)    Any and all sums subject to deductions, if any, required to be withheld and/or paid under any applicable state, federal or municipal laws or union or professional guild regulations shall be Area Director's sole responsibility, and Area Director shall indemnify and hold Kingdom Holdings harmless from any and all damages, claims and expenses arising out of or resulting from any claims asserted by any taxing authority as a result of or in connection with said payments.

(v)    If, notwithstanding the parties' specific intention and agreement as set forth herein, Area Director is finally adjudged to be an employee of Kingdom Holdings by a

5



court of competent jurisdiction, then to the maximum extent permitted by applicable law, such status shall not entitle Area Director to, and Area Director specifically waives entitlement to any and all Kingdom Holdings' employee benefits, including but not limited to, medical, dental, life insurance, 401(k) program, stock option plans, stock purchase plan, vacation leave, sick leave and holidays. In the event Area Director is finally adjudged to be entitled to any of such benefits by a court of competent jurisdiction, Kingdom Holdings shall be entitled to recover from Area Director the fair market value of any such benefits if, and to the extent that, the monetary compensation payable to Area Director under this Agreement exceeds the reasonable salary, prorated for the term of this Agreement, that Area Director would have received if Area Director had actually been hired, as of the effective date of this Agreement, as an employee of Kingdom Holdings to do equivalent work.

(vi) Area Director shall devote such time to the performance of Area Director's obligations and duties hereunder as is necessary for satisfactory performance; however, Area Director shall have no obligation to work any particular hours or days or any particular number of hours or days.

8. INSPECTION OF BOOKS AND RECORDS. Kingdom Holdings, or its agents, shall be entitled to inspect the books and financial records of Area Director at all reasonable times, and Area Director hereby authorizes Kingdom Holdings, or its agents, to inspect such records.

9. CONFIDENTIALITY AND NONCOMPETITION.

(i) Confidentiality. Area Director agrees that the Confidential Information (defined below) is solely owned by Kingdom Holdings and this Agreement will not grant to Area Director any rights in or to the Confidential Information. Area Director further agrees that the use or duplication of any of the Confidential Information in any other business would constitute an unfair method of competition. Area Director acknowledges that Kingdom Holdings desires to maintain the confidentiality of the Confidential Information and is making such information available to the Area Director for use only in connection with acting as an independent sales agent of Kingdom Holdings under the terms and conditions of this Agreement. Area Director further acknowledges and agrees that the Confidential Information is proprietary to and a valuable trade secret of Kingdom Holdings and that any disclosure or unauthorized use thereof will cause irreparable loss and harm to Kingdom Holdings. In consideration of the opportunity to obtain access to the Confidential Information, Area Director hereby agrees as follows:

(a) Not to use the Confidential Information for Area Director's own use or for any other purpose except to carry out Area Director's obligations as an independent sales agent for Kingdom Holdings under this Agreement and not to disclose the Confidential Information, except (i) as may be required by law, or (ii) to outside counsel, accountants, and other representatives of Area Director. In the event Area Director or any persons to whom Area Director discloses the Confidential Information become legally compelled (by deposition, interrogatory, request for documents, subpoena, civil investigative demand or similar process) to disclose any of the Confidential Information, Area Director will provide Kingdom Holdings with prompt prior written notice of such requirement so that Kingdom Holdings may seek a protective order or other appropriate remedy and/or waive compliance with the terms hereof. In the event that such

6



protective order or other remedy is not obtained, or that Kingdom Holdings waives compliance with the provisions hereof, Area Director agrees to furnish only that portion of the Confidential Information which Area Director is advised by written opinion of counsel is legally required and to exercise best efforts to obtain assurance that confidential treatment will be accorded such Confidential Information;

(b)     To ensure that all outside counsel, accountants and other representatives of Area Director who are given access to the Confidential Information on behalf of Area Director will abide by the confidentiality provisions of this Agreement. Area Director shall be fully responsible for any breach of this Agreement by any person to whom access to the Confidential Information is given by the Area Director or its representatives;

(c)     Not to make copies of the Confidential Information; and

(d)     Upon termination or expiration of this Agreement, to promptly return to Kingdom Holdings any and all Confidential Information and all copies thereof.

As used in this Agreement, the "Confidential Information" means information, oral or written, know-how and documents relating to Kingdom Holdings or the Kingdom Holdings Publishing Business, furnished by Kingdom Holdings, or representatives of Kingdom Holdings, to Area Director.     Kingdom Holdings' Confidential Information includes, without limitation, all trademarks, trade names, service marks, emblems and indicia of origin used by Kingdom Holdings in connection with the operation of the Kingdom Holdings Publishing Business, and all trade secrets or know-how, including, but not limited to, research, plans, products, services, customer lists, business plans, marketing data, software, forms, processes, methods of operation, and other business information disclosed to Area Director by Kingdom Holdings or its representatives.     The term Confidential Information does not include information which Area Director can establish (i) is or becomes generally available to the public other than as a result of disclosure by Kingdom Holdings, or (ii) becomes available to the Area Director from a source other than Kingdom Holdings or the representatives of Kingdom Holdings, provided that such source is not and was not bound by a confidentiality agreement with Kingdom Holdings.

(ii)     Noncompetition.     Area Director represents that Area Director is not currently working with or for, and that Area Director is not currently engaged in any capacity by, any individual, entity, organization, or company that conducts a business similar to or in competition with the Kingdom Holdings Publishing Business, including any business that serves the informational needs of neighborhoods, residential communities, homeowners' associations ("HOAs"), and other similar groups by providing newsletters, magazines, periodicals, websites, or any similar media ("Competitive Business").     Area Director specifically acknowledges that Area Director will receive valuable Confidential Information beyond Area Director's present skills and experience and that such Confidential Information provides a competitive advantage. In consideration for gaining access to such Confidential Information, Area Director agrees that:

(a)     During the term of this Agreement, Area Director shall not work with or for, or be engaged in any capacity by, any individual, entity, organization, or company, in any Competitive Business at any location within the United States, its territories or

7



commonwealths, or any other country, province, state or geographic area in which Kingdom Holdings or its affiliates have used, sought registration of or registered the Marks or similar marks or operated or granted others the right to operate a business (including acting as a sales agent or publisher) under the Marks or similar marks; and

(b)     For a period of twenty-four (24) months immediately following the expiration, termination, assignment or transfer of this Agreement ("Non-Compete Period"), Area Director will not compete, directly or indirectly, with Kingdom Holdings (or its successors and assigns) or work with or for, or be engaged in any capacity by, any individual, entity, organization, or company, in any Competitive Business within the Territory described in Exhibit "A," attached hereto or within one hundred miles of such Territory, or within one hundred miles of any other territory in which Kingdom Holdings operates the Kingdom Holdings Publishing Business, directly or through a sales agent or area director. Without limiting the generality of the foregoing, during the Non-Compete Period, Area Director will not, directly or indirectly, solicit sales agents, publishers, or employees of Kingdom Holdings or business from customers or clients (including residential communities and advertisers) of Kingdom Holdings nor shall Area Director engage in any business activities that are the same as or similar to those of the Company.

(iii)     Reasonableness of Covenants.  Area Director agrees that the preceding covenants contain reasonable limitations as to time, geographical area and scope of activity to be restrained and such limitations do not impose a greater restraint than is necessary to protect the goodwill or other business interests of Kingdom Holdings. Each of the covenants herein shall be construed as independent of any other covenant or provision of this Agreement. If all or any portion of a covenant in this Section 9 is held unreasonable or unenforceable by a court or agency having valid jurisdiction in an unappealed final decision to which Kingdom Holdings is a party, Area Director expressly agrees to be bound by any lesser covenant subsumed within the terms of such covenant that imposes the maximum duty permitted by law, as if the resulting covenant were separately stated in and made a part of this Section 9. Area Director further understands and agrees that Kingdom Holdings will have the right, in its sole discretion, to reduce the scope of any covenant set forth in this Section, or any portion thereof, without Area Director's consent, effective immediately upon notice to Area Director, and Area Director agrees that Area Director will promptly comply with any covenant as so modified.

10.     USE OF MARKS AND COPYRIGHTED MATERIALS.  In furtherance of Area Director's appointment, Kingdom Holdings grants Area Director a limited license to use those Kingdom Holdings trademarks and service marks ("Marks") and copyrighted materials ("Copyrighted Material") designated by Kingdom Holdings, solely for the purpose of advertising and promoting the Kingdom Holdings Publishing Business in the Territory. Due to the nature of the relationship between the parties and for their mutual benefit, the license is granted royalty-free. Area Director further expressly agrees that:

(i)     Kingdom Holdings is the lawful owner of the Marks and the Copyrighted Materials. Area Director's interest in the Marks and the Copyrighted Materials is solely that of a licensee, and all goodwill attributable to the use of the Marks in the Territory will accrue to the benefit of Kingdom Holdings. Area Director disclaims any proprietary interest in any of the

8



Marks and the Copyrighted Materials.

(ii)     Area Director shall not use the mark "Kingdom Holdings" or "Kingdom Holdings Publishing" or any abbreviation, acronym or variation of those words as part of Area Director's name or that of any business entity in which Area Director owns or holds an interest.

(iii)    Area Director shall use the Marks in the precise form that Kingdom Holdings prescribes and shall observe Kingdom Holdings' directions regarding the presentation, display and use of the Marks and the use, copying and distribution of the Copyrighted Materials.

(iv)    Director shall not establish an Internet website which uses the Marks or the Copyrighted Material. Area Director acknowledges that Kingdom Holdings has established and maintains an Internet website that provides information about the Kingdom Holdings Publishing Business. Kingdom Holdings will have sole discretion and control over the website's design and contents. Area Director acknowledges that Kingdom Holdings is the lawful, rightful and sole owner of the Internet domain name, www.lifestylepubs.com and www.hendersonlifestyle.com, and unconditionally disclaims any ownership interest in that or any colorably similar Internet domain name. Area Director agrees not to register any Internet domain name in any class or category that contains the words "Kingdom Holdings" or "publishing" or any abbreviation, acronym or variation of those words.

(v)     Area Director shall obtain Kingdom Holdings' prior approval for all advertising and promotional materials that Area Director desires to use and that have not been prepared or previously approved by Kingdom Holdings. Area Director shall submit such unapproved plans and materials to Kingdom Holdings (by personal delivery, by facsimile or through the mail). Area Director shall not use such plans or materials until approved by Kingdom Holdings. Area Director shall promptly discontinue use of any promotional or advertising plans or materials upon notice from Kingdom Holdings to do so.

## 11.     DEDICATED TELEPHONE NUMBER.

(i)     At all times during the term of this Agreement, Area Director shall maintain, at Area Director's sole cost and expense, a dedicated telephone line/number ("Dedicated Telephone Number") with answering machine or answering service for Area Director's operations as an Kingdom Holdings Area Director. Area Director shall give only such Dedicated Telephone Number to advertisers, residential communities, and other organizations or individuals in connection with Area Director's operation as a Kingdom Holdings Area Director.

(ii)    Area Director hereby appoints Kingdom Holdings as Area Director's true and lawful attorney-in-fact, with full power and authority to assign to Kingdom Holdings upon the termination, expiration, or transfer of this Agreement all rights to the Dedicated Telephone Number(s) and any business listings related thereto. Such power of attorney shall survive the expiration or termination of this Agreement, and Area Director agrees to execute such forms and documents as Kingdom Holdings deems necessary to appoint Kingdom Holdings as Area Director's true and lawful attorney-in-fact with full power and authority for the foregoing purposes. Kingdom Holdings will not assume any obligations for costs or expenses



9

related to such Dedicated Telephone Number(s) that accrued prior to the date on which Kingdom Holdings acquired the Dedicated Telephone Number(s).

12.     TRANSFER AND ASSIGNMENT.

(i)     By Kingdom Holdings.  Kingdom Holdings shall have the right to transfer and/or assign this Agreement to any person or legal entity without prior notice to, or consent of, Area Director.

(ii)    By Area Director.  Area Director shall not transfer or assign this Agreement without Kingdom Holdings' prior written consent.  Any such consent may be conditioned on the proposed transferee or assignee meeting Kingdom Holdings' then-current qualifications and standards for a Kingdom Holdings Area Director.  Any attempted transfer or assignment without Kingdom Holdings' prior written consent shall be invalid and unenforceable. The parties acknowledge and agree that if Kingdom Holdings consents to a transfer or assignment of this Agreement by Area Director to a third-party that meets Kingdom Holdings' qualifications and standards for Kingdom Holdings Area Director, then and in that event, all commission rights to which Area Director is entitled under this Agreement related to the Publication and Advertising Contracts for which Area Director is responsible shall also be transferred to such third-party.

13.     TERMINATION.

(i)     By Kingdom Holdings.  Kingdom Holdings may terminate this Agreement immediately upon written notice to Area Director, without an opportunity to cure if: (a) Area Director transfers or assigns, or attempts to transfer or assign, this Agreement in violation of Section 12 of this Agreement, or (b) if Area Director uses the Marks or Copyrighted Materials or uses or discloses the Confidential Information in violation of this Agreement.  In addition, upon Area Director's failure to comply with any other provision of this Agreement (including, without limitation, Area Director's failure to remain in Good Standing) and Area Director's failure to cure such breach within thirty (30) days following written notice from Kingdom Holdings, Kingdom Holdings may terminate this Agreement upon written notice to Area Director.

(ii)    By Area Director.  Upon Kingdom Holdings' failure to comply with any material provision of this Agreement and its failure to cure such breach within thirty (30) days following written notice from Area Director, Area Director may terminate this Agreement upon written notice to Kingdom Holdings.

14.     OBLIGATIONS OF AREA DIRECTOR UPON TERMINATION.  Upon the expiration or termination of this Agreement, all rights granted to Area Director hereunder shall immediately terminate, and Area Director shall:

(i)     Immediately cease to conduct operations as an area director or sales agent of Kingdom Holdings in the Territory;

10



(ii)     Promptly discontinue all further uses of the Marks and Copyrighted Materials and take appropriate action to return all Copyrighted Materials and Confidential Information in Area Director's possession or within Area Director's control to Kingdom Holdings;

(iii)    Comply with the covenants set forth in Sections 9(i) and 9(ii) hereof;

(iv)    At Kingdom Holdings' option, assign to Kingdom Holdings all rights to the Dedicated Telephone Number(s) and any related business listings and execute all forms and documents required by Kingdom Holdings to transfer such service and numbers to Kingdom Holdings. Area Director agrees to use different telephone numbers at or in connection with any subsequent business conducted by Area Director; and

(v)     Pay to Kingdom Holdings all damages, costs, and expenses, including reasonable attorneys' fees, incurred by Kingdom Holdings subsequent to the termination or expiration of this Agreement in obtaining injunctive or other relief for the enforcement of any provisions of this Section 14.

15.     STANDARD OF CARE.  Area Director will perform Area Director's duties hereunder using a fair and reasonable standard of care, skill and diligence as would normally be provided by an experienced publisher performing work similar to the services to be provided under this Agreement.

16.     INDEMNIFICATION.  Area Director shall indemnify and hold Kingdom Holdings, its affiliates, and their respective officers, directors, employees, owners, agents, representatives, and independent contractors, past or present, harmless, to the fullest extent permitted by law, from any and all losses and expenses (defined below) incurred in connection with any action, suit, proceeding, claim, demand, investigation or inquiry (formal or informal), or any settlement thereof (whether or not a formal proceeding or action has been instituted) which arises out of or is based upon any act or omission, whether actual or alleged, negligent or otherwise, of Area Director, its employees or agents, in connection with the performance of Area Director, its employees or agents, under this Agreement or the breach by Area Director of any representation or warranty herein.     "Losses and expenses" shall include, without limitation, all losses, compensatory, exemplary or punitive damages, fines, charges, costs, expenses, lost profits, reasonable attorneys' fees, court costs, settlement amounts, judgments, compensation for damages to Kingdom Holdings' reputation and goodwill, and other such amounts incurred in connection with the matters described.     This indemnity shall survive the expiration or termination of this Agreement.

11



17.     NOTICES. Any and all notices required or permitted under this Agreement must be in writing and personally delivered or mailed by expedited delivery service or certified or registered mail, return receipt requested, first class postage prepaid, or sent by prepaid facsimile (provided that the sender confirms the facsimile by sending an original confirmation copy by certified or registered mail or expedited delivery service within three (3) business days after transmission) to the parties at the following addresses until a different address is designated by written notice to the other party:

Notices to Kingdom Holdings: Kingdom Holdings, L.L.C.
                            Attn: Steven Schowengerdt, Resident Agent
                            14221 Metcalf, Suite 119
                            Overland Park, Kansas 66223
                            Facsimile: 888.599.0733

Notices to Area Director:    RANDY HARDING
                             12142 BURNS
                             GARDEN GROVE, CA 92840
                             Attention: RANDY HARDING
                             Facsimile: (      )

18.     ENTIRE AGREEMENT. This Agreement, the attachments hereto, and the documents referred to herein constitute the entire Agreement between Kingdom Holdings and Area Director concerning the subject matter hereof, and supersede any prior agreements. No representations, inducements, promises, or agreements, oral or otherwise, not embodied herein shall be of any force or effect. No amendment, change, or variance from this Agreement shall be binding on either party unless mutually agreed to in writing by Kingdom Holdings and Area Director.

19.     APPLICABLE LAW. This Agreement shall be interpreted and construed under the laws of the state of Kansas, which laws shall prevail if there is any conflict of law (without regard to, and without giving effect to, the application of Kansas conflict of law rules).

20.     JURISDICTION AND VENUE. Area Director irrevocably consents to the personal jurisdiction of the state and federal courts located in the state, county, or judicial district in which Kingdom Holdings' principal place of business is located and hereby waives all questions of personal jurisdiction for the purpose of carrying out this provision. Area Director hereby agrees that service of process may be made upon Area Director in any proceeding relating to or arising out of this Agreement or the relationship created by this Agreement by any means allowed by Kansas or federal law and further agree that venue for any proceeding relating to or arising out of this Agreement shall be the county or judicial district in which Kingdom Holdings' principal place of business is located; provided, however, that Kingdom Holdings may bring any action for injunctive or other extraordinary relief in any state or federal district court which has jurisdiction.

21.     REMEDIES CUMULATIVE. No right or remedy conferred upon or reserved to Kingdom Holdings or Area Director by this Agreement is intended to be, nor shall be deemed, exclusive of any other right or remedy herein or by law or equity provided or permitted, but each shall be cumulative of every other right or remedy.

12



IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement in duplicate, on the date first written above, each intending to be legally bound by its terms.

**AREA DIRECTOR**:

By: _Randy Harding_
Name: _RANDY HARDING_
Title: _AREA DIRECTOR_

**KINGDOM HOLDINGS:**

**KINGDOM HOLDINGS, L.L.C., a
Kansas Limited Liability Corporation:**

By: _Steven Schwengerdt_
Name: _Steven Schwengerdt_
Title: _CEO_

13

**Exhibit A**

**TERRITORY**

The Territory is: ~~_____~~ Orange County, CA.

# EXHIBIT 2

# KUDOS
## NEWPORT BEACH | LIVING LOCAL

NOVEMBER 2018

## Charlie & Ling Zhang
### PHILANTHROPISTS EXTRAORDINAIRE

## Volunteer your Time

## Harvest Pumpkin Pie

## Laguna Art Museum's Centennial Year

PRSRT STD
US POSTAGE
PAID
LONG BEACH, CA
PERMIT #2379

POSTAL CUSTOMER
**ECRWSSEDDM**

kudosnb.com



# An Invitation to Discover the
# World





Adam Martindale, Food & Wine Group Specialist  206-399-2138
Juanita Martindale, Cruise Specialist  206-909-2974

# Ignite Your Passions, Write Your Next Travel Story, Explore Far Away Places & Enjoy Culinary Experiences

Thousands of reasons — one passion. There are as many reasons to travel as there are travelers in this world. It's your turn to embrace your passion for travel with Oceania Cruises.



## APRIL 26TH , 2019

Oceania Riviera - Berryessa Gap Winery Cruise
Barcelona to Rome - 8 days

Enjoy perfect wines as you sail through the Mediterranean. Includes FREE Airfare, 4 Shore Excursions, Unlimited Internet, Pre-Paid Gratuities, Welcome Cocktail Party, Berryessa Winemaker Dinner, and Wine Tasting Session.
*www.goo.gl/HTLrmV*

## JUNE 23RD, 2019

Oceania Riviera - Cruise the Mediterranean with the Veggie Queen, Jill Nussinow
Rome to Venice - 11 days

The extraordinary voyage reveals some of the finest artworks, greatest architectural achievements, and most legendary historic sites in the world. Includes FREE Airfare, Pre-Paid gratuities, 6 Shore Excursions, and Cooking Classes, Seminars. and a Cocktail Party with Jill, The Veggie Queen.
*www.goo.gl/DChmWZ*

## OCTOBER 8th, 2019

Oceania Riviera - Fall Foliage Cruise with Mainly Mozart
Montreal to New York 11 days

Enjoy Private Performances by Well-Known Musicians such as John Kimura Parker. Includes FREE Airfare, 6 Shore Excursions, and Pre-Paid Gratuities.
*www.goo.gl/etXRo6*

## SEPTEMBER 29TH, 2019

Oceania Marina — Vegan Cruisade
Lisbon to Monte Carlo - 7 days

VeganCruisade. is the first ever Plant Based Vegan Cruise. Join us for 7 days of fun and entertainment aboard the luxurious MS Marina and experience Oceania's award-winning cuisine. Choose from 250 plant-based vegan dishes and never pay extra in any of the on-board specialty restaurants. Includes FREE Airfare, 4 Shore Excursions, Unlimited Internet, Pre-Paid Gratuities, Vegan Group Cocktail Party, and Gourmet Vegan Menus.
*www.goo.gl/HB7ZFr*

## DECEMBER 7TH, 2019

Oceania Sirena Stars of the Vine Coastal Wine Cruise
Round-Trip Los Angeles - 7 days

Sit back and relax as the Luxury Oceania Sirena sails to 5 different wine regions in California & Mexico Experience wineries in Napa, Sonoma, Monterey, Santa Barbara and Valle de Guadalupe, Mexico. Includes 4 Shore Excursions, Wifi, and Pre-paid gratuities.
*www.goo.gl/jZEmSi*



# PUBLISHER'S LETTER

# dear readers,

**WELCOME TO KUDOS NEWPORT BEACH!** As a tireless globetrotter, I feel very fortunate to have found and had the chance to live in Newport Beach. This extraordinary piece of California coast, with its climate and charisma, always surprises the traveler. Newport Beach has had a relevant role in the fascinating history of the remarkable emergence of Orange County from a small agricultural region to an economic powerhouse.

Over the last 15 years, I have discovered the most beautiful corners of this city, met the most giving people, and enjoyed its natural beauty and entrepreneurial spirit. KUDOS Newport Beach congratulates those people who through their effort, contributions, innovation, work ethic, and love for the community, have transformed and continue adding value to what Newport Beach is today.

Kudos comes from Greek and means "Glory." The word entered the English Language as slang used in British universities during the 19th Century. Later, in the 1920's, the word was used predominantly to designate praise given.

Our mission is to be a representation of the true pulse of the community by covering the finest in local living, from homes and travel to entertainment, philanthropy, sports, the arts, dining and more. All contents are produced locally by many specialized writers that understand the idiosyncrasies of our community and can easily spotlight local heroes, innovative ideas, as well as entrepreneurs and the unique philanthropic spirit of its residents.

We love to hear from you and encourage you to contact us. Tell us your story.

Finally, we want to thank our advertisers, collaborators and all of those that have made KUDOS Newport Beach possible.

An ideal is always a horizon, thus we like to encourage our readers, advertisers and collaborators to think big and be proactive. As Picasso once said, "Everything that you can imagine is real."



Ana Launes, Publisher
ana.launes@kudosnb.com

kudosnb.com   

 

# SATURDAY, NOVEMBER 3, 2018

Cocktail Reception    Stage Show    Gala Dinner

## ONE EPIC NIGHT FOR STUDENT SCHOLARSHIPS

Now in its 37th year, Chapman Celebrates brings the magic of Broadway to Chapman University's spectacular Musco Center for the Arts in a heart-pounding showcase of talent and artistry. This beloved Orange County tradition has raised more than $35 million in scholarship funds for deserving students.

Join us in this celebration of all things Chapman and discover what happens when untamed potential meets boundless opportunity: **ANYTHING IMAGINABLE**.



## BOB WEIR
Founding Member of the Grateful Dead
2018 Lifetime Achievement in the Arts Award

**CYNDI AND AKIN CEYLAN '90**
Gala Chairs

**ZEINAB DABBAH, M.D. (JD '12)**
**DANIEL TEMIANKA, M.D.**
Citizens of the Year

**CASEY KASPRZYK '01**
Alumni Achievement Award

## Chapman.edu/gala-night

SPONSORSHIP OPPORTUNITIES AND INDIVIDUAL TICKETS ARE AVAILABLE.
For sponsorship... chapman.edu



## EDITOR SPEAKS

# a giving community

**I LOVE THIS COMMUNITY.** It is filled with people who give in so many ways. Our Good Times column every month features charity events and the people who support those particular nonprofits, and there are many more we don't have space to highlight.

Our featured story this month details the journey Ling and Charlie Zhang have taken in giving. It didn't matter if they were struggling, they gave to family, friends and their church. And, now that they are very successful, the giving continues, only on a much larger scale. And, their sweet, thankful spirit for what they have been able to achieve in this country permeates everything.

We go back 100 years to look at a group of Laguna Beach artists, who, for the love of art, created the Laguna Beach Art Association and what ultimately became the Laguna Art Museum. The founders were followed by thousands of people, who gave and continue to give, their time, expertise and treasure to create the esteemed museum of California art we have today.

We have a "Ways to Give" feature that suggests charities for which you might consider volunteering. And, there are so many more in this great, giving community of ours. It is the month we celebrate Thanksgiving–an especially good time to help others.

Our Culinary Creations feature has the recipe for a Harvest Pumpkin Pie. Chef Jessica Roy knows how to decorate a pie! Take a look at the wreath of pastry leaves with which she has decorated the pie. It is beautiful (see page 6). So, if you want to impress your family and friends at Thanksgiving dinner, get out your pastry cloth and start rolling. They will definitely be impressed!

We wish you and yours a blessed Thanksgiving.

Until next time,



Donna Bunce, Editor
dbunce@kudosnb.com

kudosnb.com  



NOVEMBER 2018

## KUDOS Newport Beach

**PUBLISHER**
Ara Laura

**EDITOR**
Donna Bunce

**ART DIRECTOR**

**CONTRIBUTING WRITERS**

**CONTRIBUTING PHOTOGRAPHERS**

## KUDOS Publications
### From Many, ONE

**ON THE COVER** Ling and Charlie Zhang



# SEE A BRIGHTER FUTURE THROUGH YOUR NEW WINDOWS AND DOORS



FREE ESTIMATE  •  OVER 20 YEARS OF EXPERIENCE  •  TOTAL SATISFACTION GUARANTEED

## CALL TODAY FOR FREE ESTIMATES | 800.479.7759



### HARDYWINDOWS.COM

  

# TABLE of CONTENTS

NOVEMBER 2018



28

# featuring

**23 | a hundred year legacy |** The Laguna Art Museum commemorates its history in a year-long celebration

**28 | a grateful, committed couple |** Charlie and Ling Zhang are passionate about giving back

**36 | holiday recipes |** enjoy a classic pumpkin pie with a twist and a perfectly blended holiday cocktail

**42 | ways to give |** Consider volunteering for one or more of these worthwhile nonprofits



36



23

# departments

| | |
|---|---|
| 4 | Publisher's Letter |
| 6 | Editor Speaks |
| 10 | Plaudits |
| 18 | The Buzz |
| 20 | Town Happenings |
| 32 | Local Heroes |
| 34 | Curtain Time |
| 40 | What's On |
| 42 | Giving |



# LOOK GREAT AND FEEL **CONFIDENT**

CLEANINGS AND PREVENTION **/** COSMETIC DENTISTRY

PERIODONTAL DISEASE **/** RESTORATIONS

ORTHODONTICS **/** DENTAL IMPLANT

## NEW PATIENT SPECIAL

INCLUDES COMPLETE ORAL EXAM, DIGITAL X-RAY, TEETH CLEANING

**$99**

In the absence of periodontal disease. Cannot be combined with any other offer. No cash value.

- Peer Reviewer for Academy of General Dentistry Journal
- Certified Invisalign Provider
- Certified Lumineer Provider
- Awarded America's Best Dentist 2017 and 2018
- Member of ADA, CDA, OCDS
- Member of Academy of General Dentistry
- In Practice Since 1996, 22 Years of Experience
- University of Michigan, School of Dentistry Graduate



**JEFFREY CHU**
DDS, NB, INC.

GENERAL AND COSMETIC DENTISTRY

400 Newport Center Drive, Suite 205, Newport Beach, CA 92660

**949.239.7314 / JEFFREYCHUDDS.COM**




**PLAUDITS**  noun | plaudit
1 an act or round of applause
2 enthusiastic approval







# "Romance of the Mission"
## Gala a Magical Affair





The historic Mission San Juan Capistrano was the location of the annual "Romance of the Mission" gala, which drew a record 500 guests and raised funds for the Mission Preservation Foundation. The magical evening included a moving concert by Jackie Evancho in the Great Stone Church and a delectable Ritz-Carlton-catered dinner in the Central Courtyard. **Photography Carla Rhea, Val Westover**















1. Mission Preservation Foundation Executive Director Mechelle Lawrence Adams with honorees and longtime Mission supporters James and Madeline Swinden | 2. Grammy and Tony Award winner Jackie Evancho performing in the Ruins of the Great Stone Church | 3. Mission Preservation Foundation President George O'Connell and his wife Eden | 4. Michael and Vicky Carabini, Tony Moiso (Vicky and Tony are members of the Mission Preservation Foundation) | 5. Peter and Connie Spienuzza (Connie is a Mission Preservation Foundation member) | 6. The gorgeous table decor was compliments of Roger's Gardens Floral Studio | 7. Grammy and Tony-winning artist Jackie Evancho, center, with Bill and Vicki Booth | 8. Mission Preservation Foundation member William Cvengros with his wife Joan, Monsignor Michael McKiernan | 9. Model wearing the custom designed swallow pin, courtesy of Lugano Diamonds, valued at $10,000 as the opportunity prize | 10. Roger's Gardens' Gavin Herbert Jr. and wife Kerry (member of gala committee), Tim and Melinda Wood | 11. Guests Celeste Signorino and Casandra Criscione | 12. Guests Lisa and Grant Williams



CHIC
Coastal Cuisine

Celebrating
85 YEARS

LIVE ENTERTAINMENT
WEDNESDAY THROUGH SUNDAY

949-272-8953

## PLAUDITS

noun | plau dit
1 an act or round of applause
2 enthusiastic approval







# Celebrity Benefit Concert & Pageant Draw Praise







The annual Celebrity Benefit Concert and Pageant at the Festival of Arts grounds drew thousands of people to view the festival's fine art show with the works of 140 artists, hear Grammy Award -winning vocalist Steve Tyrell perform and enjoy the captivating performance of the critically acclaimed 85th Annual Pageant of the Masters production, themed "Under the Sun."













1. Actress and host Sarah Drew, posing with artist Bruce Vanderwilt and his art/Photo: Lily Fassnacht | 2. Pageant Director Diane Challis Davy, Scriptwriter Dan Duling. Director of Marketing Sharbie Higuchi/Photo: Michael Kovac | 3. Celebrity guest Joe Mantegna, right, with his wife Arlene/ Photo: Lily Fassnacht | 4. Celebrity Daniel Henney/Photo: Lily Fassnacht | 5. Celebrity Tricia Helfer/Photo: Michael Kovac | 6. Festival of Arts President David Perry, right, with his wife Terry/Photo: Michael Kovac | 7. "Days of Our Lives" alumni Arianne Zucker and Shawn Christian/Photo: Michael Kovac | 8. Celebrity James Callis/Photo: Michael Kovac | 9. Grammy Award-winning producer and vocalist Steve Tyrell performing at Pageant Concert/ Photo: Michael Kovac | 10. Festival of Arts artists Nikita Young, Rick Graves, and Carla Bosch, with Heather Sudweeks | 11. Celebrity Maria-Elena Laas perusing the art/Photo: Pat Rogers | 12. Festival of Arts raffle sellers selling tickets for a 2019 Acura RDX/Photo: Pat Rogers



**PLAUDITS**
noun | plau·dit
1 an act or round of applause
2 enthusiastic approval







Excitement was in the air as 270 guests gathered at South Coast Plaza Village, Orange County Museum of Arts' home until its new building opens at Segerstrom Center for the Arts in 2021. Guests were thrilled to experience the Thom Mayne-designed building through state-of-the-art virtual reality technology. Dinner was sumptuous, conversation entertaining and smiles abounded!

## OCMA Gala Held at its New Interim Home



1. OCMA Director/CEO Todd D. Smith, Architect Thom Mayne, Silver Sponsor Elizabeth Segerstrom and Trustee James Bergener | 2. Gala Chair Fanne Schneider, center, with Executive Committee members Jennifer Segerstrom, left, and Jennifer VanBergh, right | 3. Supporters Raj and Marta Bhathal | 4. Patrons Carmela and Ben Du | 5. Trustee Lisa Bhathal Merage and husband Richard Merage



## Jungle Adventure Delights Zoo Supporters






The Santa Ana Zoo's 26th annual "Zoofari," hosted by The Friends of the Santa Ana Zoo, drew 300 guests to a moon-lit gathering on the zoo lawn that honored U.S. Bank's staff members. KTLA5's Henry DiCarlo delighted as event emcee/auctioneer, the "Blue Parrot" cocktail and Panache-catered dinner were delish, and dancing to Groove Factory great fun.




1. Whimsical centerpieces, designed and created by longtime zoo supporter Jon "Rip" Ribble | 2. Santa Ana Zoo Director, Ethan Fisher, Executive Director, Cathi Decker, Friends of Santa Ana Zoo Board President David Exline | 3. Award-winning KTLA Channel 5 newscaster Henry DiCarlo served as gala emcee and auctioneer. More than $100,000 was netted for the Giant River Otter exhibit | 4. Guests Heather and Jared Ede, Greg Rchtouni and Jane Kutepova | 5. Guests Jeff and Kim Stanga | 6. The Groove Factory band packed the dance floor

**Photography Ryan Murphy, Lauren Hillary, Ann Chatillion**

**SUPPORT THE ARTS LOCALLY**



ORLANDO AGUDELO-BOTERO   *MI MUSA*   BRONZE

# ETHOS CONTEMPORARY ART

3405 NEWPORT BLVD., NEWPORT BEACH, CA 92263
LOCATED IN THE FIRST BLOCK OF THE BALBOA PENINSULA
ACROSS FROM THE NEW LIDO HOUSE HOTEL

ETHOSCONTEMPORARYART.COM        949-791-8917
Gallery hours Daily 11-6 call first for VIP Parking

**PLAUDITS** noun | plau·dit
1  an act or round of applause
2  enthusiastic approval



# "Ports of Call" Gala Beckons Laura's House Supporters





The nautical-themed soiree gathered 300 guests to the Balboa Bay Resort for a "Bon Voyage" to domestic violence, thanks to the herculean efforts of Laura's House. More than $485,000 was netted for the cause. Gala Chair Laura Khouri recognized Orange County Sheriff Sandra Hutchers with the Crystal Heart Award and Steven Hittelman, the Legal Leader Award.




1. Gala Chair Laura Khouri and Laura's House CEO/Executive Director Margaret Bayston | 2. Crystal Heart Award honoree, Orange County Sheriff Sandra Hutchens, with her husband Larry Hutchens | 3. 2018 Legal Leader Award honoree, Steve Hittelman (Partner at Hittelman Strunk Law Group), center, with Kory Hittelman, left, and Kaitlyn Hittelman, right | 4. NBC4 award-winning reporter Vikki Vargas was gala emcee | 5. Ports of call dancers | 6. Magician Johnny Wu entertained

# Vanguard University's Sixth Annual "Priceless" Luncheon





Addressing the issue of human trafficking was again the focus at the "Priceless" luncheon at the Fashion Island Hotel. Vanguard's Global Center for Women and Justice Director Dr. Sandra Morgan and Open Gate International and Strike Out Slavery founder Deidre Pujols spoke about their amazing work, while human trafficking survivor Stacy Jewell touched hearts about her journey.






1. Co-chair Helen Steinkamp, GCWJ Director Dr. Sandra Morgan, Vanguard University President Michael Beals, keynote speaker Deidre Pujols, co-chair Gwyn Hoyt | 2. Award-winning artist and anti-human trafficking advocacy specialist Stacy Jewell with mistress of ceremonies Deborah Anderson | 3. Acclaimed Angels Baseball first baseman Albert Pujols with Adele Oddo, winner of Albert's autographed baseball | 4. Committee member Jan Landstrom, Meghan Schoenleben (wife of Outstanding Individual honoree Bradley Schoenleben), committee member Dariellyn Melilli | 5. Open Gate International CEO Judy Lamborn, Deidre Pujols, Dr. Sandra Morgan, Derek Marsh, GCWJ assistant director | 6. Ana Launes and Randy Harding

Photography Bleu Cotton Photography Ann Chatillon



BALBOA JEWELRY & COIN

Balboa Jewelry & Coin specializes in the buying, selling, and consignment of gold, silver, platinum, diamonds, coins, watches, and both estate and custom designed jewelry. Successful entrepreneur owners Troy and Paula Feltis purchased the store two years ago and it has since flourished.

HUGE BLACK FRIDAY SALE
FRIDAY, NOVEMBER 23rd

Buy | Sell | Consign
Check Out Our Website at www.balboajewelrycoin.com
215 1/2 Marine Avenue, Balboa Island, CA 92662 | 949-397-1234

Stop in and experience their personal relationship-building approach for yourself



Prego
MEDITERRANEAN

SIGNATURE
MEDITERRANEAN
RECIPES

BRUNCH | HAPPY HOUR | DINNER |
PRIVATE EVENTS-Corporate Dinners | Meetings | Holiday Parties | Receptions

Mention Lifestyle for $20 toward the purchase of 2 entrees and 2 drinks
* Exclusions apply

2409 Park Ave., Tustin, CA 92782 | (949) 229-6572
pregooc.com



**THE BUZZ** noun | /bʌz/.
1 creates excitement, hype or a thrill
2 generates hype, or of gossip, talk, excitement



*Sandy Segerstrom Daniels, Peyton Marquez, Dean Spanos*

## FESTIVAL OF CHILDREN CELEBRATES 17 YEARS

Festival of Children showcased the work of 70 local children's charities and offered complimentary activities and entertainment at South Coast Plaza through the month of September. The opening night party in the plaza's Garden Terrace featured the festival's Founder and Executive Director Sandy Segerstrom Daniels, who bestowed the first Carousel Spirit Award on Susie and Dean Spanos (Los Angeles Chargers controlling owner) for their longstanding commitment to children. Peyton Marquez was presented the Fred Award for his work in raising funds for kids with Duchenne Muscular Dystrophy, from which he suffers. **FestivalofChildren.org**

## SAMUELI GIFT ANNOUNCED

Orange County School of the Arts honored alumni parents and longtime supporters Susan and Henry Samueli with the naming of The Samueli Family Art & Science Center at the award-winning school. Thanks to a $2 million donation by the Samuelis to the Masterpiece in the Making Campaign, OCSA's instructional space will increase by 155,000 square feet across four buildings, including the new state-of-the-art Dance, Music and Science Centers. **OCSArts.net**



*David Burnham*

## OCSA LAUNCHES 32ND SEASON

Orange County School of the Arts' Season Premiere at Balboa Bay Resort featured Broadway star and recording artist David Burnham with exceptional students from the school's Musical Theatre Conservatory. Entertainment also included OCSA's award-winning jazz ensemble and its celebrated performance ambassadors, Montage! The beachfront dinner and concert was enjoyed by 270 guests, raising funds for the OCSA Foundation. **OCSArts.net**



*Sandy Segerstrom Daniels, Kay Fugishige-Yada, Chris Bures / Photo: Kimberly-April*

## CANDLELIGHT CONCERT COMMITTEE TREATED TO MORNING OF FASHION

In anticipation of Segerstrom Center for the Arts' 45th annual Candlelight Concert, members of the event committee gathered at South Coast Plaza's Saks Fifth Avenue for a light champagne breakfast and a private showing of Saks' fall/winter eveningwear collection. Saks' Vice President/General Manager Chris Bures welcomed everyone, including Candlelight Co-Chairs Sandy Segerstrom Daniels and Kay Fugishige-Yada. It was announced that this year's entertainment includes Tony Award winners Susan Egan and John Lloyd Young and Broadway star Tony Yazbeck, followed by music and dancing to the legendary Earth, Wind & **Fire. SCFTA.org**

# Your
# Holiday Lighting Specialists



# INTERIOR & EXTERIOR
## RESIDENTIAL | COMMERCIAL | BOATS | SPECIAL EVENTS | DESIGN
## INSTALLATION | REMOVAL | STORAGE

Custom Projects and Unique Items including Tree of Lights, Mr. & Mrs. Claus, Toy Soldiers, Reindeer, Sleighs, Wreaths



## November Special

### 200 ft  or 10 Strings of Lights for only $500*
* an $810 value. Must be installed by November 15th.

wedolights4u.com  |  714-386-7870  |  Licensed, Bonded & Insured



# TOWN
# HAPPENINGS

# Drama from the
# Front Lines



ANNETTE BENING, ED ASNER AND GARY COLE WILL STAR IN A VETERANS DAY PRODUCTION OF
'IF ALL THE SKY WERE PAPER' AT CHAPMAN UNIVERSITY

Article Dawn Bonker

**THE MARK OF A COMPELLING STORY IS THAT IT'S TOLD OVER AND OVER, SOMETIMES EVEN TO THE SAME LISTENERS, WHO OFTEN HEAR SOMETHING NEW IN EACH RETELLING.**

So it is with "If All the Sky Were Paper," a play by Chapman University Presidential Scholar Andrew Carroll that features readings of letters written by service people in American conflicts from the Revolutionary War to the U.S. war in Afghanistan. With support from the National Endowment for the Arts and Cal Humanities, the play toured the nation for two years and was

featured at the Kennedy Center and the Kirk Douglas Theatre, where it featured star performers Annette Bening and Gary Cole.

Now, in honor of the 100th anniversary of Veterans Day, the play returns to campus for a special performance featuring television legend Ed Asner, who will join Bening and Cole in the one-night production.

Audiences will truly hear something new, too. In addition to redesigned multimedia elements, the Saturday, Nov. 10, production will feature original music by composer Peter Boyer, whose "Ellis Island: The Dream of America" was recorded at







Left: Chapman University theatre students perform in the 2010 world premier of "If All the Sky were Paper" Top: Chapman Presidential Scholar Andrea Carroll with tens of letters from American conflicts. Middle: Oscar-nominee Annette Bening, a recipient of Chapman's Lifetime Achievement Award, will perform in the Veterans Day production of "If All the Sky were Paper" Bottom: The special production will include an original score by Grammy-nominated composer Peter Boyer/Photo: Benjamin Entawga

Segerstrom Concert Hall for PBS' "Great Performances" series.

Unchanged, though, is the power of hearing the stories of those who have served at the front lines of American history.

"It's not political in any way. It's not overly patriotic or anti-war. It's very simply people's stories. They're very moving. It highlights how human beings can really shine and, conversely, how war can really bring out the worst in people," says John Benitz, associate theatre professor at Chapman, who has directed the play several times. "They never fail to move me."

The play is based on Carroll's bestselling books War Letters and Behind the Lines and brings to life the wartime letters of armed forces members caught up in every American conflict since the Revolutionary War. Selected letters range from those written by wistful farm boys-turned-soldiers to Civil War wives hoping for a loved-one's return.

The human drama in the letters first captured Benitz' imagination in 2010 when he read an article on the letters in National Geographic and reached out to Carroll in hopes of developing a play based on the letters. The two hit it off and began collaborating. Today they continue to adapt the play slightly for each new production.

Like the play, the collection of letters continues to evolve. More than 90,000 letters are now part of Chapman's Center for American War Letters, directed by Carroll and studied by Chapman students and scholars from around the world.

At 90,000 letters, it's easy to imagine that all the most powerful stories have been told. Not so, Carroll says.

"Every time I think we've exhausted the subject matter of love, fear, courage, someone sends me a letter that's unlike any I've read before."

And what has him most excited is his expectation that this new chapter in the archive's history will be its most vibrant.

"I really feel like we've just scratched the surface of what's out there and what's possible," he says.

### "If All the Sky Were Paper"

*Saturday, Nov. 10, at 7:30 p.m.*
*Chapman University's Musco Center for the Arts*
*1 University Drive, Orange*
*Tickets: $25-$55*
*Veterans and active-duty military may purchase up to two tickets at half price. Please plan to show military ID upon arrival. Parking pass is included in ticket purchase. Advance tickets may be purchased online at Chapman.edu/Tickets.*

# CASA ROCKS AT
## elysewalker
### LIDO MARINA VILLAGE, NEWPORT BEACH

## WEDNESDAY, DECEMBER 5, 6PM
### DRINK ⚡ DINE ⚡ DANCE

## SPONSORSHIP & TICKET INFORMATION AT
## CASAOC.ORG/CASAROCKS





# A Hundred Year
## Legacy



ART
GALLERY
EXHIBITION
OF PAINTINGS
BY ARTISTS
WHO HAVE PAINTED
LAGUNA BEACH

ADMISSION
FREE

Opening in 1918, the Laguna Beach Art Association art gallery, later to evolve to become the Laguna Art Museum.

THE LAGUNA ART MUSEUM
COMMEMORATES ITS HISTORY
IN A YEAR-LONG CENTENNIAL
CELEBRATION

Article Donna Bunce

**OUR COMMUNITY IS FORTUNATE TO HAVE IN OUR MIDST AN ART MUSEUM THAT IS CELEBRATING ITS 100TH ANNIVERSARY.** What would later be named the Laguna Art Museum was founded on July 27, 1918 by a group of Laguna Beach artists, who opened their first exhibition in a small building on the grounds of the Laguna Beach Hotel. Moving to its present location ten years later, the museum today is a magnet for lovers of California art. Its exhibits feature works of art created by California artists or represent the life and history of the state. Through its permanent collection, its special loan exhibitions, its educational programs, and its library and archive, the museum strengthens the public's knowledge and appreciation of California art of all periods and styles.



*Inside view of the Laguna Beach Art Association art gallery, 1923*

# The History

Laguna Beach was officially launched as an art colony in 1918 when local artists formed the Laguna Beach Art Association (LBAA), the beginnings of what would eventually become the Laguna Art Museum. LBAA, led by artists Anna Hills and Edgar Payne, opened a small art gallery in a building formerly used as a town hall on the grounds of the Laguna Hotel to showcase local art and later, in 1929, following a successful fundraising drive, opened a custom-designed gallery on the site of the present-day museum on Cliff Drive. The gallery began taking more and more characteristics of a museum and in 1972 was officially named the Laguna Beach Museum of Art, later renamed the Laguna Art Museum in 1986 with the expansion that completed the building as it stands today.



*Groundbreaking for the Laguna Beach Art Association art gallery on the site of today's Laguna Art Museum on Aug. 25, 1928/LBAA President Anna Hills, front, from left, William Griffith, H.H. Henshaw, D. B.B. Mason (acting city mayor), John Baumgartner, Howard Reaker, George Emmons.*



# Commemorating the Laguna Beach Art Association

Laguna Art Museum opened its centennial year exhibition, "Art Colony: The Laguna Beach Art Association, 1918-1935" on June 24, 2018 (runs through January 13, 2019) to celebrate the art association's history by featuring 100 paintings by major artists that were seen in the original exhibitions. The exhibition challenges existing ideas on what American Impressionism is and shows how California art is a distinct phenomenon with its own styles, themes and personality. Museum Executive Director Malcolm Warner says of the exhibition, "Attendance and feedback has been great. No one with a taste for painting should miss it—it's an immersion in gorgeous color and brushwork as well as the beauty of nature."

Entrance to the museum's centennial exhibition, "Art Colony - The Laguna Beach Art Association, 1918-1935"

# Special Anniversary Events

A series of year-long centennial celebrations have occurred, including the Centennial Bash in January, and a California Cool Art Auction (the 36th annual) in February featuring 100 works of art of California's most coveted artists. The museum also participated in the 52nd Patriot's Day Parade in March with a centennial-themed float. The film, *Laguna Art Museum at 100*, was screened in April, the "Art Colony" exhibition opened in June (detailed above), the LBAA Birthday Party was held in August, and the Centennial Ball was held in September at the Festival of Arts grounds. A Centennial Trolley Tour took place in October viewing historic homes of the LBAA founders, and John Wayne Airport is showcasing the exhibition, "Laguna Art Museum: An Artistic Legacy" through December 19.



The LBAA Birthday Party saw Orange County Supervisor Lisa Bartlett present a proclamation in honor of the museum's centennial to LAM Executive Director Dr. Malcolm Warner

"OUR HERO IS ANNA HILLS, THE EDUCATOR AND FUNDRAISER OF THE GROUP
(LAGUNA BEACH ART ASSOCIATION). SHE DID MORE THAN ANYONE ELSE TO
ESTABLISH THE LAGUNA BEACH ART ASSOCIATION AND LAY THE
GROUNDWORK FOR THE CHANGE FROM ART ASSOCIATION TO MUSEUM."

Malcolm Warner, Executive Director, Laguna Art Museum



Laguna Art Museum today



## Laguna Art Museum Today

As Executive Director Malcolm Warner puts it, "I'm touched by the
idealism of the early Laguna Beach artists. It was a pretty remote
place when they came together to form the art association that
eventually became the museum. The artistic, Bohemian life had been
largely a big city life, but they wanted to create an artistic community
that was more in touch with nature. We still feel that in all we do, and
all we aspire to do, in today's Laguna Art Museum."

Laguna Art Museum, 307 Cliff Drive,
Laguna Beach/949.494.8971/LagunaArtMuseum.org





# A Grateful, Committed Couple

CHARLIE AND LING ZHANG
ARE PASSIONATE ABOUT GIVING BACK

Article Donna Bunce

Ling and Charlie's wedding
day on June 8, 1985

NAMED OUTSTANDING PHILANTHROPISTS AT
NATIONAL PHILANTHROPY DAY ORANGE COUNTY
ON NOVEMBER 15TH SPEAKS TO THE ENORMOUS
CONTRIBUTIONS THE ZHANGS HAVE AND ARE
CONTINUING TO MAKE TO THIS COMMUNITY

**CHARLES (CALLED CHARLIE) ZHANG IS THE PERFECT EXAMPLE OF THE AMERICAN DREAM.** Coming to America in 1980 from Shanghai, China, he had his clarinet and $20 in his pocket. Twenty-one years later, Charlie and his wife Ling sold Pick Up Stix for $50 million!

Charlie, wanting to be a musician when he arrived in Los Angeles but having no money to pursue it, got a job immediately at a local restaurant as a dishwasher and saved $7,000 to buy his first Chinese restaurant two years later. An injury to his hand ended his musician's dream, so he continued buying Chinese restaurants.

An event occurred in 1984 that changed his life. He met Ling Wang at church in Cerritos, they dated, and nine months later they were married at Cerritos Christian Church. Ling had immigrated from Taiwan to the U.S. in 1978 and received a bachelor's degree in accounting from Cerritos College before she met Charlie.

Soon after marrying, the Zhangs moved to El Toro, later moving to Laguna Niguel, where they reside today.

They worked well together and in 1989, they launched Pick Up Stix - he as CEO and she as CFO. The company expanded to more than 100 stores and was sold to TGI Friday in 2001 for $50 million.

Soon after, in 2002, the couple founded Zion Enterprises, a property development company in Laguna Niguel, which is still going strong today. In 2004, they launched Aseptic Solutions USA, a manufacturer and co-packer of nutritional and dietary beverages, which they sold in 2012 to Glanbia Nutritionals for $60 million.

The couple have continued to partner in businesses throughout the years.

"In the early years, we were devoted to raising our two boys and growing the businesses," Charlie says.

**GIVING**

The idea of helping people came about soon after they were married, long before Charlie and Ling became millionaires.

"We didn't have much, but we helped community concerns, friends and our church," Charlie says.

"Charlie helped his family in Shanghai with the little that we had," Ling says.

They also helped friends in China who needed financial help, in particular establishing a scholarship fund in Nanking for low-income high school students.

Charlie gives his wife credit for their generosity.

"Ling has a kind heart and brought me to the Lord before we were married," Charlie shares. "I really feel God brought us together."

The couple's philanthropy has been quiet but steady for a long time. It has only been recently that they have stepped into the spotlight with board of directors commitments for Charlie and major donations to Pacific Symphony (they were major sponsors in 2016 of the symphony's Youth Orchestra's trip to China), Bowers Museum, Pacific Chorale and Concordia University, where Charlie is a member of the advisory board. Their church, Church in San Juan Capistrano, continues to be high on their giving list.

The Zhangs latest passion is Orange County Music & Dance, which they established in 2016 to provide a world-class nonprofit performing arts school for students, regardless of their ability to pay. The Irvine-based 21,000 square foot facility offers classes in dance, individual instrumental classes in strings, harp, woodwinds, brass, piano and percussion. There are also voice classes in opera and pop music and theater classes as well. The school boasts eight music rooms, two large dance studios, two conference rooms, a fully equipped recording studio, an in-house café and a 150-seat black box theater. There are close

*continued*

### A GRATEFUL, COMMITTED COUPLE, continued

to 400 students at the school with 80% ages six to 18 and 20% adults, primarily in dance and voice. There is also a summer program for deaf students in dance for their encouragement.

Charlie says the Southern California Children's Choir has made its home at OCM&D, as has the 80-member adult chorus called the American Feel Young Chorus. The school is also a major sponsor for the Orange County Artists Award for high schools competition, which is held at the Irvine Barclay Theatre.

"Some of our students have appeared on 'America's Got Talent,' Charlie says.

He said the school created a pop band to audition for "America's Got Talent," and they won their audition and advanced to the finals, which they didn't win.

"It was a major achievement for our kids," Charlie says. "The video received 400,000 viewers, and many called to audition for the school."

Charlie and Ling hosted a major fundraiser for the school on April 28, 2018 called "From Classical to Rock" for underserved youth from the school to learn and perform alongside professional musicians. Grammy Award-winning bassist and producer Randy Jackson emceed the show, which included John Rzeznik, guitarist and frontman for the Goo Goo Dolls. All the professionals donated their time for the sold-out evemt, and the proceeds were $132,050 for the school.

Charlie has received numerous accolades, among them Entrepreneur of the Year by Ernst & Young and, in 2014, the prestigious Ellis Island Medal of Honor, given to those who have made a significant contribution to the U.S. The honors go on and on for this modest man. And, if I were to list the number of charities he and Ling support, it would amaze you.

Their true joy resides in their newest endeavor, Orange County Music & Dance.

"We touch so many lives here," Ling says. "It is such a family atmosphere."

The Zhangs recently committed $1.1 million to the OCM&D endowment.

"We will continue to provide a place for youth to be nurtured, inspired and empowered," Charlie says. And, Ling adds, "Music is very powerful, and we feel leads the students in the right direction."

"We want to introduce them to a spiritual, church-filled life," Charlie states.

Both Ling and Charlie agree that this country and this community gave them wonderful opportunities to succeed, and that is why they continue to give. If you've ever heard Charlie sing "God Bless America," you would realize his love for this country.

Who would better understand that than a man who came to America with a dream and $20 in his pocket.



## wok ethic
Charlie Zhang applies new rules for
Chinese takeout at Pick Up Stix.

Charlie manning the stove during his Pick Up Stix days



Charlie Zhang receiving
the Ellis Island Metal of Honor, 2014

Ling and Charlie Zhang



Orange County Music & Dance building in Irvine





Charlie and Ling Zhang with members of the Pacific Symphony Youth Orchestra and Pacific Symphony Ensembles Director Shawne Zarubica, left. Students from left - Elana Leish, Danielle Liu, Shelby Capozzoli, Stephen (Donghyun) Ko, Hampton Douglas



OCMD vocal instructor Julian Miranda with students



OCMD stage with big screen

## LOCAL HEROES

# Two Dominate on Home Surf

### VANS US OPEN OF SURFING 2018 CROWNS TWO HUNTINGTON BEACH LOCALS



Article Ana Launes



Courtney Conlogue surfing for the championship title at the US Open of Surfing



2018 US Open of Surfing Women's title winner Courtney Conlogue reveling in her win



VANS US Open of Surfing 2018 winners Kanoa Igarashi and Courtney Conlogue



2018 US Open of Surfing Women's title winner Courtney Conlogue

**THIS YEAR, VANS US OPEN OF SURFING CROWNED TWO HUNTINGTON BEACH SURFERS IN EARLY AUGUST AS CHAMPIONS ON ITS HOME SURF.** A passionate and determined Courtney Conlogue beat world #1 ranked Stephanie Gilmore for the women's title and Kanoa Igarashi was the first surfer to win back-to-back Men's Opens since Brett Simpson did it eight years ago in 2009-10. Igarashi's battle against Griffin Colapinto turned into an eight-point ride that sealed the deal.

Conlogue, known for her gritty determination and incredible work ethic, is a two-time World Title runner-up (2015, 2016). Originally from Santa Ana, Courtney has made Huntington Beach her surfing home. After winning the first contest she ever entered at age 10, she earned a wildcard into the Maui Pro in Honolulu at 14. In 2009, she won the US Open of Surfing in front of her home crowd, paving the way to the Championship Tour where she finished in the Top 10. In 2015, she participated and won events in Australia, Brazil and Portugal. After overcoming the injuries she had and winning the US Open again, Conlogue said, "My head's in the right spot and I'm just having a good time out there."

Kanoa Igarashi's father, Japanese surfer Tsutomu 'Tom,' moved him to Huntington Beach with the sole purpose of teaching Kanoa the art of surfing. Kanoa quickly became a top-ranked amateur and qualified for the Championship Tour in 2015. He won the Hang Loose Pro and Pantin Classic in 2016, and in 2017 won his first US Open of Surfing in Huntington Beach. This year, Igarashi, who holds dual citizenship, is proudly representing Japan on the global stage, as he looks to surf for them during the 2020 Olympics in Tokyo.



Kanoa Igarashi surfing for the championship title at the US Open of Surfing



# Bountiful Memories & Yuletide Celebration



BodhranDance





Wen Hunt Dance



Dancers performing the Half-Door Dance

## SPENDING AN IRISH CHRISTMAS AT THE BARCLAY

### Article Helena Donovich

**CHRISTMAS AT IRVINE BARCLAY THEATRE BEGINS IN NOVEMBER.** Thanksgiving revelries give way to magical storytelling and beloved Christmas carols...and the Barclay stage comes alive with all things Christmas—Irish Christmas, that is.

An Irish Christmas event at The Barclay captures the very heartbeat of a traditional Irish Christmas celebration. The jubilant atmosphere reverberates with the infectious rhythm of Irish dance and the ethereal beauty of the music—its joyful harmonies flooded with the sounds of Irish flutes, fiddles and beautiful singing voices. Many have made An Irish Christmas at The Barclay a family tradition.

"Sometimes we have family groups of up to 15 at our shows," says Margaret O'Carroll, president of Kerry Irish Productions, the producer of the show. "It's a total joy-ride for families—from children to seniors—the age range at our shows is across the board."

First presented at The Barclay in 2007, An Irish Christmas has featured countless award-winning Irish dancers and musicians

throughout its seven previous sold-out showings at the theatre. This year's cast includes Caterina Coyne (principal dancer of Riverdance) and world champion dancers Tyler Schwartz and Connor Reider, along with a host of additional world-class singers, dancers and musicians.

Along with showcasing established Irish music and dance stars, O'Carroll says she enjoys guiding and mentoring the next generation of local young talent.

"One of the most satisfying moments is when we can take one of these young dancers and highlight them in the show," she says.

Drawing upon hundreds of years of Irish history, An Irish Christmas honors this festive time of year with glorious music and dance (the footwork is awe-inspiring), bringing a bounty of smiling faces and holiday memories. All that's missing is the lush green countryside. You'll have to travel to Ireland for that!



Kerry Irish Productions

Nov
26

An**Irish**
Christmas

An award-winning cast of Irish dancers,
led by Riverdance principal dancer
Caterina Coyne and world champion
dancer Tyler Schwartz, in a memorable
night of family entertainment that sparkles
with the charm and magic that only this
festive time of the year can bring.



Make the
holidays
swing!

Dec
2

series sponsor
**Ken & Helene Rohl**

Dr. Bobby Rodriguez
Latin
Jazz
Christmas

The King and Queen of the banjo!

Abigail
**Washburn**
& Béla
**Fleck**

Dec
7

15x Grammy
Award winner

sponsored by
**HASKELL WHITE**



Festival
Ballet
Theatre

Create holiday memories for your family by sharing the magic of the season.

The
**Nutcracker**
dec 8-24

PRE-SHOW
Nutcracker
Tea Party

the
**Barclay** 18/19
Irvine Barclay Theatre

www.thebarclay.org | 949.854.4646     4242 Campus Drive, Irvine CA

18–19 Season Sponsor
**CITY NATIONAL BANK**
AN RBC COMPANY



CHEF'S CORNER

# Holiday Recipes

ENJOY A CLASSIC PUMPKIN PIE
WITH A TWIST AND
A PERFECTLY BLENDED
HOLIDAY COCKTAIL

Article + Photography Chef Jessica Roy



## HARVEST PUMPKIN PIE

**NOTHING REPRESENTS THE FEELING OF THE HOLIDAYS AND THAT CELEBRATORY SPIRIT LIKE A HOMEMADE PIE.** In the following recipe, I put a fun twist on an American classic. I made a decorative wreath (pictured) out of extra pie dough rolled thin and shaped. The wreath is optional but achievable for the ambitious cook. Layer the rolled dough in a 10-inch circle, egg wash, and bake until golden.

### INGREDIENTS

**The Crust**
2 ½ c. flour
1 tsp. salt
12 tbs. butter, chilled
¼ c. vodka, chilled
¼ c. water, chilled

**Egg Wash**
1 egg
1 bsp. water, beaten together

**The Filling:**
4 eggs, beaten
1 (15 oz.) can pumpkin

1 ¼ c. sugar
1/4 c. molasses
1 ½ tsp. salt
2 tsp. cinnamon
1 tsp. ground ginger
1 tsp. allspice
1 tsp. nutmeg
⅛ tsp cloves

**The Whipped Cream**
12 oz. heavy cream, chilled
1 c. sugar
¼ c. hazelnut liquor, chilled
Demerara sugar, for Garnish

### METHOD

Mix first three ingredients in a food processor and pulse until mixture resembles crumbs. Add remaining ingredients and pulse until dough comes together. Divide in half. Roll out one half and line pie dish. Roll out other half and use leaf cutters to punch out design. Brush all crust with egg wash before baking (optional). Bake leaves for 12-14 minutes until golden brown. Reserve for garnish.

Take ingredients for the filling and blend in standard mixer until well incorporated. Pour into pie dish. Bake at 400 degrees for 15 minutes. Decrease temperature to 375 degrees and cook for additional 25-30 minutes or until done. After pie has cooled, decorate it.

Place all ingredients for whipped cream in a bowl. Using an electric mixer whip into firm peaks. Serve atop pie and enjoy!



Recipe Courtesy Renaissance Newport Beach
/Photo Jessica Roy

## POARCH ROCKIN' THYME COCKTAIL

**THIS HOLIDAY COCKTAIL IS PERFECT FOR ENTERTAINING.** It can be batch-made ahead of time and shaken with ice to order.The notes of elderflower, pear, and thyme create a perfectly balanced cocktail that will please a crowd.

### INGREDIENTS

#### Cocktail
1.5 oz. vodka
¼ oz. St. Germaine
½ oz. vanilla thyme simple syrup
½ oz. pear nectar
7 medium ice cubes
1 thyme sprig
1 pear wedge

#### Vanilla Thyme Simple Syrup
1 c. white sugar
1 c. water
3 tbs. good vanilla extract
7 sprigs fresh thyme

### METHOD

Simple Syrup
Place water and sugar in a small saucepan and bring to a boil. Turn heat off and add thyme. Let steep for a minimum of 2 hours up to overnight. Strain out thyme when ready and add vanilla to finish.

For the Cocktail
Place all ingredients in a cocktail shaker. Shake for 10 seconds. Pour into chilled coupe glasses and garnish with fresh pear and remaining thyme sprig. Enjoy!

# MR. CLEAN® MADE HIS CHOICE.
## Make The Maids® Your Choice Too.



## ONE MORE REASON TO HIRE THE MAIDS.

It's no surprise Mr. Clean trusts only one cleaning service to be an exclusive partner. Our detailed 22-STEP CLEANING PROCESS and TRAINED EXPERTS eliminate dirt, grease and allergens to your highest standards. Fall into a new routine. The Maids and Mr. Clean will keep your house clean and healthy from season-to-season.

✓ Certified by Mr. Clean
✓ 100% satisfaction guarantee
✓ Bonded and insured
✓ No-contract cleanings
✓ Customized cleaning plans
✓ Flexible scheduling



**949-474-4070**  Call now for a free, no-obligation estimate **Maids.com**



The Maids®
Referred for a reason.

Mr. Clean brand and image trademarks are used under license from The Procter & Gamble Co.







**WHAT'S ON**
noun | what's on
1 : dates to remember
2 : noted events and activities

# NOVEMBER

## "THE SEAFARER" *Laguna Playhouse*

It's Christmas Eve in a coastal village north of Dublin. Sharky returns to look after his aging brother, who's recently gone blind. Attempting to stay off the bottle, he contends with old drinking and card buddies and the arrival of a stranger from the past. With stakes raised higher and higher, Sharky may be playing for his very soul. **LagunaPlayhouse.com**

## "KNIGHTS IN ARMOR"
### Bowers museum

"Knights in Armor" features stunning masterpieces of European arms and armor, dating from the Medieval and Renaissance ages to the Romanticized Medieval revival of the 1800s. Featured are pieces of armor, including full suits, helmets, corselets, shields, swords and paintings on loan from the Museo Stibbert of Florence, Italy. **Bowers.org**

## QUARTETTO DE CREMONA
### Salmon Recital Hall, Chapman University

Since its formation in 2000, the Quartetto de Cremona has become one of the most exciting chamber ensembles on the international stage. The quartet is an ambassador for the international "Friends of Stradivari" project and plays the Stradivarius "Paganini Quartet" instruments on loan from the Nippon Music Foundation, including the same violin played by Henri Temianka. **MuscoCenter.org**

## "WESTSIDE STORY"
### Coast Hills Auditorium

Enjoy the concert version of the 1961 award-winning musical, "West Side Story," performed by South Coast Symphony at Coast Hills Auditorium in Aliso Viejo. The musical was nominated for 11 Academy Awards and won 10, including Best Picture, becoming the record holder for the most wins of a movie musical. You'll love hearing musical numbers like "Maria," "Tonight," "Somewhere."
**SouthCoastSymphony.org**

## "LEGALLY BLONDE"
### UCI Claire Trevor School of the Arts

Based on the book and hit movie of the same name, this award-win-ning musical packs more than fabulously fun songs and visual delight. Everyone underestimates Elle Woods (herself included), but when she heads to Harvard to win back her boyfriend, she finds much more in store for her future. Check the website for performance times. **arts.uci.edu**

## "THE LEGACY CONTINUES GALA"
### City National Grove of Anaheim

Rivals United for a Kure's "Legacy Gala" celebrates Kure It Cancer Research's 10th anniversary by honoring people who have played key roles in its growth. Rivals UCLA Bruins and USC Trojans come together to raise funds for Kure. It's under-funded cancer campaign to support the amazing cancer researchers at UCLA Jonsson's and USC Norris' Comprehensive Cancer Centers. **KureIt.org**

## "WAITRESS"
### Segerstrom Center for the Arts

The Broadway musical from Grammy Award-winning Sara Bareilles is coming to Segerstrom Hall, as renowned actress/singer Christine Dwyer puts on her apron and bakes her way across the country as she steps into the role of Jenna in the national tour. Dwyer's creds include Sylvia in the national tour of "Finding Neverland" and Maureen on Broadway in "Rent." **SCFTA.org**

## SAWDUST ART FESTIVAL: WINTER FANTASY
### Sawdust Festival Grounds, Laguna Beach

The 28th Annual Stardust Art Festival Winter Fantasy is a weekends-only event for the entire family. The festival grounds are transformed into a winter wonderland and feature 180 artists showcasing their work. Enjoy holiday entertainment, outdoor cafes, art classes and demonstrations, Santa, and much more. You will find great art gifts and decorations for the holidays. **SawdustArtFestival.org**



## 2018 TURKEY TROT OC
### The Village of Hope, Tustin

The Orange County Rescue Mission will hold its fifth annual Turkey Trot OC 5K Run/Walk on Thanksgiving morning with the goal of raising enough support to provide more than 30,000 meals for the hungry and homeless of OC. Registration opens at 6:30 a.m. Race starts at 8 a.m. Expo and awards follow the race. **TurkeyTrotOC.org**



**Full of Potential.
Short on Food.**

**In Orange County, 1 in 5 children struggle with hunger and poverty.
You can help, please visit www.ocfoodbank.org/contribute today!**

For every $1 donated, the OC Food Bank is able to provide 4 meals to local families.

 

11870 Monarch Street
Garden Grove, CA 92841
(714) 897-6670



GIVING

# Ways to Give

CONSIDER
VOLUNTEERING
FOR ONE OR MORE OF
THESE DESERVING
NONPROFITS

Article Donna Bunce



**OLIVE CREST** – The nonprofit has direct service and support service opportunities for individuals that include mentoring, internships, chaplaincy, tutoring, childcare, office volunteering, event volunteering, etc. Additionally, Olive Crest offers opportunities to create, lead and/or host events with children and youth. **OliveCrest.org/Volunteer**

**SENIORSERV** – The nonprofit's holiday program benefits home-bound seniors throughout Orange County. They provide gift bags, which you simply fill with goodies or donate a $25 pre-paid card. Contact Linda Molthen by December 7 at 714.229.3377 to brighten the holidays for a local senior or visit **SeniorServ.org**.

**MOMS ORANGE COUNTY** – Each year MOMS Orange County helps more than 5,000 low-income pregnant women and infants. Volunteer opportunities over the holidays are needed to help process donations, and individuals and groups are needed to adopt Orange County's neediest families. Donations of diapers, newborn necessities, clothing, books and toys for ages 0-2 are welcome. Contact Amanda Warner at 714.352.3406 or visit **MomsOrangeCounty.org**

**VOCATIONAL VISIONS** - Volunteer opportunities for Vocational Visions' Clubhouse Program for helping adults with disabilities includes helping with finding used or donated items, sharing information about any special talents or speaking about your unique job. Volunteers have the opportunity to also help with arts and crafts, work on client goals, assist with client's needs and help supervise on field trips. Background checks and medical clearances are required. **VocationalVisions.org**

**SECOND HARVEST FOOD BANK** - Volunteers at Second Harvest Food Bank are the heart and soul of its mission to feed the hungry, as they provide 40% of the work at the food bank. Activities are available to sort food at the Food Distribution Center, help at the incredible Edible Farm (moving to a location at the Great Park and ready in 2019), and work in the administrative offices. There are also volunteer activities available for kids through Izzy's Corner.
**FeedOC.org/GetInvolved/Volunteer/Activities**



# Stronger

# Brighter

# Healthy

# Teeth for Life

**949-565-2040**

1401 Avocado Avenue, Suite 806
Newport Beach, CA 92660

www.petersmrecekdds.com

*– Selected by his peers as
Top Dentist 2015 through 2018*

*– Selected as one of California's
Favorite Dentists 2012-2018*

*– Awarded America's Best
Dentist 2018*

- Master in the Academy of General Dentistry
- American Academy Cosmetic Dentistry
- International Congress Oral Implantologist
- American Society of Dental Anesthesiologists
- LD Pankey Institute
- Member CDA, ADA, OCDS
- Misch International Implant Institute

## NEW PATIENT
## SPECIAL $99

Entitles New Patient to
Complete Examination,
Necessary X-rays and a
Healthy Mouth Cleaning
(a $355 value)

FILLINGS
VENEERS
BONDING
BLEACHING
CROWN & BRIDGE
IMPLANTS
INVISALIGN®
SLEEP DENTISTRY



*Dr. Peter T. Smrecek
D.D.S., Inc.*







# Great Time!
## The CLOSEST CASINO TO NEWPORT BEACH

   

# Fun is only 25 minutes away.

## www.TheGardensCasino.com

Follow us   

11871 E Carson St. Hawaiian Gardens, CA 90716 | 562-860-5887

# EXHIBIT 3



# Newport Beach

NOVEMBER 2018

NewportBeachLifestylePubs.com

## L I F E S T Y L E ™

## CHARLIE AND LING ZHANG

### PHILANTHROPISTS EXTRAORDINAIRE

**+**

VOLUNTEER
YOUR TIME

RECIPE FOR HARVEST
PUMPKIN PIE

LAGUNA ART
MUSEUM'S
CENTENNIAL YEAR



## OCEANIA CRUISES®

# An Invitation to Discover the *World*



## OCEANIA SPECIALTY CRUISES

**CRUISE PLANNERS**

YOUR LAND AN

Adam Martindale, Food & Wine Group Specialist – **206-399-2138**
Juanita Martindale, Cruise Specialist – **206-909-2974**
martindaletravel.com | martindale.cruiseplanners.com



## Ignite Your Passions. Write Your Next Travel Story. Explore Far Away Places & Enjoy New Culinary Experiences

Thousands of reasons – one passion. There are as many reasons to travel as there are travelers in this world. It's your turn to embrace your passion for travel with Oceania Cruises.

### APRIL 26TH 2019

Oceania Riviera · Berryessa Gap Winery Cruise · Barcelona to Rome · 8 days

Enjoy perfect wines as you sail through the Mediterranean. Includes FREE Airfare, 4 Shore Excursions, Unlimited Internet, Pre-Paid Gratuities, Welcome Cocktail Party, Berryessa Winemaker Dinner, and Wine Tasting session. www.goo.gl/HTLrmV

### JUNE 23RD 2019

Oceania Riviera · Cruise the Mediterranean with the Veggie Queen, Jill Nussinow
Rome to Venice · 11 days

This extraordinary voyage reveals some of the finest art, history, grandest architecture, achievements and most legendary historic sites in the world. Included FREE Airfare, Pre-Paid gratuities, 6 Shore Excursions, and Cooking classes/Seminars, and a Cocktail Party with Jill, The Veggie Queen. www.goo.gl/DChmWZ

### OCTOBER 8TH 2019

Oceania Riviera · Fall Foliage Cruise with Mainly Mozart · Montreal to New York · 11 days

Enjoy Private Performances by Mel Kovart Musicians such as John Kimura Parker. Includes FREE Airfare, 6 Shore Excursions, and Pre-Paid Gratuities. www.goo.gl/efXRo6

### SEPTEMBER 29TH 2019

Oceania Marina · VeganCruisade · Lisbon to Monte Carlo · 7 days

VeganCruisade is the first ever Plant Based Vegan Cruise. Join us for 7 days of fun and entertainment aboard the luxurious MS Marina and experience Oceania's award-winning cuisine. Onboard from 150 plant-based vegan dishes and many guest extras in any of the onboard specialty restaurants. Includes FREE Airfare, 4 Shore Excursions, Unlimited Internet, Pre-Paid Gratuities, Vegan Group Cocktail Party, and Gourmet Vegan Menus. www.goo.gl/HB7ZFr

### DECEMBER 7TH 2019

Oceania Sirena · Stars of the Vine Coastal Wine Cruise · Round-Trip Los Angeles · 7 days

Sit back and relax on the Luxury Oceania Sirena sails to 5 different wine regions in California & Mexico. Experience wines in Napa-Sonoma, Monterey, Santa Barbara and Valle de Guadalupe, Mexico. Includes 4 Shore Excursions, Wifi, and Pre-paid gratuities. www.goo.gl/jZEmSl

LIFESTYLE LETTER



# A Giving Community

**I LOVE THIS COMMUNITY.** It is filled with people who give in so many ways. Our Good Times column every month features charity events and the people who support those particular nonprofits, and there are many more we don't have space to highlight.

Our featured story this month details the journey Ling and Charlie Zhang have taken in giving. It didn't matter if they were struggling, they gave to family, friends and their church. And, now that they are very successful, the giving continues, only on a much larger scale. And, their sweet, thankful spirit for what they have been able to achieve in this country permeates everything.

We go back 100 years to look at a group of Laguna Beach artists, who, for the love of art, created the Laguna Beach Art Association and what ultimately became the Laguna Art Museum. The founders were followed by thousands of people, who gave and continue to give, their time, expertise and treasure to create the esteemed museum of California art we have today.

We have a "Ways to Give" feature that suggests charities for which you might consider volunteering. And, there are so many more in this great, giving community of ours. It is the month we celebrate Thanksgiving–an especially good time to help others.

Our Culinary Creations feature has the recipe for a Harvest Pumpkin Pie. Chef Jessica Roy knows how to decorate a pie! Take a look at the wreath of pastry leaves with which she has decorated the pie. It is beautiful (see page 6). So, if you want to impress your family and friends at Thanksgiving dinner, get out your pastry cloth and start rolling. They will definitely be impressed!

We wish you and yours a blessed Thanksgiving.

Until next time,

*Donna*

Donna Bunce, Editor
DBunce@LifestylePubs.com

NewportBeachLifestylePubs.com

**ON THE COVER** Ling and Charlie Zhang accepting the Helena Modjeska Cultural Legacy Award as arts patrons at Arts Orange County's Arts Awards, October, 2017
**PHOTOGRAPHY BY NICHOLAS KOON**

# Newport Beach
L I F E S T Y L E™

## NOVEMBER 2018

**PUBLISHER**
Randy Harding | rharding@lifestylepubs.com

**PUBLISHER**
Ana Launes | alaunes@lifestylepubs.com

**EDITOR**
Donna Bunce | dbunce@lifestylepubs.com

**CONTRIBUTING WRITERS**
Dawn Bonker, Helena Danovich,
Ana Launes, Jessica Roy

**CONTRIBUTING PHOTOGRAPHERS**
Ann Chatillon, Bleu Cotton Photography,
Lauren Hillary, Ana Launes, Ryan Murphy,
Carla Rhea, Jessica Roy, Val Westover

## CORPORATE TEAM

**CHIEF EXECUTIVE OFFICER** Steven Schowengerdt
**CHIEF SALES OFFICER** Matthew Perry
**CHIEF FINANCIAL OFFICER** DeLand Shore
**ART DIRECTOR** Sara Minor
**OPERATIONS DIRECTOR** Janeane Thompson
**EDITORIAL MANAGER** Nicolette Martin
**EDITORIAL** Kate Baxendale
**AD MANAGER** Chad Jensen
**AD COORDINATORS**
Cyndi Harrington | Alicia Huff | Jessica Soetaert
**LAYOUT DESIGNERS**
Cyndi King | Dana Rudolph | Emily Stout
Hailey Stepanek | Adella Wrisinger
**FIELD SUPPORT** Carli DiMarco | Victoria Perry
**PUBLISHER SUPPORT** Melanie Carlisle
**ACCOUNTANT** Austin Park
**APPLICATION ARCHITECT** Michael O'Connell
**WEB DEVELOPERS**
Tejaswini Jagarlamudi | Harshith Potu




# Lifestyle | publications™

ARIZONA | CALIFORNIA | COLORADO | CONNECTICUT | FLORIDA | GEORGIA
IDAHO | ILLINOIS | KANSAS | MARYLAND | MINNESOTA | MISSOURI | MONTANA
NEVADA | NEW JERSEY | NORTH CAROLINA | OHIO | OKLAHOMA | OREGON
TENNESSEE | TEXAS | VIRGINIA | WASHINGTON

514 W 26th St., Kansas City, MO

**Proverbs 3:5-6**

*Newport Beach Lifestyle*™ is published monthly by Lifestyle Publications LLC. It is distributed via the US Postal Service to some of the Newport Beach areas' most affluent neighborhoods. Articles and advertisements do not necessarily reflect Lifestyle Publications' opinions. No portion of this magazine may be reproduced in any form without written consent. Lifestyle Publications does not assume responsibility for statements made by advertisers or editorial contributors. Information contained within this publication is gathered from sources considered to be reliable, but the accuracy of all information cannot be guaranteed.





4   Newport Beach Lifestyle  |  November 2018



Misty Copeland (Photo: Doug Gifford)









# INSIDE THE ISSUE
## NOVEMBER 2018

## FEATURES

**18** Holiday Recipes

Enjoy a classic pumpkin pie with a twist and a perfectly blended holiday cocktail

**22** A Hundred Year Legacy

The Laguna Art Museum commemorates its history in a year-long centennial celebration

**26** A Grateful, Committed Couple

Charlie and Ling Zhang are passionate about giving back

**42** Ways to Give

Consider volunteering for one or more of these worthwhile nonprofits







## DEPARTMENTS

4     Lifestyle Letter

8     Good Times

16    Around Town

18    Culinary Creations

32    Hometown Hero

34    Back Stage

36    Our Town

40    Lifestyle Calendar

42    Local's Choice



# LOOK GREAT AND FEEL **CONFIDENT**

CLEANINGS AND PREVENTION **/** COSMETIC DENTISTRY

PERIODONTAL DISEASE **/** RESTORATIONS

ORTHODONTICS **/** DENTAL IMPLANT

## NEW PATIENT SPECIAL

INCLUDES COMPLETE ORAL EXAM, DIGITAL X-RAY, TEETH CLEANING

In the absence of periodontal disease. Cannot be combined with any other offer. No cash value.

# $99

- Peer Reviewer for Academy of General Dentistry Journal
- Certified Invisalign Provider
- Certified Lumineer Provider
- Awarded America's Best Dentist 2017 and 2018
- Member of ADA, CDA, OCDS
- Member of Academy of General Dentistry
- In Practice Since 1996, 22 Years of Experience
- University of Michigan, School of Dentistry Graduate



# JEFFREY CHU
## DDS, NB, INC.
GENERAL AND COSMETIC DENTISTRY

400 Newport Center Drive, Suite 205, Newport Beach, CA 92660

**949.239.7314** / **JEFFREYCHUDDS.COM**



GOOD TIMES





## "Romance of the Mission" Gala a Magical Affair

Historic Mission San Juan Capistrano was the location of the annual "Romance of the Mission" gala, which drew a record 500 guests and raised funds for the Mission Preservation Foundation. The magical evening included a moving concert by Jackie Evancho in the Great Stone Church and a delectable Ritz-Carlton-catered candlelit dinner in the Central Courtyard.

**PHOTOGRAPHY CARLA RHEA, VAL WESTOVER**














1. Mission Preservation Foundation Executive Director Mechelle Lawrence Adams with honorees and longtime Mission supporters James and Madeline Swinden │2. Grammy and Tony Award winner Jackie Evancho performing in the Ruins of the Great Stone Church │3. Mission Preservation Fouodation President George O'Connell and his wife Eden │4. Michael and Vicky Carabini, Tony Moiso (Vicky and Tony are members of the Mission Preservation Foundation) │5. Peter and Connie Spenuzza (Connie is a Mission Preservation Foundation member) │6. The gorgeous table decor was compliments of Roger's Gardens Floral Studio │7. Grammy and Tony-winning artist Jackie Evancho, center, with Bill and Vicki Booth │8. Mission Preservation Foundation member William Cvengros with his wife Joan, Monsignor Michael McKiernan │9. Model wearing the custom designed swallow pin, courtesy of Lugano Diamonds. valued at $10,000 as the opportunity prize │10. Roger's Gardens' Gavin Herbert Jr. and wife Kerry (member of gala committee), Tim and Melinda Wood │11. Guests Celeste Signorino and Casandra Criscione │12. Guests Lisa and Grant Williams





## SATURDAY, NOVEMBER 3, 2018

Cocktail Reception   Stage Show   Gala Dinner

### ONE EPIC NIGHT FOR STUDENT SCHOLARSHIPS

Now in its 37th year, Chapman Celebrates brings the magic of Broadway to Chapman University's spectacular Musco Center for the Arts in a heart-pounding showcase of talent and artistry. This beloved Orange County tradition has raised more than $35 million in scholarship funds for deserving students.

Join us in this celebration of all things Chapman and discover what happens when untamed potential meets boundless opportunity: **ANYTHING IMAGINABLE**.



### BOB WEIR
Founding Member of the Grateful Dead
2018 Lifetime Achievement in the Arts Award

**CYNDI AND AKIN CEYLAN '90**
Gala Chairs

**ZEINAB DABBAH, M.D. (JD '12)**
**DANIEL TEMIANKA, M.D.**
Citizens of the Year

**CASEY KASPRZYK '01**
Alumni Achievement Award

———

### Chapman.edu/gala-night

SPONSORSHIP OPPORTUNITIES AND INDIVIDUAL TICKETS ARE AVAILABLE.

For sponsorship information or tickets, please contact Tami R. Thompson at (714) 744-7031 or tthompso@chapman.edu

GOOD TIMES





## Celebrity Benefit Concert and Pageant Draw Praise

The annual Celebrity Benefit Concert and Pageant at the Festival of Arts grounds drew thousands of people to view the festival's fine art show with the works of 140 artists, hear Grammy Award-winning vocalist Steve Tyrell perform and enjoy the captivating performance of the critically acclaimed 85th Annual Pageant of the Masters production, themed "Under the Sun."













1. Actress and host Sarah Drew, posing with artist Bruce Vanderwilt and his art/Photo: Lily Fassnacht  | 2. Pageant Director Diane Challis Davy, Scriptwriter Dan Duling. Director of Marketing Sharbie Higuchi/Photo: Michael Kovac  | 3. Celebrity guest Joe Mantegna, right, with his wife Arlene/ Photo: Lily Fassnacht  |4. Celebrity Daniel Henney/Photo: Lily Fassnacht  |5. Celebrity Tricia Helfer/Photo: Michael Kovac |6. Festival of Arts President David Perry, right, with his wife Terry/Photo: Michael Kovac  | 7. "Days of Our Lives" alumni Arianne Zucker and Shawn Christian/Photo: Michael Kovac  | 8. Celebrity James Callis/Photo: Michael Kovac  | 9. Grammy Award-winning producer and vocalist Steve Tyrell performing at Pageant Concert/ Photo: Michael Kovac |10. Festival of Arts artists Nikita Young, Rick Graves, and Carla Bosch, with Heather Sudweeks  |11. Celebrity Maria-Elena Laas perusing the art/Photo: Pat Rogers  |12. Festival of Arts raffle sellers selling tickets for a 2019 Acura RDX/Photo: Pat Rogers



GOOD TIMES





## OCMA Gala Held at its New Interim Home

Excitement was in the air as 270 guests gathered at South Coast Plaza Village, Orange County Museum of Arts' home until its new building opens at Segerstrom Center for the Arts in 2021. Guests were thrilled to experience the Thom Mayne-designed building through state-of-the-art virtual reality technology. Dinner was sumptuous, conversation entertaining and smiles abounded! **PHOTOGRAPHY RYAN MURPHY, LAUREN HILLARY**






1. OCMA Director/CEO Todd D. Smith, Architect Thom Mayne, Silver Sponsor Elizabeth Segerstrom and Trustee James Bergener  | 2. Gala Chair Pame Schmider, center, with Executive Committee members Jennifer Segerstrom, left, and Jennifer VanBergh, right  | 3. Supporters Raj and Marta Bhathal | 4. Dessert Table  | 5. Trustee Lisa Bhathal Merage and husband Richard Merage  | 6. Patrons Carmela and Ben Du





## Jungle Adventure Delights Zoo Supporters

The Santa Ana Zoo's 26th annual "Zoofari," hosted by The Friends of the Santa Ana Zoo, drew 300 guests to a moon-lit gathering on the zoo lawn that honored U.S. Bank's staff members. KTLA5's Henry DiCarlo delighted as event emcee/auctioneer, the "Blue Parrot" cocktail and Panache-catered dinner were delish, and dancing to Groove Factory great fun. **PHOTOGRAPHY ANN CHATILLON**






1. Whimsical centerpieces, designed and created by longtime zoo supporter Jon "Rip" Ribble  | 2. Santa Ana Zoo Director Ethan Fisher,  Executive Director, Cathi Decker, Friends of Santa Ana Zoo Board President David Exline  | 3. Award-winning KTLA Channel 5 newscaster Henry DiCarlo served as gala emcee and auctioneer. More than $100,000 was netted for the Giant River Otter exhibit  | 4. Guests Heather and Jared Ede, Greg Rchtouni and Jane Kutepova  | 5. Guests Jeff and Kim Stanga  | 6. The Groove Factory band packed the dance floor



SEE A BRIGHTER FUTURE THROUGH
YOUR NEW WINDOWS AND DOORS

HARDYWINDOWS.COM



GOOD TIMES

  



## "Ports of Call" Gala Beckons Laura's House Supporters

The nautical-themed soiree gathered 300 guests to the Balboa Bay Resort for a "Bon Voyage" to domestic violence, thanks to the herculean efforts of Laura's House. More than $485,000 was netted for the cause. Gala Chair Laura Khouri recognized Orange County Sheriff Sandra Hutchens with the Crystal Heart Award and Steven Hittelman, the Legal Leader Award.

**PHOTOGRAPHY BLEU COTTON PHOTOGRAPHY**

 

1. Gala Chair Laura Khouri and Laura's House CEO/Executive Director Margaret Bayston | 2. Crystal Heart Award honoree, Orange County Sheriff Sandra Hutchens, with her husband Larry Hutchens | 3. 2018 Legal Leader Award honoree, Steve Hittelman (Partner at Hittelman Strunk Law Group), center, with Kory Hittelman. left, and Kaitlyn Hittelman, right | 4. NBC4 award-winning reporter Vikki Vargas was gala emcee | 5. Ports of call dancers | 6. Magician Johnny Wu entertained

  



## Vanguard University's Sixth Annual "Priceless" Luncheon

Addressing the issue of human trafficking was again the focus at the "Priceless" luncheon at the Fashion Island Hotel. Vanguard's Global Center for Women and Justice Director Dr. Sandra Morgan and Open Gate International and Strike Out Slavery founder Deidre Pujols spoke about their amazing work, while human trafficking survivor Stacy Jewell touched hearts about her journey.

**PHOTOGRAPHY ANN CHATILLON**

 

1. Co-chair Helen Steinkamp, GCWJ Director Dr. Sandra Morgan, Vanguard University President Michael Beals, keynote speaker Deidre Pujols, co-chair Gwyn Hoyt | 2. Award-winning artist and anti-human trafficking advocacy specialist Stacy Jewell with mistress of ceremonies Deborah Anderson | 3. Acclaimed Angels Baseball first baseman Albert Pujols with Adele Oddo, winner of Albert's autographed baseball | 4. Committee member Jan Landstrom, Meghan Schoenleben (wife of Outstanding Individual honoree Bradley Schoenleben), committee member Darrellyn Melilli | 5. Open Gate International CEO Judy Lamborn, Deidre Pujols, Dr. Sandra Morgan, Derek Marsh, GCWJ assistant director | 6. Ana Launes and Randy Harding, publishers of Newport Beach Lifestyle, Media Sponsor

## SUPPORT THE ARTS LOCALLY



ORLANDO AGUDELO-BOTERO    *MI MUSA*   BRONZE

# ETHOS CONTEMPORARY ART

### 3405 NEWPORT BLVD., NEWPORT BEACH, CA 92263
### LOCATED IN THE FIRST BLOCK OF THE BALBOA PENINSULA
### ACROSS FROM THE NEW LIDO HOUSE HOTEL

ETHOSCONTEMPORARYART.COM          949-791-8917

**Gallery hours Daily 11-6  call first for VIP Parking**

AROUND TOWN



*Sandy Segerstrom Daniels, Peyton Marquez, Dean Spanos*

### FESTIVAL OF CHILDREN CELEBRATES 17 YEARS

Festival of Children showcased the work of 70 children's charities and offered complimentary activities and entertainment at South Coast Plaza through the month of September. The opening night party at the plaza's Garden Terrace featured Festival Founder and Executive Director Sandy Segerstrom Daniels, who bestowed the first Carousel Spirit Award on Susie and Dean Spanos (Los Angeles Chargers controlling owner) for their longstanding commitment to children. Peyton Marquez was presented the Fred Award for his work in raising funds for kids with Duchenne Muscular Dystrophy, from which he suffers. **FestivalofChildren.org**



*David Burnham*

### OCSA LAUNCHES 32ND SEASON

Orange County School of the Arts' Season Premiere at Balboa Bay Resort featured Broadway star and recording artist David Burnham with exceptional students from the school's Musical Theatre Conservatory. Entertainment also included OCSA's award-winning jazz ensemble and its celebrated performance ambassadors, Montage! The beachfront dinner and concert was enjoyed by 270 guests, raising funds for the OCSA Foundation. **OCSArts.net**



*Sandy Segerstrom Daniels, Kay Fugishige-Yada, Chris Bures/Photo: Kimberly April*

### CANDLELIGHT CONCERT COMMITTEE TREATED TO MORNING OF FASHION

In anticipation of Segerstrom Center for the Arts' 45th annual Candlelight Concert, members of the event committee gathered at South Coast Plaza's Saks Fifth Avenue for a light champagne breakfast and a private showing of Saks' fall/winter eveningwear collection. Saks' Vice President/General Manager Chris Bures welcomed everyone, including Candlelight Co-Chairs Sandy Segerstrom Daniels and Kay Fugishige-Yada. It was announced that the entertainment includes Tony Award winners Susan Egan and John Lloyd Young and Broadway star Tony Yazbeck, followed by music and dancing to the legendary Earth, Wind & Fire. **SCFTA.org**

### SAMUELI GIFT ANNOUNCED

Orange County School of the Arts honored alumni parents and longtime supporters Susan and Henry Samueli with the naming of The Samueli Family Art & Science Center at the award-winning school. Thanks to a $2 million donation by the Samuelis to the Masterpiece in the Making Campaign, OCSA's instructional space will increase by 155,000 square feet across four buildings, including the new state-of-the-art Dance, Music and Science Centers. **OCSArts.net**





BALBOA JEWELRY & COIN
Balboa Jewelry & Coin specializes in the buying, selling, and consignment of gold, silver, platinum, diamonds, coins, watches, and both estate and custom designed jewelry. Successful entrepreneur owners Troy and Paula Feltis purchased the store two years ago and it has since flourished.
Looking for Eye Candy?
Buy | Sell | Consign
Check Out Our Website at www.balboajewelrycoin.com
215 1/2 Marine Avenue, Balboa Island, CA 92662 | 949-397-1234
Stop in and experience their personal relationship-building approach for yourself.

Prego
MEDITERRANEAN
SIGNATURE MEDITERRANEAN RECIPES
BRUNCH | HAPPY HOUR | DINNER |
PRIVATE EVENTS-Corporate Dinners | Meetings | Holiday Parties | Receptions
Mention Lifestyle for $20 toward the purchase of 2 entrees and 2 drinks
* Exclusions apply
2409 Park Ave., Tustin, CA 92782 | (949) 229-6572
pregooc.com

CULINARY CREATIONS

# HOLIDAY RECIPES

ENJOY A CLASSIC PUMPKIN PIE WITH A TWIST AND
A PERFECTLY BLENDED HOLIDAY COCKTAIL

**ARTICLE CHEF JESSICA ROY
PHOTOGRAPHY CHEF JESSICA ROY**

*A slice of
Harvest
Pumpkin Pie*

**NOTHING REPRESENTS THE FEELING OF
THE HOLIDAYS AND THAT CELEBRATORY
SPIRIT LIKE A HOMEMADE PIE.** In the fol-
lowing recipe, I put a fun twist on an American
classic. I made a decorative wreath out of extra
pie dough rolled thin and shaped. The wreath is
optional but achievable for the ambitious cook.
Layer the rolled dough in a 10-inch circle, egg
wash, and bake until golden.

## HARVEST PUMPKIN PIE

# INGREDIENTS

**CRUST**
+ 2 ½ c. Flour
+ 1 tsp. salt
+ 12 tbs. butter, chilled
+ ¼ c. Vodka, chilled
+ ¼ c. water. chilled

**EGG WASH**
+ 1 egg
+ 1 tbsp. water, beaten together

**FILLING:**
+ 4 eggs, beaten
+ 1 (15 oz.) can pumpkin
+ 1 ¼ c. sugar
+ 1/4 c. molasses
+ 1 ½ tsp. salt
+ 2 tsp. cinnamon
+ 1 tsp. ground ginger
+ 1 tsp. allspice
+ 1 tsp. nutmeg
+ ¼ tsp cloves

**WHIPPED CREAM**
+ 12 oz. heavy cream, chilled
+ 1 c. sugar
+ ¼ c. hazelnut liquor, chilled
+ Demerara sugar, for Garnish

# METHOD

Mix first three ingredients in a food
processor and pulse until mixture resem-
bles crumbs. Add remaining ingredients
and pulse until dough comes together.
Divide in half. Roll out one half and line
pie dish. Roll out other half and use
leaf cutters to punch out design. Brush
all crust with egg wash before baking
(optional). Bake leaves for 12-14 minutes
until golden brown. Reserve for garnish.

Take ingredients for the filling
and blend in standard mixer until well incor-
porated. Pour into pie dish. Bake at 400
degrees for 15 minutes. Decrease tem-
perature to 375 degrees and cook for
additional 25-30 minutes or until done.
After pie has cooled, decorate it.

Place all ingredients for whipped cream
in a bowl. Using an electric mixer whip
into firm peaks. Serve atop pie and enjoy!



# POARCH ROCKIN' THYME COCKTAIL

*Recipe, Courtesy Renaissance Newport Beach*

This holiday cocktail is perfect for entertaining. It can be batch-made ahead of time and shaken with ice to order. The notes of elderflower, pear, and thyme create a perfectly balanced cocktail that will please a crowd.

## INGREDIENTS

**COCKTAIL**
+ 1.5 oz. vodka
+ ¼ oz. St. Germaine
+ ½ oz. vanilla thyme simple syrup
+ ½ oz. pear nectar
+ 7 medium ice cubes
+ 1 thyme sprig
+ 1 pear wedge

**VANILLA THYME SIMPLE SYRUP**
+ 1c. white sugar
+ 1c. water
+ 3 tbs. good vanilla extract
+ 7 sprigs fresh thyme

## METHOD

**SIMPLE SYRUP**
Place water and sugar in a small saucepan and bring to a boil. Turn heat off and add thyme. Let steep for a minimum of 2 hours up to overnight. Strain out thyme when ready and add vanilla to finish.

**FOR THE COCKTAIL**
Place all ingredients in a cocktail shaker. Shake for 10 seconds. Pour into chilled coupe glasses and garnish with fresh pear and remaining thyme sprig. Enjoy!

*Porch Rockin'
Thyme Cocktail*

# CASA ROCKS AT
# elysewalker

## LIDO MARINA VILLAGE, NEWPORT BEACH

# WEDNESDAY, DECEMBER 5, 6PM
## DRINK ⚡ DINE ⚡ DANCE

# SPONSORSHIP + TICKET INFORMATION AT
## CASAOC.ORG/CASAROCKS







YOUR

*Holiday Lighting Specialists*

## INTERIOR & EXTERIOR

RESIDENTIAL · COMMERCIAL · BOATS · SPECIAL EVENTS
DESIGN · INSTALLATION · REMOVAL · STORAGE

*Custom Projects and Unique Items including Tree of Lights,
Mr. & Mrs. Claus, Toy Soldiers, Reindeer, Sleighs, Wreaths*

*November Special*

## 200 FT or 10 STRINGS OF LIGHTS
### FOR ONLY $500*

*An $810 value. Must be installed by November 15th.

wedolights4u.com | 714-386-7870 | Licensed, Bonded & Insured



# A HUNDRED YEAR LEGACY

THE LAGUNA ART MUSEUM
COMMEMORATES ITS
HISTORY IN A YEAR-LONG
CENTENNIAL CELEBRATION

*Opening in 1918, the Laguna Beach Art Association art gallery, later to evolve to become the Laguna Art Museum*

ARTICLE DONNA BUNCE

**OUR COMMUNITY IS FORTUNATE TO HAVE IN OUR MIDST AN ART MUSEUM THAT IS CELEBRATING ITS 100TH ANNIVERSARY.** What would later be named the Laguna Art Museum was founded on July 27, 1918 by a group of Laguna Beach artists, who opened their first exhibition in a small building on the grounds of the Laguna Beach Hotel. Moving to its present location ten years later, the museum today is a magnet for lovers of California art. Its exhibits feature works of art created by California artists or represent the life and history of the state. Through its permanent collection, its special loan exhibitions, its educational programs, and its library and archive, the museum strengthens the public's knowledge and appreciation of California art of all periods and styles.

*Inside view of the Laguna Beach Art Association art gallery, 1923*



# 1 THE HISTORY

Laguna Beach was officially launched as an art colony in 1918 when local artists formed the Laguna Beach Art Association (LBAA), the beginnings of what would eventually become the Laguna Art Museum. LBAA, led by artists Anna Hills and Edgar Payne, opened a small art gallery in a building formerly used as a town hall on the grounds of the Laguna Hotel to showcase local art and later, in 1929, following a successful fundraising drive, opened a custom-designed gallery on the site of the present-day museum on Cliff Drive. The gallery began taking more and more characteristics of a museum and in 1972 was officially named the Laguna Beach Museum of Art, later renamed the Laguna Art Museum in 1986 with the expansion that completed the building as it stands today.

CONTINUED >

*Groundbreaking for the Laguna Beach Association art gallery on the site of today's Laguna Art Museum on Aug. 25, 1928/ LBAA President Anna Hills, front; from left, William Griffith, H.H. Henshaw, Dr. B.B. Mason (acting city mayor), John Baumgartner, Howard Heisler, George Emmons*

## A HUNDRED YEAR LEGACY (CONTINUED)

*Entrance to the museum's centennial exhibition, "Art Colony - The Laguna Beach Art Association, 1918-1935"*



# 2 COMMEMORATING THE LAGUNA BEACH ART ASSOCIATION

Laguna Art Museum opened its centennial year exhibition, "Art Colony: The Laguna Beach Art Association, 1918-1935" on June 24, 2018 (runs through January 13, 2019) to celebrate the art association's history by featuring 100 paintings by major artists that were seen in the original exhibitions. The exhibition challenges existing ideas on what American Impressionism is and shows how California art is a distinct phenomenon with its own styles, themes and personality. Museum Executive Director Malcolm Warner says of the exhibition, "Attendance and feedback has been great. No one with a taste for painting should miss it–it's an immersion in gorgeous color and brushwork as well as the beauty of nature."

# 3 SPECIAL ANNIVERSARY EVENTS

A series of year-long centennial celebrations have occurred, including the Centennial Bash in January, and a California Cool Art Auction (the 36th annual) in February featuring 100 works of art of California's most coveted artists. The museum also participated in the 52nd Patriot's Day Parade in March with a centennial-themed float. The film, *Laguna Art Museum at 100*, was screened in April, the "Art Colooy" exhibition opened in June (detailed above), the LBAA Birthday Party was held in August, and the Centennial Ball was held in September at the Festival of Arts grounds. A Centennial Trolley Tour took place in October viewing historic homes of the LBAA founders, and John Wayne Airport is showcasing the exhibition, "Laguna Art Museum: An Artistic Legacy" through December 19.



*The LBAA Birthday Party saw Orange County Supervisor Lisa Bartlett present a proclamation in honor of the museum's centennial to LAM Executive Director Dr. Malcolm Warner*



**"OUR HERO IS ANNA HILLS, THE EDUCATOR AND FUNDRAISER OF THE GROUP (LAGUNA BEACH ART ASSOCIATION). SHE DID MORE THAN ANYONE ELSE TO ESTABLISH THE LAGUNA BEACH ART ASSOCIATION AND LAY THE GROUNDWORK FOR THE CHANGE FROM ART ASSOCIATION TO MUSEUM." – DR. MALCOLM WARNER, EXECUTIVE DIRECTOR, LAGUNA ART MUSEUM**

*Laguna Art Museum today*

# 4. LAGUNA ART MUSEUM TODAY

As Executive Director Malcolm Warner puts it, "I'm touched by the idealism of the early Laguna Beach artists. It was a pretty remote place when they came together to form the art association that eventually became the museum. The artistic, Bohemian life had been largely a big city life, but they wanted to create an artistic community that was more in touch with nature. We still feel that in all we do, and all we aspire to do, in today's Laguna Art Museum."

*Laguna Art Museum, 307 Cliff Drive, Laguna Beach*
*949.494.8971 / **LagunaArtMuseum.org***



# A GRATEFUL, COMMITTED COUPLE

CHARLIE AND LING ZHANG ARE
PASSIONATE ABOUT GIVING BACK

**ARTICLE DONNA BUNCE**

*Ling and Charlie's wedding
day on June 8, 1985*

# NAMED OUTSTANDING PHILANTHROPISTS AT NATIONAL PHILANTHROPY DAY ORANGE COUNTY ON NOVEMBER 15TH SPEAKS TO THE ENORMOUS CONTRIBUTIONS THE ZHANGS HAVE AND ARE CONTINUING TO MAKE TO THIS COMMUNITY.

**CHARLES (CALLED CHARLIE) ZHANG IS THE PERFECT EXAMPLE OF THE AMERICAN DREAM.** Coming to America in 1980 from Shanghai, China, he had his clarinet and $20 in his pocket. Twenty-one years later, Charlie and his wife Ling sold Pick Up Stix for $50 million!

Charlie, wanting to be a musician when he arrived in Los Angeles but having no money to pursue it, got a job immediately at a local restaurant as a dishwasher and saved $7,000 to buy his first Chinese restaurant two years later. An injury to his hand ended his musician's dream, so he continued buying Chinese restaurants.

An event occurred in 1984 that changed his life. He met Ling Wang at church in Cerritos, they dated, and nine months later they were married at Cerritos Christian Church. Ling had immigrated from Taiwan to the U.S. in 1978 and received a bachelor's degree in accounting from Cerritos College before she met Charlie.

Soon after marrying, the Zhangs moved to El Toro, later moving to Laguna Niguel, where they reside today.

They worked well together and in 1989, they launched Pick Up Stix - he as CEO and she as CFO. The company expanded to more than 100 stores and was sold to TGI Friday in 2001 for $50 million.

Soon after, in 2002, the couple founded Zion Enterprises, a property development company in Laguna Niguel, which is still going strong today. In 2004, they launched Aseptic Solutions USA, a manufacturer and co-packer of nutritional and dietary beverages, which they sold in 2012 to Glanbia Nutritionals for $60 million.

The couple have continued to partner in businesses throughout the years.

"In the early years, we were devoted to raising our two boys and growing the businesses," Charlie says.

**GIVING**

The idea of helping people came about soon after they were married, long before Charlie and Ling became millionaires.

'We didn't have much, but we helped community concerns, friends and our church," Charlie says.

"Charlie helped his family in Shanghai with the little that we had," Ling says.

They also helped friends in China who needed financial help, in particular establishing a scholarship fund in Nanking for low-income high school students.

Charlie gives his wife credit for their generosity.

"Ling has a kind heart and brought me to the Lord before we were married," Charlie shares. "I really feel God brought us together."

The couple's philanthropy has been quiet but steady for a long time. It has only been recently that they have stepped into the spotlight with board of directors commitments for Charlie and major donations to Pacific Symphony (they were major sponsors in 2016 of the symphony's Youth Orchestra's trip to China), Bowers Museum, Pacific Chorale and Concordia University, where Charlie is a member of the advisory board. Their church, Church in San Juan Capistrano, continues to be high on their giving list.

The Zhangs latest passion is Orange County Music & Dance, which they established in 2016 to provide a world-class nonprofit performing arts school for students, regardless of their ability to pay. The Irvine-based 21,000 square foot facility offers classes in dance, individual instrumental classes in strings, harp, woodwinds, brass, piano and percussion. There are also voice classes in opera and pop music and theater classes as well. The school boasts eight music rooms, two large dance studios, two conference rooms, a fully equipped recording studio, an in-house café and a 150-seat black box theater. There are close to 400 students at the school with 80% ages six to 18 and 20% adults, primarily in dance and voice. There is also a summer program for deaf students in dance for their encouragement.

CONTINUED >

## A GRATEFUL, COMMITTED COUPLE (CONTINUED)



*Charlie manning the stove during his Pick Up Stix days*

Charlie says the Southern California Children's Choir has made its home at OCM&D, as has the 80-member adult chorus called the American Feel Young Chorus. The school is also a major sponsor for the Orange County Artists Award for high schools competition, which is held at the Irvine Barclay Theatre.

"Some of our students have appeared on 'America's Got Talent,' Charlie says.

He said the school created a pop band to audition for "America's Got Talent,"and they won their audition and advanced to the finals, which they didn't win.

"It was a major achievement for our kids," Charlie says. "The video received 400,000 viewers, and many called to audition for the school."

Charlie and Ling hosted a major fundraiser for the school on April 28, 2018 called "From Classical to Rock" for under-served youth from the school to learn and perform alongside professional musicians. Grammy Award-winning bassist and producer Randy Jackson emceed the show, which included John Rzeznik, guitarist and frontman for the Goo Goo Dolls. All the professionals donated their time for the sold-out evemt, and the proceeds were $132,050 for the school.

Charlie has received numerous accolades, among them Entrepreneur of the Year by Ernst & Young and, in 2014, the prestigious Ellis Island Medal of Honor, given to those who have made a significant contribution to the U.S. The honors go on and on for this modest man. And, if I were to list the number of charities he and Ling support, it would amaze you.

Their true joy resides in their newest endeavor, Orange County Music & Dance.

"We touch so many lives here," Ling says. "It is such a family atmosphere."

The Zhangs recently committed $1.1 million to the OCM&D endowment.

"We will continue to provide a place for youth to be nur-tured, inspired and empowered," Charlie says. And, Ling adds, "Music is very powerful, and we feel leads the students in the right direction."

"We want to introduce them to a spiritual, church-filled life," Charlie states.

Both Ling and Charlie agree that this country and this community gave them wonderful opportunities to suc-ceed, and that is why they continue to give. If you've ever heard Charlie sing "God Bless America," you would realize his love for this country.

Who would better understand that than a man who came to America with a dream and $20 in his pocket.

**wok ethic**

*Charlie Zhang applies new rules for Chinese takeout at Pick Up Stix.*



*Charlie Zhang receiving the Ellis Island Metal of Honor, 2014*



*Ling and Charlie Zhang*



*Orange County Music & Dance building in Irvine*



*Charlie and Ling Zhang with members of the Pacific Symphony Youth Orchestra and Pacific Symphony Ensembles Director Shawne Zarubica, left. Students from left - Elana Leish, Danielle Liu, Shelby Capozzoli, Stephen (Donghyun) Ko, Hampton Douglas*



*OCMD vocal instructor Julian Miranda with students*



*OCMD stage with big screen*

# James Santaniello

James the "General" of Contractors serving Southern California and specializing in "challenging and difficult" projects in Orange County for new construction or major remodels since 1978.



A list of the notable and numerous completed projects and references upon request.

**James Santaniello**
**714-815-5097**
**Jim@JamesSantaniello.com**
CA License 361862



Reliable...Results!



HOMETOWN HERO



VANS US OPEN OF SURFING 2018 CROWNS TWO HUNTINGTON BEACH LOCALS

# TWO DOMINATE
# ON HOME SURF

**ARTICLE ANA LAUNES**

*VANS US Open of Surfing 2018 in Huntington Beach*



Courtney Conlogue surfing for the championship title at the US Open of Surfing



Vans US Open of Surfing 2018 winners Kanoa Igarashi and Courtney Conlogue

2018 US Open of Surfing winners - Men's title runner-up Griffin Colapinto, Men's title winner Kanoa Igarashi, Women's title winner Courtney Conlogue, Women's title runner-up Stephanie Gilmore

2018 US Open of Surfing Women's title winner Courtney Conlogue

2018 US Open of Surfing Women's title winner Courtney Conlogue reveling in her win

Kanoa Igarashi surfing for the championship title at the US Open of Surfing

**THIS YEAR, VANS US OPEN OF SURFING CROWNED TWO HUNTINGTON BEACH SURFERS IN EARLY AUGUST AS CHAMPIONS ON ITS HOME SURF.** A passionate and determined Courtney Conlogue beat world #1 ranked Stephanie Gilmore for the women's title and Kanoa Igarashi was the first surfer to win back-to-back Men's Opens since Brett Simpson did it eight years ago in 2009-10. Igarashi's battle against Griffin Colapinto turned into an eight-point ride that sealed the deal.

Conlogue, known for her gritty determination and incredible work ethic, is a two-time World Title runner-up (2015, 2016). Originally from Santa Ana, Courtney has made Huntington Beach her surfing home. After winning the first contest she ever entered at age 10, she earned a wildcard into the Maui Pro in Honolulu at 14. In 2009, she won the US Open of Surfing in front of her home crowd, paving the way to the Championship Tour where she finished in the Top 10. In 2015, she participated and won events in Australia, Brazil and Portugal. After overcoming the injuries she had and winning the US Open again, Conlogue said, "My head's in the right spot and I'm just having a good time out there."

Kanoa Igarashi's father, Japanese surfer Tsutomu 'Tom,' moved him to Huntington Beach with the sole purpose of teaching Kanoa the art of surfing. Kanoa quickly became a top-ranked amateur and qualified for the Championship Tour in 2015. He won the Hang Loose Pro and Pantin Classic in 2016, and in 2017 won his first US Open of Surfing in Huntington Beach. This year, Igarashi, who holds dual citizenship, is proudly representing Japan on the global stage, as he looks to surf for them during the 2020 Olympics in Tokyo.

BACK STAGE

# BOUNTIFUL MEMORIES AND YULETIDE CELEBRATION

SPENDING AN IRISH CHRISTMAS AT THE BARCLAY

**ARTICLE HELENA DANOVICH**


Bodrhan Dance


World champion dancer Connor Reider


Dancers performing the Half-Door Dance


Wren Hunt Dance

**CHRISTMAS AT IRVINE BARCLAY THEATRE BEGINS IN NOVEMBER.** Thanksgiving revelries give way to magical storytelling and beloved Christmas carols...and the Barclay stage comes alive with all things Christmas—*Irish* Christmas, that is.

*An Irish Christmas* event at The Barclay captures the very heartbeat of a traditional Irish Christmas celebration. The jubilant atmosphere reverberates with the infectious rhythm of Irish dance and the ethereal beauty of the music—its joyful harmonies flooded with the sounds of Irish flutes, fiddles and beautiful singing voices.

Many have made *An Irish Christmas* at The Barclay a family tradition.

"Sometimes we have family groups of up to 15 at our shows," says Margaret O'Carroll, president of Kerry Irish Productions, the producer of the show. "It's a total joy-ride for families—from children to seniors—the age range at our shows is across the board."

First presented at The Barclay in 2007, *An Irish Christmas* has featured countless award-winning Irish dancers and musicians

throughout its seven previous sold-out showings at the theatre. This year's cast includes Caterina Coyne (principal dancer of *Riverdance*) and world champion dancers Tyler Schwartz and Connor Reider, along with a host of additional world-class singers, dancers and musicians.

Along with showcasing established Irish music and dance stars, O'Carroll says she enjoys guiding and mentoring the next generation of local young talent.

"One of the most satisfying moments is when we can take one of these young dancers and highlight them in the show," she says.

Drawing upon hundreds of years of Irish history, *An Irish Christmas* honors this festive time of year with glorious music and dance (the footwork is awe-inspiring), bringing a bounty of smiling faces and holiday memories. All that's missing is the lush green countryside. You'll have to travel to Ireland for that!



Nov
26

Kerry Irish Productions

An Irish
Christmas

An award-winning cast of Irish dancers, led by Riverdance principal dancer Caterina Coyne and world champion dancer Tyler Schwartz, in a memorable night of family entertainment that sparkles with the charm and magic that only this festive time of the year can bring.



Make the
holidays
swing!

Dec
2

asistente sponsor
Ken & Helene Rohl

Dr. Bobby Rodriguez
Latin
Jazz
Christmas



The King and Queen of the banjo!

Abigail
Washburn
& Béla
Fleck

Dec
7

15x Grammy
Award winner

appointed by
W HASSLEE WHITE

Festival
Ballet
Theatre

Create holiday memories for your family by sharing the magic of the season.



The
Nutcracker
dec 8-24

PRE-SHOW
Nutcracker
Tea Party

the
Barclay 18/19
Irvine Barclay Theatre

18-19 Season Sponsor
CITY NATIONAL BANK

www.thebarclay.org | 949.854.4646   4242 Campus Drive, Irvine CA

OUR TOWN



# drama from the front lines

ANNETTE BENING, ED ASNER AND GARY COLE WILL STAR IN A VETERANS DAY PRODUCTION
OF 'IF ALL THE SKY WERE PAPER' AT CHAPMAN UNIVERSITY

**ARTICLE DAWN BONKER**

**THE MARK OF A COMPELLING STORY IS THAT IT'S TOLD OVER AND OVER, SOMETIMES EVEN TO THE SAME LISTENERS, WHO OFTEN HEAR SOMETHING NEW IN EACH RETELLING.**

So it is with "If All the Sky Were Paper," a play by Chapman University Presidential Scholar Andrew Carroll that features readings of letters written by service people in American conflicts from the Revolutionary War to the U.S. war in Afghanistan. With support from the National Endowment for the Arts and Cal Humanities, the play toured the nation for two years and was featured at the Kennedy Center and the Kirk Douglas Theatre, where it featured star performers Annette Bening and Gary Cole.

Now, in honor of the 100th anniversary of Veterans Day, the play returns to campus for a special performance featuring television legend Ed Asner, who will join Bening and Cole in the one-night production.

Audiences will truly hear something new, too. In addition to redesigned multimedia elements, the Saturday, Nov. 10, production will feature original music by composer Peter Boyer, whose "Ellis Island:







**Left:** Chapman University theatre students perform in the 2010 world premiere of "If All the Sky Were Paper"

**Top:** Chapman Presidential Scholar Andrew Carroll with bins of letters from American conflicts

**Middle:** Oscar-nominee Annette Bening, a recipient of Chapman's Lifetime Achievement in the Arts Award, will perform in the Veterans Day production of "If All the Sky Were Paper"

**Bottom:** The special production will include an original score by Grammy-nominated composer Peter Boyer/ Photo: Benjamin Ealovega

The Dream of America" was recorded at Segerstrom Concert Hall for PBS' "Great Performances" series.

Unchanged, though, is the power of hearing the stories of those who have served at the front lines of American history.

"It's not political in any way. It's not overly patriotic or anti-war. It's very simply people's stories. They're very moving. It highlights how human beings can really shine and, conversely, how war can really bring out the worst in people," says John Benitz, associate theatre professor at Chapman, who has directed the play several times. "They never fail to move me."

The play is based on Carroll's bestselling books *War Letters* and *Behind the Lines* and brings to life the wartime letters of armed forces members caught up in every American conflict since the Revolutionary War. Selected letters range from those written by wistful farm boys-turned-soldiers to Civil War wives hoping for a loved-one's return.

The human drama in the letters first captured Benitz' imagination in 2010 when he read an article on the letters in *National Geographic* and reached out to Carroll in hopes of developing a play based on the letters. The two hit it off and began collaborating. Today, they continue to adapt the play slightly for each new production.

Like the play, the collection of letters continues to evolve. More than 90,000 letters are now part of Chapman's Center for American War Letters, directed by Carroll and studied by Chapman students and scholars from around the world.

At 90,000 letters, it's easy to imagine that all the most powerful stories have been told. Not so, Carroll says.

"Every time I think we've exhausted the subject matter of love, fear, courage, someone sends me a letter that's unlike any I've read before."

And what has him most excited is his expectation that this new chapter in the archive's history will be its most vibrant.

"I really feel like we've just scratched the surface of what's out there and what's possible," he says.

*"If All the Sky Were Paper"*
*Saturday, Nov. 10, at 7:30 p.m.*
*Chapman University's Musco Center for the Arts*
*Tickets: $25-$55*
*Veterans and active-duty military may purchase up to two tickets at half price. Please plan to show military ID upon arrival. Parking pass is included in ticket purchase. Advance tickets may be purchased online at Chapman.edu/Tickets.*



**In Orange County, 1 in 5 children struggle with hunger and poverty.**
**You can help, please visit www.ocfoodbank.org/contribute today!**

For every $1 donated, the OC Food Bank is able to provide 4 meals to local families.




11870 Monarch Street
Garden Grove, CA 92841
(714) 897-6670



# Newport Beach Bioidentical Hormones

## AGE MANAGEMENT

· For Women and Men
· Bioidentical Hormonal Replacement
· Menopause and Andropause.
· Other related problems, such as PMS
(Premenstrual Syndrome)

Call Today for a FREE Telephone Consultation!  949-536-9402
www.newportbeachbioidenticalhormones.com



# DID YOU KNOW?

Your favorite **Lifestyle Publication** is on Facebook!

## Connect with us today
& read feature articles, view special offers, enter contests & more!

facebook.com/NewportBeachLifestyle



LIFESTYLE CALENDAR

# NOVEMBER

## RUNS THROUGH NOV 4

### "THE SEAFARER"

*Laguna Playhouse*

It's Christmas Eve in a coastal village north of Dublin. Sharky returns to look after his aging brother, who's recently gone blind. Attempting to stay off the bottle, he contends with cold drinking and card buddies and the arrival of a stranger from the past. With stakes raised higher and higher, Sharky may be playing for his very soul. **LagunaPlayhouse.com**

## RUNS THROUGH JAN 13

### "KNIGHTS IN ARMOR"

*Bowers Museum*

"Knights in Armor" features stunning masterpieces of European arms and armor, dating from the Medieval and Renaissance ages to the Romanticized Medieval revival of the 1800s. Featured are pieces of armor, including full suits, helmets, corselets, shields, swords and paintings on loan from the Museo Stibbert of Florence, Italy. **Bowers.org**

## 4

### QUARTETTO DE CREMONA

*Salmon Recital Hall, Chapman University*

Since its formation in 2000, the Quartetto de Cremona has become one of the most exciting chamber ensembles on the international stage. The quartet is an ambassador for the international "Friends of Stradivari" project and plays the Stradivarius "Paganini Quartet" instruments on loan from the Nippon Music Foundation, including the same violin played by Henri Temianka. **MuscoCenter.org**

## 9-10

### "WEST SIDE STORY"

*Coast Hills Auditorium*

Enjoy the concert version of the 1961 award-winning musical, "West Side Story," performed by South Coast Symphony at Coast Hills Auditorium in Aliso Viejo. The musical was nominated for 11 Academy Awards and won 10, including Best Picture, becoming the record holder for the most wins of a movie musical. You'll love hearing musical numbers like "Maria," "Tonight," "Somewhere," etc. **SouthCoastSymphony.org**

## 10-18

### "LEGALLY BLONDE"

*UCI Claire Trevor School of the Arts*

Based on the book and hit movie of the same name, this award-winning musical packs more than fabulously fun songs and visual delight. Everyone underestimates Elle Woods (herself included), but when she heads to Harvard to win back her boyfriend, she finds much more in store for her future. Check the website for performance times. **arts.uci.edu**

## 11

### "THE LEGACY CONTINUES GALA"

*City National Grove of Anaheim*

Rivals United for a Kure's "Legacy Gala" celebrates Kure It Cancer Research's 10th anniversary by honoring people who have played key roles in its growth. Rivals UCLA Bruins and USC Trojans come together to raise funds for Kure It's underfunded cancer campaign to support the amazing cancer researchers at UCLA Jonsson's and USC Norris' Comprehensive Cancer Centers. **KureIt.org**

## 13-25

### "WAITRESS"

*Segerstrom Center for the Arts*

The Broadway musical from Grammy Award-winning Sara Bareilles is coming to Segerstrom Hall, as renowned actress/singer Christine Dwyer puts on her apron and bakes her way across the country as she steps into the role of Jenna in the national tour. Dwyer's creds include Sylvia in the national tour of "Finding Neverland" and Maureen on Broadway in "Rent." **SCFTA.org**

## NOV 17, 18, 23, 24, 25; DEC 1, 2, 8, 9, 15, 16

### SAWDUST ART FESTIVAL: WINTER FANTASY

*Sawdust Festival Grounds, Laguna Beach*

The 28th Annual Stardust Art Festival Winter Fantasy is a weekends-only event for the entire family. The festival grounds are transformed into a winter wonderland and feature 180 artists showcasing their work. Enjoy holiday entertainment, outdoor cafes, art classes and demonstrations, Santa, and much more. You will find great art gifts and decorations for the holidays. **SawdustArtFestival.org**

## 22

### 2018 TURKEY TROT OC

*The Village of Hope, Tustin*

The Orange County Rescue Mission will hold its fifth annual Turkey Trot OC 5K Run/Walk on Thanksgiving morning with the goal of raising enough support to provide more than 30,000 meals for the hungry and homeless of Orange County. Registration opens at 6:30 a.m./Race starts at 8 a.m. Expo and awards follow the race. Check website for further details. **TurkeyTrotOC.org**



# ONE MORE REASON TO HIRE THE MAIDS.

It's no surprise Mr. Clean trusts only one cleaning service to be an exclusive partner. Our detailed 22-STEP CLEANING PROCESS and TRAINED EXPERTS eliminate dirt, grease and allergens to your highest standards. Fall into a new routine. The Maids and Mr. Clean will keep your house clean and healthy from season-to-season.

✓ Certified by Mr. Clean
✓ 100% satisfaction guarantee
✓ Bonded and insured
✓ No-contract cleanings
✓ Customized cleaning plans
✓ Flexible scheduling

**949-474-4070**
Call now for a free, no-obligation estimate
**Maids.com**


Referred for a reason.

Mr. Clean brand and image trademarks are used under license from The Procter & Gamble Co.

LOCAL'S CHOICE



# WAYS TO GIVE

CONSIDER VOLUNTEERING FOR ONE OR
MORE OF THESE WORTHWHILE NONPROFITS

**ARTICLE DONNA BUNCE**

01 **OLIVE CREST -** The nonprofit has direct service and support service opportunities for individuals that include mentoring, internships, chaplaincy, tutoring, childcare, office volunteering, event volunteering, etc. Additionally, Olive Crest offers opportunities to create, lead and/or host events with children and youth. OliveCrest.org/Volunteer

02 **SENIORSERV -** The nonprofit's holiday program benefits homebound seniors throughout Orange County. They provide gift bags, which you simply fill with goodies or donate a $25 pre-paid card. Contact Linda Molthen by December 7 at 714.229.3377 to brighten the holidays for a local senior or visit **SeniorServ.org**.

03 **MOMS ORANGE COUNTY -** Each year MOMS Orange County helps more than 5,000 low-income pregnant women and infants. Volunteer opportunities over the holidays are needed to help process donations, and individuals and groups are needed to adopt Orange County's neediest families. Donations of diapers, newborn necessities, clothing, books and toys for ages 0-2 are welcome. Contact Amanda Warner at 714.352.3406 or visit **MomsOrangeCounty.org**.

04 **VOCATIONAL VISIONS -** Volunteer opportunities for Vocational Visions' Clubhouse Program for adults with disabilities includes helping with finding used or donated items, sharing information about any special talents or speaking about your unique job. Volunteers have the opportunity to also help with arts and crafts, work on client goals, assist with client's needs and help supervise on field trips. Background checks and medical clearances are required. **VocationalVisions.org**

05 **SECOND HARVEST FOOD BANK -** Volunteers at Second Harvest Food Bank are the heart and soul of its mission to feed the hungry, as they provide 40% of the work at the food bank. Activities are available to sort food at the Food Distribution Center, help at the incredible Edible Farm (moving to a location at the Great Park and ready in 2019), and work in the administrative offices. There are also volunteer activities available for kids through Izzy's Corner. **FeedOC.org/Get-Involved/Volunteer**



*Stronger*

*Brighter*

*Healthy*

## Teeth for Life

**949-565-2040**

1401 Avocado Avenue, Suite 806
Newport Beach, CA 92660

**www.petersmrecekdds.com**

– *Selected by his peers as Top Dentist 2015 through 2018*

– *Selected as one of California's Favorite Dentists 2012-2018*

– *Awarded America's Best Dentist 2018*

- Master in the Academy of General Dentistry
- American Academy Cosmetic Dentistry
- International Congress Oral Implantologist
- American Society of Dental Anesthesiologists
- LD Pankey Institute
- Member CDA, ADA, OCDS
- Misch International Implant Institute

**NEW PATIENT SPECIAL $99**

**CALL NOW**

Entitles New Patient to Complete Examination, Necessary X-rays and a Healthy Mouth Cleaning (a $355 value)

FILLINGS
VENEERS
BONDING
BLEACHING
CROWN & BRIDGE
IMPLANTS
INVISALIGN®
SLEEP DENTISTRY



*Dr. Peter T. Smrecek D.D.S., Inc.*






# Short Drive - Great Time!



Only 25 minute-drive from Newport Beach

**Visit www.TheGardensCasino.com**
**and follow us**

11871 E Carson St. Hawaiian Gardens, CA 90716 / 562-860-5887

# EXHIBIT 4



Carrie M. Francis

602.212.8535 **DIRECT**

602.586.5214 **DIRECT FAX**

carrie.francis@stinson.com

**STINSON
LEONARD
STREET**

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED AND EMAIL**

November 30, 2018

Randy Harding
1300 Park Newport #204
Newport Beach, CA 92660
rwhusker@gmail.com

120 Newport Center Drive
Newport Beach, CA 92660

Re:     Cease & Desist

Dear Mr. Harding:

My law firm represents Lifestyle Publications, LLC ("Lifestyle").  Please direct all future correspondence regarding this matter to me. I write regarding your theft of Lifestyle's proprietary information and property, and your infringement of Lifestyle's trademark rights.

As you likely know, the California Uniform Trade Secrets Act prohibits you from misappropriating Lifestyle's trade secrets and confidential information. Cal. Civ. Code § 3426.1 *et seq.* This means you are legally prohibited from using or disclosing any trade secrets or confidential information belonging to Lifestyle, including without limitation: all trademarks, trade names, service marks, emblems and indicia of origin used by Lifestyle in connection with the operation of Lifestyle's publishing business, and all trade secrets or know-how, including, but not limited to, research, plans, products services, customer lists, business plans, marketing data, software, forms, processes, methods of operation, and other business information disclosed to you.  California common law also prohibits you from committing fraud and/or misappropriating Lifestyle's property or trademarks for your own benefit.

Notwithstanding the foregoing, Lifestyle has learned that you and your spouse were involved with an entity called "The Five P's Marketing, LLC" ("Five P's") through which you ran your advertising. Specifically, by running your advertising through Five P's, you were able to (and did) avoid paying fees to Lifestyle by charging more for advertisements than what is listed in Lifestyle's system.  For example, a contract between Five P's and "Cruise Planners" includes ad pricing of $3,000 per month plus

Randy Harding
November 30, 2018
Page 2

$800 per month in trade value for 5 P's, but the contract was entered into Lifestyle's system as $2,000 per month, cutting Lifestyle out of $1,800 per month in value. In other examples, clients who previously contracted directly with Lifestyle now contract with Five P's at a lower rate. This type of conduct amounts to fraud and an unlawful conversion of profits that are due and owing to Lifestyle.

In addition, Lifestyle has also learned that in the November issue of Kudos Newport Beach ("Kudos") (enclosed for your reference), you misappropriated Lifestyle's property in several areas for your own benefit (and profit), including but not limited to:

- The Jefferey Chu advertisement on page 9 was designed for the November 2018 issue of Newport Beach Lifestyle Magazine ("Lifestyle"). You changed the stock image and used this advertisement without authorization in the November issue of Kudos.

- The Village Inn advertisement on page 11 was designed for the November 2018 issue of Lifestyle. You changed the accent color in the advertisement and used it without authorization in the November issue of Kudos.

- The Balboa Jewelry & Coin advertisement on page 17 was designed for the September 2018 issue of Lifestyle. You added a purple call-out and used the advertisement without authorization in the November issue of Kudos.

- The Dr. Peter Smrecek advertisement on page 43 was designed for the September 2018 issue of Lifestyle. You replaced the stock image in this advertisement and then used it without authorization in the November issue of Kudos.

This activity infringes on Lifestyle's trademark and copyrights. Your theft of Lifestyle's confidential and proprietary information and infringement of Lifestyle's intellectual property are in direct contravention of California law, including the California Uniform Trade Secrets Act and California common law, and will not be tolerated by Lifestyle. Furthermore, to the extent you are using this information in competition with Lifestyle, you are further violating the California Uniform Trade Secrets Act and California common law.

As a result of the foregoing, Lifestyle demands that you immediately cease and desist from engaging in any further unlawful conduct involving in any way the possession, use and/or disclosure of Lifestyle's confidential, proprietary and/or trade secret information. Lifestyle also demands that you immediately cease and desist from engaging in further unauthorized use of its trademarks and copyrighted material for your own use and benefit.

CORE/3506595.0002/148986206.3

Randy Harding
November 30, 2018
Page 3

Lifestyle further demands that you immediately return to me any and all Lifestyle files, documentation and information in your possession, custody or control, including all copies, notes, tapes, papers and any other medium containing, summarizing, excerpting or otherwise embodying any confidential information, by 5:00 p.m., December 7, 2018.  If you have stored any such information on an electronic device, including a computer, smart phone and/or tablet, you are required to transfer such information to a disc or thumb drive and return the same to me, along with your written certification, under oath, that the data has been deleted from your electronic device(s).

Finally, Lifestyle demands that you produce a listing of all contract amounts for all advertisement contracts that you ran through Five P's while you were performing work for Lifestyle.

Should you or your spouse fail to timely comply with Lifestyle's directives set forth herein, and in separate letters to Ana Launes and Kudos Newport Beach, Lifestyle has authorized me to take any action necessary to recover its property, stop your unlawful conduct and obtain full and complete relief for your violations of Lifestyle's rights, including by filing suit for immediate and permanent injunctive relief, as well as actual damages, punitive damages and attorneys' fees, both from you and your spouse, as appropriate.

Please contact me by no later than 5:00 p.m., December 7, 2018, to let me know if you will comply with Lifestyle's directives.  I look forward to hearing from you.

Sincerely,

Stinson Leonard Street LLP

Carrie M. Francis

CMF:SLS



Carrie M. Francis
602.212.8535 **DIRECT**
602.586.5214 **DIRECT FAX**
carrie.francis@stinson.com

**STINSON
LEONARD
STREET**

<u>**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED AND EMAIL**</u>

November 30, 2018

Ana Launes
120 Newport Center Drive
Newport Beach, CA 92660
ana.launes@kudosnb.com

Re:     Cease & Desist

Dear Ms. Launes:

My law firm represents Lifestyle Publications, LLC ("Lifestyle").  Please direct all future correspondence regarding this matter to me. I write regarding your theft of Lifestyle's proprietary information and property, and your infringement of Lifestyle's trademark rights.

As you likely know, your spouse, Randy Harding, was an Area Director for Lifestyle. The California Uniform Trade Secrets Act prohibits Mr. Harding from misappropriating Lifestyle's trade secrets and confidential information. Cal. Civ. Code § 3426.1 *et seq*. This means Mr. Harding is legally prohibited from using or disclosing any trade secrets or confidential information belonging to Lifestyle, including without limitation: all trademarks, trade names, service marks, emblems and indicia of origin used by Lifestyle in connection with the operation of Lifestyle's publishing business, and all trade secrets or know-how, including, but not limited to, research, plans, products services, customer lists, business plans, marketing data, software, forms, processes, methods of operation, and other business information disclosed to Mr. Harding.  California common law also prohibits Mr. Harding from committing fraud and/or misappropriating Lifestyle's property or trademarks for his own benefit. In addition, you are also prohibited from misappropriating Lifestyle's proprietary information, property and trade secrets that you know or have reason to know have been acquired by improper means.

Notwithstanding the foregoing, Lifestyle has learned that you and your spouse, Mr. Harding, were involved with an entity called "The Five P's Marketing, LLC" ("Five P's") through which you ran your advertising. Specifically, by running advertising through Five P's, Mr. Harding was able to (and did) avoid paying fees to Lifestyle by charging more for advertisements than what is listed in Lifestyle's system.  For example, a

STINSON.COM

1850 N. CENTRAL AVENUE, SUITE 2100 • PHOENIX, AZ 85004
602.212.1600 MAIN • 602.212.1700 FAX
CORE/3506595.0002/149147284.1

Randy Harding
November 30, 2018
Page 2

contract between Five P's and "Cruise Planners" includes ad pricing of $3,000 per month plus $800 per month in trade value for 5 P's, but the contract was entered into Lifestyle's system as $2,000 per month, cutting Lifestyle out of $1,800 per month in value. In other examples, clients who previously contracted directly with Lifestyle now contract with Five P's at a lower rate. This type of conduct amounts to fraud and an unlawful conversion of profits that are due and owing to Lifestyle.

In addition, Lifestyle has also learned that in the November issue of Kudos Newport Beach ("Kudos") (enclosed for your reference), you and Mr. Harding misappropriated Lifestyle's property in several areas for your own benefit (and profit), including but not limited to:

- The Jefferey Chu advertisement on page 9 was designed for the November 2018 issue of Newport Beach Lifestyle Magazine ("Lifestyle"). You changed the stock image and used this advertisement without authorization in the November issue of Kudos.

- The Village Inn advertisement on page 11 was designed for the November 2018 issue of Lifestyle. You changed the accent color in the advertisement and used it without authorization in the November issue of Kudos.

- The Balboa Jewelry & Coin advertisement on page 17 was designed for the September 2018 issue of Lifestyle. You added a purple call-out and used the advertisement without authorization in the November issue of Kudos.

- The Dr. Peter Smrecek advertisement on page 43 was designed for the September 2018 issue of Lifestyle. You replaced the stock image in this advertisement and then used it without authorization in the November issue of Kudos.

This activity infringes on Lifestyle's trademark and copyrights. Your and Mr. Harding's theft of Lifestyle's confidential and proprietary information and infringement of Lifestyle's intellectual property are in direct contravention of California law, including the California Uniform Trade Secrets Act and California common law, and will not be tolerated by Lifestyle.

As a result of the foregoing, Lifestyle demands that you immediately cease and desist from engaging in any further unlawful conduct involving in any way the possession, use and/or disclosure of Lifestyle's confidential, proprietary and/or trade secret information.  Lifestyle also demands that you immediately cease and desist from engaging in further unauthorized use of its trademarks and copyrighted material for your own use and benefit.

CORE/3506595.0002/149147284.1

Randy Harding
November 30, 2018
Page 3

Lifestyle further demands that you immediately return to me any and all Lifestyle files, documentation and information in your possession, custody or control, including all copies, notes, tapes, papers and any other medium containing, summarizing, excerpting or otherwise embodying any confidential information, by 5:00 p.m., December 7, 2018. If you have stored any such information on an electronic device, including a computer, smart phone and/or tablet, you are required to transfer such information to a disc or thumb drive and return the same to me, along with your written certification, under oath, that the data has been deleted from your electronic device (s).

Should you or your spouse fail to timely comply with Lifestyle's directives set forth herein, and in separate letters to Mr. Harding and Kudos Newport Beach, Lifestyle has authorized me to take any action necessary to recover its property, stop your unlawful conduct and obtain full and complete relief for your violations of Lifestyle's rights, including by filing suit for immediate and permanent injunctive relief, as well as actual damages, punitive damages and attorneys' fees, both from you and your spouse, as appropriate.

Please contact me by no later than 5:00 p.m., December 7, 2018, to let me know if you will comply with Lifestyle's directives. I look forward to hearing from you.

Sincerely,

Stinson Leonard Street LLP

Carrie M. Francis

CMF:SLS

CORE/3506595.0002/149147284.1



Carrie M. Francis
602.212.8535 **DIRECT**
602.586.5214 **DIRECT FAX**
carrie.francis@stinson.com

**STINSON
LEONARD
STREET**

**<u>VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED AND EMAIL</u>**

November 30, 2018

Kudos Newport Beach Magazine
C/O Ana Launes
120 Newport Center Drive
Newport Beach, CA 92660

Re:     Cease & Desist

To Whom It May Concern:

My law firm represents Lifestyle Publications, LLC ("Lifestyle").  Please direct all future correspondence regarding this matter to me. We understand that Randy Harding and Ana Launes manage The Five P's Marketing ("Five P's").[1] On October 27, 2018, Five P's filed a trademark application with the U.S. Patent and Trademark Office for the Kudos Newport Beach Magazine, "KUDOS NEWPORT BEACH | LIVING LOCAL" ("Kudos").[2] Then after filing this application, Kudos published a magazine issue containing content that Ms. Launes and Mr. Harding misappropriated from Lifestyle. I write regarding this theft of Lifestyle's proprietary information and property, and your infringement of Lifestyle's trademark rights.

As you likely know, the California Uniform Trade Secrets Act prohibits you from misappropriating Lifestyle's trade secrets and confidential information. Cal. Civ. Code § 3426.1 *et seq.*  It prohibits the use or disclosure of any trade secrets or confidential information belonging to Lifestyle, including without limitation: all trademarks, trade names, service marks, emblems and indicia of origin used by Lifestyle in connection with the operation of Lifestyle's publishing business, and all trade secrets or know-how, including, but not limited to, research, plans, products services, customer lists, business plans, marketing data, software, forms, processes, methods of operation, and other business information.  California common law also prohibits the fraud and/or misappropriation of Lifestyle's property or trademarks for the benefit of another.

---

[1] Nevada Business ID NV20161708602.
[2] *See* United States Patent and Trademark Office Serial Number 88171898.

STINSON.COM     1850 N. CENTRAL AVENUE, SUITE 2100 • PHOENIX, AZ 85004
602.279.1600 MAIN • 402.210.6885 FAX

CORE/3506595.0002/149149409.1

Randy Harding
November 30, 2018
Page 2

Notwithstanding the foregoing, Lifestyle has learned that in the November issue of Kudos Newport Beach (enclosed for your reference), you misappropriated Lifestyle's property in several areas for your own benefit (and profit), including but not limited to:

- The Jefferey Chu advertisement on page 9 was designed for the November 2018 issue of Newport Beach Lifestyle Magazine ("Lifestyle"). You changed the stock image and used this advertisement without authorization in the November issue of Kudos.

- The Village Inn advertisement on page 11 was designed for the November 2018 issue of Lifestyle. You changed the accent color in the advertisement and used it without authorization in the November issue of Kudos.

- The Balboa Jewelry & Coin advertisement on page 17 was designed for the September 2018 issue of Lifestyle. You added a purple call-out and used the advertisement without authorization in the November issue of Kudos.

- The Dr. Peter Smrecek advertisement on page 43 was designed for the September 2018 issue of Lifestyle. You replaced the stock image in this advertisement and then used it without authorization in the November issue of Kudos.

This activity infringes on Lifestyle's trademark and copyrights. Your theft of Lifestyle's confidential and proprietary information and infringement of Lifestyle's intellectual property are in direct contravention of California law, including the California Uniform Trade Secrets Act and California common law, and will not be tolerated by Lifestyle.

As a result of the foregoing, Lifestyle demands that you immediately cease and desist from engaging in any further unlawful conduct involving in any way the possession, use and/or disclosure of Lifestyle's confidential, proprietary and/or trade secret information.  Lifestyle also demands that you immediately cease and desist from engaging in further unauthorized use of its trademarks and copyrighted material for your own use and benefit.

Lifestyle further demands that you immediately return to me any and all Lifestyle files, documentation and information in your possession, custody or control, including all copies, notes, tapes, papers and any other medium containing, summarizing, excerpting or otherwise embodying any confidential information, by 5:00 p.m., December 7, 2018.  If you have stored any such information on an electronic device, including a computer, smart phone and/or tablet, you are required to transfer such information to a disc or thumb drive and return the same to me, along with your written certification, under oath, that the data has been deleted from your electronic device(s).

CORE/3506595.0002/149149409.1

Randy Harding
November 30, 2018
Page 3

Should you, Mr. Harding or Ms. Launes fail to timely comply with Lifestyle's directives set forth herein, and in separate letters to Ms. Launes and Mr. Harding, Lifestyle has authorized me to take any action necessary to recover its property, stop your unlawful conduct and obtain full and complete relief for your violations of Lifestyle's rights, including by filing suit for immediate and permanent injunctive relief, as well as actual damages, punitive damages and attorneys' fees, both from you and your spouse, as appropriate.

Please contact me by no later than 5:00 p.m., December 7, 2018, to let me know if you will comply with Lifestyle's directives.  I look forward to hearing from you.

Sincerely,

Stinson Leonard Street LLP

Carrie M. Francis

CMF:SLS

CORE/3506595.0002/149149409.1

# EXHIBIT 5

**Gabrielson, Alexis**

| | |
|---|---|
| **From:** | Randy Harding <rwhusker@gmail.com> |
| **Sent:** | Friday, December 7, 2018 4:52 PM |
| **To:** | Gabrielson, Alexis |
| **Subject:** | Re: Cease & Desist |

Hi Alexis,

I'm in receipt of your email and the letter.  I am currently in the process of going through numerous electronic devices in order to return all of the items you listed in your email.  I also need some additional time to formulate responses to your allegations.
I respectfully request several weeks additional time to do so.  Some of the electronic devices need to be accessed with help from a computer consultant because they have not been powered up for years and will not charge or turn on.
I appreciate your understanding.

Sincerely,


**Randy Harding**
**Newport Beach, CA 92660**
**714-600-4759**



On Fri, Nov 30, 2018 at 7:55 AM Gabrielson, Alexis <alexis.gabrielson@stinson.com> wrote:

> Mr. Harding,
>
>
>
> Please see attached correspondence sent on behalf of Lifestyle Publications.
>
>
>
> Regards,
>
> **Alexis Gabrielson** | Attorney | Stinson Leonard Street LLP
> 7700 Forsyth Blvd., Suite 1100 | St. Louis, MO 63105-1821
> T: 314.259.4504 | F: 314.259.3941
> alexis.gabrielson@stinson.com | www.stinson.com
> Legal Administrative Assistant: Jasmine Peete | 314.259.4510 | jasmine.peete@stinson.com
>
> This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

1

# EXHIBIT 6

## Our Reach

Newport Beach Lifestyle presents the finest in local living from homes and entertainment to philanthropy, dining and more. The services and opportunities in Newport Beach Lifestyle are sure to be noticed by the discerning readers who receive our publication each month.

**87,000**
Avg. Per-Issue Readership

**$400,000**
Avg. Household Income

**600**
Additional Copies at Local Dr., Dentist, Legal and Professional Offices

**13,000+**
Homes Delivered to Monthly

**$3M - 60M**
Home Value Range

*Statistical data provided by USA Data.*





**Delivered to Single-Family Homes and Select Businesses in Newport Beach**

- *Newport Coast*
- *Corona Del Mar*
- *Newport Beach*

## Advantages of Advertising with Lifestyle Publications

**Editorial**
*Around Town*
*Good Times*
*Calendar*
*Feature Articles*

**Newsletters**
*Monthly*
*Weekly*

**Networking Events**
*Business Owners*
*Residents*

**Online**
*Social Media*
*Web Ads*
*Business Directory*
*Organic Google Searches*
*(High Traffic When Googling Their Name)*



Lifestyle Publications was selected on the **Inc. 5000** list for the fastest growing private companies in America with **302% growth**.

## Testimonials



*"It is not often I receive feedback from print ads and this was immediate! We received a call just a few days after the magazine hit mailboxes. I look forward to the next issue!"*
**Thurston Kitchen and Bath** - Cindy Hellgren



*"We have a ton of options when it comes to advertising. I work with Lifestyle because I believe in and trust what the team is doing. They have become a trusted friend and helped me grow my business in a thoughtful way."*
**Todd Reed** - Todd Reed Jewelry Designer



*"As a new business owner I was looking for the right avenue to get our branding out. The targeted (direct mail) approach re-assures me that our message is going to the RIGHT audience every month. This is something that the majority of print outlets lack. We plan on continuing the partnership for a very long time."*
**Audi Boulder** - Jaymie Hampson



*"At Orange County Plastic Surgery we track the origin point of our consultations and we have seen a number of phone calls and consultations booked each month as a direct result of our ads in Lifestyle. I would without hesitation recommend this publication to any business looking to grow their brand and increase market share."*
**Orange County Plastic Surgery** - Juris Bunkis M.D.



*"The reach and message created through effective marketing is core to the success of my business. While there are endless marketing options within residential real estate, the balance between professionalism and efficacy shown by Lifestyle Publications is unparalleled. I am excited about this partnership and look forward to it continuing for years to come!"*
**Sotheby's Realty** - The Behr Team

For more testimonials please visit LifestylePubs.com/testimonials.php

## Ad Sizes



**FULL PAGE**
8.5" X 11.125" (includes Bleed)
Magazine trims to 8.375" X 10.875"
Safe area is 7.75" X 10.375"



**2/3 PAGE VERTICAL**
4.667" X 9.875"



**1/2 PAGE HORIZONTAL**
7.083" X 4.75"



**1/2 PAGE VERTICAL**
3.458" X 9.875"



**1/3 PAGE HORIZONTAL**
7.083" X 3.15"



**1/4 PAGE**
3.458" X 4.75"

### Interactive Ad Sizes

Web ad - 230 X 346px
Banner Ad/Promotional 1600 X 150-300px
(Banner ads appear in the monthly newsletter online.)

One-time in-house ad design $495 • Unlimited in-house ad design $795

Ad materials for each issue are due to us by the 25th, two months prior to the issue date.
Example: Ad materials for the July issue are due May 25th.

For a complete list of ad specifications, visit: LifestylePubs.com/Ad-Specifications

## 2016 Monthly Ad Rates

### Premium Ad Rates

| | 36X | 24X | 12X | OPEN | PRICE PER AVG READER |
|---|---|---|---|---|---|
| Back Cover | 2900 | 3200 | 3600 | 4000 | 3.1¢ |
| Inside FC | 2600 | 2900 | 3200 | 3600 | 2.8¢ |
| Inside BC | 2300 | 2600 | 2900 | 3200 | 2.5¢ |
| 2 Page Spread | 2800 | 3000 | 3400 | 3800 | 3¢ |
| 2 Page Spread (Inside FC) | 4800 | 5400 | 6000 | 6800 | 5.2¢ |
| Sold Properties | 2300 | 2600 | 2900 | 3200 | 2.5¢ |
| Full Premium Page | 2000 | 2200 | 2400 | 3000 | 1.9¢ |

| | 36X | 24X | 12X | OPEN | PRICE PER AVG READER |
|---|---|---|---|---|---|
| Full Page | 1700 | 1900 | 2100 | 2700 | 1.6¢ |
| 2/3 Page | 1300 | 1500 | 1700 | 1900 | 1.4¢ |
| 1/2 Page | 900 | 1000 | 1200 | 1500 | 1¢ |
| 1/3 Page | 800 | 900 | 1000 | 1200 | .9¢ |
| 1/4 Page | 600 | 700 | 800 | 1000 | .6¢ |

Prices shown are per month based on the length of your contract.   Reader calculation based on 80 readers per Dr. and Dentist office and 3 readers per home utilizing 36X rate.

### Interactive Ad Rates

| | | |
|---|---|---|
| Web Ad | 700 | |
| Banner/Promotional Ad | 1400 | |

### CLIENT SATISFACTION RATE

- 70% Renewal on Advertisers / 12 Issues
- 80% Renewal on Advertisers / 24 Issues
- 88% Renewal on Advertisers / 36 Issues

NewportBeachLifestylePubs.com  |  714.600.4759  |  e-mail: RHarding@LifestylePubs.com



# Newport Beach
### L I F E S T Y L E™
NewportBeachLifestylePubs.com

## BRINGING YOUR
# BUSINESS
## TO THE COMMUNITY

**2016 MEDIA KIT**

# EXHIBIT 7

| Ads entered at lower value than Rate Card | Magazine | Design | Notes | Value entered into Lifestyle system | | Rate Card Rate | | Issue |
|---|---|---|---|---|---|---|---|---|
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Jan-17 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Feb-17 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Feb-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Feb-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Mar-17 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Mar-17 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Mar-17 |
| The 5 P's | Newport Beach Lifestyle | Back Cover | | $ | 1,400 | $ | 2,950 | Apr-17 |
| The 5 P's | Newport Beach Lifestyle | 2 Page Spread (Inside FC) | | $ | 2,000 | $ | 3,865 | Apr-17 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Apr-17 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 600 | $ | 975 | Apr-17 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Apr-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Apr-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ | 350 | $ | 580 | May-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | May-17 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | May-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | May-17 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | May-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | May-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Jun-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Jun-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Jun-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ | 350 | $ | 580 | Jun-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Jun-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Jun-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Jun-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Jul-17 |
| The 5 P's | Newport Beach Lifestyle | 2-Page Spread | | $ | 2,000 | $ | 2,650 | Jul-17 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ | - | $ | 725 | Jul-17 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Jul-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ | 350 | $ | 580 | Jul-17 |
| The 5 P's | Newport Beach Lifestyle | 2-Page Spread | | $ | 2,000 | $ | 2,650 | Jul-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 500 | $ | 1,670 | Aug-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ | 350 | $ | 580 | Aug-17 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Aug-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,700 | $ | 1,670 | Aug-17 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ | - | $ | 725 | Aug-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 500 | $ | 1,670 | Aug-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ | 350 | $ | 580 | Sep-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Sep-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Sep-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Sep-17 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ | - | $ | 725 | Sep-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Oct-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | House Ads for Readers Choice Awards | $ | - | $ | 1,670 | Oct-17 |

CORE/3506595.0003/153972380.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Promotional Banner | Readers Choice Awards Promotional Banne | $ - | $ 1,400 | Oct-17 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ - | $ 725 | Oct-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ 350 | $ 580 | Oct-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,000 | $ 1,670 | Oct-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,000 | $ 1,670 | Oct-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Nov-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Nov-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | House Ads for Readers Choice Awards | $ - | $ 1,670 | Nov-17 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ - | $ 725 | Nov-17 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ - | $ 1,400 | Nov-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ 350 | $ 580 | Nov-17 |
| The 5 P's | Newport Beach Lifestyle | 2-Page Spread | | $ 2,500 | $ 2,650 | Nov-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Dec-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Dec-17 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ - | $ 725 | Dec-17 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ - | $ 700 | Dec-17 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ 350 | $ 580 | Dec-17 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Dec-17 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Jan-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Jan-18 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ - | $ 725 | Jan-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Jan-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Jan-18 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ 350 | $ 580 | Jan-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Feb-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Feb-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Feb-18 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ - | $ 725 | Feb-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Feb-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Feb-18 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ 350 | $ 580 | Feb-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Mar-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Mar-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Mar-18 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ - | $ 725 | Mar-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Mar-18 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ - | $ 1,400 | Mar-18 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ 350 | $ 580 | Mar-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Mar-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Mar-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Mar-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Apr-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Apr-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Apr-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Apr-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | Apr-18 |
| The 5 P's | Newport Beach Lifestyle | 1/4 Page Vertical | | $ 350 | $ 580 | Apr-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Apr-18 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ - | $ 725 | Apr-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ 1,250 | $ 1,670 | Apr-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ - | $ 1,670 | May-18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | 2-Page Spread | | $ | - | $ | 2,650 | May-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | - | $ | 975 | May-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | May-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,250 | $ | 1,670 | May-18 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ | - | $ | 725 | May-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | May-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Jun-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Jun-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Jun-18 |
| The 5 P's | Newport Beach Lifestyle | Inside Back Cover | | $ | 1,300 | $ | 2,165 | Jun-18 |
| The 5 P's | Newport Beach Lifestyle | Back Cover | | $ | 2,000 | $ | 2,950 | Jun-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,250 | $ | 1,670 | Jun-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Jul-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Jul-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Jul-18 |
| The 5 P's | Newport Beach Lifestyle | Back Cover | | $ | 2,000 | $ | 2,950 | Jul-18 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Jul-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Jul-18 |
| The 5 P's | Newport Beach Lifestyle | Inside Back Cover | | $ | 1,300 | $ | 2,165 | Jul-18 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Jul-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,250 | $ | 1,670 | Jul-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Aug-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Aug-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Aug-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Aug-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | 1/4 Page Vertical | | $ | - | $ | 580 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,250 | $ | 1,670 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | Back Cover | | $ | 2,000 | $ | 2,950 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 1,000 | $ | 975 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | This ad must be placed next to the editoria | $ | 1,250 | $ | 1,670 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Aug-18 |
| The 5 P's | Newport Beach Lifestyle | Inside Back Cover | | $ | 1,300 | $ | 2,165 | Aug-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Sep-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Sep-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Sep-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | - | $ | 975 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,250 | $ | 1,670 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 400 | $ | 975 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Back Cover | | $ | 2,000 | $ | 2,950 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 1,000 | $ | 975 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,800 | $ | 1,670 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Web Ad | | $ | - | $ | 700 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 450 | $ | 975 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | This ad must be placed next to the editoria | $ | 1,250 | $ | 1,670 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Inside Back Cover | | $ | 1,300 | $ | 2,165 | Sep-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Sep-18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Sep-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Oct-18 |
| Newport Beach Lifestyle Magazine | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,000 | $ | 1,670 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | 1/3 Page Horizontal | | $ | - | $ | 725 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Inside Back Cover | | $ | 1,300 | $ | 2,165 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 1,000 | $ | 975 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Promotional Banner | | $ | - | $ | 1,400 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | This ad must be placed next to the editoria | $ | 1,250 | $ | 1,670 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 450 | $ | 975 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Back Cover | | $ | 2,000 | $ | 2,950 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | - | $ | 1,670 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | Full Page | | $ | 1,250 | $ | 1,670 | Oct-18 |
| The 5 P's | Newport Beach Lifestyle | 1/2 Page Horizontal | | $ | 400 | $ | 975 | Oct-18 |

| | | | |
|---|---|---|---|
| $ 80,650 | $ 244,480 | | |
| | | Ad Value | Damages |
| | $ 163,830 | 12% | $ 19,659.60 |

**Ads Lifestyle owned that were used in KUDOS**

| | | Rate Card Rate | KUDOS issue |
|---|---|---|---|
| Newport Beach Lifestyle Magazine - Balboa Island | 1/2 Page Vertical | $ 1,505 | Nov-18 |
| Newport Beach Lifestyle Magazine - Village Inn | Full Page | $ 2,545 | Nov-18 |
| The 5 P's - Chu | Full Premium Page | $ 2,925 | Nov-18 |
| The 5 P's - Smreck | Inside Back Cover | $ 2,730 | Nov-18 |
| Newport Beach Lifestyle Magazine - Village Inn | Full Page | $ 2,545 | Dec-18 |
| | | $ 12,250 | Total |

**Ad sold by The 5 P's at higher rate than was entered into Lifestyle system**

| | | | Value entered into Lifestyle system | The 5 P's contract actual | |
|---|---|---|---|---|---|
| The 5 P's - Cruise Planners | Newport Beach Lifestyle | 2-Page Spread | $ 2,000 | $ 3,800 | Nov-18 |
| | | | | Ad Value | Damages |
| | | | $ 1,800 | 12% | $ 216.00 |

| | |
|---|---|
| $ 32,126 | Grand Total Damages |

CORE/3506595.0003/153972380.1

# EXHIBIT 8

# Thefivep's Marketing

## Advertising Agreement

This advertising agreement is entered in between; The five P's Marketing ("THE AGENCY") and the ADVERTISER indicated below:

DATE October 1, 2018

TERMINATION DATE April 30, 2019

ADVERTISER COMPANY NAME  Cruise Planners - Adam Martindale

CONTACT  Adam Martindale

ADDRESS  3004  6th  AVE , SUITE  1 ,

CITY  SAN  DIEGO                                     ZIP CODE  92103     STATE  CA

EMAIL  amartindale@cruiseplanners.com       WEBSITE       CruiseWineTravel.com

OFFICE PHONE_____  CELL PHONE 206-399-2138

BUSINESS DESCRIPTION OR PROFILE  Cruise and wine travel coordination and planning.

Description of Services. The five P's Marketing engagement shall relate to the following products and services of ADVERTISER:

One (1) 2-Page Spread Ad in Newport Beach publication for November 2018 issue

Five (5) Full Page Ads in Newport Beach publication from December 2018 issue through April 2019 issue

Two 2-Page Editorial pieces in December 2018 and April 2019 issues of Newport Beach publication

Free Unlimited Ad Design, Event Integration, and Full Online and Social Media Integration included

Description of Total Charges:

$3,000 per month in Credit Card plus $800 per month in Trade towards a cruise chosen by 5 P's Marketing

Payment Type: VISA☐  MASTERCARD☐  AMERICAN EXPRESS☑  DISCOVER☐  ACH☐

Name on Credit Card  ADAM  MARTINDALE

Card Number  3727 − 228049 −1100S     EXP  09/20     CSV  O11O

Card identification #  011     (last three digits located on the back of the credit card) Expiration date  09/20

Bank Name (for ACH)_____

Billing Address_____

City/State/Zip_____

Signature_____     Date  10/1/18

*By Signing, I authorize The five P's Marketing, LLC to charge my card / initiate ACH payments for all amounts due under this Agreement.*

The Five P's Marketing, LLC | 120 Newport Center Drive | Newport Beach, CA 92660 | T. 562.8950574

### 1. Agency Services

THE AGENCY, agrees to act as ADVERTISER advertising representative and to perform, upon authorization by ADVERTISER, any or all of the following services to the extent necessary to meet ADVERTISER'S needs:

a. Study and analyze ADVERTISER'S business and products or services and survey the market therefore.

b. Develop an advertising program designed to meet ADVERTISER'S needs and budgetary limitations.

c. Counsel ADVERTISER on their overall merchandising program or make plans therefore.

d. Determine and analyze the effect of the advertising used.

e. Plan, create, write, and prepare layouts and the actual copy to be used in advertisements of all types.

f. Analyze all advertising media to determine those which are most suitable for use by ADVERTISER

g. Make contracts with the advertising media for space or time and with others to effectuate the advertising program and obtain the most favorable terms and rates available.

h. Check and follow up on all contracts with the various media for proper performance in the best interests of the Advertiser, including the appearance, accuracy, date, time, position, size, extent, site, workmanship, and mechanical reproduction, as appropriate to the advertisements used.

i. Negotiate, arrange, and contract for any special talent required for all photography, models, special effects, layouts, and art work, and for all printing, including any required engravings, electrotypes, typography, and any other necessary technical material for use in the advertising program.

j. Make timely payments to all persons or firms supplying goods or services about the advertising program.

k. Advise and bill ADVERTISER for all remittances made by the Agency for the Advertiser's account and maintain complete and accurate books and records in this regard.

l. Cooperate with ADVERTISER and ADVERTISER'S other representatives with regard to achieving the best possible tax advantages to ADVERTISER with respect to advertising expenditures.

### 2. Products

THE AGENCY engagement shall relate to the following products and services of ADVERTISER:

Cruise and Wine Planning and Coordination
_____
_____
_____

### 3. Prior Approval of Advertiser

THE AGENCY shall not incur any obligations or provide any services for ADVERTISER'S account without first obtaining written approval therefore from ADVERTISER or any other person designated by ADVERTISER in writing. In order to obtain ADVERTISER'S approval, THE AGENCY shall submit written proposals to ADVERTISER, containing full descriptions of the proposed advertisements and estimates of the cost of the obligations or services involved, including media costs, cost of preparation of the advertisements, costs of production, and any

additional costs, such as travel, mailing, postage, and similar items.

### 4. Advertising Costs and Expenditures

a. ADVERTISER shall reimburse THE AGENCY, for all costs incurred and expenditures made on behalf of ADVERTISER for approved advertising, except as specifically provided herein and, in addition, ADVERTISER shall compensate THE AGENCY for services rendered.

b. ADVERTISER shall pay THE AGENCY for its direct costs of mailing, packaging, shipping, taxes and duties, and telephones and telegrams incurred by THE AGENCY, in connection with the performance of this Agreement.

c. ADVERTISER shall pay all of THE AGENCY'S costs for any necessary traveling done on behalf of ADVERTISER. THE AGENCY must secure ADVERTISER'S approval prior to incurring any expense for travel on behalf of ADVERTISER.

d. In the event media or other charges increase or decline after THE AGENCY has submitted an estimate, ADVERTISER shall pay for such increase or be given a credit for such reduction, as the case may be.

### 5. Agency's Compensation.

a. THE AGENCY shall prepare an estimate of total charges for every advertising media project, including therein any charges for materials or services purchased from outside sources. In the event that THE ADVERTISER elects to proceed with the project based upon THE AGENCY estimated cost, THE AGENCY shall perform the services with respect to such special project at its estimated cost, subject to modification as mutually agreed by the parties.

b. ADVERTISER shall not be obligated to reimburse THE AGENCY for any travel or other out-of-pocket expenses incurred in the performance of services pursuant to this Agreement unless expressly agreed by ADVERTISER in advance.

### 6. Billing

a. THE AGENCY shall bill Advertiser in conformity with the standards recommended by the American Association of Advertising Agencies and on THE AGENCY standard forms.

b. THE AGENY'S bills shall be paid on a monthly basis by THE ADVERTISER as agreed upon the terms outline in this agreement.

### 7. Indemnification and Insurance

ADVERTISER shall indemnify and hold THE AGENCY harmless from and against any and all claims, liabilities, or damages arising from the preparation or presentations of any advertising covered by this Agreement including the costs of litigation and counsel fees to the extent of any such claims, liabilities, or damages caused by the agency's negligence or misconduct .

THE AGENCY agrees to procure and maintain in force during the term of this Agreement, at THE AGENCY expense, an advertising agency liability policy or policies having a minimum limit of at least $1,000,000, naming THE ADVERTISER as an additional insured and loss payee under such policy or policies.

**8. Term and Termination**

The term of this Agreement shall commence on the date of this agreement and shall continue in full force and effect until terminated by either party upon at least 90 days' prior written notice. The rights, duties and obligations of the parties shall continue in full force during or following the period of the termination notice until termination, including the ordering and billing of advertising in media whose closing dates follow then such period. On receipt of notice of termination, THE AGENCY shall not commence work on any new advertisements, but it shall complete and place all advertisements previously approved by ADVERTISER. All other rights and duties of the parties shall continue during the notice period and ADVERTISER shall be responsible to THE AGENCY for the payment of any pre-approved contract obligation incurred with third parties during this period.

**9. Assignment of Contracts**

THE AGENCY shall assign to ADVERTISER all of its rights in contracts, agreements, arrangements, or other transactions made with third parties for ADVERTISER'S account, effective on the date of termination or on such other date as may be agreed upon by the parties; and ADVERTISER shall assume all obligations and hold THE AGENGY harmless from all liability there under. In the event any such contract is non-assignable and consent to assignment is refused, or THE AGENCY cannot obtain a release from its obligations, THE AGENCY shall continue performance thereof, and ADVERTISER shall meet its obligations to THE AGENCY as though this Agreement had not been terminated.

**10. Disposition of property and materials**

Upon termination of this Agreement, all such property and materials created by THE AGENCY, shall be the property of THE AGENCY, unless ADVERTISER pays therefore in accordance with the terms of this Agreement even though ADVERTISER or another party has physical possession thereof.

**11. Competitors**

During the term of this Agreement, THE AGENCY may not accept employment from, render services to, represent or otherwise be affiliated with any person, firm, corporation or entity in connection with any product or service directly or indirectly competitive with or similar to any product or service of ADVERTISER with respect to which THE AGENCY is providing any service pursuant to this Agreement.

**12 Cost Estimates.**

THE AGENCY shall not commence work on any project pursuant to this Agreement without first estimating costs for preparation, including copy, service, layout, art, engraving, typography, processing, and paste up and production. After determining the estimated cost, completion of the work shall be subject to ADVERTISER'S prior approval.

**13. Audit Rights.**

THE AGENCY agrees that following reasonable prior notice any and all contracts, agreements, correspondence, books, accounts, and other information relating to ADVERTISER'S business or this Agreement shall be available for inspection by ADVERTISER and ADVERTISER'S outside accountants, at ADVERTISER'S expense.

**14. Default**

In the event of any default of any material obligation by or owed by a party pursuant to this Agreement, then the other party may provide written notice of such default and if such default is not cured within 7 days of the written notice, then the non-defaulting party may terminate this Agreement.

**15. Force Majeure**

If performance of this Contract or any obligation under this Contract is prevented, restricted, or interfered with by causes beyond either party's reasonable control ("Force Majeure"), and if the party unable to carry out its obligations gives the other party prompt written notice of such event, then the obligations of the party invoking this provision shall be suspended to the extent necessary by such event. The term Force Majeure shall include, without limitation, acts of God, fire, explosion, vandalism, storm or other similar occurrence, orders or acts of military or civil authority, or by national emergencies, insurrections, riots, or wars, or strikes, lock-outs, work stoppages, or other labor disputes, or supplier failures. The excused party shall use reasonable efforts under the circumstances to avoid or remove such causes of non-performance and shall proceed to perform with reasonable dispatch whenever such causes are removed or ceased. An act or omission shall be deemed within the reasonable control of a party if committed, omitted, or caused by such party, or its employees, officers, agents, or affiliates.

**16. Arbitration**

Any controversies or disputes arising out of or relating to this Contract shall be resolved by binding arbitration in accordance with the then-current Commercial Arbitration Rules of the American Arbitration Association. The parties shall select a mutually acceptable arbitrator knowledgeable about issues relating to the subject matter of this Contract. In the event the parties are unable to agree to such a selection, each party will select an arbitrator and the two arbitrators in turn shall select a third arbitrator, all three of whom shall preside jointly over the matter. The arbitration shall take place at a location that is reasonably centrally located between the parties, or otherwise mutually agreed upon by the parties. All documents, materials, and information in the possession of each party that are in any way relevant to the dispute shall be made available to the other party for review and copying no later than 30 days after the notice of arbitration is served. The arbitrator(s) shall not have the authority to modify any provision of this Contract or to award punitive damages. The arbitrator(s) shall have the power to issue mandatory orders and restraint orders in connection with the arbitration.

The decision rendered by the arbitrator(s) shall be final and binding on the parties, and judgment may be entered in conformity with the decision in any court having jurisdiction. The agreement to arbitration shall be specifically enforceable under the prevailing arbitration law. During the continuance of any arbitration proceeding, the parties shall continue to perform their respective obligations under this Contract.

**17    Final Agreement**

This Agreement terminates and supersedes all prior understandings or agreements on the subject matter hereof. This Agreement may be modified only by a further writing that is duly executed by both parties.

**18    Legal Construction**

In the event, any one or more of the provisions contained in this Agreement shall for any reason be held invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability shall not affect any other provision. This Agreement shall be construed as if the invalid, illegal, or unenforceable provision had never been contained in it.

**19.    Parties Bound**

This Agreement shall be binding on and inure to the benefit of the parties to this Agreement and their respective heirs, executors, administrators, legal representatives, successors and assigns as permitted by this Agreement.

**20.    Governing Law**

This Agreement shall be construed and enforced in accordance with the laws of the state of California.

**21    Attorneys' Fees**

If any action at law or in equity is brought to enforce or interpret the provisions of this Agreement, the prevailing party will be entitled to reasonable attorneys' fees in addition to any other relief to which that party may be entitled.

IN WITNESS, WHEREOF, the parties hereto have executed this Advertising Agency Agreement.

Company: MARTINDALE TRAVEL + TOURS
        DGA  CRUISE PLANNERS.

ADAM   MARTINDALE            10/1/18
By                            Date

The 5 five P's Marketing, LLC

By Ana Launes, CEO                    Date

# EXHIBIT 9

# Advertising Agreement



The 5 P's - Cruise Planners
120 Newport Center Drive
Newport Beach, California 92660

| Publication | Size | # Months | Price Each |
|---|---|---|---|
| Newport Beach Lifestyle | 2-Page Spread | 1 | $2,000.00 |
| **Total** | | | **$2,000.00** |

**Publication run dates:** November 2018 - November 2018

Trade Value: $0.00

Signed By: Ana  Launes          Date Signed: October 1st 2018 12:50PM

I affirm that I have had the opportunity to review this contract in its entirety, and that I understand and agree with all of the terms of the contract.

I authorize Lifestyle Publications LLC to charge starting and on or around the of each month according to the above schedule.

Contract set to signed

Lifestyle Publications, LLC | 514 W 26th St Suite 1S | Kansas City, MO 64108 | Phone: 913.599.4300 | Fax: 888.599.0733

## Terms and Conditions

**Acceptance.** By signing below, and by advertising with Lifestyle Publications, LLC, its successors and assigns (Lifestyle Publications), Advertiser, its successors and assigns and including its buying agencies or services (Advertiser) agrees without limitation or qualification, to be bound by, and to comply with these Terms and Conditions.

**Provision of Advertising Materials.** Advertiser will provide all materials for the advertisement in accordance with Lifestyle Publications policies in effect at the time, including without limitation to the manner of transmission to Lifestyle Publications and the lead-time prior to publication of the advertisement. Lifestyle Publications shall not be required to publish any advertisement that is not received in accordance with this provision and may substitute a previously published ad or other ad in Lifestyle Publications' sole discretion. If the Advertiser fails to provide materials in accordance with this provision, Advertiser will be charged for the ad space reserved whether the advertisement runs in the publication or not.

**Positioning.** Except as otherwise expressly provided in the Advertising Agreement, positioning of advertisements and all layout decisions within the magazine or on any page is at the sole discretion of Lifestyle Publications.

**Full Payment.** Advertiser agrees that full payment of the contract price must be rendered in order for the terms of the contract to be satisfied. Payment is not dependent upon receipt of tear sheets. No partial payment or pro-rated amounts will be accepted as payments in full unless otherwise specified in writing. Invoices are due upon receipt. Failure to pay the amount due for more than 30 days will constitute a material breach by the Advertiser which gives Lifestyle Publications the right to cancel publication of future advertisements and collect based on the terms under Cancellations below, to be exercised at Lifestyle Publications' sole discretion.

All accounts past-due more than 30 days will incur interest charges of 1.5% per month. Advertisers will be charged a $30 fee for each returned check.

**Cancellations.** Advertiser understands that Lifestyle Publications offers discounted rates for multi-month contracts, and that Lifestyle Publications relies on Advertiser's agreement to fulfill a multi-month term in its business planning, in determining magazine layout and forecasting, and in determining publishing rates and schedule. Advertiser understands and agrees that Lifestyle Publications will incur damages that may be difficult to quantify by Advertiser's early cancellation.

If Advertiser cancels this contract for any reason, Advertiser will be charged a $200 cancellation fee and all published advertising and design services under the contract will be re-invoiced at the open (month-to?month) rate for advertising and the applicable design services rate published in Lifestyle Publications' most current Media Kit. Advertiser understands that the monthly ad rate in the most current Media Kit may differ from and supersedes the rate presented at the time of signing for the purposes of re-invoicing under this section.

Upon cancellation, Advertiser will be charged the most current open rate for all editorial content published as part of the Advertising Agreement, if Advertiser had not been previously charged for it. Editorial content shall be charged at the open rate for advertising, according to the size of the editorial. For example, if editorial is a full page, the Advertiser will be charged the open rate for a full page ad.

Advertiser must give written notice of cancellation 20 days prior to the next scheduled ad submission deadline. The contract will only be deemed cancelled when Advertiser has paid in full all amounts due, unless otherwise stipulated in writing by an authorized agent of Lifestyle Publications.

**Rejection of Advertisement.** Advertiser understands that Lifestyle Publications is a family?friendly publication, that it upholds strict graphic and editorial standards, and that it works diligently to maintain its public image. Not all advertisements will be consistent with Lifestyle Publications' family-friendly purpose and/or image, or meet the publication's graphic and editorial standards. Therefore, Advertiser understands and agrees that Lifestyle Publications may, at its sole discretion, reject advertisements for publication for any reason whatsoever. If Lifestyle Publications rejects an advertisement for publication, Advertiser may submit an acceptable replacement advertisement within Lifestyle Publications' deadlines for publication.

**Copyrights.** All advertising that represents the creative effort of Lifestyle Publications and/or the utilization of creativity, illustrations, labor, composition, or material furnished by Lifestyle Publications remains the property of Lifestyle Publications, including all copyrights, unless otherwise stated in writing and signed by Advertiser and an authorized agent of Lifestyle Publications. Advertiser understands and agrees that it cannot authorize reproductions, in whole or in part, of any such advertising, unless specifically allowed in writing by an authorized agent of Lifestyle Publications. Lifestyle Publications may edit or otherwise alter any editorial content submitted and retains all copyrights in the published content.

**No Warranty.** Lifestyle Publications MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY MATTER, INCLUDING WITHOUT LIMITATION ADVERTISING AND OTHER SERVICES, AND EXPRESSLY DISCLAIMS THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR ANY PARTICULAR PURPOSE.

**Limitations of Liability.** In the event that Lifestyle Publications fails to publish an advertisement and/or editorial in accordance with the schedule provided in the Advertising Agreement, or in the event that Lifestyle Publications fails to deliver the full time period prescribed in the Advertising Agreement, or in the event of any other failure, technical or otherwise of such advertisement and/or editorial to appear as provided in the Advertising Agreement, the sole liability of Lifestyle Publications and exclusive remedy of Advertiser shall be limited to placement of the advertisement and/or editorial at a later time until the total advertising time is delivered, unless the magazine is discontinued or Lifestyle Publications cancels this Advertising Agreement, which it may do at its sole discretion, in which case all obligations beyond the last issue published are relieved after full payment for outstanding invoices is made. Claims for any failure must be made within 30-days following the date of such failure. IN NO EVENT SHALL Lifestyle Publications BE LIABLE UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, LOST PROFITS, INDIRECT OR OTHER DAMAGES, WHETHER ARISING IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE.

**Advertiser Warranty and Indemnification.** Advertiser warrants and represents (1) that any ad and/or materials submitted does not violate applicable law, including trademark, copyright or other property rights of any third party, and (2) that Advertiser is authorized to publish the ad and/or materials submitted. Advertiser agrees to hold harmless and defend at their sole cost Lifestyle Publications from any liability, loss or expense (including court costs and attorneys' fees), arising out of any breach of the aforementioned warranties and representations.

The person signing this agreement on behalf of Advertiser warrants that he or she has the authority to enter into this binding Agreement on behalf of Advertiser.

**Force Majeure.** Each party shall be excused from liability to perform its obligations under this contract where such failure results from delays caused by Acts of God, fires, floods, strikes, work stoppages, or controls or regulation of federal, state, or local governments.

**Attorney Fees.** If Lifestyle Publications must pursue collections or enforce this contract, or if suit is brought by Lifestyle Publications for collection or enforcement, then Advertiser shall pay to Lifestyle Publications all costs of collection and enforcement, including reasonable attorney's fees and court costs.

**Choice of Law, Jurisdiction, and Venue.** This agreement shall be construed in accordance with the laws of the State of Kansas, except to the extent that federal law preempts Kansas law. Advertiser irrevocably consents to the personal jurisdiction of the state and federal courts located in the state, county, or judicial district in which Lifestyle Publications' principal place of business is located and hereby waives all questions of personal jurisdiction for the purpose of carrying out this provision. Advertiser hereby agrees that service of process may be made upon Advertiser in any proceeding relating to or arising out of this Agreement or the relationship created by this Agreement by any means allowed by Kansas or federal law and further agrees that venue for any proceeding relating to or arising out of this Agreement shall be the county or judicial district in which Lifestyle Publications' principal place of business is located; provided, however, that Lifestyle Publications may bring any action for injunctive or other extraordinary relief in any state or federal district court which has jurisdiction.

**Entire Agreement and Severability.** This contract constitutes the entire agreement between Lifestyle Publications and Advertiser concerning the subject matter hereof, and supersedes any prior Agreements. No representations, inducements, promises, or agreements, oral or otherwise, not embodied herein shall be of any force or effect. Headings used in this Agreement are provided for convenience only and shall not be used to construe meaning or intent. If any provision contained in this Agreement is determined to be invalid, illegal, or unenforceable in any respect, the that provision shall be severed and replaced with a new provision that most closely reflect the original intention of the parties and the remaining provision of this Agreement. Failure to enforce any provision shall not be deemed a waiver or relinquishment of any rights under that provision. Any amendment must be agreed to in writing by both parties.

# EXHIBIT
# E

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** story ideas from a potential client and resident in 30305 (Peachtree Battle)
**Date:** March 21, 2019 at 12:52 PM
**To:** Sue Collins scollins@lifestylepubs.com
**Cc:** Jim Newman jnewman@lifestylepubs.com

Hi Sue!

At my old job I met so many amazing people that wanted me to succeed and wanted to let me know of great stories that inspire and that are interesting.

One of these people is **Bob Cunningham**.
He owns Cunningham and Associates (HVAC and generators....).

I met with Bob today and he shared two editorial stories that he thought our readers would like. (**Bob Cunningham** does a lot of work on his own with The Shepherd Center and our military - he puts on a yearly golf tournament to raise money. I think this fall is his final one). Another good story actually. Bob lives in Peachtree Battle, zip code is 30305. I just found this info. on Bob and what he does to help on his web site -
Over Seven Years ago, Peachtree Battle resident and owner of Cunningham Associates Heating and Air, Bob Cunningham, co-founded and co-chaired the Brookhaven Rotary Club's "Service Above Self Invitational". This past May, the Rotary Club raised and presented to Alexa Shephard a check in the amount of $172,500.

The money will go to Shepherd Center's inspiring SHARE Military Initiative, which is a comprehensive rehabilitation program that focuses on assessment and treatment for service men and women who have sustained a mild to moderate traumatic brain injury, along with co-occurring PTSD or other mental health concerns (such as depression or anxiety), from service in post-9/11 conflicts. Over the past 7 years, Brookhaven Rotary has raised a total of almost $850,000 for The Shepherd Center through the annual golf tournament.

He would love it if you called him at: 770█████
(email: bcunningham@cunninghamhvac.com) to get a little more info about the stories. but... here is a little info:

1. First on is a man that lives in Alpharetta.
His name is **Tim Crockett**.
Tim's mobile number is: (404)█████
email: tim.crockett@hx-global.com
He is from England originally. He rowed a 20 ft. boat 3,000 nautical miles across the Atlantic solo to raise awareness and support for those suffering from PTS(D) and other mental health disorders. www. tamethekraken.org. I think he had a sponsor and its pretty darn cool. Not many people row across the atlantic for a cause that live in our town.

2. **Travis Ellis:**
(404)█████
Lives in Marietta
email: travis@mobilizedfuels.com
Travis has an organization called Shepherds Men. He/they raise money for The Shepherd Center through SHARE (a military initiative) to help with PTS. He raises or has raised over 1,000,000 each year over the last few years.

sorry so much info. Don't have to do but good stories, really all three :)
jackie

–
**Jackie Lyles**
**(404)** █████



**Lifestyle**
PUBLICATIONS
*Inspired* by Community ™

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

N2_000018

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** Fwd: Follow up
**Date:** March 21, 2019 at 7:02 PM
**To:** Jim Newman jnewman@lifestylepubs.com

good news - see below, but I need to answer the 36 month thing - how do I say?
jackie

——— Forwarded message ———
From: **Jere Smith** <JSmith@cunninghamhvac.com>
Date: Thu, Mar 21, 2019 at 3:20 PM
Subject: Follow up
To: jackie.lyles@lifestylepubs.com <jackie.lyles@lifestylepubs.com>

Jackie,

Thanks for meeting with us this morning, it was great to see you!

Bob and I both want to proceed with an ad.

Our only hesitation lies with the 36 month term. Can you detail the term rules for me? I remember you saying something about a $200 cancelation fee but what was the other part?

Thanks!

**Jere Smith**

**Cunningham Associates**

**Heating and Air Conditioning, Inc.**

**770** ████ **Office**

jsmith@cunninghamhvac.com

www.cunninghamhvac.com

‾
**Jackie Lyles**
**(404)** ████



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

N2_000019

**From:** Jim Newman jnewman@lifestylepubs.com
**Subject:** Re: Follow up
**Date:** March 21, 2019 at 8:46 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com



Something like:

Jere,

Thanks for meeting and very happy to have the chance to work with you

To answer your question, the longer you are with us both the lower our rates and the greater your opportunity for return. The 36 issue rate is our lowest and allows Lifestyle to spread their return over the longer period, therefore lowering your monthly investment.

You can cancel at anytime but if for some reason you did decide to stop you would simply forfeit the discounted rate for the months ran and pay the difference between the discount and non-discount rate plus the $500 administrative fee I mentioned.

The only reason anyone would wish to cancel would be if they felt their advertising was not working but since we direct mail free and monthly our high quality and custom written issues to this affluent single family home readership we assure our partners that their message reaches this exact audience.

Adding editorial, social media, networking events and our digital support then helps assure that your message is repeated for maximum exposure.

I know there is never a time you don't want to be in front of an audience like ours and the longer term gives you the best price. At anytime you can also change your message to improve response. That is why I felt that the 36 issue terms would be in your most interest but we do offer 24 or 12 issue discounted rates as well.

Jackie

This is a bit wordy but use what you want and very exciting.

Jim

Sent from my iPhone

On Mar 21, 2019, at 6:02 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

good news - see below, but I need to answer the 36 month thing - how do I say?
jackie

--------- Forwarded message ---------
From: Jere Smith <JSmith@cunninghamhvac.com>
Date: Thu, Mar 21, 2019 at 3:20 PM
Subject: Follow up
To: jackie.lyles@lifestylepubs.com <jackie.lyles@lifestylepubs.com>

Jackie,

Thanks for meeting with us this morning, it was great to see you!

Bob and I both want to proceed with an ad

Our only hesitation lies with the 36 month term. Can you detail the term rules for me? I remember you saying something about a $200 cancelation fee but what was the other part?

Thanks!

**Jere Smith**

**Cunningham Associates**

**Heating and Air Conditioning, Inc.**

77_____ Office

jsmith@cunninghamhvac.com

www.cunninghamhvac.com

--
**Jackie Lyles**
(404) _____

<lifestylepubs-logo.png>

Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 
**Subject:** Re: Cunningham contract and update
**Date:** March 29, 2019 at 9:21 AM
**To:** Jim Newman jnewman@lifestylepubs.com

I am thinking if possible it would be nice coming from me? If you send though you can mention my name.
his email is: paul@verdehomeinc.com

jackie

On Fri, Mar 29, 2019 at 9:16 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
I sent you the proposal so if it is right send me the guys email and I can send it for you. To send I have to have his email address or I can show you how to do it so you can personalize the message in the attachment.

Jim

> On Mar 29, 2019, at 9:08 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>
> hey there-
> you're so nice!  Monday is fine, thanks so much!
> Good luck at your appt.  I was at Summer Classics awhile back.  Awesome place!
> Feel free to email the proposal to me whenever and I can email to the guy today.
> I am going to make calls and have an appt. at 11 with a nice lady from Ansley Atlanta.  They are going through a lot of changes but you never know.
> jackie
>
> On Fri, Mar 29, 2019 at 9:01 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
> Jackie,
>
> We are thrilled to have you and know your business ethics and talents will serve us well.  I want to do all I can to support you and know it is just getting out there and meeting people that will dire your success and you have the discipline to do that.
>
> I am heading up to Summer Classics today for an appt. but if you want your check early let me now and will meet you.  Make it a great day and let me know if I need to tweak the proposal I sent you or if you want me to now send to your client for review.
>
> Jim
>
>> On Mar 28, 2019, at 9:20 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>>
>> Jim,
>> thank you so much for your support and kindness.  You really are a great businessman and a very funny and kind man as well  Thank you for taking me on.  I appreciate the trust and for paying me as well :)
>>
>> jackie :)
>>
>> On Thu, Mar 28, 2019 at 11:35 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
>> Jackie,
>>
>> Way to go on your first contract!
>>
>> Congratulations and attached is your copy of the agreement that is now in the system.  I just need you to find and send there past ad to me and I will show you how we then upload for the ad design team.  Please see if you can send to me this week if possible and I will get it going for you.
>>
>> Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would  You receive commissions for this ad the 1st of May once placed and delivered so at ▇▇% you will earn 5▇▇▇▇▇▇▇▇▇▇ for just this one placement and for at least 18 months with company.
>>
>> Depending on how sales go for you I will pay you $▇▇▇▇ each month for the next three additional months plus whatever commissions you have earned.  This means for May if you did nothing else but Cunningham I would still pay you ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Of course if you get that furniture company and a few more this month for the May issue it will be ▇▇% of all sales plus the 3▇▇▇▇  I am just so happy to have you with us now and so wanted to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense
>>
>> Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.
>>
>> Jim
>>
>>
>>
>> **Jim Newman**
>> *Publisher*
>> P: 770▇▇▇▇
>> jnewman@lifestylepubs.com
>>
>> Follow us at:
>> buckhavenlifestyle.com
>> perimeternorthlifestyle.com
>> johnscreeklifestyle.com
>> alpharettalifestylepubs.com

N2_000027



**From: Jackie Lyles** jackielyles@att.net
**Subject:** Fw: former client requesting the ad we did for them
**Date:** March 28, 2019 at 1:03 PM
**To:** Jim Newman jnewman@lifestylepubs.com, Jere Smith jsmith@cunninghamhvac.com

Hi all,

please let me know how this works for Lifestyle (BrookHaven).

see below.
thanks
jackie

----- Forwarded Message -----
**From:** Kate from N2 Publishing <kate.silberfeld@n2-publishing-6af3d2b0aee5.intercom-mail.com>
**To:** "jackielyles@att.net" <jackielyles@att.net>
**Sent:** Thursday, March 28, 2019, 12:53:58 PM EDT
**Subject:** Re: former client requesting the ad we did for them

Hi Jackie,

I hope you're doing great! Is this for Cunningham Associates? If so, here's a link to the ad:
https://pubmanager.n2pub.com/share/ga/ohX4AfGu

I removed the client from this email chain.

--

**Kate** from N2 Publishing

On Thu, Mar 28, 2019 at 12:23 PM, "Jackie Lyles" <jackielyles@att.net> wrote:
Hi field support :)

I used to work for n2 and "retired" recently.

I have a previous client in the Peachtree Battle Living publication (GA_Peachtree) that would
like the ad we did for them emailed to them. They are copied on this email.

I don't have access to n2 and pub manager any longer.

Would you please email Jere Smith the last ad you all did for them?

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** Re: Past ad and suggestion
**Date:** March 29, 2019 at 9:03 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hey there Jim,

I know at Cunningham they don't like too busy of an ad. Here are some ideas I had....

I looked at their website - I think it's always a good idea to see familiarity

1. I took a screenshot of their web site pic (see below) - which would make a great 1/2 ad, adding the info on their old ad. It's not too busy and I think it's really nice - maybe this is something we could put together for them?
I think we would need their logo.
2. one other suggestion might be to turn your their ad into a blue ad, the entire background blue with the text on top of it.

jackie - o



On Thu, Mar 28, 2019 at 3:46 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jere,

It was great to see you again and we are so excited to have you join us as well as have Jackie with us to represent you and your needs.

Attached is the ad Jackie found that you have run in the past and if this is what you wanted we can create with our specifications.

I would like to suggest since we are a high resolution magazine offering tremendous color and quality that you take advantage of this in your ad. Since we are designing this for you and with your permission I would like to create an ad using the information in your ad but with color photo and design change.

Below is your ad along with some designs from one of our other partners so to provide ideas and please let me know if you are open to allowing us to get just slightly creative. I feel adding a photo will draw more views and response if ok.

Also, can you send me any high resolution logos so we may incorporate into your ad?

Just let us know and we will get to work and welcome aboard,

Jim

## RESIDENTIAL SERVICE AND REPAIR





**From: Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: Past ad and suggestion
**Date:** March 29, 2019 at 9:20 AM
**To:** Jere Smith JSmith@cunninghamhvac.com
**Cc:** Jackie Lyles jackie.lyles@lifestylepubs.com

Jere,

Just simply let me know what you want to say, what photos you want to include if you have some and all logos you may wish to include. If you don't have any photos you can visit https://www.shutterstock.com/ and pick a category like "Families having fun", find a photo to use and provide the number connected to the photo.

Below is something Jackie sent from your site to possibly incorporate with the ad you ran with her for example below.

Once you let us know all of this we can then design and send for review.

Jim





