IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-89-BO

| | |
|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, LLC and N2 FRANCHISING, LLC,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS, LLC,<br>　　　　　Defendants. | **DECLARATION OF KATHRYN MIYAHIRA** |

I, Kathryn Miyahira, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a citizen of the United States and a resident of the State of North Carolina.

2. I am over 18 years of age; I am not subject to any disability; and I am fully able and authorized to make the statements set forth in this Declaration. The evidence set forth in this Declaration is based on my personal knowledge. I submit this Declaration in support of Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment.

3. I am a legal operations specialist for The N2 Company f/k/a Neighborhood Networks Publishing, Inc. (collectively with N2 Franchising, "N2"), one of the plaintiffs in this matter. I have been employed by N2 since April 2019.

4. As a legal operations specialist, my responsibilities include, among other things, monitoring and tracking franchisee compliance with N2's franchise agreements.

5. In my role as legal operations specialist, I am familiar with and regularly access and use N2's proprietary software systems, including N2 Portal and PubManager. N2 gave me access to its proprietary software systems after I signed a confidentiality agreement, which generally prohibits me from disclosing or using N2's proprietary, confidential information and trade secrets.

6. I am familiar with N2's above-captioned lawsuit against Lifestyle Publications, LLC. Lifestyle Publications LLC is a direct competitor of N2. Both companies own and publish neighborhood and community magazines that are mailed direct to residents of affluent communities and neighborhoods, and provide niche marketing opportunities to local businesses. Both companies sell print advertising to local businesses.

7. I am also familiar with Jackie Lyles. Ms. Lyles was a former N2 Area Director, who assisted in the publication of *Peachtree Battle Living*. Ms. Lyles sold her franchise in 2018 and, several months later, began working for Lifestyle Publications LLC through its affiliate, Lifestyle Publications S.E., LLC ("Lifestyle S.E."). I am informed and believe that Ms. Lyles worked for Lifestyle Publications, LLC between February 2019 and April 2019.

8. While Ms. Lyles was working for Lifestyle Publications, LLC, she accessed the N2 Portal that contains expiration, renewal and payment information for of N2's advertisers, all of which is confidential and maintained by N2 as trade secrets.

9. During and around the same time that Ms. Lyles accessed such customer information maintained in N2 Portal, she was also soliciting business on behalf of Lifestyle Publications, LLC from N2 advertisers. More specifically, between March 17, 2019, and April 8, 2019, Ms. Lyles solicited business on behalf of Lifestyle Publications LLC from the N2 advertisers listed in the following chart:

| N2 Client | N2 Account # | Contact in Portal | Date Contract Expired | Date Lyles First Contacted on Behalf of Lifestyle Pubs |
|---|---|---|---|---|
| 1. Mercedes Benz - Buckhead | 96745 | Donna Anderson | March 2020 | 3/21/19 |
| 2. Cunningham Associates | 81512 | Jere Smith | February 2019 | 3/21/19 |
| 3. American Leather / Verde Home | 145459 | Rico Berrios | November 2019 | 3/21/19 |
| 4. Hennessy Jaguar/Land Rover | 88620 | Mark Hennessy | June 2019 | Week of 4/1/19 |
| 5. Pharr Road Animal Hospital | 80898 | Brian Hekman | February 2019 | Week of 4/8/19 |
| 6. Leslie Hindman | 128936 | Kimberly Bloomquist | February 2019 | Week of 4/14/19 |
| 7. Ashley Battleson - Engel & Volkers | 55501 | Ashley Battleson | March 2017 | Week of 4/1/19 |
| 8. Southern Stem Cell Institute | 145776 | Richard Ambrozic | November 2019 | Week of 4/1/19 |
| 9. Catalyst Fitness | 80906 | Bill Sonnemaker | February 2019 | Week of 4/8/19 |

10. The above chart lists the dates that specific N2 customer advertising agreements expired, as such information is maintained by N2 in the Portal in the ordinary course of business. Ms. Lyles would have access to and have seen the contract expiration information for each client account.

11. The timing and targeting of Ms. Lyles's solicitations indicate that she used N2's confidential contract expiration information to target specific accounts on behalf of Lifestyle Publications.

12. Ms. Lyles' April 2019 progress report ("Progress Report") confirms these meetings. A true and correct copy of the Progress Report is attached hereto as **Exhibit A**.

13. In connection with her solicitation of American Leather / Verde Home, Ms. Lyles accessed N2's PubManager to download a high-resolution copy of an American Leather / Verde Home digital advertisement, which N2 published in the February 2019 edition of *Peachtree Battle Living*, which is the N2 publication that Ms. Lyles operated as a former N2 franchisee. A true and correct copy of that high-resolution advertisement stored in and pulled from N2's PubManager is attached hereto as **Exhibit B**.

14. In March 2019, Ms. Lyles, using her jackie.lyles@lifestylepubs.com account, emailed a copy of the surreptitiously obtained American Leather / Verde Home digital advertisement to jnewman@lifestylepubs.com. A true and correct copy of that email is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2020.

*Kathryn Miyahira*
Kathryn Miyahira

ND: 4850-0584-6720, v.

| TO DATE PROGRESS REPORT MONTH | ACCOMPLISHMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION | DATE OF FOLLOW UPS AND STATUS TO DATE |
|---|---|---|
| **WEEK OF: 3/17/19** | | |
| Mercedes Benz-Buckhead: 3/21/19 | met with Jewell. She said to contact her again in the fall (October) is when they plan for 2020. | August 2019 - for 2020 planning |
| Cunningham HVAC: 3/21/19 | met with Jere Smith. Interested in doing for 18 months - I think the art cost is now bothering them.... | Going back to see them on Thursday, 3/28 @ 9:30 |
| Verde Home: 3/21/19 | met with owner Paul. He only does is a vendor pays. American Leather wanted to try more neighborhoods/community | Would like to try to get them in May - need to give them an offer thought I'd reach out again in the summer - June 2019 |
| Elite Smiles | met with Louise Smith. Sounded interested, then she spoke to doctor and he said they are doing enough now. | I will call her every couple weeks. |
| Buckhead Cosmetic/Family Dentistry | dropped off a note and pubs on 3/13/19 to Dr. Nia (Pharr Rd) She is in many pubs | I will reach out in early fall 2019 |
| CR Home (Sewell Appliance/Cambria) | spoke with Marketing, Eleanor Brooks. She said they did something awhile back - not more print now | Email her end of April to have a meeting in early/mid-May 2019 |
| The Lovett School | emailed back and forth with Lindsey Wohlfrom - they advertise AUG - DECEMBER | Call again end of May - May 20th. |
| Doctors Anti-Aging Institut | spoke to Michael on 3/14/19. He said to call back in 60/90 days | Jackiw Lyles |
| | | |
| **WEEK OF: 4/1/19** | | |
| The Piedmont | Owned by SRG - will get with them. Based in CA | Check back in a couple weeks (week of 4/15) |
| Hennessy Jaguar/Land Rover | Met with Mark Hennessy just to say hello and let him know what I am up to | |
| Engels and Volkers - Ashley Battleson | Ashley was in the Chatain Park pub - said it didn't work - not ready to do another pub right now | |
| Bach Fitness - Nathan | Owner Nathan said no print right now | |
| Goodyear Buckhead - Paul Gimby | Paul was headed out of town with his wife that day so I just presented to him and he said to check back in a couple week | call or visit week of 4/15 |
| Visitied car dealers on Roswell Rd: | Hendrix Toyota, Motor Cars of GA, RBM of Atl., Classic Subaru and Cadilaac, Nalley Ford | Follow up with them this week |
| Verde Home | No response to my call/email re: May :( | Follow up for the June pub. |
| Southern Stem | | |
| Holy Innocents' School | Met with Andrew - check back in a couple months for September | Check back in June for Sept. |
| | | |
| **WEEK OF: 4/8/19** | | |
| Sante MD Wellness Center | Had an appt. on Monday - Dave was still out of town...said he'd be available week of 4/15 though no set date | Don't bug but keep on keeping on - in many pubs -opening April |
| 2U Laundry | met marketing person briefly - she said they are doing just social media but to contact in the fall for 2020 | Follow up in the fall 2019 |
| Catalyst Fitness | met with owner Bill and wife Valorie. Want to reach more in Midtown and VA Highlands | |
| Club Pilates | Has three locations now. Will think about it. A little expensive | Check back occasionally |
| Pharr Rd. Animal Hospital | Used to advertise with me. Budget for year spent. Keep in touch | Check back in the fall - |
| Integrative Wellness - stem cell | The marketing person is new and collecting info - | Check back in a couple weeks |
| | | |
| **WEEK OF: 4/14** | | |
| Leslie Hindman | worked with in the past - new marketing person: James Smith - they are updating brand and will be in touch | checki back in a month - maybe end of month for June issues |
| Stacey Adams - Harry Norman | She works alone - assoc. broker. has lots to fix like web site. Lives in B'head but in Perimeter office | I will check in with her monthly |
| Taylor Winn / Buckhead Wealth | had appt - no show rescheduled for week of 4/21 | |
| Autter Ride - Kim Crocker | rescheduled to week of 4/21 | |
| Lowe Baumen Group - Beacham | Like the pubs - in Buckhead - Group. Didn't want to spend so much | don't think this is for them but will reach out occasionally |
| Buckhead Life Rest. Group | Have met in the past with others - this is a junior marketing person. - no more print this year. | will reach out in fall for 2020 |
| Sante MD Wellness | sent out email on Thursday morning (4/18) - didn't hear back. | gonna drop by early this week and drop off new pubs... |

# EXHIBIT B



HOLIDAYS ARE HECTIC.

SLEEPING ARRANGEMENTS SHOULDN'T BE.

"The Comfort Sleeper line is the standard by which other sleeper sofas are measured"
Consumer's Digest Best Buy of 2017.



999 Brady Ave Suite 4, Atlanta GA 30318 | 678-927-9113 | verdehomeinc.com

Case 7:19-cv-00089-BO   Document 51-6   Filed 06/25/20   Page 7 of 9

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** American Leather proposal for May issue
**Date:** March 28, 2019 at 12:45 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim-
Here are the details regarding Verde Home.
I had an appt. there last week and the only reason/way they would advertise is if their vendor, American Leather is interested since they are paying for it.

key points:
1. Verde Home is a Home decor shop featuring an assortment of custom furniture, rugs, lighting & accessories.
2. The co-owner Paul said that American Leather is testing advertising in super local markets. They are currently advertising in the Peachtree Battle pub and Chastain Park (I think the Chastain Park pub is no longer beginning this past April issue).
3. He met with me last week because American Leather is doing 12 month agreements with hyper local pubs.
4. Verde Home is having a sale for American Leather from May 3 - June 17 so if our pubs got to people before May 3, they (American Leather) may be interested in advertising in one or two of our pubs - probably just BrookHaven since they are off Howell Mill. Our pubs would be a great opp. to reach over 100 readers and get people, their perfect demographic into their store for their high end sleeper sofas.
5. Paul, the co-owner of Verde Home has to email this proposal to American Leather, though I will call them to find out who handles this.

So, haven't heard back - would like to send a proposal.
-They would do a full page or if full page, why not premium?
-12 issues
-any online would be great
-they would create their own ad

I have attached the ad they ran the last month for Ptree Battle Living.
Please see below.

Let me know what else you need - running off to an appt!
jackie



HOLIDAYS ARE HECTIC.

**SLEEPING ARRANGEMENTS SHOULDN'T BE.**

"The Comfort Sleeper line is the standard by which other sleeper sofas are measured"
Consumer's Digest Best Buy of 2017.

AMERICAN

VERDE HOME

Jackie Lyles
(404) 936-0499



Lifestyle
*Inspired* by Community

Case 7:19-cv-00089-BO   Document 51-6   Filed 06/25/20   Page 8 of 9

# 2020.06.22 - Declaration of Kat Miyahira 4850-0584-6720_Final

Final Audit Report 2020-06-25

| | |
|---|---|
| Created: | 2020-06-25 |
| By: | Matthew Davis (matthew.davis@n2pub.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzgR9lQEYNVIISRIYNhMZoQeH96iHJtMM |

## "2020.06.22 - Declaration of Kat Miyahira 4850-0584-6720_Final " History

Document created by Matthew Davis (matthew.davis@n2pub.com)
2020-06-25 - 2:55:24 AM GMT- IP address: 104.182.49.218

Document emailed to Kathryn Miyahira (kathryn.miyahira@n2pub.com) for signature
2020-06-25 - 2:55:50 AM GMT

Email viewed by Kathryn Miyahira (kathryn.miyahira@n2pub.com)
2020-06-25 - 12:19:40 PM GMT- IP address: 66.249.88.148

Document e-signed by Kathryn Miyahira (kathryn.miyahira@n2pub.com)
Signature Date: 2020-06-25 - 12:20:37 PM GMT - Time Source: server- IP address: 72.15.201.116

Signed document emailed to Kathryn Miyahira (kathryn.miyahira@n2pub.com) and Matthew Davis (matthew.davis@n2pub.com)
2020-06-25 - 12:20:37 PM GMT

Adobe Sign