IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-89-BO

NEIGHBORHOOD NETWORKS )
PUBLISHING, LLC and N2 )
FRANCHISING, LLC, )
      Plaintiffs, )
                                )     **DECLARATION OF**
                                )     **JAMES NEWMAN**
       v.                )
                                )
JACQUELINE MARIE LYLES and )
LIFESTYLE PUBLICATIONS, LLC, )
      Defendants. )

I, James V. Newman, declare as follows:

     1.     I am a citizen of the United States and a resident of the State of Georgia.

     2.     I am over 18 years of age; I am not subject to any disability; and I am fully able and authorized to make the statements set forth in this Declaration. The evidence set forth in this Declaration is based on my personal knowledge.

     3.     I am the principal of Lifestyle Publications S.E., LLC ("Lifestyle SE").

     4.     On December 12, 2019, Neighborhood Networks Franchising, Inc. and N2 Franchising, LLC (collectively, "N2"), sent me a Subpoena Duces Tecum.

     5.     I, on behalf of Lifestyle SE, objected to the Subpoena. I subsequently worked with counsel for N2 to produce responsive records. After a diligent search, and upon information and belief, I have produced everything in my possession.

6. On May 19, 2020, I, on behalf of Lifestyle SE, provided N2 with some documents in Lifestyle SE's possession responsive to N2's Subpoena Duces Tecum. A true and correct copy of Lifestyle SE's May 2020, document production is attached hereto as **Exhibit 1**.

7. On or about June 22, 2020, I, on behalf of Lifestyle SE, provided N2 with documents in Lifestyle SE's possession responsive to N2's Subpoena Duces Tecum. A true and correct copy of Lifestyle SE's June 2020, document production is attached hereto as **Exhibit 2**.

8. On or about June 23, 2020, I, on behalf of Lifestyle SE, provided N2 with the remaining documents in Lifestyle SE's possession responsive to N2's Subpoena Duces Tecum. A true and correct copy of Lifestyle SE's June 2020, document production is attached hereto as **Exhibit 3**.

9. As of today, Lifestyle SE have given N2 true and correct copies of all documents responsive to N2's Subpoena Duces Tecum in Lifestyle SE's possession.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2020.

James V. Newman

ND: 4845-3360-4801, v. 2

2

# EXHIBIT
# 1

Front of Check

**Views:** **Front** **Back** **Front and Back**



Enlarge    Save




**Jackie Lyle** >

Hi there! Sorry about that. I was at church and hit call back by mistake! Thanks so much for calling. I will call you back after noon if that's okay?
Jackie Lyles :)

Sure and thought I hung up on you when answered. No problem.

**Feb 18, 2019,** 8:45 AM

I'm here. Can I order you anything ?

Sure. Just call me when available :)



ATL Ga. 30342
Gate code ▬▬
See you around 9:00 am and look forward to it



Feb 18, 2019, 8:52 AM

I was going to pick up a coffee at Einstein's. Would
~~some meeting today. So~~
fun. :). Arlington cemetery is quite pretty!

Feb 25, 2019, 9:23 AM

Still at car place with lady. Will call when get rental

> Ok. Sending you invites to join me on some appointments this week

Feb 25, 2019, 10:25 AM

I emailed you. Hope you get. Melanie said after you email

look for with regard to names and then dates. Like a time it's safe to call again? You had mentioned 6 months. Does this make sense. Thx

> Yes and so I look for activity first. If none I assume ok knowing I may end up having to back off if wrong but rather charge ahead and apologize later

Feb 26, 2019, 9:05 PM

Is Jenny the rep doing
~~a~~
to re-enter my password and I think she had set me up with one and I don't remember it 👍

melanie.carlisle@lifestylepu
bs.com

---

Yay. Did the email thing and finding many leads!

> Yea. I love that you're on it



Feb 24, 2019, 8:27 PM

Back home. Looks like the rain stopped. Hope you had a great weekend. What's your week look like? Can't remember if you were

appt. need to pick him up at school at 3.

Feb 25, 2019, 5:36 PM

So tomorrow just the 10:30 appt? We can meet after appt. if you'd like to chat and inspire if you are free

Feb 25, 2019, 8:10 PM

> Looks like it and we can go over stuff

Let me know what time we
~~~~
> for us going forward

> Any of her accounts are up for grabs probably

> Meaning those that she hasn't landed but working

Feb 27, 2019, 10:18 AM

I'm here in parking lot :)

Mar 5, 2019, 8:55 AM

> Wait. I said a good idea. What did you think I said?

> It is ok now I meant. Still from magazine relationship

---

Leaving Friday.

Can we chat tomorrow?

I have to drop my car off to get serviced in the morning around 8:30. Can talk after that?
If you have appointments on Tues/Wednesday would love to join you to see what you say. Happy to meet as well tomorrow maybe at Cafe Vendome across from Fountain Oakes Kroger. Not

Kk. Sounds good. Lots of questions. Night

Feb 26, 2019, 8:42 AM

I'm here. Come out when ready. LMK if you'd like me to drive or can follow u

> Come on in for

Feb 26, 2019, 1:24 PM

Remember to follow up with
~~~~


Jackie Lyles

It's o

No way! Thank you! Feel free to use them! Happy Tuesday morning!



> Wait. I said a good id What did you think I

> It is ok now i meant. S from magazine relatio

Mar 11, 2019, 6:00 PM

 Karyn Slovin K

Mar 11, 2019, 7:39 PM



Do you have a user name and password

> I registered you and you should be able to go up to three times for free but if they charge you it will be $10 and I will reimburse you

Kk. Thanks.

Have appt at Georgia home theatre next week if you are in town. You can look at my calendar or I can send u invite

> Sure, not feeling well today so will do that if ok.
> Have some kind of bug

> Leave you a bunch since you will need

I think you need a dose of the beach :)

> Couldn't hurt

> I'll be up later today I'm sure

> These things usually don't

> So people not receptive or just not reachable? Two appt tomorrow good. Let's talk before going to them. What is your schedule?

Have a 10am in Marietta and a 2pm in Buckhead. So thought would walk in car dealers in between. Maybe talk like 9:30? Wanted to

---



My new office :)
Calling tomorrow. 9-1. We can chat earlier to practice if you'd like. Please thank Darce again for help with the be fun.

> Yea. Your ready

> Not rocket science. Quality leads, lots of presentations gets $$.

Mar 13, 2019, 8:33 PM

Hey there. Can I pick up agreements from you tomorrow just in case. Feel free to leave somewhere. Thx

> Sure. What time?

BuckHaven in there for awhile. Just wondering how long they've been in there

Mar 14, 2019, 2:18 PM

> Yeah they have been in there for 4 1/2 years now

Mar 15, 2019, 11:47 AM

Had my first appt! Elite Smiles Chastain. Didn't see doc. Marketing person new. Went well. She said he really doesn't like print but they are going to be doing ball game. I can talk closer to 10 if you'd like. Anytime after 8:30. :) Have a good night!

> Sounds good



---

Mar 13, 2019, 10:22 AM

Hey. Have ques. Can I call u

Mar 13, 2019, 12:10 PM

Is it 1550 pleasant hill Rd? Starbucks. Thx

Nothing else.

:)

> Ok. See you sometime

I will text. How early is too early.

> Anytime. Just call on w can get out of Jamey's put water on my cowlic



Hey. Sorry missed your call. Not great. One of those days. No appts. made. Tomorrow have two appts and will work on walk-ins so excited about mixing it up. Was going to do walk ins today but felt like I should plow through phone calls. So pretty though with the blue skies. Enjoyed my calling Forgot to say that I was going to be near their business today on phone (which makes it for me easier to get an appt ) I

Yes I did. Sorry. In traffic with my son. Will call little later.

Mar 20, 2019, 8:54 PM

> Did you butt dial me a

Mar 21, 2019, 10:10 AM

Yes!!!!!!!!!

before the 1 st of each month

Mar 21, 2019, 1:12 PM

Karyn signing an agreement today for two half pages for 18 months so see it can

stay in front of your audience and less you pay to do so gives greatest return. The answer is yes you can offer 36 for 24 and yes to a banner ad. Get the deal but just need you to understand and believe in longer agreements. It's best for you as well

Not me. I sold 36 and 24 with my old job :)


You ok?

Mar 26, 2019, 8:16 AM

Call me when you get a moment

Mar 26, 2019, 10:09 PM

My husband took my computer in to his office today for his computer guy to make more room on my computer and he deleted my Lifestyle pub email. I emailed Melanie. If you could also let her know

Mar 28, 2019, 11:17 AM



● message
\ call
✉ notes
● mail

other
JSmith@cunninghamhvac.com

**Send Message**

---

know how to respond after u see email. When u get a chance. Thx!

Sent you some thoughts

Kk. Thx. Will look soon :).

agreement?

Either $■■ unlimited paid up front or $■■ mo. Unlimited

Mar 22, 2019, 1:56 PM

I noticed buck haven has two real estate people. We couldn't have an exclusive then right?

Correct. The idea was in general but we have two in PN as well. In perimeter north The agents probably

Thanks. :)
👋

Oh I have two new appts besides Cunningham on Thurs. 🍗

😊



One on Friday so far ...

Way to go. Tell me if you want me to join

I did not mean to call you but did send you the proposal so check it out when you can

Kk. Sorry. Was doing a few walkins

Mar 28, 2019, 7:53 PM

I like the proposal. Thank you! Am I able to email it to "Paul"

Mar 29, 2019, 8:52 AM

Jackie if you want your

---

to understand and belie they are too. The value is at 36 issue both the much lower co AND the much better re Over 85% of our 36 issu contracts resign.

Mar 25, 2019, 8:51 AM

Back and ready to help. does your week look? any assistance? Good weekend?

At doctor appt. will touch base afterwards :)

Mar 25, 2019, 12:54 PM

Hi there. I am of in need of a little thinking time today.

we meeting or riding together in the morning

Mar 27, 2019, 8:30 PM

Let's just meet there. Prob easier. Here is their address: 3114 ■■■■ Atl. 30340 Feel free to call me on the way with any questions. Thank you for coming :)

Hope you all had a nice weekend! Let's chat in the morning some time. All good! Night 🌙

Apr 1, 2019, 8:28 AM

Good morning, yes it's s outside on the doorstep I will be here but on call o'clock

Apr 2, 2019, 3:21 PM

Hey there. I have a few errands then have a hair appt. Had a nice day. Good

AT&T 3:50 PM 80%

< Albums **Recents** Selec

Mimp

Go to car dealers

iMessage
Apr 4, 2019, 11:26 AM

👏👏👏

still small

Apr 10, 2019, 11:09 AM

Did you approve Cunningham ad? It shows approved in the system

No. They must have. I will call Jere in a little In meeting. Started late. Oh. Would u mind resending me specs for ads? Thought I should have. You had sent awhile back but I could t open 😔

Will send you Rick limpet contact for social Media

Rick Limpert RL >

Cool

Apr 15, 2019, 12:48 PM

Hi Jim. Can u chat ? :)

Apr 17, 2019, 12:42 PM

At Nardina. Thank u for more car info !

good thing to attend. Thx for chatting to me about why to go.

Yea. Good girl. Way to go and stay with it

Apr 25, 2019, 3:24 PM

You can tell him I don't need to work for you any more. It's all good.

Apr 25, 2019, 5:49 PM

Apr 7, 2019, 10:43 PM

Hi there
Can we meet tomorrow before our 3pm appt to discuss?

Sure. Call you in morning

Apr 8, 2019, 9:49 AM

My phone is broken. Going to att store. I will look at the invite. I can stop by. It's all day

want me to take a pic or two

Apr 11, 2019, 1:50 PM

Apr 18, 2019, 12:30 PM

Can I call you later?

Yes mam :)

Apr 23, 2019, 6:44 PM

Hi there. A lady called from Sante at 5 and said Dave has to reschedule because he has to meet with a doctor and he was busy when she called so had to call me back for a new appt time. I also got her name and number and said I'd call after noon if I

Apr 30, 2019, 8:40 PM

Dave Burgess
dave.burgess@
Meggitt.com
He said he wanted to get in June.

May 7, 2019, 8:27 AM

Is Cunningham link on web site and will a copy of May go to their office? Bob will get a copy at home but not

Apr 9, 2019, 10:24 AM

Call m when yo

Apr 10, 2019, 9:10 AM

Jere from Cunningham says logo is too small in ad. He

called. Net Tina. She is awesome. I took a pic of her with Agape lady and owner of the boutique. I thought I'd send to Sue or someone to see if she could post on Instagram and or Facebook.
Waiting on an appt now so can't talk 😔

GIVE BACK

Sounds good and if the have different phone numbers that means th using a cold tracking sy

We offer that a

Sorry about the cancellation. Uggg but makes life more exciting

No problem and th happen but they'r responding

and close and will pay y closing fee? I think he li you and he does not nee know any of this like Cunningham.
Also have a check for yo April

What do you mean? Go on the appt?

Oh Dave burgess

No apt. Just over phone finalize what he wants.

**From:**
**Sent:**
**To:**
**Subject:**
**Attachments:** Independent Contractor Offer Letter.docx; ATT00001.htm; Application Form.pdf; ATT00002.htm; Form W-9.pdf; ATT00003.htm; lifestylepubs-logo.png; ATT00004.htm

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Subject: Meeting follow up and offer**
**Date:** February 18, 2019 at 11:48:09 AM CST
**To:** Jackie Lyles <jackielyles@att.net>

Jackie,

It was great to meet you today for coffee and knew when meeting that you would be a great addition to our family, if you decided to join us. You have a lot of energy, confidence, pride and integrity and I hope you will see that we would be a good fit.

As I explained, I need someone that will work hard in the Buckhead and Sandy Springs area to grow our magazines and want the issues to grow to 60 pages each. My goal for you is to generate $▆ to $▆ per month of sales in the next year of growth and with four publications to selling and at our rates I know it will be something you can accomplish. You won't have to deal with operations but only focus on sales and as I mentioned I don't micro manage and expect my team to know what needs to be done.

What I will need from you if you accept the position is a goal of closing ■ to ■ contracts per month. I know some months will be better and some worse but you will receive all the support you will need from us to get there. This will be more of a sales driven compensation program but I want to help you along the way and so will offer a plan to help you get started while you build your base and only ask that you put in the time and communicate on anything you need or issues you may have.

I know you shared you have several vacations coming up but that is one of the great things about this position. You are an independent contractor and will have tremendous freedom and for me what is great is you know as well as I do what is needed to be successful.

What I propose is the following:

* Base for Feb. March, April and May of $▆ (Feb. to be prorated based on days left in month)

1

* ▮% Commission paid on gross sales and paid at end of month when magazines shipped.

This will provide you money so you are not out of pocket while you build your territory and should allow you enough time to then have more then enough time to exceed that in the time allowed. We will review in May and either move to 15% straight commission plan or if needed extend plan a bit longer depending on sales.

Let me know your thoughts but I want you to join us and feel you will be a wonderful addition to the team and know you will have fun with us as well. I have attached some forms you will need to fill out and return so I can set you up in our company system and get you your email address and cards so please fill out and return when you can and of course after you decide to accept.

I know we are moving quick and if you need more time let me know but with going out of town later this week, if this feels right to you let's meet in the morning to finalize and I can give you a few hours of trying and some videos to watch to get you started and rolling.

Thanks Jackie and I hope this is something we can work out and that you agree will be of benefit as I do.

Jim

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** Re: Like this?
**Date:** March 4, 2019 at 4:45 PM
**To:** Jim Newman jnewman@lifestylepubs.com

thank you young man :)
jackie

On Mon, Mar 4, 2019 at 4:43 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

They are working on this and it is not easy. What we recently have received is some emails from corporate with the magazines attached and I have been taking that and forwarding like this attached and sending.

It is the only way I know how to do currently.

You can take this email for example and forward it, then delete all my stuff type your stuff and send it and the attached magazines go with it.

Make sense? How is the trip going?

Jim



## Jim Newman
*Publisher*
P: 77
jnewman@lifestylepubs.com



N2_000009

**From: Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Fwd: Focus on getting started
**Date:** March 11, 2019 at 12:19 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Cc:** Jackie Lyles jackielyles@att.net

Begin forwarded message:

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Subject: Focus on getting started**
**Date:** March 8, 2019 at 9:41:03 AM EST
**To:** Jackie Lyles <jackielyles@att.net>

Jackie,

We are thrilled to get you launched with us and have no doubt you will be a wonderful asset to our team here at Lifestyle.

I want to do all I can to make sure you get up and running as quick as possible so that you will feel good about your decision as well as start to earn income. I feel it is important to set goals and lay out expectations so the you have a clear direction and a way to scale our progress so the following are some goals I designed and ways I recommend in general to reach them in the next several months:

Goals:

March:

Week of 11th to 15th - Finish training. /. Attend event Tuesday night the 12th and meet team at St Regis. / Go on apt. with Jim and Karyn. / Make phone calls and set up at least 4 appointments for the following week.

Week of 18th to 22nd - Try on Mon. and Tue. To do calls and set apt /. Use Wed. Thur. And Fri. To go see apt /. Go see 4 pats you set up from previous week./. Set 4 more apt for next week. / Close one deal. Did some walk ins.

Week of 25th to 29th - Should be comfortable by now and doing calls for apt regularly. / Should be setting 4 to 6 appt. weekly for following week or later that week. Goal to have over 10 apt called on and either closing or closed.

Recap pf March: By end of month should have called on and presented to 10 to 12 clients and have appt. set with 6 to 8 more upcoming. Keep a spread sheet (attached) of your target cactus and their information and please provide to me weekly. This will be your target list and your follow up list and I will help you update e this ongoing. This list as it grows will be what we work off of and focus on to close deals and project ales.

April:

General Goals:

1 to 5 - Look at your target list. Do you have 10 to 12 client that you have presented to from April and are following up on or closed? If not we need to build now. If so let me help you close them with incentives.

8 to 12 - Get in rhythm now. M & T calls for apt. Wed. Thur. Fri. Go see apt. and do walk in's between them. Goal is to get 40 clients in some stage of commitment in issues.

15 to 19 - Should now be doing 3 to 4 presentations per week with multiple walk inns. Should have closed 2 to 4 clients by now in issues. Should be nearing 25 presentations and target clients.

22 to 26 - Update your target list. Where are you? How many have you presented to? How many have come on board? What do you find easy? What do you wish assistance with? How many clients have you presented to? We will meet here and go through and update to make sure on track.

29 to 3 - Recap and realign. From here we will see where we are and what we need to adjust. Hopefully you will have 35 to 40 presentations and 4 to 7 new clients and rolling with a lot of follow up of clients to do and plenty of appointments. If so you are rolling and well on your way to 25K per month in sales within 6 to 8 months.

Focus:

Jackie, to reach these goals you will need to do more up front but will get much easier as you build both your confidence with us and your client base. To make all this easier remember to:

*. Focus you're time on clients the can afford $750.00 to $1,650.00 pe month in investment.

\*. Call on Dentist, Medical, Remodelers, relator, Developers, Spas, Jewlers, High end home services and businesses that sell services and products that are higher priced.

\*. Remember on phone calls you represent a very affluent audience of readers close to the business your calling and you are trying to find businesses that you feel our reader would be interested in doing business with and reading about and want to come by to learn more about them. The approach on the call should be not in selling but more about how you represent the affluent reader and want to find good businesses for them to support.

\*. Finally, it will come down to what you believe in your head and what your expectations are. If you believe in what we do and that the people you are calling on will benefit form partnering with us then your passion will come through and then it is all about helping them pull the trigger and make the decision. The sooner you are with us there mentally the easier this will become and the happier you will be so commuincate with me where you are and where you might struggle if at all so I can help you.

Attached are some calls I promised you form Sandra our lead generator and study the things online and let's pan to meet Monday to go over everything at my house around 9:00am if works for you and we are so excited to have you with us.

Jim



ILY LEAD
CONTA...ET.xlsx



MONTHLY
PROGR...RT.xlsx





Jim Newman
Publisher
P: 770
jnewman@lifestylepubs.com

Lifestyle
PUBLICATIONS

Inspired by Community

From: **Jackie Lyles** jackielyles@att.net
Subject: Re: Focus on getting started
Date: March 8, 2019 at 10:44 AM
To: Jim Newman jnewman@lifestylepubs.com

Hi Jim,

Thanks for the email.

I appreciate you giving me goals - that really helps as well as the spreadsheet, and some calls made by Sandra.

I dropped my cracked phone to get fixed earlier this morning. Will pick up by 11:30.

I am now in my beautiful office getting set up. Feel free to call me later today.

Should I call Karyn about riding with a couple appts. with her next week? thank you!

Jackie

On Friday, March 8, 2019, 9:41:20 AM EST, Jim Newman <jnewman@lifestylepubs.com> wrote:

Jackie,

We are thrilled to get you launched with us and have no doubt you will be a wonderful asset to our team here at Lifestyle.

I want to do all I can to make sure you get up and running as quick as possible so that you will feel good about your decision as well as start to earn income. I feel it is important to set goals and lay out expectations so the you have a clear direction and a way to scale our progress so the following are some goals I designed and ways I recommend in general to reach them in the next several months:

Goals:

March:

Week of 11th to 15th - Finish training. /. Attend event Tuesday night the 12th and meet team at St Regis. / Go on apt. with Jim and Karyn. / Make phone calls and set up at least 4 appointments for the following week.

Week of 18th to 22nd - Try on Mon. and Tue. To do calls and set apt. /. Use Wed. Thur. And Fri. To go see apt. /. Go see 4 pats you set up from previous week./. Set 4 more apt for next week. / Close one deal. Did some walk ins.

Week of 25th to 29th - Should be comfortable by now and doing calls for apt regularly. / Should be setting 4 to 6 appt. weekly for following week or later that week. Goal to have over 10 apt called on soon and either closing or closed.

Recap pf March: By end of month should have called on and presented to 10 to 12 clients and have appt. set with 6 to 8 more upcoming. Keep a spread sheet (attached) of your target cactus and their information and please provide to me weekly. This will be your target list and your follow up list and I will help you update e this ongoing. This list as it grows will be what we work off of and focus on to close deals and project also

**From: Jackie Ly** jackie.lyles@lifestylepubs.com 🖉
**Subject:** savi provisions
**Date:** March 13 9 at 10:54 AM
**To:** Newman jnewman stylepubs.com

hey - noticed they were a past customer - what happened?
Just wondering if I should bother pursuing  Stopped in Pharr Rd. locations and loved it and wners
jackie

–
**Jackie Lyles**
**(404)**



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com





**Come run, walk, stroll or skip with Emory Saint Jospeh's Hospital on Saturday, March 23rd for their Annual Run for Mercy 5K!**

The race benefits Emory Saint Joseph's and Mercy Care Atlanta and attracts runners and walkers of all levels, it also serves as a Peachtree Road Race qualifier.

Event registration begins at 7 a.m. (or online now), followed by the race at 8 a.m. at The Concourse (King & Queen Buildings) 4 Concourse Parkway. **FREE to register visit:** runformercy5k.emory.edu



**The City of Brookhaven has a packed schedule of events around the city throughout the month of March!** Check out their website **to view a full calendar of all of their upcoming events.**

Click here to view our NEW Membership Application

# Brookhaven Chamber of Commerce

4246 Peachtree Road Suite 2, Brookhaven GA 30319

404-410-1300   info@brookhavencommerce.org

  

Copyright © 2019 Brookhaven Chamber of Commerce. All rights reserved.
You are receiving this email because you opted in at our website, are a current member of the Chamber or you recently attended a event and provided your email address

Our mailing address is:
Brookhaven Chamber of Commerce
2565 Apple Valley Road
Atlanta, Ga 30319

Add us to your address book

Want to change how you receive these emails?

N2_000014

... ... ... ... ... ... ... ... ... ... ... ... ... ...
there to answer any questions you may have!

**We have a special pricing of $10 for Non-Members!** Don't miss out on this
chance to network while getting a peek inside one of Brookhaven's sought out
apartment complexes. We'll see you there!

CLICK HERE TO REGISTER

# March Events



### We're excited to welcome Ms. Shirlynn Brownell,
### Brookhaven's first Economic Development Director.

Ms. Brownell works to increase Brookhaven's visibility in the corporate, small
business, retail, and real estate worlds as an ideal location to do business.
Please join us for breakfast and learn about the existing and upcoming strategic
plans for Brookhaven's growth!

CLICK HERE TO REGISTER



**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** Re: It's Not Too Late to Register!
**Date:** March 14, 2019 at 4:53 PM
**To:** Jim Newman jnewman@lifestylepubs.com

hey there!
My husband had to go out of town to help his mom so sadly I will miss the event tonight at the Brookhaven chamber.
I have mom duties (dinner and get my son to his basketball game). I was trying to make it all work but am not able to. I hate to miss it.

I'd love to join the Brookhaven Chamber - I don't go over in that area too often and would love to meet the businesses. Would I join on my own or through you? I will call/email as well.

thanks Jim - I'm sorry about this afternoon.
Have a great trip - I'll keep in touch.
jackie :)

On Wed, Mar 13, 2019 at 5:31 PM Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
yes - let me know if I just show up.
I need to join this and buckhead chamber again.
jackie

On Wed, Mar 13, 2019 at 3:56 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Want to go to this?

Sent from my iPhone

Begin forwarded message:

From: Brookhaven Chamber of Commerce <bbarber@brookhavencommerce.org>
Date: March 13, 2019 at 2:59:50 PM EDT
To: <jnewman@lifestylepubs.com>
Subject: It's Not Too Late to Register!
Reply-To: Brookhaven Chamber of Commerce <bbarber@brookhavencommerce.org>

View this email in your browser



## Still haven't registered for our Networking Happy Hour Tomorrow? It's not too late!



## Join us Tomorrow, March 14th from 5:30-7PM

The Sheridan North Druid Hills is hosting our March Networking Happy Hour
and giving us an insiders look into their $2 Million renovation project!

Enjoy complimentary drinks and appetizers while networking with other
community and chamber members as you enjoy their clubhouse room
overlooking their beautiful pool. You'll have the opportunity to take a tour of their
one and two bedroom model apartments led by a property manager who is

N2_000016



**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** Re: APPT>>THE STANDARD LUXURY BEAUTY SERVICES<
**Date:** March 20, 2019 at 5:41 PM
**To:** Jim Newman jnewman@lifestylepubs.com

thank you will call her in the morning :)
jackie

On Wed, Mar 20, 2019 at 11:27 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

This apt. set by Sandra was canceled and it is time to reschedule., Why don't you listen to call and call her back and go se.

Jim

Begin forwarded message:

**From:** Sandra Reiss <reissplaces4@gmail.com>
**Subject: APPT>>THE STANDARD LUXURY BEAUTY SERVICES<<MEET NEARBY**
**Date:** February 5, 2019 at 10:25:21 AM CST
**To:** Jim Newman <jnewman@lifestylepubs.com>

**JIM>>THE STANDARD**

*Monday, February 11th 2019, 3:00 pm*

*View Contact*
**MEET: Owner; SARAI MATEO**
**PHONE: - (404)**
**EMAIL: HELLOSETYOURSTANDARD@GMAIL.COM**
**ADDRESS:** **NW ATLANTA, GA 30308**

*\*\*WEBSITE: https://www.setyourstandardatl.com/*
*\*\*LEAD SOURCE HP SIMPLY BUCKHEAD / THE ATLANTAN / JEZEBEL*

*(recording available)*

Sandra Reiss

**Jim Newman**
*Publisher*
*P. 7*
jnewman@lifestylepubs.com

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

‒
**Jackie Lyles**
**(404)**



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com

**Subject:** story ideas from a potential client and resident in 30305 (Peachtree Battle)

**Date:** March 21, 2019 at 12:52 PM

**To:** Sue Collins scollins@lifestylepubs.com

**Cc:** Jim Newman jnewman@lifestylepubs.com

Hi Sue!

At my old job I met so many amazing people that wanted me to succeed and wanted to let me know of great stories that inspire and that are interesting.

One of these people is **Bob Cunningham**.
He owns Cunningham and Associates (HVAC and generators....).

I met with Bob today and he shared two editorial stories that he thought our readers would like. (**Bob Cunningham** does a lot of work on his own with The Shepherd Center and our military - he puts on a yearly golf tournament to raise money. I think this fall is his final one). Another good story actually. Bob lives in Peachtree Battle, zip code is 30305. I just found this info. on Bob and what he does to help on his web site -
Over Seven Years ago, Peachtree Battle resident and owner of Cunningham Associates Heating and Air, Bob Cunningham, co-founded and co-chaired the Brookhaven Rotary Club's "Service Above Self Invitational". This past May, the Rotary Club raised and presented to Alana Shephard a check in the amount of $172,500.

The money will go to Shepherd Center's inspiring SHARE Military Initiative, which is a comprehensive rehabilitation program that focuses on assessment and treatment for service men and women who have sustained a mild to moderate traumatic brain injury, along with co-occurring PTSD or other mental health concerns (such as depression or anxiety), from service in post-9/11 conflicts. Over the past 7 years, Brookhaven Rotary has raised a total of almost $850,000 for The Shepherd Center through the annual golf tournament.

He would love it if you called him at: 770[redacted]
(email: bcunningham@cunninghamhvac.com) to get a little more info about the stories. but... here is a little info:

1. First on is a man that lives in Alpharetta.
His name is **Tim Crockett**.
Tim's mobile number is: (404)[redacted]
email: tim.crockett@hhx-global.com
He is from England originally. He rowed a 20 ft. boat 3,000 nautical miles across the Atlantic solo to raise awareness and support for those suffering from PTS(D) and other mental health disorders. www. tamethekraken.org. I think he had a sponsor and its pretty darn cool. Not many people row across the atlantic for a cause that live in our town.

2. **Travis Ellis**:
(404)[redacted]
Lives in Marietta
email: travis@mobilizedfuels.com
Travis has an organization called Shepherds Men. He/they raise money for The Shepherd Center through SHARE (a military initiative) to help with PTS. He raises or has raised over 1,000,000 each year over the last few years.

sorry so much info. Don't have to do but good stories, really all three :)
jackie

-
**Jackie Lyles**
(404) [redacted]



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 📎
**Subject:** Fwd: Follow up
**Date:** March 21, 2019 at 7:02 PM
**To:** Jim Newman jnewman@lifestylepubs.com

good news - see below, but I need to answer the 36 month thing - how do I say?
jackie

———— Forwarded message ————
From: **Jere Smith** <JSmith@cunninghamhvac.com>
Date: Thu, Mar 21, 2019 at 3:20 PM
Subject: Follow up
To: jackie.lyles@lifestylepubs.com <jackie.lyles@lifestylepubs.com>

Jackie,

Thanks for meeting with us this morning, it was great to see you!

Bob and I both want to proceed with an ad.

Our only hesitation lies with the 36 month term. Can you detail the term rules for me? I remember you saying something about a $200 cancelation fee but what was the other part?

Thanks!

**Jere Smith**

**Cunningham Associates**

**Heating and Air Conditioning, Inc.**

**770** ▮▮▮ **Office**

**jsmith@cunninghamhvac.com**

**www.cunninghamhvac.com**

_
**Jackie Lyles**
**(404)** ▮▮▮▮



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

N2_000019

**From: Jim Newman** jnewman@lifestylepubs.com
**Subject:** Re: Follow up
**Date:** March 21, 2019 at 8:46 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com



Something like:

Jere,

Thanks for meeting and very happy to have the chance to work with you

To answer your question, the longer you are with us both the lower our rates and the greater your opportunity for return. The 36 issue rate is our lowest and allows Lifestyle to spread their return over the longer period, therefore lowering your monthly investment.

You can cancel at anytime but if for some reason you did decide to stop you would simply forfeit the discounted rate for the months ran and pay the difference between the discount and non-discount rate plus the $■■ administrative fee I mentioned.

The only reason anyone would wish to cancel would be if they felt their advertising was not working but since we direct mail free and monthly our high quality and custom written issues to this affluent single family home readership we assure our partners that their message reaches this exact audience.

Adding editorial, social media, networking events and our digital support then helps assure that your message is repeated for maximum exposure.

I know there is never a time you don't want to be in front of an audience like ours and the longer term gives you the best price. At anytime you can also change your message to improve response. That is why I felt that the 36 issue terms would be in your most interest but we do offer 24 or 12 issue discounted rates as well.

Jackie

This is a bit wordy but use what you want and very exciting.

Jim


Sent from my iPhone

On Mar 21, 2019, at 6:02 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

good news - see below, but I need to answer the 36 month thing - how do I say?
jackie

-------- Forwarded message --------
From: Jere Smith <JSmith@cunninghamhvac.com>
Date: Thu, Mar 21, 2019 at 3:20 PM
Subject: Follow up
To: jackie.lyles@lifestylepubs.com <jackie.lyles@lifestylepubs.com>


Jackie.

Thanks for meeting with us this morning, it was great to see you!

Bob and I both want to proceed with an ad

Our only hesitation lies with the 36 month term. Can you detail the term rules for me? I remember you saying something about a $200 cancelation fee but what was the other part?

Thanks!

**Jere Smith**

**Cunningham Associates**

**Heating and Air Conditioning, Inc.**

77■■■■■ Office

jsmith@cunninghamhvac.com

www.cunninghamhvac.com


**Jackie Lyles**
(404)■■■■■

<lifestylepubs-logo.png>

Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** Jackie Lyles jackielyles@att.net
**Subject:** Re: Updated invitation: fu. REMODELREPUBLIC @ Thu Apr 4, 2019 10:30am - 11:30am (EDT) (jackielyles@att.net)
**Date:** March 25, 2019 at 7:52 PM
**To:** jnewman@lifestylepubs.com

Hi there,
let's talk about this tomorrow since it is Karen's account.
thx-
jackie

On Monday, March 25, 2019, 5:24:12 PM EDT, <jnewman@lifestylepubs.com> wrote:

**This event has been changed.**

## fu. REMODELREPUBLIC

**more details »**

| | |
|---|---|
| When | **Changed:** Thu Apr 4, 2019 10:30am – 11:30am Eastern Time - New York |
| Calendar | jackielyles@att.net |
| Who | • Jim Newman - organizer |
| | • jackielyles@att.net |

Tuesday, February 26th 2019, 10:30 am
View Contact
SEE: Owner; MURAT
PHONE: (678) █████
EMAIL: HELLO@REMODELREPUBLIC.COM
ADDRESS: 6595 PEACHTREE INDUSTRIAL BLVD
PEACHTREE CORNERS, GA 30092

**WEBSITE: WWW.REMODELREPUBLIC.COM
(recording provided)

Going (jackielyles@att.net)? **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account jackielyles@att.net because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

**From: Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Meeting tomorrow
**Date:** March 27, 2019 at 3:56 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Jackie,

I will see you tomorrow at 9:30am and do you want to ride with or meet?  Do you have any others you want me to go with you on as well for tomorrow or Friday?

Let me know and thanks,

Jim

## Jim Newman
*Publisher*
P: 770
jnewman@lifestylepubs.com



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com 
**Subject:** American Leather proposal for May issue
**Date:** March 28, 2019 at 12:45 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim-

Here are the details regarding Verde Home.
I had an appt. there last week and the only reason/way they would advertise is if their vendor, American Leather is interested since they are paying for it.

key points:
1. Verde Home is a Home decor shop featuring an assortment of custom furniture, rugs, lighting & accessories.
2. The co-owner Paul said that American Leather is testing advertising in super local markets. They are currently advertising in the Peachtree Battle pub and Chastain Park (I think the Chastain Park pub is no longer beginning this past April issue).
3. He met with me last week because American Leather is doing 12 month agreements with hyper local pubs.
4. Verde Home is having a sale for American Leather from May 3 - June 17 so if our pubs got to people before May 3, they (American Leather) may be interested in advertising in one or two of our pubs - probably just BrookHaven since they are off Howell Mill. Our pubs would be a great opp. to reach over 100 readers and get people, their perfect demographic into their store for their high end sleeper sofas.
5. Paul, the co-owner of Verde Home has to email this proposal to American Leather, though I will call them to find out who handles this.

**So, haven't heard back - would like to send a proposal.**
-They would do a full page or if full page, why not premium?
-12 issues
-any online would be great
-they would create their own ad

I have attached the ad they ran the last month for P'tree Battle Living.
Please see below.

Let me know what else you need - running off to an appt!
jackie



# HOLIDAYS ARE HECTIC.

## SLEEPING
## ARRANGEMENTS
## SHOULDN'T BE.

"The Comfort Sleeper line is the standard by which
other sleeper sofas are measured"
Consumer's Digest Best Buy of 2017.

AMERICAN    ¦VERDE HOME

999 Brady Ave Suite 4, Atlanta GA 30318 | 678-927-9113 | verdehomeinc.com

**Jackie Lyles**
**(404)**



Lifestyle
P U B L I C A T I O N S
*Inspired* by Community™

**From: Jackie Lyles** jackielyles@att.net
**Subject:** Fw: former client requesting the ad we did for them
**Date:** March 28, 2019 at 1:03 PM
**To:** Jim Newman jnewman@lifestylepubs.com, Jere Smith jsmith@cunninghamhvac.com

Hi all,
please let me know how this works for Lifestyle (BrookHaven).

see below.
thanks
jackie

----- Forwarded Message -----
**From:** Kate from N2 Publishing <kate.silberfeld@n2-publishing-6af3d2b0aee5.intercom-mail.com>
**To:** "jackielyles@att.net" <jackielyles@att.net>
**Sent:** Thursday, March 28, 2019, 12:53:58 PM EDT
**Subject:** Re: former client requesting the ad we did for them

Hi Jackie,

I hope you're doing great! Is this for Cunningham Associates? If so, here's a link to the ad:
https://pubmanager.n2pub.com/share/ga/ohX4AfGu

I removed the client from this email chain.

--

**Kate** from N2 Publishing


On Thu, Mar 28, 2019 at 12:23 PM, "Jackie Lyles" <jackielyles@att.net> wrote:
Hi field support :)


I used to work for n2 and "retired" recently.


I have a previous client in the Peachtree Battle Living publication (GA_Peachtree) that would like the ad we did for them emailed to them. They are copied on this email.


I don't have access to n2 and pub manager any longer.

Would you please email Jere Smith the last ad you all did for them?

**Cunningham Associates** ™
eating and Air Conditioning, Inc.
# 770-455-6722

New Customers Only
Not Valid with any other offers

*"Excellent service
from a great neighbor"*
Leah Wilkerson

## cunninghamhvac.com





ALPHARETTA I MILTON I JOHNS CREEK
(770) 765-0622 I **LOCKMYAC.COM** I MILTON-HVAC.COM

**Jim Newman**
*Publisher*
P: 770
jnewman@lifestylepubs.com



Inspired by Community™

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** Re: Past ad and suggestion
**Date:** March 29, 2019 at 9:03 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hey there Jim,

I know at Cunningham they don't like too busy of an ad. Here are some ideas I had....

I looked at their website - I think it's always a good idea to see familiarity

1. I took a screenshot of their web site pic (see below) - which would make a great 1/2 ad, adding the info on their old ad. It's not too busy and I think it's really nice - maybe this is something we could put together for them?
I think we would need their logo.
2. one other suggestion might be to turn your their ad into a blue ad, the entire background blue with the text on top of it.

jackie - o



On Thu, Mar 28, 2019 at 3:46 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jere,

It was great to see you again and we are so excited to have you join us as well as have Jackie with us to represent you and your needs.

Attached is the ad Jackie found that you have run in the past and if this is what you wanted we can create with our specifications.

I would like to suggest since we are a high resolution magazine offering tremendous color and quality that you take advantage of this in your ad. Since we are designing this for you and with your permission I would like to create an ad using the information in your ad but with color photo and design change.

Below is your ad along with some designs from one of our other partners so to provide ideas and please let me know if you are open to allowing us to get just slightly creative. I feel adding a photo will draw more views and response if ok.

Also, can you send me any high resolution logos so we may incorporate into your ad?

Just let us know and we will get to work and welcome aboard,

Jim

## RESIDENTIAL SERVICE AND REPAIR





**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 
**Subject:** Re: Cunningham contract and update
**Date:** March 29, 2019 at 9:21 AM
**To:** Jim Newman jnewman@lifestylepubs.com

I am thinking if possible it would be nice coming from me? If you send though you can mention my name.
his email is: paul@verdehomeinc.com

jackie

On Fri, Mar 29, 2019 at 9:16 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
I sent you the proposal so if it is right send me the guys email and I can send it for you. To send I have to have his email address or I can show you how to do it so you can personalize the message in the attachment.

Jim

> On Mar 29, 2019, at 9:08 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>
> hey there-
> you're so nice!  Monday is fine, thanks so much!
> Good luck at your appt.  I was at Summer Classics awhile back.  Awesome place!
> Feel free to email the proposal to me whenever and I can email to the guy today.
> I am going to make calls and have an appt. at 11 with a nice lady from Ansley Atlanta.  They are going through a lot of changes but you never know.
> jackie
>
> On Fri, Mar 29, 2019 at 9:01 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
> Jackie,
>
> We are thrilled to have you and know your business ethics and talents will serve us well.  I want to do all I can to support you and know it is just getting out there and meeting people that will dire your success and you have the discipline to do that.
>
> I am heading up to Summer Classics today for an appt. but if you want your check early let me now and will meet you.  Make it a great day and let me know if I need to tweak the proposal I sent you or if you want me to now send to your client for review.
>
> Jim
>
>> On Mar 28, 2019, at 9:20 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>>
>> Jim,
>> thank you so much for your support and kindness.  You really are a great businessman and a very funny and kind man as well  Thank you for taking me on.  I appreciate the trust and for paying me as well :)
>>
>> jackie :)
>>
>> On Thu, Mar 28, 2019 at 11:35 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
>> Jackie,
>>
>> Way to go on your first contract!
>>
>> Congratulations and attached is your copy of the agreement that is now in the system.  I just need you to find and send there past ad to me and I will show you how we then upload for the ad design team.  Please see if you can send to me this week if possible and I will get it going for you.
>>
>> Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would.  You receive commissions for this ad the 1st of May once placed and delivered so at ████% you will earn 5██████████ for just this one placement and for at least 18 months with company.
>>
>> Depending on how sales go for you I will pay you $██████ each month for the next three additional months plus whatever commissions you have earned.  This means for May if you did nothing else but Cunningham I would still pay you █████████████████████  Of course if you get that furniture company and a few more this month for the May issue it will be ███% of all sales plus the 3██████  I am just so happy to have you with us now and so wanted to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense
>>
>> Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.
>>
>> Jim
>>
>>
>>
>> **Jim Newman**
>> *Publisher*
>> P: 770█████
>> jnewman@lifestylepubs.com
>>
>> Follow us at:
>> buckhavenlifestyle.com
>> perimeternorthlifestyle.com
>> johnscreeklifestyle.com
>> alpharettalifestylepubs.com

N2_000027

**From: Jim Newman** jnewman@lifestylepubs.com
**Subject:** Re: Past ad and suggestion
**Date:** March 29, 2019 at 9:20 AM
**To:** Jere Smith JSmith@cunninghamhvac.com
**Cc:** Jackie Lyles jackie.lyles@lifestylepubs.com



Jere,

Just simply let me know what you want to say, what photos you want to include if you have some and all logos you may wish to include. If you don't have any photos you can visit https://www.shutterstock.com/ and pick a category like "Families having fun", find a photo to use and provide the number connected to the photo.

Below is something Jackie sent from your site to possibly incorporate with the ad you ran with her for example below.

Once you let us know all of this we can then design and send for review.

Jim







**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** ad for cunnngham
**Date:** April 2, 2019 at 8:58 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim,

1. attached is logo

2. **Text to use in the ad:**
residential service and repair
770-■■■■
cunninghamhvac.com

3. **Use main line as:**

Keeping Your Home & Family Comfortable

4. Use same or similar picture as below



Jackie Lyles
(404) ■■■■



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com



# Advertising Agreement



**Lifestyle** PUBLICATIONS

Date **3/28/2019**   Acct Mgr **NEWMAN**   Region **GA**   Fiscal Year **2019**

Company Name **CUNNINGHAM ASSOCIATES**   Contact **JERE SMITH**

Address **3114**   Ste _____

City/State/Zip **Atlanta, GA 30340**

E-mail _____   Website **cunninghamhvac.com**

Fax _____   Office Phone **770-**   Mobile _____

| Publication | Monthly Price | # Months | Size | Notes |
|---|---|---|---|---|
| BuckHaven | 750- | 36 | 1/2 | * may cancel v 18 months -no penalt |
| | | | | |
| | | | | |
| | | | | |

| | | |
|---|---|---|
| Total sales amount | 750- | Publication run dates: Start **APRIL, 2019** End **MARCH, 2022** |
| Design fee | — | Comments/instructions: |
| Total amount due | | * ONE TIME FREE DESIGN |
| Monthly payment | | * FREE PLACMENT ONLINE DIRECTORY WITH LINK TO YOUR SITE |
| First months payment (includes design fee if applicable) | 750 | * BANNER AD. ($595.00 VALUE)   * company story |
| | | Birthday: MAY / JUNE   Company Anniversary: DEC 1 |

Payment type: ☐ Visa ☐ Mastercard ☒ American Express ☐ Discover ☐ ACH

Name on Credit Card **Jere Smith**

Card Number _____   Exp. date _____ CSV _____

Bank Name (for ACH) _____   Account # _____   Routing # _____

Billing address (if different than above) **Same**

City/State/Zip _____

Signature X _____   Date **3/28/19**

By signing, I authorize Lifestyle Publications, LLC to charge my card / initiate ACH payments for all amounts due under this Agreement.

**Lifestyle** PUBLICATIONS   P.O.Box 12608 | Overland Park, KS 66282-2608 | Fax 888.599.0733

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com 
**Subject:** today -
**Date:** April 2, 2019 at 9:01 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim!

I have two appts today. Going to The Piedmont (old folks home) and then to see my Hennessy Jaguar/Land Rover man after that. Will touch base later.

-hadn't heard back from Paul - he was out of town
-found a new "wellness center" - not open yet. I called and left message for marketing guy and then zipped over there to drop of four pubs since they will be opening up in a few weeks. Its in Sandy Springs-I will try him again today.

jackie

—
**Jackie Lyles**
(404)



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

N2_000031

**From: Jackie Lyle** kie.lyles@lifest ubs.com 📎
**Subject:** cunningham a
**Date:** April 10, 2019 at 9:08 AM
**To:** Jim Newman jnewman@lifestylepubs n

Hi there-

Jere says the logo is too small in the ad - he said when he opens up the logo its larger than ▮ in the ad. He asked what size it needs to be

▮▮er ▮eone ▮ mail or call in creative to ask them?

jackie

--
**Jackie Lyles**
(404)▮▮▮▮

**Lp Lifestyle**
P U B L I C A T
*Inspired* by ▮▮ ▮▮▮

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** cunningham ad
**Date:** April 8, 2019 at 8:14 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim
have not been able to pull up the ad -

did click on "ad" link and it said "pending creative" - I guess that means waiting on creative to make changes?

-I emailed Dave from        M        te means "health") f
Hadn't heard back fro        xt you when I do - r        again to somehow squeeze him in tomorrow - with sot        ing on Wednesday. I think tomorrow is our best day.  Yikes.

You wanted me to let him know to send us a press release for June?
jackie

–
**Jackie Lyles**
(404)

**Lifestyle**
P U B L I C A T
*Inspired* by

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From: Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Fwd: Reminder: RSVP!
**Date:** April 12, 2019 at 9:27 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Cc:** Sue Collins scollins@lifestylepubs.com

Jackie,

Can Victor is the owner of Nandina Home design and has done some advertising with us in the pat. This would be good for you to go to and meet her and see if you can't bring her back in.

We have done a lot of press for her and she likes us and she will come back in she said and the timing is right. If you go to either perimeter north or Buckhaven sites and in the search bar type in Nandina you can see the articles.

Can you rsvp and go?

Jim

Begin forwarded message:

**From:** Sue Collins <suegcollins@gmail.com>
**Subject: Re: Reminder: RSVP!**
**Date:** April 12, 2019 at 7:48:16 AM CDT
**To:** James Newman <jnewman@lifestylepubs.com>

you could touch base with Nandina and let them know we can get this up on our social media....

On Thu, Apr 11, 2019 at 4:52 PM Nandina Home & Design <svictor@nandinahome.com> wrote:



*design 101*

## THE ART OF
## INDOOR-OUTDOOR LIVING
## WEDNESDAY APRIL 17TH.
## 11:30 AM.

The best room in your home might be the one right outside your door! Porches, patios and decks have become the newest living and dining rooms for those of us that love life outdoors. Learn the latest insider tips on creating indoor - outdoor spaces that really do increase your home's square footage. We have paired with the most talented landscape designers so that we can teach you how to create spaces that address both interior and exterior design elements.

Spots are limited.
**CLICK HERE TO RSVP**

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Fwd: Proofing Round for Perimeter North Lifestyle is available
**Date:** April 15, 2019 at 11:31 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

I am sending you the upcoming issues so you can review and particularly you win to look at the BuckHaven issue and make sure your ad for Cunningham is in place and correct.

Please never send the issues out prior to them being delivered and these are for your eyes only.

Jim

> Begin forwarded message:
>
> **From:** "Do Not Reply" <webmaster@lifestylepubs.com>
> **Subject: Proofing Round for Perimeter North Lifestyle is available**
> **Date:** April 15, 2019 at 9:56:31 AM CDT
> **To:** "Jim Newman" <jnewman@lifestylepubs.com>

# Lifestyle | publications

Hello,

The Proofing Round for Perimeter North Lifestyle May 2019 is available for you to download here. Upload your edits through the ARC by 12:00PM Tuesday, April 16th (Central Time) by navigating to the Perimeter North Lifestyle May 2019 issue, selecting the pdf from your computer, and clicking upload.

Login Here

## Jim Newman
*Publisher*
P:
jnewman@lifestylepubs.com



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** progress report from last week
**Date:** April 15, 2019 at 7:40 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim,
Sorry I missed your call on Friday - I was overwhelmed with Prom - Caroline's junior prom was Friday night which means all day for girls.

Working on appts. this week.
Will give you a call -
jackie

–
**Jackie Lyles**
**(404)** ▮▮▮▮▮



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com





**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 
**Subject:** question
**Date:** April 16, 2019 at 9:40 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim-
⬛⬛ he ⬛⬛ f to an appt. Have a ques. You ha⬛⬛ tioned car dealerships and then the Drivers ⬛⬛ ook in th⬛⬛ gazine. How would or could ⬛⬛ eneficial to car dealers that
adv⬛⬛ g with us?

I was loo⬛⬛ t others peoples plubs last night and saw other Drivers Notebook sections and was just wonde⬛⬛ ⬛ e this info. when meeting with car dealers

thanks
jackie

--
**Jackie Lyles**
(404) ⬛⬛



Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** s____ victor
**Date:** April 17, 2019 at 2:35 PM
**To:** Jim Newman jnewman@lifestylepubs.com



Hi Jim -
I got there right before ___ slide show___ orkshop I did'n meet Susan b___ ther ____ Do you hav___ email handy and I will send her an email. I had___ t a_____
Lily and a PN Lifesty___ I wanted ___ k her.

jackie

—
**Jackie Lyles**
**(404)** _____



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: progress report
**Date:** April 22, 2019 at 10:22 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Thanks Jackie and hope you had a great Easter.

Looks like you are presenting to around 6 prospects on average per week. Looks pretty good and make sure you focus on what we call Category 1 & 2 businesses. Those are the ones with the higher pricing and get more out of getting one or two clients from us per month.

They included relators, dentist, remodeler, plastic surgeons, any medical, interior designer and so on.

Talk later today,

Jim

> On Apr 22, 2019, at 9:19 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>
> <MONTHLY PROGRESS REPORT - Jackie Lyles.xlsx>

## Jim Newman
*Publisher*
P: 77
jnewman@lifestylepubs.com



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From: Jackie Lyles** jackielyles@att.net
**Subject:**
**Date:** April 29, 2019 at 7:09 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim,

I felt so horrible all weekend. I think you were saying that what you got from n2 was just about me.

I wanted you all to know that I never looked on my n2 computer stuff after I left to find contact info for their clients. I think that is what they were implying. I never thought to do that and never would. If I was working again in sales, I would just do what I always did in the past which is looking through magazines, driving around and going to events. That sounds awful and that is not me.

I did have access to n2 up until recently and I did go on it daily to help the man who took over my publication to help him with his publication through October then I would still check on it all daily to see how my old publication was doing. I enjoyed seeing what the pub proof looked like and would see who renewed in hopes that the people I sold into it would remain into it. I wanted Craig to succeed and I wanted my old magazine to succeed because I knew how much the residents loved it so I always checked on it. Since I had access to most things, I just looked. It was apart of my day. I'd look on Facebook, my email, Fox News and then n2. It was my routine, It was what I did when I worked there. I guess that seems weird but I think we are all creatures of habit and comfort and it was there and that what I did innocently out of love for the magazine I started.

I apologize for putting you all in a bad spot. I wasn't doing anything bad. Just checking on my old magazine.

I don't think I should work with you all any longer. I didn't realize this would all happen. Again, I was looking to work a little and keep busy.

Jackie

**From: Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re:
**Date:** April 29, 2019 at 10:08 AM
**To:** Jackie Lyles jackielyles@att.net

Jackie,

I know you did not mean any of this and perhaps we can work out but to date I have not heard back from Dwayne and until I do it is better not to do anywogrk. If you have appointments I can go on them for you and once we resolve all this maybe we can continue. Right now the suit has a cease and dissliss order for you not to work so let' honor that.

I will call you later and let you know what progressive's we are making.

Jim

On Apr 29, 2019, at 6:08 AM, Jackie Lyles <jackielyles@att.net> wrote:

Hi Jim,

I felt so horrible all weekend. I think you were saying that what you got from n2 was just about me.

I wanted you all to know that I never looked on my n2 computer stuff after I left to find contact info for their clients. I think that is what they were implying. I never thought to do that and never would. If I was working again in sales, I would just do what I always did in the past which is looking through magazines, driving around and going to events. That sounds awful and that is not me.

I did have access to n2 up until recently and I did go on it daily to help the man who took over my publication to help him with his publication through October then I would still check on it all daily to see how my old publication was doing. I enjoyed seeing what the pub proof looked like and would see who renewed in hopes that the people I sold into it would remain into it. I wanted Craig to succeed and I wanted my old magazine to succeed because I knew how much the residents loved it so I always checked on it. Since I had access to most things, I just looked. It was apart of my day. I'd look on Facebook, my email, Fox News and then n2. It was my routine, It was what I did when I worked there. I guess that seems weird but I think we are all creatures of habit and comfort and it was there and that what I did innocently out of love for the magazine I started.

I apologize for putting you all in a bad spot. I wasn't doing anything bad. Just checking on my old magazine.

I don't think I should work with you all any longer. I didn't realize this would all happen. Again, I was looking to work a little and keep busy.

Jackie

N2_000041

# Independent Contractor Agreement for

This Independent Contractor Agreement made and entered into by and between, Jackie Lyles and Lifestyle Publications SE LLC Welcome to the Lifestyle team.

Your services include, but are not necessarily limited, to the following:

- **Solicit businesses to advertise in publication stated above.**
- **Keep up with customers to provide excellence customer service and abide by magazines business practices**
- **Assist in payment of client invoices when necessary.**
- **Attend networking events when and where available.**

Your compensation will be ■% commission on monthly sales. Payments are made on the 1st of each month. Your services will start Feb 19th 2019, and you will receive your first payment on the placement month of your sales.

This Agreement will begin on the date set forth below, and will continue until terminated by either party. Either party may terminate this Agreement, effective upon written or oral notice of termination, at any time and for any reason.

For your first 3 months plus rest of Feb. you will receive the compensation package of:

- $ ▬▬ base guarantee draw w/ Feb to be prorated.
- $ ■% commission paid end of each mo. on gross sales.

After May return to straight ■% commission program allowing you 3 ½ months to build territory.

This Agreement is conditioned on your acceptance of the attached Attachment A, Confidentiality, and Restrictive Covenant Agreement.

Your relationship with Magazine will be that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to, create a partnership, agency, joint venture, or employment relationship. Contractor will not be entitled under this Agreement to any of the benefits that Magazine may make available to its employees, including but not limited to group health insurance, life insurance, profit-sharing, retirement benefits, paid vacation, holidays or sick leave, or workers' compensation insurance. No part of Contractor's compensation will be subject to withholding by Magazine for the payment of any social security, federal, state or any other employee payroll taxes. Magazine will regularly report amounts paid to Contractor by filing a Form 1099-MISC with the Internal Revenue Service as required by law. Contractor may perform the services required by this Agreement at any place or location and at such times as Contractor shall determine. Contractor agrees to provide all tools and instrumentalities, if any, required to perform the services under this Agreement.

Contractor acknowledges and agrees that all documents produced by Contractor, including but not limited to memoranda, research notes, correspondence, emails,

pleadings, and reports in the course of his work for Magazine, shall be the property of Magazine, and Contractor shall retain no ownership, interest, or rights therein.

If any provision of this Agreement is held by a court of law to be illegal, invalid or unenforceable, (a) that provision shall be deemed amended to achieve as nearly as possible the same economic effect as the original provision, and (b) the legality, validity, and enforceability of the remaining provisions of this Agreement shall not be affected or impaired thereby.

This Agreement is executed and delivered within the state of Georgia and all the rights and obligations of each party shall be construed and enforced in accordance with, and governed by Georgia law.

This Agreement, including Attachment A, constitutes all of our agreements and understandings regarding your services. There are no other oral or written agreements regarding your services, and no one else is authorized to make any other agreements. Any future modifications or changes in your contract must be in writing and signed by you and Magazine's owner on behalf of the Magazine.

If this is acceptable please sign the original of this Agreement, including Attachment A and return it to me. We are very happy to have you on the team.

Sincerely,

James Newman
Publisher

2/19/2019

Date

Agreed and Accepted:

Jacqueline Lyles
Contractor Name

Jacqueline Lyles
Signature

1-18-19

Date

| DATE | COMPANY LEAD NAME | CONTACT NAME | PHONE NUMBER | TYPE OF BUSINESS | INTEREST AND OR APT. DATE | NOTES FOR FOLLOW UP |
| --- | --- | --- | --- | --- | --- | --- |

**N2_000044**

TO DATE PROGRESS REPORT   ACCOMPLISHMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION

MONTH
WEEK OF

WEEK OF

WEEK OF

WEEK OF

WEEK OF 7/8 TO 7/7

WEEK OF 7/8 TO 7/14

WEEK OF 7/15 TO 7/21

WEEK OF 7/22 TO 7/28

DATE OF FOLLOW UPS AND STATUS TO DATE

**TO DATE PROGRESS REPORT** **ACCOMPLIHSMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION** **DATE OF FOLLOW UPS AND STATUS TO DATE**
**MONTH**

WEEK OF: 3/17/19

| | | |
|---|---|---|
| Mercedes Benz-Buckhead: 3/21/19 | met with Jewell. She said to contact her again in the fall (October) is when they plan for 2020. | August 2019 - for 2020 planning |
| Cunningham HVAC: 3/21/19 | met with Jere Smith. Interested in doing for 18 months - I think the art cost is now bothering them.... | Going back to see them on Thursday, 3/28 @ 9:30 |
| Verde Home: 3/21/19 | met with owner Paul. He only does is a vendor pays. American Leather wanted to try more neighborhoods/community | Would like to try to get them in May - need to give them an offer |
| Elite Smiles | met with Louise Smith. Sounded interested, then she spoke to doctor and he said they are doing enough now. | thought I'd reach out again in the summer - June 2019 |
| Buckhead Cosmetic/Family Dentistry | dropped off a note and pubs on 3/13/19 to Dr. Nia (Pharr Rd) She is in many pubs | I w  all her every couple weeks. |
| CR Home (Sewell Appliance/Cambria) | spoke with Marketing, Eleanor Brooks. She said they did something awhile back - not more print now | I w  each out in early fall 2019 |
| The Lovett School | emailed back and forth with Lindsey Wohlfrom - they advertise AUG - DECEMBER | Email her end of April to have a meeting in early/mid-May 2019 |
| Doctors Anti-Aging Institut | spoke to Michael on 3/14/19. He said to call back in 60/90 days | Call again end of May - May 20th. |
| | | Jackiw Lyles |

WEEK OF: 4/1/19

| | | |
|---|---|---|
| The Piedmont | Owned by SRG - will get with them. Based in CA | Check back in a couple weeks (week of 4/15) |
| Hennessy Jaguar/Land Rover | Met with Mark Hennessy just to say hello and let him know what I am up to | |
| Engels and Volkers - Ashley Battleson | Ashley was in the Chatain Park pub - said it didn't work - not ready to do another pub right now | |
| Bach Fitness - Nathan | Owner Nathan said no print right now | |
| Goodyear Buckhead - Paul Gimby | Paul was headed out of town with his wife that day so I just presented to him and he said to check back in a couple week | call or visit week of 4/15 |
| Visitied car dealers on Roswell Rd: | Hendrix Toyota, Motor Cars of GA, RBM of Atl., Classic Subaru and Cadilaac, Nalley Ford | Follow up with them this week |
| Verde Home | No response to my call/email re: May :( | Follow up for the June pub. |
| Southern Stem | | |
| Holy Innocents' School | Met with Andrew - check back in a couple months for September | Check back in June for Sept. |

WEEK OF: 4/8/19

| | | |
|---|---|---|
| Sante MD Wellness Center | Had an appt. on Monday - Dave was still out of town...said he'd be available week of 4/15 though no set date | Don't bug but keep on keeping on - in many pubs -opening April |
| 2U Laundry | met marketing person briefly - she said they are doing just social media but to contact in the fall for 2020 | Follow up in the fall 2019 |
| Catalyst Fitness | met with owner Bill and wife Valorie. Want to reach more in Midtown and VA Highlands | |
| Club Pilates | Has three locations now. Will think about it. A little expensive | Check back occasionally |
| Pharr Rd. Animal Hospital | Used to advertise with me. Budget for year spent. Keep in touch | Check back in the fall - |
| Integrative Wellness - stem cell | The marketing person is new and collecting info - | Check back in a couple weeks |

WEEK OF: 4/14

| | | |
|---|---|---|
| Leslie Hindman | worked with in the past - new marketing person: James Smith - they are updating brand and will be in touch | checki back in a month - maybe end of month for June issues |
| Stacey Adams - Harry Norman | She works alone - assoc. broker. has lots to fix like web site. Lives in B'head but in Perimeter office | I will check in with her monthly |
| Taylor Winn / Buckhead Wealth | had appt - no show rescheduled for week of 4/21 | |
| Autter Ride - Kim Crocker | rescheduled to week of 4/21 | |
| Lowe Baumen Group - Beacham | Like the pubs - in Buckhead - Group. Didn't want to spend so much | don't think this is for them but will reach out occasionally |
| Buckhead Life Rest. Group | Have met in the past with others - this is a junior marketing person. - no more print this year. | will reach out in fall for 2020 |
| Sante MD Wellness | sent out email on Thursday morning (4/18) - didn't hear back. | gonna drop by early this week and drop off new pubs.. |

Case 7:19-cv-00089-BO Document 51-7 Filed 06/25/20 Page 49 of 204

N2_000046

WEEK OF 7/17 TO DATE

WEEK OF 7/10 TO 7/14

WEEK OF 7/3 TO 7/7

N2_000047

# EXHIBIT
# 2

Per Request:

1. All correspondance between Lifestyle Pub S.E. LLC and:
   - ✓ Jaqueline Lyles
   - ✓ Deland Shore (RE · N2 · Jackie etc...)
   - ✓ Carrie Francaise
   - ✓ N2
   - ✓ Dwayne

2. Advertising Agreement between LP. SE. + Cunningham Assts.
   - ✓ Back Page of Contract
   - · Invoices
   - · Reciepts
   - · Billing Payments
   - · Pay Records

3. All Juckie.Lyles@LP Emails ✓

4. Send Full and Complete text messages (Readable) ✓
   - if Dates Are needed of any txts please Send Request.

WARD & SMITH, P.A.
127 RACINE DRIVE
UNIVERSITY CORP CENTER.
WILMINGTON, NC 28403
28403

N2_000048

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-89-BO

|  |  |  |
|---|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, LLC and N2 FRANCHISING, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | DECLARATION OF JAMES V. NEWMAN |
| v. | ) ) | |
| JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS, LLC, | ) ) ) | |
| Defendants. | ) | |

James V. Newman, being first duly sworn, deposes and says:

1.      I am over 18 years of age, I am not subject to any disability, and I am fully able to make the statements set forth in this Declaration.

2.      The statements contained in this Declaration are made of my own volition and are true of my own personal knowledge.

3.      I am the owner and managing member of Lifestyle Publications S.E., LLC.  Lifestyle Publications S.E., LLC, is the "Publisher" of four publications, *Alpharetta Lifestyle*, *BuckHaven Lifestyle*, *Johns Creek Lifestyle*, and *Perimeter North Lifestyle*.

4.      Lifestyle Publications S.E., LLC, is an independent contractor of Lifestyle Publications, LLC.

5.      In February 2019, Jacqueline M. "Jackie" Lyles entered into an independent contractor agreement with Lifestyle Publications S.E., LLC.

6.     Ms. Lyles was provided use of an email account and address: jackie.lyles@lifestylepubs.com.

7.     Ms. Lyles was responsible for soliciting businesses to advertise in Lifestyle Publications S.E., LLC's publications.

8.     During this litigation, I learned that while Ms. Lyles was under contract with Lifestyle Publications S.E., LLC she accessed N2's client database using an interface called the N2 Portal.

9.     No one employed with Lifestyle Publications S.E., LLC, including myself, directed Ms. Lyles to access N2's client database. Nor did anyone at Lifestyle Publications S.E., LLC, including myself, direct Ms. Lyles to attempt to draw or solicit clients away from N2 using such information.

10.     In May 2019, one of the publications operated by Lifestyle Publications S.E., LLC, *Buckhaven Lifestyles,* ran an advertisement for Cunningham Associates, an HVAC company in the Atlanta metropolitan area. I have since learned that Ms. Lyles's contact with Cunningham Associates was alleged by N2 to be in violation of her non-solicitation agreement with N2.

11.     No one employed by Lifestyle Publications S.E., LLC, including myself, knew that Ms. Lyles was contractually prohibited from soliciting Cunningham Associates. Likewise, no one employed by Lifestyle Publications S.E., LLC, including myself, directed Ms. Lyles to contact or mislead N2 for the purpose of obtaining the Cunningham Associates advertisement.

2

12.     No one employed with Lifestyle Publications S.E., LLC, including myself, ever directed Ms. Lyles to solicit or attempt to solicit business away from N2 using any of N2's confidential or proprietary information, including any trade secrets or claimed trade secrets that she may have had access to or obtained from N2.

13.     Upon information and belief, other than the Cunningham Associates advertisement, Lifestyle Publications S.E., LLC does not have, and has never had, in its possession any information obtained from N2 Portal or PubManager through Ms. Lyles. Likewise, upon information and belief, other than the Cunningham Associates advertisement, Lifestyle Publications S.E., LLC, does not have, and has never had, in its possession any of N2's confidential or proprietary information, including any trade secrets or claimed trade secrets allegedly obtained through Ms. Lyles.

14.     To the best of my knowledge, other than the Cunningham Associates advertisement, Ms. Lyles did not share any information that she obtained from N2 Portal or PubManager with anyone employed by, under contract with, or affiliated with Lifestyle Publications, LLC.  Likewise, to the best of my knowledge, Ms. Lyles did not share any of N2's confidential or proprietary information, including any trade secrets or claimed trade secrets, with anyone employed by Lifestyle Publications, LLC.

15.     Lifestyle Publications S.E., LLC has not sold any adds for or to American Leather; ATL Trash Can Valet; Atlanta Finest Floors, LLC; Chemistry Agency; Epps Aviation; Hennessy Land Rover & Jaguar; Northwest ENT and Allergy

3

Center; S&S Rug Cleaners; Seagraves Plumbing; Smiles on Peachtree; or Sugar Bert Boxing.

16.    Lifestyle Publications S.E., LLC and Ms. Lyles ended their relationship on April 29, 2019.

Under 28 U.S. Code Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the _____ day of March 2020.

_____

James V. Newman

CORE/3506595.0005/158348087.1

N2_000052

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-89-BO

| | | |
|---|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, LLC and N2 FRANCHISING, LLC,<br> Plaintiffs,<br><br>v.<br><br>JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS, LLC,<br> Defendants. | ) ) ) ) ) ) ) ) ) ) | DECLARATION OF DELAND SHORE |

DeLand Shore, being first duly sworn, deposes and says:

1.  I am over 18 years of age, I am not subject to any disability, and I am fully able to make the statements set forth in this Declaration.

2.  The statements contained in this Declaration are made of my own volition and are true of my own personal knowledge.

3.  I am the Chief Financial Officer for Lifestyle Publications, LLC. I have been employed by Lifestyle Publications, LLC, since 2013.

4.  Lifestyle Publications, LLC, owns and publishes community-based publications that are targeted towards residents of affluent neighborhoods.

5.  Lifestyle Publications S.E., LLC, is an affiliated company, which is owned and operated by James Newman.

6.  Under the Independent Publisher Agreement, Lifestyle Publications S.E., LLC is responsible for soliciting advertising for and publishing two

publications: *Alpharetta Lifestyle*, *BuckHaven Lifestyle*, *Johns Creek Lifestyle*, and *Perimeter North Lifestyle*.

7.      In February 2019, Lifestyle Publications S.E., LLC, entered into an independent contractor agreement with Jacqueline M. Lyles, a defendant in this action.

8.      Ms. Lyles was provided use of an email account and address: jackie.lyles@lifestylepubs.com.

9.      Ms. Lyles was responsible for soliciting businesses to advertise in Lifestyle Publications S.E., LLC's publications.

10.      During this litigation, I learned that prior to her contracting with Lifestyle Publications S.E., LLC, Ms. Lyles was a franchisee with N2 Franchising LLC.

11.      Lifestyle Publications S.E., LLC did not consult with Lifestyle Publications, LLC prior to or during its contracting of Ms. Lyles.

12.      During this litigation, I learned that while Ms. Lyles was under contract with Lifestyle Publications S.E., LLC she accessed N2's client database using an interface called the N2 Portal.

13.      No one employed by Lifestyle Publications, LLC, including myself, directed Ms. Lyles to access N2's confidential client database. Nor did anyone employed by Lifestyle Publications, LLC, including myself, direct Ms. Lyles to attempt to solicit clients away from N2.

CORE/3506595.0005/158350646.1

N2_000054

14.     In response to the allegations set forth in the Complaint in this action, Lifestyle Publications, LLC, used commercially reasonable efforts to investigate whether it had received or possessed any information related to N2 from Ms. Lyles and/or Lifestyle Publications S.E., LLC.

15.     As part of the investigation, Lifestyle Publications, LLC searched and reviewed any and all locations, whether physical or electronic, where it would reasonably expect to find information related to this action and the allegations set forth in the Complaint.

16.     Based on that investigation, Lifestyle Publications, LLC has determined that it did not received from Ms. Lyles any of N2's confidential or proprietary information—including any trade secrets or claimed trade secrets, including, but not limited to, pricing methodology, advertising contract information, publication or advertising rates, publication or advertising costs, advertising targets, and advertising term—that Ms. Lyles allegedly had access to through her use of N2's software systems.

17.     No one employed by Lifestyle Publications, LLC, including myself, directed Ms. Lyles to access N2's software systems or to share any of N2's confidential or proprietary information, including any trade secrets or claimed trade secrets, found in such software systems.

18.     In May 2019, one of the publications by Lifestyle Publications S.E., LLC, *Buckhaven Lifestyles*, ran an advertisement for Cunningham Associates, an HVAC company in the Atlanta metropolitan area.  I have since learned that Ms.

3

Lyles's contact with Cunningham Associates was alleged by N2 to be in violation of her non-solicitation agreement with N2.

19. No one employed by Lifestyle Publications, LLC, including myself, knew that Ms. Lyles was contractually prohibited from soliciting Cunningham Associates. Likewise, no one employed by Lifestyle Publications, LLC, including myself, directed Ms. Lyles to contact or mislead N2 for the purpose of obtaining the Cunningham Associates advertisement.

20. Based on the above-referenced investigation, Lifestyle Publications, LLC reasonably believes that, other than the Cunningham Associates advertisement that Ms. Lyles obtained from N2, Lifestyle Publications, LLC does not have, and has never had, in its possession any advertisements or other content owned or created by N2.

21. To the best of my knowledge, other than the Cunningham Associates advertisement that Ms. Lyles obtained from N2, and excluding Ms. Lyles herself, no one employed by Lifestyle Publications, LLC, has, or has ever had, in their possession any information—including, but not limited to, pricing methodology, advertising contract information, publication or advertising rates, publication or advertising costs, advertising targets, and advertising term information— allegedly obtained from N2 through any action of Ms. Lyles. Likewise, other than the Cunningham Associates advertisement that Ms. Lyles obtained from N2, and excluding Ms. Lyles, no one employed by Lifestyle Publications, LLC, has, or has ever had, in their possession any of N2's confidential or proprietary information, including

4

any trade secrets or claimed trade secrets obtained from N2 through any action of Ms. Lyles.

22.     To the best of my knowledge, Lifestyle Publications S.E., LLC and Ms. Lyles ended their relationship on April 29, 2019.


Under 28 U.S. Code Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the _____ day of March 2020.


_____

DeLand Shore

CORE/3506595.0005/158350646.1

N2_000057

**From: jim newman** jnewman@lifestylepubs.com 
**Subject:** Fwd: Meeting follow up and thank you from Jim and Jackie
**Date:** March 20, 2020 at 4:12 PM
**To:** Francis, Carrie M. carrie.francis@stinson.com

Acct we did call on but did not sign up

Begin forwarded message:

**From:** Cassie <Cassie@gaflooring.com>
**Subject:** RE: Meeting follow up and thank you from Jim and Jackie
**Date:** March 1, 2019 at 3:13:52 PM CST
**To:** Jackie Lyles <jackie.lyles@lifestylepubs.com>, Jim Newman <jnewman@lifestylepubs.com>

Dear Jim and Jackie,
So we need to put this ad on hold for right now until we can budget the cost somehow.
But we both love the idea and would like to contact you down the road to give this a
shot!
Thank you again and have a fantastic weekend!


*Cassie Zavodny*
*General Manager*

*cassie@gaflooring.com*
*678-*█████
*GA Flooring  Suite 215*
*6402 Atlantic Blvd, Norcross GA 30071*



www.GAFlooring.com

*We appreciate your business and referrals*

**From:** Jackie Lyles <jackie.lyles@lifestylepubs.com>
**Sent:** Thursday, February 28, 2019 6:28 PM
**To:** Cassie <Cassie@gaflooring.com>; Jim Newman <jnewman@lifestylepubs.com>
**Subject:** Re: Meeting follow up and thank you from Jim and Jackie

Thanks Cassie!
Hope you had a great day!

Jackie Lyles
(404) █████

On Thu, Feb 28, 2019 at 10:11 AM Cassie <Cassie@gaflooring.com> wrote:

Good Morning Jim and Jackie!
Thank you for all the info and I'm hoping to talk with the boss sometime today. I will
get back to you just as soon as we've reached a decision!

*Have a wonderful day!*
*Cassie Zavodny*
*General Manager*

*cassie@gaflooring.com*
*678-*
*GA Flooring  Suite 215*
*6402 Atlantic Blvd, Norcross GA 30071*



**www.GAFlooring.com**

*We appreciate your business and referrals*

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Sent:** Wednesday, February 27, 2019 1:50 PM
**To:** Cassie <Cassie@gaflooring.com>
**Cc:** Jackie Lyles <jackie.lyles@lifestylepubs.com>
**Subject:** Meeting follow up and thank you from Jim and Jackie

Cassie,

Thank you so much for meeting Jackie and I today and allowing us the time to share our
publications with you.

We were both so impressed that you took the time to research us before meeting and that
you understand the differences in products, touch, feel and the look of them and all your
direct mail options.

As we shared with you and hope you will with your boss that unlike the direct mail of the
past you have done we get in the homes, read and viewed often and for less then .01¢ per
very targeted reader.  That is the difference we offer.  You said yourself if you received the

issue each month you would keep it and read it and you are our exactly our targeted audience.

I am happy to meet again if you feel the value but know you will represent us well and please keep in mind my offer to increase your ad for April issue to a 2/3 page to start if you can let us know by this Friday.

Jackie and I look forward to hearing back and the chance to work with you and present you to our 100,000 monthly readers.

Jim



Jim Newman
*Publisher*
P: 770 █████
jnewman@lifestylepubs.com

**Lifestyle** PUBLICATIONS

*Inspired* by Community

Follow us at:

buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

N2_000060

Jackie Lyles
L i f e s t y l e / publications
BuckHaven LIFESTYLE  buckhavenlifestyle.com
Perimeter North LIFESTYLE  perimeternorthlifestyle.com
Johns Creek LIFESTYLE  johnscreeklifestyle.com
Alpharetta LIFESTYLE  alpharettalifestylepubs.com
(404) 936-0499

## Jim Newman

p:

lifestylepubs.com







From: Jim newman jnewman@lifestylepubs.com
Subject: Fwd: former client requesting the ad we did for them
Date: March 20, 2020 at 4:21 PM
To: Francis, Carrie M. carrie.francis@stinson.com

Carrie,

This is where she emitted N2 and they freely gasser her a past ad from when they were there.  Looks like they did not have nay issues back then.

Jim

Begin forwarded message:

From: _____ _____@_____.com
Subject: Fw: former client requesting the ad we did for them
Date: March __, 2019 at __:__ __ EDT
To: _____ jnewman@lifestylepubs.com    jsmith@connorsbank.com
Reply-To: _____ _____@_____.com

Hi Jim

please let me know _____ when ready for _____ mentals (formerly n2co):

see below
thanks
jackie

------ Forwarded Message ------
From: Kate from N2 Publishing <kate_albert@tows_publishing.net EHDD2techinfonvm.marrow>
To: "jackielyles@att.net" <jackielyles@att.net>
Sent: Thursday, March 28, 2019, 12:53:58 PM EDT
Subject: Re: former client requesting the ad we did for them

Hi Jackie,

I hope you're doing great!  Is this for Cunningham Associates?  If so, here's a link to the ad:
https://ourmuringen2pub.com/share.jsa/hhX4A/G_

I removed the client from this email chain.

--

        Kate from N2 Publishing

On Thu, Mar 28, 2019 at 12.23 PM, "Jackie Lyles" <jackielyles@att.net> wrote:
  Hi field support :)


  I used to work for n2 and "retired" recently.

**From:** jim newman jnewman@lifestylepubs.com 
**Subject:** Fwd: Cunningham contract and update
**Date:** March 20, 2020 at 4:23 PM
**To:** Francis, Carrie M. carrie.francis@stinson.com
**Cc:** Deland. deland@lifestylepubs.com

Here is copy of agreement but do we want N2 to have all of this?  Shows all of Lifestyles terms.

Jim

Begin forwarded message:

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Subject: Cunningham contract and update**
**Date:** March 28, 2019 at 10:34:53 AM CDT
**To:** Jackie Lyles <jackie.lyles@lifestylepubs.com>

Jackie,

Way to go on your first contract!

Congratulations and attached is your copy of the agreement that is now in the system.  I just need you to find and send there past ad to me and I will show you how we then upload for the ad design team.  Please see if you can send to me this week if possible and I will get it going for you.

Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would.  You receive commissions for this ad the 1st of May once placed and delivered so at 15% you will earn $112.50 per month for just this one placement and for at least 18 months with company.

Depending on how sales go for you I will pay you $500.00 each month for the next three additional months plus whatever commissions you have earned.  This means for May if you did nothing else but Cunningham I would still pay you $500.00 + $112.50 commissions = $612.50.  Of course if you get that furniture company and a few more this month for the May issue it will be 15% of all sales plus the $500.00.  I am just so happy to have you with us now and so wanted to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense.

Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.

Jim

# Advertising Agreement

# Lp Lifestyle
P U B L I C A T I O N S

Date 3/28/2019  Acct Mgr NEWMAN  Region GA  Fiscal Year 2019

Company Name CUNNINGHAM ASSOCIATES  Contact JERE SMITH

Address 3114  Ste

City/State/Zip Atlanta, GA 30340

E-mail  Website cunninghamhvac.com

Fax  Office Phone 770  Mobile

| Publication | Monthly Price | # Months | Size | Notes |
|---|---|---|---|---|
| Buckhaven | 750- | 36 | 1½ | * may cancel 18 months -no per |

N2_000063

# EXHIBIT 4

*full email chain*
*from Exhibit 4*

N2_000064

**Kathryn G. Fleming**

| | |
|---|---|
| **From:** | Jim Newman <jnewman@lifestylepubs.com> |
| **Sent:** | Wednesday, March 4, 2020 4:51 PM |
| **To:** | Kathryn G. Fleming |
| **Subject:** | Re: Neighborhood Networks Publishing, Inc. v. Lifestyle Publications, LLC |

Kathryn,

What is your opinion on this now? I will call Deland but I sent them what we discussed and followed the overall thoughts of everyone regarding NC court subpoena power and everyones feelings that it was not legit.

Do you see this as just intimidation? I am trying to determine how to move forward.


Thank you,

Jim


On Mar 4, 2020, at 2:57 PM, Kathryn G. Fleming <KGFleming@wardandsmith.com> wrote:

<2020.03.04 - Letter to J. Newman - Lifestyles Publications SE, LLC, 4815-8754-2710.pdf>

p: (770) ███

jnewman@lifestylepubs.com

lifestylepubs.com

**Jim Newman**

publisher

lifestyle publications

1

N2_000065

From: **Jim Newman** jnewman@lifestylepubs.com
Subject: Fwd: Neighborhood Networks Publishing, Inc. v. Lifestyle Publications, LLC
Date: March 4, 2020 at 4:53 PM
To: Deland. deland@lifestylepubs.com
Cc: Steven Schowengerdt steven@lifestylepubs.com

Deland,

I jut got this today and don't know exactly where to go with this. I sent them what Katheryn said and she felt the subpoena from NC had no weight in GA.

Please advise.

Thanks,

Jim

From:
Subject:
Date:
To:

### Kathryn G. Fleming
North Carolina State Bar Certified Paralegal

**Ward and Smith, P.A.**
751 Corporate Center Drive, Suite 300 (27607)
Post Office Box 33009 | Raleigh, NC 27636-3009
P: 919.277.9159

If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of the error immediately so that we can prevent it from happening again. You may reply directly to the sender of this message. Neither the name of Ward and Smith, P.A. or its representative, nor transmission of this email from Ward and Smith, P.A., shall be considered an electronic signature unless specifically stated otherwise in this email by a licensed attorney employed by Ward and Smith, P.A. Thank you

From: **DeLand Shore** deland@lifestylepubs.com
Subject: Re: Neighborhood Networks Publishing, Inc. v. Lifestyle Publications, LLC
Date: March 4, 2020 at 5.34 PM
To: Jim Newman jnewman@lifestylepubs.com
Cc: Steven Schowengerdt steven@lifestylepubs.com

We have been close to a settlement, so the attorney is going to ask them why they are seeking to enforce the subpoena when we are in active settlement talks.

On Wed, Mar 4, 2020 at 3.53 PM Jim Newman <                                    > wrote:
Deland

I jut got this today and don't know exactly where to go with this. I sent them what Katheryn said and she felt the subpoena from NC had no weight in GA.

Please advise.

Thanks,

Jim

From:
Subject:
Date:
To:



### Kathryn G. Fleming
North Carolina State Bar Certified Paralegal

**Ward and Smith, P.A.**
751 Corporate Center Drive, Suite 300 (27607)
Post Office Box 33009 | Raleigh, NC 27636-3009
P: 919.277.9159

If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of the error immediately so that we can prevent it from happening again. You may reply directly to the sender of this message. Neither the name of Ward and Smith, P.A. or its representative, nor transmission of this email from Ward and Smith, P.A., shall be considered an electronic signature unless specifically stated otherwise in this email by a licensed attorney employed by Ward and Smith, P.A. Thank you.

**Jim Newman**

**From:** Jim Newman jnewman@lifestylepubs.com
**Subject:** Re: Neighborhood Networks Publishing, Inc. v. Lifestyle Publications, LLC
**Date:** March 4, 2020 at 5:50 PM
**To:** Deland, deland@lifestylepubs.com
**Cc:** Steven Schowengerdt steven@lifestylepubs.com

Ok thanks and I just am supposed to respond by March 13th.

Thank you,

Jim



Kathryn G. Fleming
North Carolina State Bar Certified Paralegal

**Ward and Smith, P.A.**
751 Corporate Center Drive, Suite 300 (27607)
Post Office Box 33009 | Raleigh, NC 27636-3009
P: 919.277.9159

If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of the error immediately so that we can prevent it from happening again. You may reply directly to the sender of this message. Neither the name of Ward and Smith, P.A. or its representative, nor transmission of this email from Ward and Smith, P.A., shall be considered an electronic signature unless specifically stated otherwise in this email by

From: DeLand Shore deland@lifestylepubs.com
Subject: Re: Neighborhood Networks Publishing, Inc. v. Lifestyle Publications, LLC
Date: March 4, 2020 at 8:06 PM
To: Jim Newman jnewman@lifestylepubs.com

Will get back to you

On Wed, Mar 4, 2020 at 4:50 PM Jim Newman <_____@_____> wrote:
Ok thanks and I just am supposed to respond by March 13th.

Thank you,

Jim



**Kathryn G. Fleming**
North Carolina State Bar Certified Paralegal

**Ward and Smith, P.A.**
751 Corporate Center Drive, Suite 300 (27607)
Post Office Box 33009 | Raleigh, NC 27636-3009
P: 919.277.9159
v-card | www.wardandsmith.com

If you have received this confidential message in error, please destroy it and any
attachments without reading, printing, copying or forwarding it. Please let us know of
the error immediately so that we can prevent it from happening again. You may reply
directly to the sender of this message. Neither the name of Ward and Smith, P.A. or its
representative nor transmission of this email from Ward and Smith, P.A., shall be

From: **Jim Newman** jnewman@lifestylepubs.com
Subject: Re: Neighborhood Networks Publishing, Inc. v. Lifestyle Publications, LLC
Date: March 11, 2020 at 5:16 PM
To: Kathryn G. Fleming KGFleming@wardandsmith.com

Kathryn,
\
I am so sorry and thank you



Mr. Newman,

It appears that you sent this to the wrong recipient. I just wanted to let you know.

Kathryn

 **Kathryn G. Fleming**
North Carolina State Bar Certified Paralegal

**Ward and Smith, P.A.**
751 Corporate Center Drive, Suite 300 (27607)
Post Office Box 33009 | Raleigh, NC 27636-3009
P: 919.277.9159
Ward | www.wardandsmith.com                    <image002.png><image003.png><image004.png>

If you have received this confidential message in error, please destroy it and any attachments
without reading, printing, copying or forwarding it. Please let us know of the error immediately
so that we can prevent it from happening again. You may reply directly to the sender of this
message. Neither the name of Ward and Smith, P.A. or its representative, nor transmission of
this email from Ward and Smith, P.A., shall be considered an electronic signature unless
specifically stated otherwise in this email by a licensed attorney employed by Ward and Smith,
P.A. Thank you.

From: Jim Newman <jnewman@lifestylepubs.com>
Sent: Wednesday, March 11, 2020 4:53 PM
To: Kathryn G. Fleming <KGFleming@wardandsmith.com>
Subject: Re: Neighborhood Networks Publishing, Inc. v. Lifestyle Publications, LL

Kathryn,

What is your opinion on this now? I call you I heard but I say them what we are going
and I allowed the e-mail message of screens regarding of I send subpoena receipt and I
once more forested that it was and how

Do you anything of any interested? I am trying to determine how to move forward

Thank you.

Jim

From: Chris S. Edwards CSEdwards@wardandsmith.com
Subject: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena
Date: March 16, 2020 at 11:02 AM
To: jnewman@lifestylepubs.com
Cc: Kathryn G. Fleming KGFleming@wardandsmith.com

Mr. Newman:

I am following up on my letter of March 4, 2020. In that letter, we requested that you supplement your incomplete responses to our subpoena by Friday, March 13, 2020. We have not received any additional information from you.

I would like to avoid filing a motion to compel, but I do believe that my client is entitled to the information requested in the subpoena. Are you available this week for a phone call to discuss your subpoena responses and, perhaps, a way we can work together to identify responsive information that you may have in your possession? I would like to work this out before going to the Court if possible. I have some availability (1) tomorrow, Tuesday, morning at 10 AM, (2) Wednesday after 2 pm; or (3) Thursday after 9 AM. Please let me know if any of these times work for you.

Also, if you are represented by counsel, please let me know so that I may correspond with him or her directly.

Sincerely,
Chris



**Chris S. Edwards**
Attorney

**Ward and Smith, P.A.**
127 Racine Drive | University Corporate Center (28403)
Post Office Box 7068 | Wilmington, NC 28406-7068
P: 910.794.4867 | F: 910.794.4877
V-card | www.wardandsmith.com



If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of the error immediately, so that we can prevent it from happening again. You may reply directly to the sender of this message. Neither the name of Ward and Smith, P.A., or its representative, nor transmission of this email from Ward and Smith, P.A., shall be considered an electronic signature unless specifically stated otherwise in this email by a licensed attorney employed by Ward and Smith, P.A. Thank you.

**From:** Jim newman jnewman@lifestylepubs.com 
**Subject:** Fwd: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena
**Date:** March 16, 2020 at 6:00 PM
**To:** Deland. deland@lifestylepubs.com
**Cc:** Francis, Carrie M. carrie.francis@stinson.com

Deland,

Please advise on below and I copied Carrie as well. I know you said to ignore and that you were in final stages of negotiations but this just came in my junk email the I caught.

Let me know if all still advise to not repined or what to say if need to respond.

Thanks,

Jim

**From:**
**Subject:**
**Date:**
**To:**
**Cc:**

*(illegible forwarded message)*

Chris S. Edwards
Attorney

**Ward and Smith, P.A.**
127 Racina Drive | University Corporate Center (28403)
Post Office Box 7068 | Wilmington, NC 28406-7068
P: 910.794.4867 | F: 910.794.4877
v-card | www.wardandsmith.com

   

If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of

From: **Francis, Carrie M.** carrie.francis@stinson.com
Subject: RE: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena
Date: March 16, 2020 at 6:18 PM
To: Jim Newman jnewman@lifestylepubs.com, DeLand Shore deland@lifestylepubs.com

Hi Jim

If he has a proposal, he can submit it to you in writing as to how he will narrow the scope of the request and you will consider. You should not speak to him directly as he is adverse to you/us.

**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602.212.8535 \ Mobile: 480    \ Bio

Assistant: Linda Holder \ 602    \ linda.holder@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Sent:** Monday, March 16, 2020 3:00 PM
**To:** Deland. <deland@lifestylepubs.com>
**Cc:** Francis, Carrie M. <carrie.francis@stinson.com>
**Subject:** Fwd: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

External Email – Use Caution

Deland,

Please advise on below and I copied Carrie as well. I know you said to ignore and that you were in final stages of negotiations but this just came in my junk email the I caught.

Let me know if all still advise to not repined or what to say if need to respond.

Thanks,

Jim

> Begin forwarded message:
>
> **From:** "Chris S. Edwards" <CSEdwards@wardandsmith.com>
> **Subject: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena**

**From:** Jim newman jnewman@lifestylepubs.com
**Subject:** Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena
**Date:** March 16, 2020 at 6:57 PM
**To:** Chris S. Edwards CSEdwards@wardandsmith.com
**Bcc:** carrie francis@stinson.com

Mr Edwards,

Through advise of attorney. if you have a proposal you can submit in writing as to how you wish to narrow the scope of the request so I may review and consider.

Sincerely,

Jim



**Chris S. Edwards**
Attorney

**Ward and Smith, P.A.**
127 Racine Drive | University Corporate Center (28403)
Post Office Box 7068 | Wilmington, NC 28406-7068
P: 910 794 4867 | F: 910 794 4877

If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of the error immediately so that we can prevent it from happening again. You may reply directly to the sender of this message. Neither the name of Ward and Smith, P.A. or its representative, nor transmission of this email from Ward and Smith, P.A. shall be considered an electronic signature unless specifically stated otherwise in this email by a licensed attorney employed by Ward and Smith, P.A. Thank you





Just left you a voice mail. Please call to discuss when you are available.

Carrie

**Carrie M. Francis**
Partner

1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602.212.8535 · Mobile: 480.213.6765

Assistant: Linda Holcer | 602.212.8641

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

From: Jim Newman <jim@neighborhoodnetworks.com>
Sent: Friday, March 20, 2020 7:07 AM
To: Chris S. Edwards <chris.edwards@usdoj.gov>
Cc: Josh Karr <josh@neighborhoodnetworks.com>; Francis, Carrie M. <carrie@>; Deland,
<deland@>
Subject: Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Chris,

As I stated previously on the advise of attorney I have supplied information requested in subpoena.

I will be continue to follow her advise regarding this matter.

Jim

Sent from my iPhone

> On Mar 20, 2020, at 6:51 AM, Chris S. Edwards <chris.edwards@usdoj.gov> wrote:

Mr. Newman,

This is my final demand to meet that order.

If you do not contact me or come into compliance with the subpoena by the close of business today, I plan to bring Motion to Compel your compliance in the Northern District of Georgia.

Chris

From: Chris S. Edwards
Sent: Tuesday, March 17, 2020 3:20 PM
To: 'Jim Newman' <jim@neighborhoodnetworks.com>
Cc: Kathryn G. Horning ...... Max E. Dale

From: **DeLand Shore** deland@lifestylepubs.com
Subject: Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena
Date: March 24, 2020 at 11:17 AM
To: Francis, Carrie M. carrie.francis@stinson.com
Cc: Jim Newman jnewman@lifestylepubs.com

I think we are good to go

On Tue, Mar 24, 2020 at 9:58 AM Francis, Carrie M. <carrie.francis@stinson.com> wrote:

Thanks, DeLand already approved.

**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602.212.8535 \ Mobile: 480█████ \ Bio

Assistant: Linda Holder \ 602█████ \ linda.holder@stinson.com

**STINSON.COM**

From: Jim Newman <jnewman@lifestylepubs.com>
Sent: Tuesday, March 24, 2020 7:55 AM
To: Francis, Carrie M. <carrie.francis@stinson.com>
Cc: Deland. <deland@lifestylepubs.com>
Subject: Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Deland,

Are you ok with what Carrie wishes to send over. I assume she is looking for your approval and not mine but I am good with it for the record.

Jim

On Mar 24, 2020, at 9:50 AM, Francis, Carrie M. <carrie.francis@stinson.com> wrote:

No additional information needed as of now. Just approval to send to N2. Thx

**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602.212.8535 \ Mobile: 480█████ \ Bio

Assistant: Linda Holder \ 602█████ \ linda.holder@stinson.com

**STINSON.COM**

From: Jim Newman <jnewman@lifestylepubs.com>
Sent: Tuesday, March 24, 2020 7:49 AM
To: Francis, Carrie M. <carrie.francis@stinson.com>
Cc: Deland. <deland@lifestylepubs.com>
Subject: Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Carrie,

Do you need any additional information from me and other than what I just sent and copied you on to the N2 attorney should I do anything else?

Jim

From: **Kathryn G. Fleming** KGFleming@wardandsmith.com
Subject: Neighborhood Networks - Lifestyle Publications, SE, LLC - Order Granting Motion to Compel
Date: May 12, 2020 at 10:21 AM
To: Jim Newman jnewmen@lifestylepubs.com
Cc: AHunt@HorackTalley.com, carrie.francis@stinson.com, Alex C. Dale ACD@wardandsmith.com, Chris S. Edwards
    CSEdwards@wardandsmith.com

Good morning Mr. Newman,

Please find attached a copy of the Order filed in the Northern District of Georgia granting Plaintiffs' Motion to Compel. A copy has also been mailed to you via certified mail.

Best,

Kathryn



### Kathryn G. Fleming
North Carolina State Bar Certified Paralegal

**Ward and Smith, P.A.**
751 Corporate Center Drive, Suite 300 (27607)
Post Office Box 33009 | Raleigh, NC 27636-3009
P: 919.277.9159
V-card | www.wardandsmith.com

  

If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of the error immediately so that we can prevent it from happening again. You may reply directly to the sender of this message. Neither the name of Ward and Smith, P.A. or its representative, nor transmission of this email from Ward and Smith, P.A., shall be considered an electronic signature unless specifically stated otherwise in this email by a licensed attorney employed by Ward and Smith, P.A. Thank you.



Dkt 07 -
2020.0...96.pdf



May 12, 2020

VIA EMAIL AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Lifestyle Publications, S.E., LLc
c/o James Newman
2 Windsor Trace

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I served the foregoing ORDER ON MOTION TO COMPEL on the following via electronic mail and by certified mail, return receipt requested, by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to the following person at the following address which is the last address known to me:

Lifestyle Publications, S.E. LLC
c/o James Newman
2 Wieuca Trace
Atlanta, GA 30342
jnewman@lifestylepubs.com
*Defendant*

Carrie M. Francis, Esq.
Stinson LLP
1850 N. Central Avenue
Suite 2100
Phoenix, AZ 85004-4584
carrie.francis@stinson.com

Amy P. Hunt, Esq.
Horack, Talley, Pharr &
 Lowndes, P.A.
301 South College Street
Suite 2600
Charlotte, NC 28202-6006
AHunt@HorackTalley.com


/s/ *Christopher S. Edwards*
Christopher S. Edwards

ND: 4826-5444-7292, v. 1

N2_000078

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

NEIGHBORHOOD NETWORKS )
PUBLISHING, INC. and N2 )
FRANCHISING, LLC, )           FILE NO. 20-mi-00040-WMR
)
    Plaintiffs, )
)                **ORDER ON MOTION TO COMPEL**
    v. )
)
JACQUELINE MARIE LYLES and )
LIFESTYLE PUBLICATIONS, LLC, )
)
    Defendants. )

This matter is before the Court on the Motion to Compel (D.E. 1) filed by Plaintiffs Neighborhood Networks Publishing, Inc.'s and N2 Franchising, LLC (collectively, "Plaintiffs").  Plaintiffs seek to compel third party Lifestyle Publications S.E., LLC ("Lifestyle S.E.") to fully respond to Plaintiffs' Subpoena *Duces Tecum*.

For the reasons outlined in Plaintiffs' Motion, the Motion is GRANTED.  Third party Lifestyle SE is DIRECTED to fully respond to Plaintiffs' Subpoena *Duces Tecum* no later than seven days from the date of entry of this Order.   Plaintiffs are directed to serve this Order upon Lifestyle S.E. utilizing service of process.   If Lifestyle S.E. does not comply with this subpoena, and should the Plaintiffs file a motion for contempt relative to this Order, then such motion must also be served utlizing service of process; provided, however, that if Lifestyle S.E. enters an appearance in this case, then any motion for contempt may be served under the rules like any other pleading is served.

    This 11th day of May, 2020.

*William M. Ray II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE



**From:** Jackie Lyles jackielyles@att.net
**Subject:** This was the first thing we'd say at our appts in the "introduction"
**Date:** February 19, 2019 at 5:57 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Glad we were able to connect today. I'm pretty swamped and I'm sure you're busy as well. For most of our potential partners, this program either makes total sense for their business or it doesn't.

Jackie Lyles
Peachtree Bottle Living
404



From: Jackie Lyles jackielyles@att.net
Subject: Re: Media kits and Editorial Calendar
Date: February 21, 2019 at 11:33 AM
To: Jim Newman jnewman@lifestylepubs.com

Hi Jim-
Hope you are well this morning!

Would you mind resending the "editorial" calendar for 2019.
thank you!
Jackie


On Tuesday, February 19, 2019, 9:48:16 AM EST, Jim Newman <jnewman@lifestylepubs.com> wrote:

Download full resolution images
Available until Mar 21, 2019

Click to Download!
Perimeter North Lifestyle Media Kit pdf.pdf
4 MB

Click to Download!
Alpharetta Lifestyle Media Kit pdf.pdf
4 MB

Click to Download!
BuckHaven Lifestyle Media Kit pdf.pdf
4 MB

Click to Download!
Johns Creek Media Kit pdf.pdf
4 MB



**From:** **Jim Newman** jnewman@lifestylepubs.com
**Subject:** Re: it's me
**Date:** February 25, 2019 at 11:00 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Got it and you need to set up your signature as well and should have gotten direction so it looks something like mine below,

Jim

> On Feb 25, 2019, at 10:01 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>
> Hi there- let me know if you receive this : )
>
> ─
> Jackie Lyles
> L i f e s t y l e / publications
> BuckHaven LIFESTYLE  buckhavenlifestyle.com
> Perimeter North LIFESTYLE  perimeternorthlifestyle.com
> Johns Creek LIFESTYLE  johnscreeklifestyle.com
> Alpharetta LIFESTYLE  alpharettalifestylepubs.com
> (404) ████████

# Jim Newman

*Publisher*
P: 7702316292.
jnewman@lifestylepubs.com



**Follow us at:**
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com 
**Subject:** Re: Bus cards ordered. It' official
**Date:** February 26, 2019 at 9:10 PM
**To:** Jim Newman jnewman@lifestylepubs.com

awesome - thanks so much!
I really am excited!  Can't wait to get started.  Thank you for sharing your morning with me today.

See you in the parking lot of Georgia Flooring.  I will plan to be there by 10:20.
Address is:  6402 Atlantic Blvd., Suite 215
Norcross  30071
Cassie is the contact person.


jackie

On Tue, Feb 26, 2019 at 4:32 PM Jim Newman <jnewman@lifestylepubs.com> wrote:

Front



Back



Jim Newman
*Publisher*
P: 770
jnewman@lifestylepubs.com

*Inspired* by Community ™

**Follow us at:**
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

--
**Jackie Lyles**
**L i f e s t y l e / publications**
BuckHaven LIFESTYLE  buckhavenlifestyle.com
Perimeter North LIFESTYLE  perimeternorthlifestyle.com
Johns Creek LIFESTYLE  johnscreeklifestyle.com
Alpharetta LIFESTYLE  alpharettalifestylepubs.com
**(404)** ████

**From:** **Jim Newman** jnewman@lifestylepubs.com
**Subject:** Re: New 2019 media kits with and without pricing
**Date:** February 27, 2019 at 11:37 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com



On order.  Maybe by when your back.

Sent from my iPhone

On Feb 27, 2019, at 7:48 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Hi Jim -
thank you for these.  Do you have the hard copies yet?

Jackie :)

On Wed, Feb 27, 2019 at 3:02 PM Jim Newman <jnewman@lifestylepubs.com> wrote:

# Jim Newman
*Publisher*
P: 770
jnewman@lifestylepubs.com

### Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

--
Jackie Lyles
L i f e s t y l e / publications
BuckHaven LIFESTYLE  buckhavenlifestyle.com
Perimeter North LIFESTYLE  perimeternorthlifestyle.com
Johns Creek LIFESTYLE  johnscreeklifestyle.com
Alpharetta LIFESTYLE  alpharettalifestylepubs.com
(404)

**From:** Jackie Lyles  jackie.lyles@lifestylepubs.com
**Subject:** Re: Phone follow up today with BuckHaven and information
**Date:** February 28, 2019 at 6:27 PM
**To:** Jim Newman  jnewman@lifestylepubs.com



:)  Hope she gets back to you!
Hope you had a great day - thank you again for everything - I'll be in touch.  I am taking a bunch of things to the beach.
Praying for happy sunny weather.

best and cheers!
Jackie

On Thu, Feb 28, 2019 at 10:39 AM Jim Newman <jnewman@lifestylepubs.com> wrote:

Damby,

It was so nice to speak again with you this morning and I look forward to speaking to Christa later toady possibly.

I wanted to send over some information to refresh's you both on our audience because I know it is important to you both to make sure your message reaches the correct audience, often and effectively.  Our issues are of the highest quality, direct mailed free and monthly within an 8 mile radius and to only the most affluent homes in the area.

We reach over 100,000 of these readers monthly and we also connect with them through over 700 doctor, dental and area Whole Food locations for added exposure for your message.  We also support that message with our online digital issues, website and social media platforms.

We offer free editorial support as well as networking events so that the multiple tier of effort creates the visibility you need to gain the response you expect for your investment.

I invite you to visit us online at: buckhavenlifestyle.com  and I look forward to speaking with you and Christa and discussing ways to present you to our audience.

Jim

# Jim Newman

**p:** (770) 231-6292

jnewman@lifestylepubs.com

publisher

lifestylepubs.com

lifestyle publications









--
**Jackie Lyles**
**L i f e s t y l e / publications**
BuckHaven LIFESTYLE  <u>buckhavenlifestyle.com</u>
Perimeter North LIFESTYLE  <u>perimeternorthlifestyle.com</u>
Johns Creek LIFESTYLE  <u>johnscreeklifestyle.com</u>
Alpharetta LIFESTYLE  <u>alpharettalifestylepubs.com</u>
**(404)** ███████

N2_000087

From: **Jackie Lyles** jackie.lyles@lifestylepubs.com
Subject: Re: Updates to the New Deal / Proposal Template
Date: March 1, 2019 at 8:00 AM
To: Jim Newman jnewman@lifestylepubs.com

thank you and thank you!
I will mess with it when gone.
:)
Jackie

On Thu, Feb 28, 2019 at 8:23 PM Jim Newman <jnewman@lifestylepubs.com> wrote:

Yes, we can and it is really cool. I just had them do some redesign last two days so not to show totals and they did this for us really great now.

Makes a wonderful presentation. Have a great trip and be safe.

Jim

On Feb ... 2019 at 7:11 PM ... Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Hi Jim,
maybe we can do a redesign now. Let's see. Thanks
Jackie

--------- Forwarded message ---------
From: Matthew Perry <matthew@lifestylepubs.com>
Date: Thu, Feb 28, 2019 at 7:15 PM
Subject: Updates to the New Deal / Proposal Template
To: Jackie Lyles <matthew@lifestylepubs.com>

# Lifestyle

...

Best regards,

# Matthew Perry | p1

Jackie Lyles
L i f e s t y l e / publications
BuckHaven LIFESTYLE  buckhavenlifestyle.com
Perimeter North LIFESTYLE  perimeternorthlifestyle.com
Johns Creek LIFESTYLE  johnscreeklifestyle.com
Alpharetta LIFESTYLE  alpharettalifestylepubs.com
(404) ▮▮▮▮

## Jim Newman

*Publisher*
P: 770▮▮▮▮
jnewman@lifestylepubs.com



Lifestyle
P U B L I C A T I O N S
*Inspired* by Community ®

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

Jackie Lyles
L i f e s t y l e / publications
BuckHaven LIFESTYLE  buckhavenlifestyle.com
Perimeter North LIFESTYLE  perimeternorthlifestyle.com
Johns Creek LIFESTYLE  johnscreeklifestyle.com
Alpharetta LIFESTYLE  alpharettalifestylepubs.com
(404) ▮▮▮▮

From: **Jackie Lyles** jackie.lyles@lifestylepubs.com
Subject: question about online issues -
Date: March 4, 2019 at 4:38 PM
To: Jim Newman jnewman@lifestylepubs.com

HI Jim :)

Hope you are well -
How do you attach an online issue to an email?  Is there an easy way to explain this via email?

thanks -
jackie lyles

--
**Jackie Lyles**
**L i f e s t y l e / publications**
BuckHaven LIFESTYLE  buckhavenlifestyle.com
Perimeter North LIFESTYLE  perimeternorthlifestyle.com
Johns Creek LIFESTYLE  johnscreeklifestyle.com
Alpharetta LIFESTYLE  alpharettalifestylepubs.com
(404)

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: Like this?
**Date:** March 4, 2019 at 4:46 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Need glasses?

On Mar 4, 2019, at 4:44 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

thank you young man :)
jackie

On Mon, Mar 4, 2019 at 4:43 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

They are working on this and it is not easy. What we recently have received is some emails from corporate with the magazines attached and I have been taking that and forwarding like this attached and sending.

It is the only way I know how to do currently.

You can take this email for example and forward it, then delete all my stuff type your stuff and send it and the attached magazines go with it.

Make sense? How is the trip going?

Jim






**From: Jim Newman** jnewman@lifestylepubs.com
**Subject:** Fwd: Focus on getting started
**Date:** March 11, 2019 at 12:19 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Cc:** Jackie Lyles jackielyles@att.net

Begin forwarded message:

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Subject:** Focus on getting started
**Date:** March 8, 2019 at 8:01:03 AM EST
**To:** Jackie Lyles <jackielyles@att.net>

Jackie

We are thrilled to get you launched with us and know the more you will be a wonderful asset to the team here as we create.

I want to do all I can to make sure you get up and running as quick as possible so that you can feel good about your decision as well as start to earn income. I feel it is important to set goals and give you expectations so that you have a clear direction and a way to scale our progress on the following are some goals I designed and ways I recommend in general to reach them in the next several months.

Goals

March

Week of 11th to 15th - Finish training / attend every Tuesday night and every team call at El Segundo Group and with Jim and Marvin / Make phone calls and set up at least 4 appointments for the following week.

Week of 18th to 22nd - Try on Mon. and Tue. To do calls and set up by Wed. Thur. and Fri. To press on / Be at 4 pats you set up from previous week / Set 4 more and for next week / Close some over. Do some walk ins.

Week of 25th to 28th - Should be comfortable by now and doing calls for our regularly / Should be setting 4 to 8 appt weekly for following week or later that week. Goal to have over 10 appt called on soon and either closing or closed.

Group of March - By end of month should have called on and presented to 10 to 12 clients and have appt set with 8 to 8 more upcoming. Keep a spread sheet (attached) of your target capture and their information and please provide to me weekly. This will be your target list and your follow up list and I will help you update it this ongoing. This list as it grows will be what we work off of and focus on to close deals and protect sales.

April

General Goals

1 to 5 – Look at your target list. Do you have 10 to 12 client that you have presented to from April and are following up on or closed? If not we need to build now. It so let me help you close them within reason.

6 to 10 – Get in rhythm now. M & T calls for appt. Wed. Thur. Fri. Go and appt. and do walk ins between them. Deal is to get 40 clients in some stage of commitment in issues.

15 to 19 - Should now be doing 3 to 4 presentations per week with multiple walk ins. Should have closed 2 to 4 clients by now in issues. Should be making 25 presentations and target clients.

22 to 26 – Update your target list. Where are you? How many have you presented to? How many have come on board? What do you find easy? What do you want assistance with? How many clients have you presented to? We will meet here and go through and update to make sure on track.

29 to 3 – Reset and realign. From here we will see where we are and what we may re-adjust. Hopefully you will have 25 to all presentations and 6 to 7 new clients and rolling with a lot of follow-up of clients to do and plenty of appointments. If so you are rolling and well on your way to 25k per month in sales within 6 to 8 months.

Focus

In order to reach these goals you will need to do work up front but will get much easier as You build both your commitment with us and your client base. To make all this easier I remember to:

1. Focus your time on events the can afford $765.00 to $1,250.00 per month in investment.

N2_000092

\* Call on Dentist, Medical, Remodelers, relator, Developers, Spas, Jewlers, High end home services and businesses that sell services and products that are higher priced.

\*. Remember on phone calls you represent a very affluent audience of readers close to the business your calling and you are trying to find businesses that you feel our reader would be interested in doing business with and reading about and want to come by to learn more about them. The approach on the call should be not in selling but more about how you represent the affluent reader and want to find good businesses for them to support.

\*. Finally, it will come down to what you believe in your head and what your expectations are. If you believe in what we do and that the people you are calling on will benefit form partnering with us then your passion will come through and then it is all about helping them pull the trigger and make the decision. The sooner you are with us there mentally the easier this will become and the happier you will be so commuincate with me where you are and where you might struggle if at all so I can help you.

Attached are some calls I promised you form Sandra our lead generator and study the things online and let's pan to meet Monday to go over everything at my house around 9:00am if works for you and we are so excited to have you with us.

Jim



DAILY LEAD
CONTA...ET.xlsx



MONTHLY
PROGR...RT.xlsx

**Jim Newman**
*Publisher*
P. 77█████████
jnewman@lifestylepubs.com





N2_000093

From: **Jackie Lyles** jackie.lyles@lifestylepubs.com
Subject: what do you click on to put a presentation together?
Date: March 11, 2019 at 8:12 AM
To: Jim Newman jnewman@lifestylepubs.com

In arc?

would you put any together before an appt?
thanks
jackie

—
Jackie Lyles
**L i f e s t y l e / publications**
BuckHaven LIFESTYLE  buckhavenlifestyle.com
Perimeter North LIFESTYLE  perimeternorthlifestyle.com
Johns Creek LIFESTYLE  johnscreeklifestyle.com
Alpharetta LIFESTYLE  alpharettalifestylepubs.com
**(404)** ▮▮▮▮▮

☆ **Jackie Lyles**

Inbox - Comcast  March 11, 2019 at 10:49 AM

Custom Partnership Proposal for Amy's Cupcakes (Atlanta)

To: Jvnewman@Comcast.net Newman <Jvnewman@comcast.net>



**Lifestyle** | publications

It has been great meeting with you to learn more about your business and plans for the future. Following our discussion, here's a custom proposal designed specifically with options to help meet and exceed your future growth plans.

Upon review, simply select the option that best fits your needs to sign electronically. Alternatively, let me know if you have any further questions.

I'm looking forward to our partnership moving forward.

Jackie

**View Custom Proposal**

Regards,

Jackie



## Jackie Lyles

**Jackie Lyles** |

senior account manager
lifestyle publications

p: (404) ███
jackie.lyles@lifestylepubs.com
lifestylepubs.com

Case 7:19-cv-00089-BO  Document 51-7  Filed 06/15/20  Page 99 of 204  N2_000095

**Jackie Lyles**  📎

phone script (help!)

To:  Jim Newman

jackie

thanks –

Please look over attached and feel free to make any changes.....

I feel like it needs a little love.

**Jackie Lyles**
**(404)** ████

# Lp

# Lifestyle

PUBLICATIONS

*Inspired*   by Community™

Follow us at:

buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

JL

Hi there. My name is Jackie Lyles and I am looking to reach the person that handles the marketing and editorial for this business.

 I work for a local community publication and we represent about 100,000 very affluent and educated readers in about an 8-mile radius. I am looking to find businesses that I feel my readers would be interested in and came across your business and would love to learn more!

I am going to be in your area on Wednesday and could meet with _____ at 9am Wednesday or noon on Thursday. Which one do you prefer?

(we are a direct mail, monthly boutique magazine, which focuses on the community in those specific areas. We are always looking for clients that reflect what are readers are interested in. Our readers are mostly women, live in homes that range from 600k - 6 million dollars and have discretionary income. Besides the monthly publication, we also offer social media opportunities).

N2_000097



☆ Jim Newman  ✎

Re: savi provisions

To: Jackie Lyles

March 13, 2019 at 11:17 AM

They did some Adv. but good lead and owners knows us and he has expanded and so great timing to call him. Mention my name and he said he was still interested when they open new location which they now have. We did a story 4 years ago on him and his family, fyi.

Should be good time now.

On Mar 13, 2019, at 10:54 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

hey - noticed they were a past customer - what happened?
Just wondering if I should bother pursuing. Stopped in Pharr Rd. locations and loved it and got owners name....
jackie

**Jackie Lyles**
**(404)** ▮▮▮▮▮▮

<lifestylepubs-logo.png>

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

From: **Jackie Lyles** jackie.lyles@lifestylepubs.com
Subject: Re: It's Not Too Late to Register!
Date: March 14, 2019 at 4:53 PM
To: Jim Newman jnewman@lifestylepubs.com

hey there!
My husband had to go out of town to help his mom so sadly I will miss the event tonight at the Brookhaven chamber.
I have more duties (dinner and get my son to his basketball game). I was trying to make it all work but am not able to. I hate to miss it.

I'd love to join the Brookhaven Chamber - I don't go over in that area too often and would love to meet the businesses. Would I join on my own or through you? I will call/email as well.

thanks Jim - I'm sorry about this afternoon.
have a great trip - I'll keep in touch.
jack #:)

On Wed, Mar 13, 2019 at 9:31 PM Jackie Lyles < > wrote:
yes - let me know if I just show up
I need to join this one Buckhead chamber again.
jackie

On Wed, Mar 13, 2019 at 3:58 PM Jim Newman < > wrote:
Want to go to this?

Sent from my iPhone

Begin forwarded message:



View this email in your browser

## Brookhaven
### Chamber of Commerce

### WELCOME TO
## THE SHERIDAN
#### NORTH DRUID HILLS

The Sheridan North Druid Hills is hosting our March Networking Happy Hour
and giving us an insiders look into their $2 Million renovation project!

Enjoy complimentary drinks and appetizers while networking with other
community and chamber members as you enjoy their clubhouse room
overlooking their beautiful pool. You'll have the opportunity to take a tour of their
one and two bedroom model apartments led by a property manager who is

From: **Jim Newman** jnewman@lifestylepubs.com 📎
Subject: Fwd: APPT>>THE STANDARD LUXURY BEAUTY SERVICES<
Date: March 20, 2019 at 11:27 AM
To: Jackie Lyles jackie.lyles@lifestylepubs.com



Jackie,

This apt. set by Sandra was canceled and it is time to reschedule., Why don't you listen to call and call her back and go
ee.

Jim

Begin forwarded message:

From: Sandra Reiss <reisspieces4@gmail.com>
Subject: **APPT>>THE STANDARD LUXURY BEAUTY SERVICES<<MEET NEARBY**
Date: February 5, 2019 at 10:25:21 AM CST
To: Jim Newman <jnewman@lifestylepubs.com>

### JIM>>THE STANDARD

*Monday, February 11th 2019, 3:00 pm*

*View Contact*
*MEET: Owner; SARAI MATEO*
*PHONE: - (404)*
*EMAIL: HELLOSETYOURSTANDARD@GMAIL.COM*
*ADDRESS:* ▓▓▓▓▓▓ *NW ATLANTA, GA 30308*

*\*\*WEBSITE: https://www.setyourstandardatl.com/*
*\*\*LEAD SOURCE HP SIMPLY BUCKHEAD / THE ATLANTAN / JEZEBEL*

*(recording available)*

Sandra Reiss

## Jim Newman
*Publisher*
P: 770▓▓▓
jnewman@lifestylepubs.com



**From:** Jackie Lyles jackie.lyles@lifestylepubs.com 📎
**Subject:** Re: APPT>>THE STANDARD LUXURY BEAUTY SERVICES<
**Date:** March 20, 2019 at 5:41 PM
**To:** Jim Newman jnewman@lifestylepubs.com

thank you will call her in the morning :)
jackie

On Wed, Mar 20, 2019 at 11:27 AM Jim Newman <jnewman@lifestylepubs.com> wrote:

Jackie,

This apt. set by Sandra was canceled and it is time to reschedule... Why don't you listen to call and call her back and go es.

Jim

Begin forwarded message:

**From:** Sandra Reyes <rejesnloces4@gmail.com>
**Subject:** APPT>>THE STANDARD LUXURY BEAUTY SERVICES<<MEET NEARBY
**Date:** February 5, 2019 at 10:34:21 AM EST
**To:** Jim Newman <jnewman@lifestylepubs.com>

*JIM>>THE STANDARD*

*Monday, February 11th 2019, 3:00 pm*

View Contact
*MEET: Owner; SARAI MATEO*
*PHONE: - (404)* ▮▮▮▮
*EMAIL: HELLOSETYOURSTANDARD@GMAIL.COM*
*ADDRESS:* ▮▮▮▮▮▮▮▮▮ *NW ATLANTA, GA 30308*

*\*\*WEBSITE: https://www.setyourstandardatl.com/*
*\*\*LEAD SOURCE HP SIMPLY BUCKHEAD / THE ATLANTAN / JEZEBEL*

*(recording available)*

Sandra Reyes

**Jim Newman**
Publisher
P: 77▮▮▮▮
jnewman@lifestylepubs.com

Follow us at:
buckheadlifestyle.com
connectormorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

---
**Jackie Lyles**
**(404)** ▮▮▮▮▮



Follow us at:
buckheadlifestyle.com
connectornorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

N2_000101



**From:** Sue Collins scollins@lifestylepubs.com
**Subject:** Re: story ideas from a potential client and resident in 30305 (Peachtree Battle)
**Date:** March 21, 2019 at 4:49 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Yep I saw those. Great. I asked her to clarify which were friends in which were leads... Thanks much

On Thu, Mar 21, 2019 at 2:32 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Sue,

Some great leads for stories and let me now if you pursue and when so I can share with the owner fo the Hvac that Jackie is trying to land and may help with that as well.

Jim

On Mar 21, 2019, at 11:52 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Hi Sue!

At my old job I met so many amazing people that wanted me to succeed and wanted to let me know of great stories that inspire and that are interesting. 

One of these people is Bob Cunningham
He owns Cunningham and Associates (HVAC and generators....)

I met with Bob today and he shared two editorial stories that he thought our readers would like. (Bob Cunningham does a lot of work on his own with The Shepherd Center and our military - he puts on a yearly golf tournament to raise money. I think this fell is his final one. Another good story actually. Bob lives in Peachtree Battle, zip code is 30305. I just found this info, on Bob and what he does to help on his web site -

Over Seven Years ago, Peachtree Battle resident and owner of Cunningham Associates Heating and Air, Bob Cunningham, co-founded and co-chaired the Brookhaven Rotary Club's "Service Above Self" invitational". This past May, the Rotary Club raised and presented to Alana Shepherd a check in the amount of $172,500.

The money will go to Shepherd Center's inspiring SHARE Military Initiative, which is a comprehensive rehabilitation program that focuses on assessment and treatment for service men and women who have sustained a mild to moderate traumatic brain injury along with co-occurring PTSD or other mental health concerns (such as depression or anxiety), from service in post 9/11 conflicts. Over the past 7 years, Brookhaven Rotary has raised a total of almost $650,000 for The Shepherd Center through the annual golf tournament.

He would love it if you called him at ?
(email bcunningham@cunninghamhvac.com) to get a little more info about the stories. but. here is a little info

1. First on is a man that lives in Alpharetta.
His name is Tim Crockett
Tim's mobile number is ?
email tim.crockett@hr-global.com
He is from England originally. He rowed a 20 ft. boat 3,000 nautical miles across the Atlantic solo to raise awareness and support for those suffering from PTS(D) and other mental health disorders. www.tamethekraken.org I think he had a sponsor and its pretty darn cool. Not many people now across the atlantic for a cause that live in our town.

2. Travis Ellis:
(404) ?
Lives in Marietta
email travis@enclilzeelfuds.com
Travis has an organization called Stephens Men. He/they raise money for The Shepherds Center through SHARE (a military initiative) to help with PTS. He raises or has raised over 1,000,000 each year over the last few years.

sorry so much info. Don't have to do but good stories, really all three :)
Jackie

--
**Jackie Lyles**
**(404)** ████

<lifestylepubs-logo.png>

Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com





N2_000102

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com

**Subject:** Fwd: Follow up

**Date:** March 21, 2019 at 7:02 PM

**To:** Jim Newman jnewman@lifestylepubs.com

good news - see below, but I need to answer the 36 month thing - how do I say?
jackie

--------- Forwarded message ---------
From: Jere Smith <jsmith@cunninghamhvac.com>
Date: Thu, Mar 21, 2019 at 3:20 PM
Subject: Follow up
To: jackie.lyles@lifestylepubs.com <jackie.lyles@lifestylepubs.com>

Jackie,

Thanks for meeting with us this morning, it was great to see you!

Bob and I both want to proceed with an ad.

Our only hesitation lies with the 36 month term. Can you detail the term rules for me? I remember you saying something about a $200 cancelation fee but what was the other part?

Thanks!

**Jere Smith**

**Cunningham Associates**

**Heating and Air Conditioning, Inc.**

**770.455.6722 Office**

jsmith@cunninghamhvac.com

www.cunninghamhvac.com

--
**Jackie Lyles**
**(404 █████████**



Follow us at:
buckhaven@lifestyle.com
connectemory@lifestyle.com
johnscreek@lifestyle.com
alpharetta@lifestylepubs.com

From: **Jackie Lyles** jackielyles@att.net
Subject: Re: Updated invitation: fu. REMODELREPUBLIC @ Thu Apr 4, 2019 10:30am - 11:30am (EDT) (jackielyles@att.net)
Date: March 25, 2019 at 7:52 PM
To: jnewman@lifestylepubs.com

Hi there,
let's talk about this tomorrow since it is Karen's account.
thx-
jackie

On Monday, March 25, 2019, 5:24:12 PM EDT, <jnewman@lifestylepubs.com> wrote:

This event has been changed.

## fu. REMODELREPUBLIC

more details »

| When | Changed: Thu Apr 4, 2019 10:30am – 11:30am Eastern Time - New York |
|---|---|
| Calendar | jackielyles@att.net |
| Who | · Jim Newman - organizer |
|  | · jackielyles@att.net |

Tuesday, February 26th 2019, 10:30 am
View Contact
SEE: Owner; MURAT
PHONE: (678)█████
EMAIL: HELLO@REMODELREPUBLIC.COM
ADDRESS: 6595 PEACHTREE INDUSTRIAL BLVD
PEACHTREE CORNERS, GA 30092

**WEBSITE: WWW.REMODELREPUBLIC.COM
(recording provided)

Going (jackielyles@att.net)?  Yes  -  Maybe  -  No    more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account jackielyles@att.net because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com 📎
**Subject:** Declined: Apt: Sincere and Ingegrity service . see Archana . 470-40... @ Tue Mar 26, 2019 11:30am - 12:30pm (EDT) (Jim Newman)
**Date:** March 26, 2019 at 8:31 AM
**To:** jnewman@lifestylepubs.com

**Jackie Lyles has declined this invitation.**

## Apt: Sincere and Ingegrity service . see Archana . 470-

Call from Sumanti Ramirez at 678-███████. Wants to advetsie acct bus.

Owner is Archana Jitendra
email address is : sumati.remirez@sai-jh.com

Suite B06

| When | Tue Mar 26, 2019 11:30am – 12:30pm Eastern Time - New York |
|---|---|
| Where | 1145 Peachtree Industrial Blvd, Suwanee, GA 30024, USA (map) |
| Calendar | Jim Newman |
| Who | • Jim Newman - organizer |
| | • jackie.lyles@lifestylepubs.com |

Invitation from Google Calendar

You are receiving this email at the account jnewman@lifestylepubs.com because you are subscribed for invitation replies on calendar Jim Newman.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

⬇          ⬇

Mail Attachment    invite.ics
820 bytes        915 bytes



**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** Invitation: Cunningham Assoc. Jere Smith @ Thu Mar 28, 2019 9:30am - 10:30am (EDT) (Jim Newman)
**Date:** March 26, 2019 at 8:54 AM
**To:** jnewman@lifestylepubs.com

## Cunningham Assoc. Jere Smith

more details »

When     Thu Mar 28, 2019 9:30am – 10:30am Eastern Time - New York

Calendar   Jim Newman

Who      - jackie.lyles@lifestylepubs.com - organizer
         · Jim Newman

Going (jnewman@lifestylepubs.com)?   Yes  -  Maybe  -  No    more options »

Invitation from Google Calendar

You are receiving this email at the account jnewman@lifestylepubs.com because you are subscribed for invitations on calendar Jim Newman.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.



Mail Attachment   invite.ics

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 
**Subject:** progress report from last week.
**Date:** March 26, 2019 at 9:15 AM
**To:** Jim Newman jnewman@lifestylepubs.com

--
Jackie Lyles
(404)█████



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com



TO DATE PROGRESS REPORT ACCOMPLISHMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION | DATE OF FOLLOW UPS AND STATUS TO DATE

## MONTH

**WEEK OF: 3/17/19**

| | |
|---|---|
| Mercedes Benz-Burrhrell   4/21/19 | met with Jewel. She said to contact her again in the fall (October) is when they plan for 2020. |
| Cumberland HVAC   3/31/19 | met with Jere Smith.  Interested in doing full 18 months - I think the offset cost is how he none the item |
| Verde Home   3/31/19 | met with owner Paul. He only does it a vendor days. Another 1 center wanted to try more neighborhoods/community |
| Ethos Smiles | met with Jodie Smith.  Sounded interested, then also spoke to doctor and he said they are cutting enough now. |
| Buckhead Complete Family Dentistry | dropped off a noise and puts to on 3/23/19 info. Nia (Pher Sd) She is in many adds |
| GH Home (loves) Aunt Fancy (Carolina) | spoke with Marketing, Eleanor Brooks. She said they bid something awhile back - not more than new |
| The Lovett School | emailed back and forth with Lindsey Worthian - they advertise AUG - DEC/MILER |
| Active Anti-Aging Institute | spoke to Michael on 3/14/19.  He said to call back in 60/90 days |

## DATE OF FOLLOW UPS AND STATUS TO DATE

August 2019 - for 2020 planning
Going back to see them on Thursday, 3/28 @ 9:30
Would like to try to get them in May - close to give them an offer
thought I'd reach out again in the summer - June 2019
I will call her every couple weeks.
I will reach out in early fall 2019
Email her end of April to have a meeting in early/mid May 2019
Call again end of May - May 20th.
Redraw Lyles

Case 7:19-cv-00089-BO   Document 51-7   Filed 06/25/20   Page 112 of 204
N2_000108



**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** American Leather proposal for May issue
**Date:** March 28, 2019 at 12:45 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim-
Here are the details regarding Verde Home.
I had an appt. there last week and the only reason/way they would advertise is if their vendor, American Leather is interested since they are paying for it.

key points:
1. Verde Home is a Home decor shop featuring an assortment of custom furniture, rugs, lighting & accessories.
2. The co-owner Paul said that American Leather is testing advertising in super local markets. They are currently advertising in the Peachtree Battle pub and Chastain Park (I think the Chastain Park pub is no longer beginning this past April issue).
3. He met with me last week because American Leather is doing 12 month agreements with hyper local pubs.
4. Verde Home is having a sale for American Leather from May 3 - June 17 so if our pubs got to people before May 3, they (American Leather) may be interested in advertising in one or two of our pubs - probably just BrookHaven since they are off Howell Mill. Our pubs would be a great opp. to reach over 100 readers and get people, their perfect demographic into their store for their high end sleeper sofas.
5. Paul, the co-owner of Verde Home has to email this proposal to American Leather, though I will call them to find out who handles this.

**So, haven't heard back - would like to send a proposal.**
-They would do a full page or if full page, why not premium?
-12 issues
-any online would be great
-they would create their own ad

I have attached the ad they ran the last month for P'tree Battle Living.
Please see below.

Let me know what else you need - running off to an appt!
jackie



HOLIDAYS ARE HECTIC.

**SLEEPING
ARRANGEMENTS
SHOULDN'T BE.**

"The Comfort Sleeper line is the standard by which
other sleeper sofas are measured"
Consumer's Digest Best Buy of 2017.

AMERICAN LEATHER    VERDE HOME

999 Brady Ave Suite 4, Atlanta GA 30318 | 678-927-9113 | verdehomeinc.com

--
Jackie Lyles
(404) ████





**From:** Jackie Lyles jackielyles@att.net
**Subject:** Fw: former client requesting the ad we did for them
**Date:** March 28, 2019 at 1:03 PM
**To:** Jim Newman jnewman@lifestylepubs.com, Jere Smith jsmith@cunninghamhvac.com

Hi all,
please let me know how this works for Lifestyle (BrookHaven).

see below.
thanks
jackie

----- Forwarded Message -----
**From:** Kate from N2 Publishing <kate.silberfeld@n2-publishing-6af3d2b0aee5.intercom-mail.com>
**To:** "jackielyles@att.net" <jackielyles@att.net>
**Sent:** Thursday, March 28, 2019, 12:53:58 PM EDT
**Subject:** Re: former client requesting the ad we did for them

Hi Jackie,

I hope you're doing great! Is this for Cunningham Associates? If so, here's a link to the ad:
https://ux.imanninge.it/raib.com/share/cbga/MXAA/Gill

I removed the client from this email chain.

**Kate** from N2 Publishing

On Thu, Mar 28, 2019 at 12:23 PM "Jackie Lyles" <jackielyles@att.net> wrote:
Hi field support :)

I used to work for n2 and "retired" recently

I have a previous client in the Peachtree Battle Living publication (GA_Peachtree) that would like the ad we did for them emailed to them. They are copied on this email.

I don't have access to n2 and pub manager any longer

Would you please email Jere Smith the last ad you all did for them?

Their last ad ran in the 2/2019 issue.


Many thanks! Hope you all are well!

Best,

Jackie Lyles

From: **Jim Newman** jnewman@lifestylepubs.com
Subject: Cunningham contract and update
Date: March 28, 2019 at 11:35 AM
To: Jackie Lyles jackie.lyles@lifestylepubs.com

Jackie,

Way to go on your first contract!

Congratulations and attached is your copy of the agreement that is now in the system. I just need you to find and send there past ad to me and I will show you how we then upload for the ad design team. Please see if you can send to me this week if possible and I will get it going for you.

Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would. You receive commissions for this ad the 1st of May once placed and delivered so at 15% you will earn $112.50 per month for just this one placement and for at least 18 months with company.

Depending on how sales go for you I will pay you $500.00 each month for the next three additional months plus whatever commissions you have earned. This means for May if you did nothing else but Cunningham I would still pay you $500.00 + $112.50 commissions = $612.50. Of course if you get that furniture company and a few more this month for the May issue it will be 15% of all sales plus the $500.00. I am just so happy to have you with us now and so wanted to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense.

Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.

Jim

## Advertising Agreement — Lifestyle PUBLICATIONS

Date **3/28/2019**   Acct Mgr **NEWMAN**   Region **GA**   Fiscal Year **2019**

Company Name **CUNNINGHAM ASSOCIATES**   Contact **JERE SMITH**

Address _____ Ste _____

City/State/Zip **Atlanta, GA 30340**

E-mail _____   Website **cunninghamhvac.com**

Fax _____   Office Phone **770**_____   Mobile _____

| Publication | Monthly Price | # Months | Size | Notes |
|---|---|---|---|---|
| Buckhaven | 750- | 36 | 1/2 | * may cancel @ 18 months -no pena |
|  |  |  |  |  |
|  |  |  |  |  |

Total sales amount **750-**   Publication run dates: Start **APRIL, 2019**   End **MARCH, 2022**

Design fee _____   Comments/instructions: **ONE TIME FREE DESIGN**

| Total amount due | | * FREE PLACMENT ONLINE DIRECTORY WITH LINK TO YOUR SITE |
|---|---|---|
| Monthly payment | | * BANNER AD. ($595.00 VALUE)   ✕ company story |
| First months payment *(includes design fee if applicable)* | 750 | Birthday: _MAY / 2014_   Company Anniversary: _DEC 1_ |

Payment type:  ☐ Visa  ☐ Mastercard  ☒ American Express  ☐ Discover  ☐ ACH

Name on Credit Card _Jere Smith_

Card Number _█████████████████_     Exp. date _3/23_ CSV _2392_

Bank Name *(for ACH)* _____     Account # _____ Routing # _____

Billing address *(if different than above)* _Same_

City/State/Zip _____

Signature ✗ _____     Date _3/28/19_

*By signing, I authorize Lifestyle Publications, LLC to charge my card / initiate ACH payments for all amounts due under this Agreement.*

**Lifestyle** PUBLICATIONS   P.O.Box 12608 | Overland Park, KS 66282-2608 | Fax 888.599.0733

---

## Advertising Agreement Terms and Conditions Please Read Carefully

**Acceptance.** By signing below, and by advertising with Lifestyle Publications, LLC, its successors or assigns (Lifestyle Publications), Advertiser, including its buying agencies or services (Advertiser) agrees without limitation or qualification, to be bound by, and to comply with these Terms and Conditions.

**Provision of Advertising Materials.** Advertiser will provide all materials for the advertisement in accordance with Lifestyle Publications policies in effect at the time, including without limitation to the manner of transmission to Lifestyle Publications and the lead-time prior to publication of the advertisement. Lifestyle Publications shall not be required to publish any advertisement that is not received in accordance with this provision and may substitute a previously published ad or other ad in accordance with this provision. Advertiser will be charged for the ad space reserved whether the advertisement runs in the publication or not.

**Positioning and Layout.** Except as otherwise expressly provided in the Advertising Agreement, positioning of advertisements and all layout decisions within the magazine or on any page is at the sole discretion of Lifestyle Publications.

**Full Payment.** Advertiser agrees that full payment of the contract price must be rendered in order for the terms of the contract to be satisfied. Payment is not dependent upon receipt of tear sheets. No partial payment or pro-rated amounts will be accepted as payments in full unless otherwise specified in writing. Failure to pay the amount due for more than 30 days will constitute a material breach on the Advertiser's part which gives Lifestyle Publications the right to cancel publication of future advertisements and collect based on the terms under Cancellations below, to be exercised at Lifestyle Publications' sole discretion.

All accounts past-due more than 30 days will incur interest charges of 1.5% per month. Advertisers will be charged a $30 fee for each returned check.

**Cancellations.** Advertiser understands that Lifestyle Publications offers discounted rates for multi-month contracts, and that Lifestyle Publications relies on Advertiser's agreement to fulfill a multi-month term in its business planning, in determining magazine layout and forecasting, and in determining publishing rates and schedule. Advertiser understands and agrees that Lifestyle Publications will incur damages that may be difficult to quantify by Advertiser's early cancellation.

If Advertiser cancels this contract for any reason, Advertiser will be charged a $200 cancellation fee and all previously published advertising under the contract will be re-invoiced at the open (month-to-month) rate published in Lifestyle Publications' most current Media Kit. Advertiser understands that the monthly ad rate in the most current Media Kit may differ from and supersedes the rate presented at the time of signing for the purposes of re-invoicing under this section.

Upon cancellation, Advertiser will be charged the most current open rate for all editorial content previously published as part of the Advertising Agreement, if Advertiser had not been previously charged for it. Editorial content shall be charged at the open rate for advertising, according to the size of the editorial. For example, if editorial is a full page, the Advertiser will be charged the open rate for a full page ad.

Advertiser must give written notice of cancellation 20 days prior to the next

of any such advertising, unless specifically allowed in writing by an authorized agent of Lifestyle Publications.

**No Warranty.** Lifestyle Publications MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY MATTER, INCLUDING WITHOUT LIMITATION ADVERTISING AND OTHER SERVICES, AND EXPRESSLY DISCLAIMS THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR ANY PARTICULAR PURPOSE.

**Limitations of Liability.** In the event that Lifestyle Publications fails to publish an advertisement and/or editorial in accordance with the schedule provided in the Advertising Agreement, or in the event that Lifestyle Publications fails to deliver the full time period prescribed in the Advertising Agreement, or in the event of any other failure, technical or otherwise of such advertisement and/or editorial to appear as provided in the Advertising Agreement, the sole liability of Lifestyle Publications and exclusive remedy of Advertiser shall be limited to placement of the advertisement and/or editorial at a later time until the total advertising time is delivered, unless the magazine is discontinued or Lifestyle Publications cancels this Advertising Agreement, which it may do at its sole discretion, in which case all obligations beyond the last issue published are relieved after full payment for outstanding invoices is made. Claims for any failure must be made within 30 days following the date of such failure. IN NO EVENT SHALL Lifestyle Publications BE LIABLE UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, LOST PROFITS, INDIRECT OR OTHER DAMAGES, WHETHER ARISING IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE.

**Advertiser Warranty and Indemnification.** Advertiser warrants and represents (1) that any ad submitted does not violate applicable law, including trademark, copyright, or other property rights of any third party, and (2) that Advertiser is authorized to publish the ad submitted. Advertiser agrees to hold harmless and defend at their sole cost Lifestyle Publications from any liability, loss or expense (including court costs and attorneys' fees), arising out of any breach of the aforementioned warranties and representations.

The person signing this agreement on behalf of Advertiser warrants that he or she has the authority to enter into this binding Agreement on behalf of Advertiser.

**Force Majeure.** Each party shall be excused from liability to perform its obligations under this contract where such failure results from delays caused by Acts of God, fires, floods, strikes, work stoppages, or controls or regulation of federal, state, or local governments.

**Attorney Fees.** If Lifestyle Publications must pursue collections or enforce this contract, or if suit is brought by Lifestyle Publications for collection or enforcement, then Advertiser shall pay to Lifestyle Publications all costs of collection and enforcement, including reasonable attorney's fees and court costs.

**Choice of Law, Jurisdiction, and Venue.** This agreement shall be construed in accordance with the laws of the State of Kansas, except to the extent that federal law preempts Kansas law. Advertiser irrevocably consents to the personal jurisdiction of the state and federal courts located in the state, county, or judicial district in which Lifestyle Publications' principal place of business is located and hereby waives all questions of personal jurisdiction for the purpose of carrying out this provision. Advertiser hereby agrees that service of process may be made upon Advertiser in any

...Advertiser has paid in full all amounts due, unless otherwise stipulated in writing by an authorized agent of Lifestyle Publications.

**Rejection of Advertisement.** Advertiser understands that Lifestyle Publications is a family-friendly publication, that it upholds strict graphic and editorial standards, and that it works diligently to maintain its public image. Not all advertisements will be consistent with Lifestyle Publications' family-friendly purpose and/or image, or meet the publication's graphic and editorial standards. Therefore, Advertiser understands and agrees that Lifestyle Publications may, at its sole discretion, reject advertisements for publication for any reason whatsoever. If Lifestyle Publications rejects an advertisement for publication, Advertiser may submit an acceptable replacement advertisement within Lifestyle Publications' deadlines for publication.

**Copyrights.** All advertising that represents the creative effort of Lifestyle Publications and/or the utilization of creativity, illustrations, labor, composition, or material furnished by Lifestyle Publications remains the property of Lifestyle Publications, including all copyrights, unless otherwise stated in writing and signed by Advertiser and an authorized agent of Lifestyle Publications. Advertiser understands and agrees that it cannot authorize reproductions, in whole or in part,

proceeding relating to or arising out of this Agreement or the relationship created by this Agreement by any means allowed by Kansas or federal law and further agrees that venue for any proceeding relating to or arising out of this Agreement shall be the county or judicial district in which Lifestyle Publications' principal place of business is located; provided, however, that Lifestyle Publications may bring any action for injunctive or other extraordinary relief in any state or federal district court which has jurisdiction.

**Entire Agreement and Severability.** This contract constitutes the entire agreement between Lifestyle Publications and Advertiser concerning the subject matter hereof and supersedes any prior Agreements. No representations, inducements, promises, or agreements, oral or otherwise, not embodied herein shall be of any force or effect. Headings used in this Agreement are provided for convenience only and shall not be used to construe meaning or intent. If any provision contained in this Agreement is determined to be invalid, illegal, or unenforceable in any respect, the that provision shall be severed and replaced with a new provision that most closely reflect the original intention of the parties and the remaining provision of this Agreement. Failure to enforce any provision shall not be deemed a waiver or relinquishment of any right under that provision. Any amendment must be agreed to in writing by both parties.

I affirm that I have had the opportunity to review this contract in its entirety, and that I understand and agree with all of the terms of the contract

DATE: 3/26/19

By: Name/Title _Jere Smith_

Signature

# Jim Newman
*Publisher*
P: 77█████
jnewman@lifestylepubs.com



**Lp Lifestyle** PUBLICATIONS

*Inspired* by Community ™

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** Re: Cunningham contract and update
**Date:** March 28, 2019 at 9:20 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Jim,
thank you so much for your support and kindness. You really are a great businessman and a very funny and kind man as well. Thank you for taking me on. I appreciate the trust and for paying me as well :)

jackie :)

On Thu, Mar 28, 2019 at 11:35 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

Way to go on your first contract!

Congratulations and attached is your copy of the agreement that is now in the system. I just need you to find and send there pasted to me and I will show you how we then upload for the ad design team. Please see if you can send to me this weas if possible and I will get it going for you.

Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would. You receive commissions for this ad the 1st of May once placed and delivered so at 15% you will earn $112.50 per month for just this one placement and for at least 18 months with company.

Depending on how sales go for you I will pay you $500.00 each month for the next three additional months plus whatever commissions you have earned. This means for May if you did nothing else but Cunningham I would still pay you $500.00 + $112.50 commissions = $612.50. Of course if you get first furniture company and a few more this month for the May issue it will be 15% of all sales plus the $500.00. I am just so happy to have you with us now and so excited to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense.

Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.

Jim

**Jim Newman**
*Publisher*
P: 7
jnewman@lifestylepubs.com

Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestyleonline.com

**Jackie Lyles**
(404)



*Inspired by Community*

Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com



**From:** Jim Newman jnewman@lifestylepubs.com
**Subject:** Re: Cunningham contract and update
**Date:** March 29, 2019 at 9:01 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Jackie,

We are thrilled to have you and know your business ethics and talents will serve us well. I want to do all I can to support you and know it is just getting out there and meeting people that will drive your success and you have the discipline to do that.

I am heading up to Summer Classics today for an appt. but if you want your check early let me now and will meet you. Make it a great day and let me know if I need to tweak the proposal I sent you or if you want me to hear send to your client for review.

Jim

On Mar 28, 2019 at 8:20 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Jim,
thank you so much for your support and kindness. You really are a great businessman and a very funny and kind man as well. Thank you for taking me on. I appreciate the trust and for paying me as well. J

jackie :)

On Thu, Mar 28, 2019 at 11:35 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

Way to go on your first contract!

Congratulations and attached is your copy of the agreement that is now in the system. I just need you to find and send them past so to me and I will show you how we then upload for the out dea go team. Please see if you can send to me this week if possible and I will get it going for you.

Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would. You receive commissions for this ad the 1st of May once placed and delivered so at 15% you will earn $112.50 per month for just this one placement and for at least (4 months) with company.

Depending on how sales go for you I will pay you $50.00 each month for the next three additional months plus whatever commissions you have earned. This means for May if you did nothing else but Cunningham I would still pay you $500.00 + $112.50 commissions = $612.50. Of course if you get that furniture company and a few more this month for the May issue I will be thrilled at all sales plus the $500.00. I am just so happy to have you with us now and so excited to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense.

Let me know if this seems too much if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.

Jim

**Jim Newman**
*Publisher*
jnewman@lifestylepubs.com

Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylemps.com

**Jackie Lyles**
(404)

<lifestylepubs-logo.png>

Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com



N2_000116

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com

**Subject:** Re: Cunningham contract and update

**Date:** March 29, 2019 at 9:08 AM

**To:** Jim Newman jnewman@lifestylepubs.com

hey there-
you're so nice! Monday is fine, thanks so much!
Good luck at your spot. I was at Summer Classics awhile back. Awesome place!
Feel free to email the proposal to me whenever and I can email to the guy today.
I am going to make calls and have an appt. at 11 with a nice lady from Ansley Atlanta. They are going through a lot of changes but you never know.
jackie

On Fri, Mar 29, 2019 at 9:01 AM Jim Newman <jnewman@lifestylepubs.com> wrote:

Jackie,

We are thrilled to have you and know your business ethics and talents will serve us well. I want to do all I can to support you and know it is just getting out there and meeting people that will dira your success and you have the discipline to do that.

I am heading up to Summer Classics today for an appt. but if you want your check early let me now and will meet you. Make it a great day and let me know if I need to tweak the proposal I sent you or if you want me to now send to your client for review.

Jim

On Mar 28, 2019, at 9:20 PM Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Jim

thank you so much for your support and kindness. You really are a great businessman and a very funny and kind man as well. Thank you for taking me on. I appreciate the trust and for paying me as well :)

jackie :)

On Thu, Mar 28, 2019 at 10:30 AM Jim Newman <jnewman@lifestylepubs.com> wrote:

Jackie,

Way to go on your first contract!

Congratulations and attached is your copy of the agreement that is now in the system. I just need you to two and send check and to run and I will cover you how we then upload for the ad design team. Please see if you can send to me this week if possible and I will get it going for you.

Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would. You receive commissions for this as the 1st of May on all places and delivered so at 10% you will see $112.50 per month for just this one placement and for at least 36 months with company.

Depending on how sales go for you I will pay you $500.00 each month for the next three additional months plus whatever commissions you have earned. This means for May if you did nothing else but Cunningham I would still pay you $500.00 = $112.50 commissions = $612.50. Of course if you get the furniture company and a few more this month for the May name it will be 15% of all sales plus the $500.00. I am just so happy to have you with us now and so wanted to start you off with $750.00 to thank you for the time and effort and to say you to some of that time and expense.

Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and to us know how we can support you.

Jim

## Jim Newman

Publisher
P
jnewman@lifestylepubs.com

Follow us at:
buckshavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

## Jackie Lyles
(404)

<lifestylepubs-logo.png>

Follow us at:
buckshevenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com



**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: Cunningham contract and update
**Date:** March 29, 2019 at 9:16 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

I sent you the proposal so if it is right send me the guys email and I can send it for you. To send I have to have his email address or I can show you how to do it so you can personalize the message in the attachment.

Jim

> On Mar 29, 2019 at 9:05 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>
> hey there-
> you're so nice! Monday is fine, thanks so much!
> Good luck at your appt. I was at Summer Classics awhile back. Awesome place!
> Feel free to email the proposal to me whenever and I can email to the guy today.
> I am going to make calls and have an appt. at 11 with a nice lady from Ansley Atlanta. They are going through a lot of changes but you never know.
> Jackie

>> On Fri, Mar 29, 2019 at 9:01 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
>> Jackie,
>>
>> We are thrilled to have you and know your business ethics and talents will serve us well. I want to do all I can to support you and know it is just getting out there and meeting people that will dive your success and you have the discipline to do that.
>>
>> I am heading up to Summer Classics today for an appt, but if you want your check early let me now and will meet you. Make it a great day and let me know if I need to tweak the proposal I sent you or if you want me to now send to your client for review.
>>
>> Jim

>>> On Mar 28, 2019, at 9:20 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:
>>>
>>> Jim
>>> thank you so much for your support and kindness. You really are a great businessman and a very funny and kind man as well. Thank you for taking me on. I appreciate the trust and for paying me as well :)
>>>
>>> Jackie :)

>>>> On Thu, Mar 28, 2019 at 11:35 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
>>>> Jackie,
>>>>
>>>> Way to go on your first contract!
>>>>
>>>> Congratulations and attached is your copy of the agreement that is now in the system. I just need you to find and send these past ad to me and I will show you how we then upload for the ad design team. Please see if you can send to me this week if possible and I will get it going for you.
>>>>
>>>> Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would. You receive commissions for this ad the 1st of May once placed and delivered so at 15% you will earn $112.50 per month for just this one placement and for at least 18 months with company.
>>>>
>>>> Depending on how sales go for you I will pay you $500.00 each month for the next three additional months plus whatever commissions you have earned. This means for May if you did nothing else but Cunningham I would still pay you $500.00 + $112.50 commissions = $612.50. Of course if you get that furniture company and a few more this month for the May issue it will be 15% of all sales plus the $500.00. I am just so happy to have you with us now and so wanted to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense.
>>>>
>>>> Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.
>>>>
>>>> Jim
>>>>
>>>>
>>>> **Jim Newman**
>>>> Publisher
>>>> P. 7
>>>> jnewman@lifestylepubs.com
>>>>
>>>> Follow us at:
>>>> buckheadnflifestyle.com
>>>> perimeternorthlifestyle.com
>>>> johnscreeklifestyle.com
>>>> alpharettalifestylepubs.com

N2_000118

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com

**Subject:** Re: Cunningham contract and update

**Date:** March 29, 2019 at 9:21 AM

**To:** Jim Newman jnewman@lifestylepubs.com

I am thinking if possible it would be nice coming from me? If you send though you can mention my name. His email is: jim@lifestylepubsinc.com

jackie

On Fri, Mar 29, 2019 at 9:16 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
I sent you the proposal so I'll is right send me the guys email and I can send it for you. To send I have to have his email address or I can show you how to do it so you can personalize the message in the attachment.

Jim

On Mar 29, 2019, at 9:05 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

hey there-
you're so nice! Monday is fine. thanks so much!
Good luck at your appt. I was at Summer Classics awhile back. Awesome place!
Feel free to email the proposal to me whenever and I can email to the guy today
I am going to make calls and have an appt. at 11 with a nice lady from Ansley Atlanta. They are going through a lot of changes but you never know.
jackie

On Fri, Mar 29, 2019 at 8:01 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

We are thrilled to have you and know your business will do and talents will serve us well. I want to do all I can to support you and know it is just getting out there and meeting people that will give your success and you have the discipline to do that.

I am heading up to Summer Classics today for an appt. but if you want your check early let me now and I will meet you. Make it a great day and let me know if I need to tweak the proposal I sent you or if you want me to now send to your client for review.

Jim

On Mar 29, 2019, at 5:20 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Jim
thank you so much for your support and kindness. You really are a great businessman and a very funny and kind man as well. Thank you for taking me on, I appreciate the trust and for carrying me as well :)

jackie :)

On Thu, Mar 28, 2019 at 11:36 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

Way to go on your first contract.

Congratulations and attached is your copy of the agreement that is now in the system. I just need you to fink and send them past so to me and I will show you how we then upload for the ad design team. Please see if you can send to me this week if possible and I will get it going for you.

Monday is the 1st and I have check for $750.00 to give you for your time and expenses, as I promised you I would. You receive commissions for the ad the 1st of May once placed and delivered so at 15% you will earn $112.50 per month for just the one placement and for at least 15 months with company.

Essentially on how sales go for you I will pay you $500.00 each month for the next three additional months plus whatever commissions you have earned. This means for May it you did nothing else but Cunningham I would still pay you $500.00 + $112.50 commissions = $612.50. Of course if you get that furniture company and a few more this month for the May issue it will be 15% of all sales plus the $500.00. I am just so happy to have you with us now and so wanted to start you off with $750.00 to thank you for the time and effort and to pay you for some of that time and expense.

Let me know if this seems fair and if you need anything else but I am thrilled with your start and attitude and let us know how we can support you.

Jim

**Jim Newman**

jnewman@lifestylepubs.com

Follow us at:
buckhavenlifestyle.com
gwinnettnorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylemag.com

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** ad for cunnngham
**Date:** April 2, 2019 at 8:58 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim,

1. attached is logo

2. Text to use in the ad:
residential service and repair
770-459-5722
cunninghamahvac.com

3. **Use main line as:**

Keeping Your Home & Family Comfortable

4. Use same or similar picture as below



--
Jackie Lyles
(404)



Follow us at:
buckhaven.lifestyle.com
carmaesroad.lifestyle.com
johnscreek.lifestyle.com
alpharetta.lifestyle.pubs.com



**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: today -
**Date:** April 2, 2019 at 9:07 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

All sounds productive and looks like you're building your lead bench. The toughest part of this is the first three months of building leads and then the rest is down hill with closing them and follow ups so you're on your way.

Let me know how I can help and when you wish me to go with you anytime.

Jim

On Apr 2, 2019, at 9:00 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Hi Jim!

I have two spots today. Going to The Piedmont (old folks home) and tried to see my Henessey Jaguar/Land Rover man after that. Will touch base later.

Hadn't heard back from Paul - he was out of town.
Found a new "wellness center" - not open yet. I called and left message for marketing guy and then tipped over there to drop off our pubs since they will be opening up in a few weeks. In Sandy Springs-I will try him again today.

Jackie

--
**Jackie Lyles**
**(404)** ████████

<lifestylepubs-logo.png>

Follow us at:
buckhaven.lifestyle.com
perimeternorth.lifestyle.com
johnscreek.lifestyle.com
alpharetta.lifestylepubs.com





NZ_000121

From: **Jackie Lyles** jackie.lyles@lifestylepubs.com ✏
Subject: Invitation: Sante MD Wellness Center - Dave @ Mon Apr 8, 2019 3pm - 4pm (EDT) (Jim Newman)
Date: April 3, 2019 at 9:36 AM
To: jnewman@lifestylepubs.com

## Sante MD Wellness Center - Dave

more details »

Meeting with Dave Francolini, co-founder

| | |
|---|---|
| When | Mon Apr 8, 2019 3pm – 4pm Eastern Time - New York |
| Where | ███████████████ NE, Atlanta 30328 (map) |
| Calendar | Jim Newman |
| Who | • jackie.lyles@lifestylepubs.com - organizer |
| | • Jim Newman |

Going (jnewman@lifestylepubs.com)?  Yes  -  Maybe  -  No    more options »

Invitation from Google Calendar

You are receiving this email at the account jnewman@lifestylepubs.com because you are subscribed for invitations on calendar Jim Newman.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

⬇          ⬇

Mail Attachment   invite.ics
1 KB              1 KB

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com  
**Subject:** report
**Date:** April 8, 2019 at 8:51 AM
**To:** Jim Newman jnewman@lifestylepubs.com

--
Jackie Lyles
(404)████



*Inspired* by Community™

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com



# TO DATE PROGRESS REPORT ACCOMPLIHSMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION

| MONTH | | DATE OF FOLLOW UPS AND STATUS TO DATE |
|---|---|---|
| WEEK OF: 3/17/19 | | |
| Mercedes Benz-Buckhead: 3/21/19 | met with Jewell. She said to contact her again in the fall (October) is when they plan for 2020. | August 2019 - for 2020 planning |
| ~ Cunningham HVAC: 3/21/19 | met with Jere Smith. Interested in doing for 18 months - I think the art cost is now bothering them..... | Going back to see them on Thursday, 3/28 @ 9:30 |
| Verde Home: 3/21/19 | met with owner Paul. He only does is a vendor pays. American Leather wanted to try more neighborhoods/community | Would like to try to get them in May - need to give them an offer |
| Elite Smiles | met with Louise Smith. Sounded interested, then she spoke to doctor and the said they are doing enough now. | thought I'd reach out again in the summer - June 2019 |
| Buckhead Cosmetic/Family Dentistry | dropped off a note and pubs on 3/13/19 to Dr. Nia (Pharr Rd) She is in many pubs | I will call her every couple weeks. |
| CR Home (Sewell Appliance/Cambria) | spoke with Marketing, Eleanor Brooks. She said they did something awhile back - not more print now | I will reach out in early fall 2019 |
| The Lovett School | emailed back and forth with Lindsey Wohlfrom - they advertise AUG - DECEMBER | Email her end of April to have a meeting in early/mid-May 2019 |
| Doctors Anti-Aging Institut | spoke to Michael on 3/14/19. He said to call back in 60/90 days | Call again end of May - May 20th. |
| | | Jackiw Lyles |
| | | |
| **WEEK OF: 4/1/19** | | |
| The Piedmont | Owned by SRG - will get with them. Based in CA | Check back in a couple weeks (week of 4/15) |
| Hennessy Jaguar/Land Rover | Met with Mark Hennessy just to say hello and let him know what I am up to | |
| Engels and Volkers - Ashley Batteson | Ashley was in the Chatain Park pub - said it didn't work - not ready to do another pub right now | |
| Bach Fitness - Nathan | Owner Nathan said no print right now | |
| Goodyear Buckhead - Paul Gimby | Paul was headed out of town with his wife that day so I just presented to him and he said to check back in a couple week call or visit week of 4/15 | |
| Visited car dealers on Roswell Rd: | Hendrix Toyota, Motor Cars of GA, RBM of Atl., Classic Subaru and Cadilac, Nalley Ford | Follow up with them this week |
| Verde Home | No response to my call/email re: May :( | Follow up for the June pub. |
| Southern Stern | | |
| Holy Innocents' School | Met with Andrew - check back in a couple months for September | Check back in June for Sept. |

**From:** Jackie Lyles jackielyles@att.net 
**Subject:** This one is from Best Self
**Date:** April 8, 2019 at 10:08 AM
**To:** jnewman@lifestylepubs.com



Jackie Lyles
404

**From:** **Jackie Lyles** jackielyles@att.net 
**Subject:** This is from My Sandy Springs
**Date:** April 8, 2019 at 10:09 AM
**To:** jnewman@lifestylepubs.com



N2_000126



**From: Jim Newman** jnewman@lifestylepubs.com
**Subject:** Re: This is from My Sandy Springs
**Date:** April 8, 2019 at 10:11 AM
**To:** Jackie Lyles jackielyles@att.net

Ok got it and thanks

> On Apr 8, 2019, at 10:08 AM, Jackie Lyles <jackielyles@att.net> wrote:

> <IMG_2030.JPG>

> Jackie Lyles
> 404

## Jim Newman

*Publisher*
P: 77
jnewman@lifestylepubs.com



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** Jackie Lyles jackielyles@att.net
**Subject:** Also page 17 of Atlantan
**Date:** April 8, 2019 at 10:11 AM
**To:** jnewman@lifestylepubs.com







**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** cunningham ad
**Date:** April 8, 2019 at 8:14 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim
have not been able to pull up the ad -

did click on "ad" link and it said "pending creative" - I guess that means waiting on creative to make changes?

-I emailed Dave from Santé MD (Santé means "health") M :)
Hadn't heard back from him. I will text you when I do - hoping again to somehow squeeze him in tomorrow - with soft opening on Wednesday, I think tomorrow is our best day. Yikes.

You wanted me to let him know to send us a press release for June?
Jackie

**Jackie Lyles**
(404 ▌▌▌▌



Follow us at:
buckheadlifestyle.com
peachtreecorridorlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** Jim Newman jnewman@lifestylepubs.com
**Subject:** Re: just in case...
**Date:** April 9, 2019 at 4:16 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Inside right covers and page 3 open for all four.

Jim

Sent from my iPhone

On Apr 9, 2019, at 4:06 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Hi there,

If you know would you let me know if there is the
Inside inside Front Cover and or Page 3 available in most publication alone it looks like Some I did I was to be cancelled the front

Buckhhead
Perimeter
Alpharetta
Johns Creek

thank u
jackie

**Jackie Lyles**
(404[REDACTED]

<lifestylepubs-logo.png>

Follow us at:
buckheadlifestyle.com
perimeterorlifestyle.com
johnscreeklifestyle.com
alpharettalifestyle.com

N2_000130

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 
**Subject:** Re: Cocktails in the Barn
**Date:** April 10, 2019 at 8:44 AM
**To:** Jim Newman jnewman@lifestylepubs.com

yes - i can go!  thanks :)

On Wed, Apr 10, 2019 at 8:07 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Do you want to go. Could be some business

Sent from my iPhone

Begin forwarded message:

From: Chastain Horse Park <paperlesspost@paperlesspost.com>
Date: April 10, 2019 at 7:39:11 AM EDT
To: jnewman@lifestylepubs.com
Subject: Cocktails in the Barn
Reply-To: lorinn@chastainhorsepark.org



Thanks for opening. You are getting this invitation because of your friendship with Sean O'Keefe.

We are looking forward to seeing you at our cocktail party.



COCKTAILS IN THE BARN
Thursday, April 18th from 6:00 PM to 8:00 PM
Chastain Horse Park
4371 Powers Ferry Rd NW, Atlanta, GA

Add to Calendar:                    or

Access event on the go:

N2_000131

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** Accepted: apt: TAYLOR WINN @ Tue Apr 16, 2019 1:30pm - 2:30pm (EDT) (Jim Newman)
**Date:** April 11, 2019 at 1:20 PM
**To:** jnewman@lifestylepubs.com

**Jackie Lyles has accepted this invitation.**

## apt: TAYLOR WINN

Tuesday, April 16th 2019, 1:30 pm
View Contact
SEE: Marketing: TAYLOR WINN
PHONE: (404) ▮▮▮▮▮▮
EMAIL: TAYLORWINN1@GMAIL.COM
ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FIRST FLOOR
ATLANTA, GA 30305

**WEBSITE: WWW.BUCKHEADWEALTH.COM
**recording available (see attached)

When      Tue Apr 16, 2019 1:30pm – 2:30pm Eastern Time - New York

Calendar   Jim Newman

Who       • Jim Newman - organizer
          • jackie.lyles@lifestylepubs.com

Invitation from Google Calendar

You are receiving this email at the account jnewman@lifestylepubs.com because you are subscribed for invitation replies on calendar Jim Newman.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

 

Mail Attachment   invite.ics
843 bytes        939 bytes

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 
**Subject:** Re: APPT>>BUCKHEAD WEALTH MANAGEMENT
**Date:** April 11, 2019 at 1:20 PM
**To:** Jim Newman jnewman@lifestylepubs.com

sure - I will go - thanks :)

On Thu, Apr 11, 2019 at 12:47 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Want to take this appt for me? Listen to recording

Begin forwarded message:

**From:** Sandra Reiss <reisspieces4@gmail.com>
**Subject:** APPT>>BUCKHEAD WEALTH MANAGEMENT
**Date:** March 29, 2019 at 12:42:39 PM EDT
**To:** Jim Newman <jnewman@lifestylepubs.com>

*JIM>>BUCKHEAD WEALTH MANAGEMENT*

*Tuesday, April 16th 2019, 1:30 pm*

*SEE: Marketing; TAYLOR WINN*
*PHONE: (404)* ▓▓▓▓▓
*EMAIL: TAYLORWINN1@GMAIL.COM*
*ADDRESS:* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
*FIRST FLOOR*
*ATLANTA, GA 30305*

**WEBSITE:* WWW.BUCKHEADWEALTH.COM
***recording available (see attached)*

Sandra Reiss

Jim Newman
*Publisher*
P: 7▓▓▓▓▓
jnewman@lifestylepubs.com

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

--
Jackie Lyles
(404) ▓▓▓▓



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

N2_000133

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** Re: Mark Your Calendar for April's Events!
**Date:** April 11, 2019 at 1:26 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim -
Can't do tonight.
jackie

On Thu, Apr 11, 2019 at 12:57 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
This is late notice but if want to go let me know later today and Arnette's is s great place.

Jim

# Upcoming Events



BROOKHAVEN CHAMBER
OF COMMERCE'S

## NETWORKING
*happy hour*

**ARNETTE'S**
CHOP SHOP

Thursday, April 11th, 2019
**Arnette's Chop Shop**
5:30-7:00 PM

## Join us THIS evening for what will be one of our best Networking Happy Hour's hosted by Arnette's Chop House!

Still have registered? It's not too late! Advanced registration cuts off at 12pm today, or you can pay for admission at-the-door.

Come soak up this beautiful weather on Arnette's Lanai and network with Brookhaven's finest businesses and professionals! There will be complimentary appetizers (listed below) and a cash bar. We hope to see you there!

Complimentary appetizers will include Shrimp Cocktail with Horseradish & Lemon; Wagyu Beef Tartare; Tuna Crudo with ramps, mint yogurt, chili, cucumbers; Bacon with Bourbon maple glaze, peanuts, jalapeños; and Goat Cheese & Beet Crostini on toast points.

CLICK HERE TO REGISTER

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: THE BIG EVENT Fogo de Chao Apr. 29. Great Networking, Great Restaurant
**Date:** April 11, 2019 at 1:30 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Ok

On Apr 11, 2019, at 1:26 PM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Yes - I will go

On Thu, Apr 11, 2019 at 1:02 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Want to go?

> Begin forwarded message:
>
> **From:** THE BIG EVENT - thebigevent3@gmail.com
> **Subject:** THE BIG EVENT Fogo de Chao Apr. 29. Great Networking, Great Restaurant
> **Date:** April 11, 2019 at 12:28:44 PM EDT
> **To:** jnewman@lifestylepubs.com
> **Reply-To:** thebigevent3@gmail.com

View this email in your browser

### Business Networking At It's Best
## MONDAY APRIL 29, 2019



## Fogo de Chao

### 3101 Piedmont Rd. NE
### Atlanta GA 30305

## CLICK HERE FOR TICKETS

### "THE BUSINESS PROFESSIONALS
### MONTHLY NETWORKING EVENT"

Whether you are from Fulton, Gwinnett, Cobb, Forsyth,
Dekalb, Cherokee, Dawson, Paulding, Douglas, Hall,

**From: Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** Re: Reminder: RSVP!
**Date:** April 12, 2019 at 10:07 AM
**To:** Jim Newman jnewman@lifestylepubs.com



yes! would love to attend.  I just rsvp'd

On Fri, Apr 12, 2019 at 9:27 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Jackie,

Can Victor is the owner of Nandina Home design and has done some advertising with us in the pat.  This would be good for you to go to and meet her and see if you can't bring her back in.

We have done a lot of press for her and she likes us and she will come back in she said and the timing is right.  If you go to either perimeter north or Buckhaven sites and in the search bar type in Nandina you can see the articles.

Can you rsvp and go?

Jim


Begin forwarded message:

**From:** Sue Collins <suepcollins@gmail.com>
**Subject: Re: Reminder: RSVP!**
**Date:** April 12, 2019 at 7:48:16 AM CDT
**To:** James Newman <jnewman@lifestylepubs.com>

you could touch base with Nandina and let them know we can get this up on our social media....

On Thu, Apr 11, 2019 at 4:52 PM Nandina Home & Design <svictor@nandinahome.com> wrote:





N2_000136

**From:** **Jim Newman** jnewman@lifestylepubs.com 📎
**Subject:** Fwd: You're Invited! HAVEN's Annual Patio Party
**Date:** April 15, 2019 at 5:05 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com



Jackie,

Do you and your husband want to go to this? It's free and fun.

> Begin forwarded message:
>
> **From:** Allie Reeves <allie@bluehominy.com>
> **Subject:** **You're Invited! HAVEN's Annual Patio Party**
> **Date:** April 15, 2019 at 3:28:40 PM CDT
> **To:** jnewman@lifestylepubs.com
>
> Hi Jim,
>
> Hope your week is going well! <u>HAVEN Restaurant and Bar</u>, Brookhaven's upscale neighborhood eatery, is excited to host their annual Patio Party next week on **Thursday, April 18 from 7-10pm. They'd love to extend an invitation to you (+ 1) to attend as their special guests!**
>
> Each year, the party marks the seasonal opening of their beloved and spacious outdoor patio and their outdoor live music series every Thursday night. During the event, HAVEN's Executive Chef Joe Macy will grill seasonal bites outdoors on the Big Green Egg such as such as *grilled scallops and shrimp with herb butter*; *BBQ pork sliders with coleslaw*; *grilled marinated quail*; *smoked chicken wings with ramp ranch*; and a selection of *grilled sausages with wholegrain mustard*, paired with beer and wine. Local band Gross, Hill & Callahan will also perform.
>
> While the event is priced at $35/person, the event would be complimentary for you and a guest. We hope you'll join us to enjoy HAVEN's beautiful patio for one of the most fun events kicking off the warm weather! **If you'd like to attend, please let us know, and please let us know your guest's name so we can add him or her to the list as well.**
>
> Thank you!
>
> --
> **allie reeves**
> assistant account executive | <u>blue hominy public relations</u>
> <u>@bluehominy</u>
>
> **HAVEN's Address:** 1411 Dresden Dr NE #160, Atlanta, GA 30319



**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 
**Subject:** progress report from last week
**Date:** April 15, 2019 at 7:40 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim,
Sorry I missed your call on Friday - I was overwhelmed with Prom - Caroline's junior prom was Friday night which means all day for girls.

Working on appts. this week.
Will give you a call -
jackie

–
Jackie Lyles
(404) ████



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com



# TO DATE PROGRESS REPORT ACCOMPLIHSMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION

| MONTH | | DATE OF FOLLOW UPS AND STATUS TO DATE |
|---|---|---|
| **WEEK OF: 3/17/19** | | |
| Mercedes Benz-Buckhead: 3/21/19 | met with Jewell. She said to contact her again in the fall (October) is when they plan for 2020. | August 2019 - for 2020 planning |
| Cunningham HVAC: 3/21/19 | met with Jere Smith. Interested in doing for 18 months - I think the art cost is now bothering them.... | Going back to see them on Thursday, 3/28 @ 9:30 |
| Verde Home: 3/21/19 | met with owner Paul. He only does is a vendor pays. American Leather wanted to try more neighborhoods/community | Would like to try to get them in May - need to give them an offer |
| Elite Smiles | met with Louise Smith. Sounded interested, then she spoke to doctor and he said they are doing enough now. | thought I'd reach out again in the summer - June 2019 |
| Buckhead Cosmetic/Family Dentistry | dropped off a note and pubs on 3/13/19 to Dr. Nia (Pharr Rd) She is in many pubs | I will call her every couple weeks. |
| CR Home (Sewell Appliance/Cambria) | spoke with Marketing, Eleanor Brooks. She said they did something awhile back - not more print now | I will reach out in early fall 2019 |
| The Lovett School | emailed back and forth with Lindsey Wohlfrom - they advertise AUG - DECEMBER | Email her end of April to have a meeting in early/mid-May 2019 |
| Doctors Anti-Aging Institut | spoke to Michael on 3/14/19. He said to call back in 60/90 days | Call again end of May - May 20th. |
| | | Jackiw Lyles |
| | | |
| **WEEK OF: 4/1/19** | | |
| The Piedmont | Owned by SRG - will get with them. Based in CA | Check back in a couple weeks (week of 4/15) |
| Hennessy Jaguar/Land Rover | Met with Mark Hennessy just to say hello and let him know what I am up to | |
| Engels and Volkers - Ashley Battleson | Ashley was in the Chataín Park pub - said it didn't work - not ready to do another pub right now | |
| Bach Fitness - Nathan | Owner Nathan said no print right now | |
| Goodyear Buckhead - Paul Gimby | Paul was headed out of town with his wife that day so I just presented to him and he said to check back in a couple week | call or visit week of 4/15 |
| Visitied car dealers on Roswell Rd: | Hendrix Toyota, Motor Cars of GA, RBM of Atl., Classic Subaru and Cadillac, Nalley Ford | Follow up with them this week |
| Verde Home | No response to my call/email re: May :( | Follow up for the June pub. |
| Southern Stem | | |
| Holy Innocents' School | Met with Andrew - check back in a couple months for September | Check back in June for Sept. |
| | | |
| **WEEK OF: 4/8/19** | | |
| Sante MD Wellness Center | Had an appt. on Monday - Dave was still out of town...said he'd be available week of 4/15 though no set date | Don't bug but keep on keeping on - in many pubs -opening April |
| 2U Laundry | met marketing person briefly - she said they are doing just social media but to contact in the fall for 2020 | Follow up in the fall 2019 |
| Catalyst Fitness | met with owner Bill and wife Valorie. Want to reach more in Midtown and VA Highlands | |
| Club Pilates | Has three locations now. Will think about it. A little expensive | Check back occasionally |
| Pharr Rd. Animal Hospital | Used to advertise with me. Budget for year spent. Keep in touch | Check back in the fall - |
| Integrative Wellness - stem cell | The marketing person is new and collecting info - | Check back in a couple weeks |

Case 7:19-cv-00089-BO   Document 51-7   Filed 06/25/20   Page 143 of 204   N2_000139

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com
**Subject:** question
**Date:** April 16, 2019 at 9:40 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim
I am headed off to an appt. Have a ques. You had mentioned car dealerships and then the Driver's Notebook in the magazine. How would or could this be beneficial to car dealers that are advertising with us?

I was looking at others peoples pubs last night and saw other Drivers Notebook sections and was just wondering. I could share this info. when meeting with car dealers.

thanks
jackie

**Jackie Lyles**
**(404)** ▓▓▓▓▓▓



Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
amberrelifestylepubs.com

**From: Jim Newman** jnewman@lifestylepubs.com 📎 
**Subject:** Re: question
**Date:** April 16, 2019 at 9:56 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

We can personalize the Drivers Notebook so to write about their dealership or their specific cars. Send a writer in for that.

Jim

On Apr 16, 2019, at 8:40 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

Hi Jim-
I am headed off to an appt. Have a ques. You had mentioned car dealerships and then the Drivers Notebook in the magazine. How would or could this be beneficial to car dealers that are advertising with us?

I was looking at others peoples pubs last night and saw other Drivers Notebook sections and was just wondering. I could share this info. when meeting with car dealers.

thanks
jackie

--
**Jackie Lyles**
**(404)** ███

<lifestylepubs-logo.png>

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com





**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 🖉
**Subject:** susan victor
**Date:** April 17, 2019 at 2:35 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi Jim -
I got there right before the slide show and workshop. I didn't meet Susan but met other people there. Do you have her email handy and I will send her an email. I had brought an Easter Lily and a PN Lifestyle and I wanted to thank her.

jackie

**Jackie Lyles**
**(404)** ████████



Follow us at:
buckheadlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
ambsrettallifestylepubs.com

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: progress report
**Date:** April 22, 2019 at 10:22 AM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Thanks Jackie and hope you had a great Easter,

Looks like you are presenting to around 6 prospects on average per week. Looks pretty good and make sure you focus on what we call Category 1 & 2 businesses. Those are the ones with the higher pricing and get more out of getting one or two clients from us per month.

They included relators, dentist, remodeler, plastic surgeons, any medical, interior designer and so on.

Talk later today,

Jim

On Apr 22, 2019, at 9:19 AM, Jackie Lyles <jackie.lyles@lifestylepubs.com> wrote:

<MONTHLY PROGRESS REPORT - Jackie Lyles.xlsx>


## Jim Newman
*Publisher*
P: 770
jnewman@lifestylepubs.com



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**TO DATE PROGRESS REPORT ACCOMPLISHMENTS FOR THE WEEK AND SPECIFIC ACCTS SEEN FOR PRESENTATION**

**DATE OF FOLLOW UPS AND STATUS TO DATE**

**MONTH**

**WEEK OF: 3/17/19**

| Account | Accomplishments | Follow Up |
|---|---|---|
| Mercedes Benz-Buckhead: 3/21/19 | met with Jewell. She said to contact her again in the fall (October) is when they plan for 2020. | August 2019 - for 2020 planning |
| Cunningham HVAC: 3/21/19 | met with Jere Smith. Interested in doing for 18 months - I think the art cost is now bothering them... | Going back to see them on Thursday, 3/28 @ 9:30 |
| Verde Home: 3/21/19 | met with owner Paul. He only does is a vendor pays. American Leather wanted to try more neighborhoods/community | Would like to try to get them in May - need to give them an offer |
| Elite Smiles | met with Louise Smith. Sounded interested, then she spoke to doctor and he said they are doing enough now. | thought I'd reach out again in the summer - June 2019 |
| Buckhead Cosmetic/Family Dentistry | dropped off a note and pubs on 3/13/19 to Dr. Nia (Pharr Rd) She is in many pubs | I will call her every couple weeks. |
| CR Home (Sewell Appliance/Cambria) | spoke with Marketing, Eleanor Brooks. She said they did something awhile back - not more print right now | I will reach out in early fall 2019 |
| The Lovett School | emailed back and forth with Lindsey Wohlfrom - they advertise AUG - DECEMBER | Email her end of April to have a meeting in early/mid-May 2019 |
| Doctors Anti-Aging Institut | spoke to Michael on 3/14/19. He said to call back in 60/90 days | Call again end of May - May 20th. |
| | | Jackiw Lyles |

**WEEK OF: 4/1/19**

| Account | Accomplishments | Follow Up |
|---|---|---|
| The Piedmont | Owned by SRG - will get with them. Based in CA | Check back in a couple weeks (week of 4/15) |
| Hennessy Jaguar/Land Rover | Met with Mark Hennessy just to say hello and let him know what I am up to | |
| Engels and Volkers - Ashley Battleson | Ashley was in the Chatain Park pub - said it didn't work - not ready to do another pub right now | |
| Bach Fitness - Nathan | Owner Nathan said no print right now | |
| Goodyear Buckhead - Paul Gimby | Paul was headed out of town with his wife that day so I just presented to him and he said to check back in a couple week | call or visit week of 4/15 |
| Visited car dealers on Roswell Rd: | Hendrix Toyota, Motor Cars of GA, RBM of Atl., Classic Subaru and Cadliaac, Nalley Ford | Follow up with them this week |
| Verde Home | No response to my call/email re: May :( | Follow up for the June pub. |
| Southern Stem | | |
| Holy Innocents' School | Met with Andrew - check back in a couple months for September | Check back in June for Sept. |

**WEEK OF: 4/8/19**

| Account | Accomplishments | Follow Up |
|---|---|---|
| Sante MD Wellness Center | Had an appt. on Monday - Dave was still out of town...said he'd be available week of 4/15 though no set date | Don't bug but keep on keeping on - in many pubs -opening April |
| 2U Laundry | met marketing person briefly - she said they are doing just social media but to contact in the fall for 2020 | Follow up in the fall 2019 |
| Catalyst Fitness | met with owner Bill and wife Valorie. Want to reach more in Midtown and VA Highlands | |
| Club Pilates | Has three locations now. Will think about it. A little expensive | Check back occasionally |
| Pharr Rd. Animal Hospital | Used to advertise with me. Budget for year spent. Keep in touch | Check back in the fall - |
| Integrative Wellness - stem cell | The marketing person is new and collecting info - | Check back in a couple weeks |

**WEEK OF: 4/14**

| Account | Accomplishments | Follow Up |
|---|---|---|
| Leslie Hindman | worked with in the past - new marketing person: James Smith - they are updating brand and will be in touch | check back in a month - maybe end of month for June issues |
| Stacey Adams - Harry Norman | She works alone - assoc. broker . has lots to fix like web site. Lives in B'head but in Perimeter office | I will check in with her monthly |
| Taylor Winn / Buckhead Wealth | had appt - no show rescheduled for week of 4/21 | |
| Autter Ride - Kim Crocker | rescheduled to week of 4/21 | don't think this is for them but will reach out occasionally |
| Lowe Baumen Group - Beacham | Like the pubs - in Buckhead - Group.. Didn't want to spend so much | will reach out in fall for 2020 |
| Buckhead Life Rest. Group | Have met in the past with others - this is a junior marketing person. - no more print this year. | gonna drop by early this week and drop off new pubs.. |
| Sante MD Wellness | sent out email on Thursday morning (4/18) - didn't hear back. | |

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com
**Subject:** Invitation: Sante MD Wellness - Dave F appt :) @ Wed May 1, 2019 1pm - 2pm (EDT) (Jim Newman)
**Date:** April 24, 2019 at 4:06 PM
**To:** jnewman@lifestylepubs.com

You have been invited to the following event.

## Sante MD Wellness - Dave F. appt :)

more details »

When      Wed May 1, 2019 1pm – 2pm Eastern Time - New York

Calendar   Jim Newman

Who       · jackie.lyles@lifestylepubs.com - organizer
          · Jim Newman

Going (jnewman@lifestylepubs.com)? Yes - Maybe - No    more options »

Invitation from Google Calendar

You are receiving this email at the account jnewman@lifestylepubs.com because you are subscribed for invitations on calendar Jim Newman.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.



Mail Attachment   invite.ics

N2_000145

Jackie Lyles
(404)███



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

**From:** **Jackie Lyles** jackie.lyles@lifestylepubs.com 🔗
**Subject:** Re: Invite to Atlanta Networking Events
**Date:** April 24, 2019 at 9:01 PM
**To:** Jim Newman jnewman@lifestylepubs.com
**Cc:** Karyn Slovin karyn.slovin@lifestylepubs.com

yes :)

On Wed, Apr 24, 2019 at 9:22 AM Jim Newman <jnewman@lifestylepubs.com> wrote:
Guys, below is a networking opportunity that may provide some great leads. Can yo both attend in your areas?

Jim

> Begin forwarded message:
>
> **From:** Pat Inclema <pat.inclema@tipclub.com>
> **Subject:** Invite to Atlanta Networking Events
> **Date:** April 24, 2019 at 7:17:23 AM EDT
> **To:** jnewman@lifestylepubs.com
> **Reply-To:** pat.inclema@tipclub.com
>
> Hi James,
>
> Please join us for our upcoming Buckhead and Alpharetta-Roswell Business Networking Events. Participate in business networking events where you will make instant connections and meet key decision makers in the Greater Atlanta Region.
>
> Register for the business networking events below and feel free to invite a friend. There is no cost to attend.
>
> ### Buckhead Business Networking Event
> DATE: Wednesday morning, May 1st, 2019
> TIME: 7:30 AM to 9:00 AM
> COST: None
> LOCATION:
> Palmer House Properties
> 2911 Piedmont Road NE
> Atlanta, GA 30305
> **REGISTRATION:** https://buckhead-tipclub-may2019.eventbrite.com
>
> ### Alpharetta-Roswell Business Networking Event
> DATE: Wednesday morning, May 8th, 2019
> TIME: 7:30 AM to 9:00 AM
> COST: None
> LOCATION:
> Intelligent Office
> 300 Colonial Center Parkway
> Suite 100
> Roswell, GA 30076
> **REGISTRATION:** https://alpharetta-roswell-tipclub-may2019.eventbrite.com
>
> We hope to see you there!
>
> Pat Inclema
> Membership Director
> Atlanta TipClub
> Phone: 8██████████
> Email: pat.inclema@tipclub.com
> Website: www.TipClub.com
>
> This email was sent to jnewman@lifestylepubs.com . Please click below to instantly unsubscribe from these emails or reply to this email with REMOVE in the subject line.

http://old.tipclub.com/UnsubscribeEmail.aspx?email=jnewman@lifestylepubs.com

Jim Newman
*Publisher*
P: 7██████████
jnewman██████████lifestylepubs.com



Lifestyle
*Inspired* by Community™

Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

From: **Jackie Lyles** jackielyles@att.net
Subject:
Date: April 29, 2019 at 7:09 AM
To: Jim Newman jnewman@lifestylepubs.com

Hi Jim,

I felt so horrible all weekend. I think you were saying that what you got from n2 was just about me.

I wanted you all to know that I never looked on my n2 computer stuff after I left to find contact info for their clients. I think that is what they were implying. I never thought to do that and never would. If I was working again in sales, I would just do what I always did in the past which is looking through magazines, driving around and going to events. That sounds awful and that is not me.

I did have access to n2 up until recently and I did go on it daily to help the man who took over my publication to help him with his publication through October then I would still check on it all daily to see how my old publication was doing. I enjoyed seeing what the pub proof looked like and would see who renewed in hopes that the people I sold into it would remain into it. I wanted Craig to succeed and I wanted my old magazine to succeed because I knew how much the residents loved it so I always checked on it. Since I had access to most things, I just looked. It was apart of my day. I'd look on Facebook, my email, Fox News and then n2. It was my routine, It was what I did when I worked there. I guess that seems weird but I think we are all creatures of habit and comfort and it was there and that what I did innocently out of love for the magazine I started.

I apologize for putting you all in a bad spot. I wasn't doing anything bad. Just checking on my old magazine.

I don't think I should work with you all any longer. I didn't realize this would all happen. Again, I was looking to work a little and keep busy.

Jackie

From: **Jim Newman** jnewman@lifestylepubs.com
Subject: Re:
Date: April 29, 2019 at 10:08 AM
To: Jackie Lyles jackielyles@att.net



Jackie,

I know you did not mean any of this and perhaps we can work out but to date I have not heard back from Dwayne and until I do it is better not to do anywogrk. If you have appointments I can go on them for you and once we resolve all this maybe we can continue. Right now the suit has a cease and dissiiss order for you not to work so let' honor that.

I will call you later and let you know what progressive's we are making.

Jim

On Apr 28, 2019, at 5:08 PM, Jackie Lyles jackielyles@att.net wrote:

Hi Jim,

From: **Jim Newman** newman@lifestylepubs.com
Subject: Letter of explanation from Jackie Lyles and action taken
Date: April 29, 2019 at 12:15 PM
To: duane@n2pub.com



Dwayne,

Below is an email from Jackie Lyles and please take a look at. I understand the under lying issue you have for all of this but wanted to share and explain how this may not be what you thought.

To be clear when hiring Jackie she said she use to work for N2 at which point I told her if she had a non-compete she needed to look at it and make sure she was ok with N2 since her contract was with you and I have never seen it.

She swears, as you see below on her intensions and knowing her as little as I do still believe what she wrote. Also, for the record Steven or Lifestyle did not know anything about me hiring a former N2 person and I never bothered to share since she had said she had left and had no more ties to N2.

I asked her about the one ad she requested from your office and her ongoing access to you system and her explanation is below. We did not use any of N2's ads and did not know she was doing this. Jackie appears to be very sweet lady who does not need to work and who's husband is very wealthy and was just looking for something to do.

In looking back and knowing the sensitivity of all this I should have never even considered hiring her, even if she was past whatever non-compete timeline you had with her. Based on all this she agrees now that even though she swears the intensions below that we need to part ways and that this is not in the best interest of any of us.

I know this goes much further than Jackie and so want to apologize for what has happened and clear the air.

If you don't want to talk just let me know but I have explained to Jackie that she cannot work with us under the circumstances and apparently her agreement with you as well.

Dwayne, in hind site this was insensitive to even consider her once knowing at some point she worked for N2 and I am very sorry for that.

Jim

Sent from my iPhone

Begin forwarded message:

**Jim Newman**

Re: Jackie

To: Deland.

June 24, 2019 at 2:48 PM



Jim

I will have to go back and look but it was the day you guys told me of the law suit.

I don't think she was ever served either. I have not spoken to her but once a week later since than and at that time she still had not been served, fyi.

Jim

On Jun 24, 2019, at 2:34 PM, Deland Shore <deland@lifestylepubs.com> wrote:

Hi Jim-

What date did she stop working for you?

Thanks-
--

**DeLand Shore**

lifestyle publications | cfo

p: (913) 599-4300
deland@lifestylepubs.com
lifestylepubs.com

DeLAND/
carrie
Francis

**Jim Newman**

*Publisher*
P: 77
jnewman@lifestylepubs.com

From: **DeLand Shore** deland@lifestylepubs.com
Subject: Re: Forwarding you letter and sharing
Date: June 24, 2019 at 3:19 PM
To: Jim Newman jnewman@lifestylepubs.com

yes

On Mon, Jun 24, 2019 at 2:07 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
Deland,

I assume you mean this letter and yes that is about the right time.

Thanks,

Jim

Begin forwarded message:

From: Jim Newman <jnewman@lifestylepubs.com>
Subject: Forwarding you letter and sharing
Date: April 29, 2019 at 5:27:57 AM EDT
To: "DeLand" <deland@lifestylepubs.com>

Deland,

I am thinking a couple of things to balance this before I do send and to look at it since it is illegal media now.

Dwayne,

Below is an email from Jackie [illegible]

[remainder of message illegible]

Sent from my iPhone

Begin forwarded message:

From: Jackie Lyles <jackielyles@att.net>
Date: [illegible] at [illegible] AM EDT
To: jnewman@lifestylepubs.com
[illegible] jackielyles@att.net

Hi Jim,

I felt so horrible all weekend. I think you were saying that what you got from n2 was just about me.

I wanted you all to know that I never looked on my n2 computer stuff after I left to find contact info for their clients. I think that is what they were implying. I never thought to do that and never would. If I was working again in sales, I would just do what I always did in the past which is looking through magazines, driving around and going to events. That sounds awful and that is not me.

I did have access to n2 up until recently and I did go on it daily to help the man who took over my publication to help him with his publication through October then I would still check on it all daily to see how my old publication was doing. I enjoyed seeing what the pub proof looked like and would see who renewed in hopes that the people I sold into it would remain into it. I wanted Craig to succeed and I wanted my old magazine to succeed because I knew how much the residents loved it so I always checked on it. Since I had access to most things, I just looked. It was apart of my day. I'd look on Facebook, my email, Fox News and then n2. It was my routine. It was what I did when I worked there. I guess that seems weird but I think we are all creatures of habit and comfort and it was there and that what I did innocently out of love for the magazine I started.

I apologize for putting you all in a bad spot. I wasn't doing anything bad. Just checking on my old magazine.

I don't think I should work with you all any longer. I didn't realize this would all happen. Again, I was looking to work a little and keep busy.

Jackie

**Jim Newman**
*Publisher*
P: 770█████
jnewman@lifestylepubs.com

  

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Re: N2 lawsuit
**Date:** June 20, 2019 at 3:27 PM
**To:** Deland. deland@lifestylepubs.com

Deland,

Here is the agreement we had. For the record I told her if she signed a non-compete she might want to make sure N2 did not have an issue working for us since of the sensitivity of the past.

When I heard that she was still accessing N2 software upon the suit I asked her about this and she said since she left a year earlier she had sold the magazine but was still helping the new publisher and only watching his growth. She claims she never stole any leads or called on any of his clients. I have never seen her old issue and have no idea what clients she use to have but did tell her not to call on any of N2's current ones.

I don't remember using anything from the ad she got from N2. She did tell me after the fact that she called N2 asking for the ad. That Cunningham had left N2 a year earlier and was no longer their client and that she could not get them back as long as she was with N2 because they did not like the publication but they did like her.

I did see the ad and it was bad so what I remember is we created our own and I am sure you can see this from the arc.

Jim



IMG_20190620_
0001.pdf

On Jun 20, 2019, at 2:40 PM, DeLand Shore <deland@lifestylepubs.com> wrote:

Hi Jim-

1) Can you send me your agreement with Lyles? We have to provide it to N2's attorneys. We will black out some parts, but we, of course, don't have a copy of it.

2) Also, can you confirm, did we use anything from the ad N2 ran for the client in the ad we ran for the client? Did we use a picture or anything at all from the old N2 ad? Or did we do a completely fresh design with all new elements?

Thanks-

**DeLand Shore**

**Jim Newman**
*Publisher*
P: 77█████████
jnewman@lifestylepubs.com

Lifestyle



From: **DeLand Shore** deland@lifestylepubs.com
Subject: Re: Jackie
Date: June 24, 2019 at 2:56 PM
To: Jim Newman jnewman@lifestylepubs.com

We were told she was served and I think has an attorney who has filed a response.

I found your email from her saying she would step away on 4/29 so I'm using that date.

Thanks-

On Mon, Jun 24, 2019 at 1:48 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
I will have to go back and look but it was the day you guys told me of the law suit.

I don't think she was ever served either. I have not spoken to her but once a week later since than and at that time she still had not been served, fyi.

Jim

On Jun 24, 2019, at 2:34 PM, DeLand Shore <deland@lifestylepubs.com> wrote:

Hi Jim-

What date did she stop working for you?

Thanks-
--

## DeLand Shore

**Jim Newman**
*Publisher*
P: 770
jnewman@lifestylepubs.com





Johns Creek

From: **DeLand Shore** deland@lifestylepubs.com
Subject: Subpoena on N2 matter
Date: December 5, 2019 at 11:28 AM
To: Jim Newman jnewman@lifestylepubs.com
Cc: Steven Schowengerdt steven@lifestylepubs.com

Hi Jim-

Hope you had a nice Thanksgiving.

We got notice you were issued a subpoena re: the N2 matter. Did you receive this?

Also, I found you asked Melanie to delete Jackie Lyles' email address. We were not supposed to do that. Once a lawsuit is filed we have to preserve everything that could be evidence. For example, one of the subpoena items is all of Jackie's email related to sales and prospecting. This could end up being a big problem that her email is all gone.

Do you have an attorney you work with? We may need to have you talk to our attorney about this. She is recommending you object to the subpoena. In any event, there will be very little to produce here.

Let me know if you got the subpoena.

Thanks-
—



DeLand Shore

From: DeLand Shore deland@lifestylepubs.com
Subject: Re: Subpoena on N2 matter
Date: December 5, 2019 at 12:57 PM
To: Jim Newman jnewman@lifestylepubs.com
Cc: Steven Schowengerdt steven@lifestylepubs.com

Okay. You can object to the subpoena because a NC court cannot order compliance on a GA company (your LLC is not named in the lawsuit). Just let me know when you get it and we can coordinate a response.

You can also start collecting:

1) Correspondence/email referencing N2; N2's proprietary software systems, including N2 Portal and PubManager; and Peachtree Battle Living (an N2 publication)

2) Correspondence/email between you or anyone on your team and Jackie about or referencing N2

3) Correspondence/email about American Leather; ATL Trash Can Valet; Atlanta Finest Floors, LLC; Chemistry Agency; Epps Aviation; Hennessy Land Rover & Jaguar; Northwest ENT and Allergy Center; S&S Rug Cleaners; Seagraves Plumbing; Smiles on Peachtree; Sugar Bert Boxing; and Cunningham Associates.

3a) Also, any contracts or invoices related to these client names

4) Correspondence/email between you or anyone on your team and Cunningham Associates or anyone related to that client concerning or referencing any ad in BHL, PNL, Johns Creek, or Alpharetta.

5) All email to/from _____ /_____ concerning or referencing N2; N2's proprietary software systems, including N2 Portal and PubManager; and Peachtree Battle Living (an N2 publication).

6) All email to/from _____ /_____ concerning efforts to place ads in BHL, PNL, Johns Creek, or Alpharetta.

7) Any correspondence/email between you and Jackie related to her recruitment, contracting, onboarding, training, or compensation.

Be sure no email gets deleted that is related to her or N2 or this matter. We may recommend objecting to the subpoena and then producing some limited documentation, if any, from these 7 points.

Thanks—

On Thu, Dec 5, 2019 at 11:24 AM Jim Newman <_____> wrote:
Deland.

No I have not been served and the first I have heard about this.



DeLand Shore

From: **Jim Newman** jnewman@lifestylepubs.com
Subject: Re: Subpoena on N2 matter
Date: December 5, 2019 at 1:37 PM
To: Deland. deland@lifestylepubs.com
Cc: Steven Schowengerdt steven@lifestylepubs.com

Deland,

I will forward you the one email Jackie sent referring to going on to N2 site and it was after all this with Dwayne came down.

Beyond that there was no conversation with any of our team members and no emits or conversations ever about her going onto the N2 site and none of us ever new she did this until Dwayne alerted us. She only called and told me she called N2 to get one of Cunningham and Assoc. ads so she could see what they have run in the past. Cunningham is the only accountant on your list that she called on that I am aware of and that we landed and they had not advertised with N2 according to Jackie for over a year.

There are no emails on N2 or any agreements she had with them or on anything she was doing in accessing their software and none of us in Atlanta new or even knew to ask if she had access or was still connected to N2 software

Chemistry Atlanta is the only other on the list that we already sell and was not her account and that we had prior to her starting as a sub contractor. We did not know when she left N2 and what her agreement was with them and have never seen any agreement between her and N2. The only conversation we ever had about N2 was personal when she told me she had worked for them with a magazine in the past and I told her to make sure whatever agreement she had with N2 that it would not be an issue

I do have all the emails we have ever sent to each other if you need and still all the text's we shared and you will see there is very little since she was with us a brief time and not once did any of this ever come up.

Jim



From: **DeLand Shore** deland@lifestylepubs.com
Subject: Re: Letter from Jackie Lyles
Date: December 5, 2019 at 1:44 PM
To: Jim Newman jnewman@lifestylepubs.com

Got it

On Thu, Dec 5, 2019 at 12:42 PM Jim Newman <jnewman@lifestylepubs.com> wrote:
> Deland,
>
> This email is from when I heard about the issue with Dwayne and confronted Jackie about it. The only thing I was aware of was she had called N2 and some girl there to see if they would send her an old ad for Cunningham HVAC who she told me she had in N2 over a year ago.
>
> I do remember telling Jackie not to call on any N2 clients but she assured me that Cunningham had not been in her N2 magazine in over a year. This is the only one we sold and that I am aware of that ever had any connection to N2.
>
> Jim

From: Jackie Lyles jackielyles@att.net
Date: April 29, 2019 at 8:08:52 AM CDT
To: Jim Newman jnewman@lifestylepubs.com
Reply-To: Jackie Lyles jackielyles@att.net

Hi Jim,

I felt so horrible all weekend. I think you were saying that what you got from n2 was you about us.

I wanted you all to know that I never looked on my n2 computer until after I left to find contact info for their clients. I think that is what they were implying. I never thought to do that and never would. If I was working again in sales, I would just do what I always did in the past which is looking through magazines, driving around and going to events. That somewhat awful and cool is not me.

I did have access to n2 up until recently and I did go on to help the man who took over my publication to help him with his publication through October then I would still check on it all daily to see how my old publication was doing. I enjoyed seeing what the n2 proof looked like and would see who renewed in hopes that the people I met into it would remain into it. I wanted Greg to succeed and I wanted my old magazine to succeed because I know how much the residents loved it as I always worked on it. Since I had access to most things I just looked. It was apart of my day. I'd look on Facebook, my email, my news and then n2. It was my routine, it was what I did when I worked there. I guess that seems weird but I think we are all creatures of habit and I worked on it and saw what I did truly out of love for the magazine I started.

I apologize for putting you all in a bad spot. I wasn't doing anything bad, just checking on my old magazine.

**From:** **DeLand Shore** deland@lifestylepubs.com
**Subject:** Fwd: FW: Neighborhood Networks Publishing, LLC, et al. v. Jacqueline Marie Lyles and Lifestyle Publications, LLC
**Date:** December 6, 2019 at 4:28 PM
**To:** Jim Newman jnewman@lifestylepubs.com

Jim-

Here is the subpoena and the other interesting read is the Memo in support of Lyles' motion.

You'll probably hear from our attorney soon.

Per our discussion about your indemnity of Lifestyle's legal fees, we have incurred around $20K in fees so far and will charge you $5K against the legal fees billed to date. If this case continues, the costs will be passed on to you under the indemnification terms of your publisher agreement.

Thanks-
--



DeLand Shore

Subpoena.pdf     Neighborhood
                 Networ...d).PDF

From: **DeLand Shore** deland@lifestylepubs.com
Subject: Re: Jackie's attorneys
Date: December 6, 2019 at 4:36 PM
To: Jim Newman jnewman@lifestylepubs.com

Jim-

Our attorney said you should have separate counsel and asked that your attorney call her.

**Carrie M. Francis**
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602

Thanks-

On Fri, Dec 6, 2019 at 3:35 PM DeLand Shore <deland@lifestylepubs.com> wrote:
Here are the attorneys who filed the motion to dismiss.

Matthew Nis Leerberg
email: mleerberg@foxrothschild.com

Jeffrey R. Whitley
jwhitley@foxrothschild.com

FOX ROTHSCHILD, LLP
P.O. Box 27525
Raleigh, NC 27611
Telephone: 919.755.8700
--

**DeLand Shore**

--

**DeLand Shore**

**From:** **DeLand Shore** deland@lifestylepubs.com
**Subject:** N2
**Date:** March 23, 2020 at 11:15 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Just let him know you are not represented. That doesn't mean you don't talk to attorneys, but you are not represented. You have given them what they asked for and haven't felt the need for representation.

--

DeLand Shore

From: **DeLand Shore** deland@lifestylepubs.com
Subject: Re: Past ad and suggestion
Date: March 24, 2020 at 10:50 AM
To: Francis, Carrie M. carrie.francis@stinson.com
Cc: Jim Newman jnewman@lifestylepubs.com

yes for me

On Tue, Mar 24, 2020 at 9:49 AM Francis, Carrie M. <carrie.francis@stinson.com> wrote.

Ok, I will clarify. Other than these changes, are the drafts good to send as a proposal to N2? Meaning you would be comfortable signing them?


**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602     \ Mobile: 480.213.6765 \ Bio

Assistant: Linda Holder \ 602     \ linda.holder@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.


From: Jim Newman <jnewman@lifestylepubs.com>
Sent: Tuesday, March 24, 2020 7:44 AM
To: Francis, Carrie M. <carrie.francis@stinson.com>
Cc: Deland. <deland@lifestylepubs.com>
Subject: Fwd: Past ad and suggestion


External Email – Use Caution

Carrie,

If this helps, here is what Jackie sent me on the ad that N2 created and attached below that is our ad. This shows that Cunningham did not like the N2 ad and asked us to only use of what they had done in the past but wanted us to change, which we did.

We did not copy their ad

Jim


Begin forwarded message:

From: Jackie Lyles <jackie.lyles@lifestylepubs.com>

Subject: Re: Past ad and suggestion

Date: March 29, 2019 at 8:02:52 AM CDT

To: Jim Newman <newmanjeff@aveppost.com>

Hey there Jim,

I know at Cunningham they don't like too busy of an ad.  Here are some ideas I had....

I looked at their website - I think it's always a good idea to see familiarity

1.  I took a screenshot of their web site pic (see below) - which would make a great 1/2 ad, adding the info on their old ad.  It's not too busy and I think it's really nice - maybe this is something we could put together for them?

I think we would need their logo.

2.  one other suggestion might be to turn your their ad into a blue ad, the entire background blue with the text on top of it

jackie - o



CURRENT AD RUNNING WITH LIFESTYLE



**From: DeLand Shore** deland@lifestylepubs.com
**Subject:** Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena
**Date:** March 24, 2020 at 11:17 AM
**To:** Francis, Carrie M. carrie.francis@stinson.com
**Cc:** Jim Newman jnewman@lifestylepubs.com

I think we are good to go.

On Tue, Mar 24, 2020 at 9:56 AM Francis, Carrie M. <carrie.francis@stinson.com> wrote:

Thanks, DeLand already approved.

**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602 | Mobile: 480 | Bio

Assistant: Linda Holder | 602 | linda.holder@stinson.com

**STINSON.COM**

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Sent:** Tuesday, March 24, 2020 7:55 AM
**To:** Francis, Carrie M. <carrie.francis@stinson.com>
**Cc:** Deland. <deland@lifestylepubs.com>
**Subject:** Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Deland,

Are you ok with what Carrie wishes to send over. I assume she is looking for your approval and not mine but I am good with it for the record.

Jim

On Mar 24, 2020, at 9:50 AM, Francis, Carrie M. <carrie.francis@stinson.com> wrote:

No additional information needed as of now. Just approval to send to N2. Thx

**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4564
Direct: 602 | Mobile: 480 | Bio

Assistant: Linda Holder | 602 | linda.holder@stinson.com

**STINSON.COM**

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Sent:** Tuesday, March 24, 2020 7:49 AM
**To:** Francis, Carrie M. <carrie.francis@stinson.com>
**Cc:** Deland. <deland@lifestylepubs.com>
**Subject:** Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Carrie.

Do you need any additional information from me and other than what I just sent and copied you on to the N2 attorney should I do anything else?

Jim

On Mar 23, 2020, at 6:25 PM, Francis, Carrie M. <carrie.francis@stinson.com> wrote:

Here is what I propose sending. Please edit or approve.

_____

Chris

As I indicated on our call last week, I reached out to both you and Mr. Newman to try and resolve this dispute without further litigation. You indicated that your client would consider a walk away scenario if certain assurances were provided. As it relates to the subpoena to Lifestyle SE, attached are documents (redacted to remove competitive figures and non-relevant transmittal information) that reflect Ms. Lyle's recruitment by Lifestyle SE and the Cunningham ad contract. Also attached are draft declarations for Mr. Newman and Mr. Shore that further reflect that other than Cunningham, Lifestyle SE has no N2 confidential information. I also confirmed that Lifestyle SE sold no ads to any of the additional businesses identified in Paragraph 3 of the subpoena. Cunningham was the only ad sold by Ms. Lyles during her short tenure working with Lifestyle SE.

Please let me know if this additional information and evidence will be sufficient to resolve this dispute.

Carrie

**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602.[          ] Mobile: 48[          ] Bio

Assistant: Linda Holder 1.60[          ] linda.holder@stinson.com

**STINSON.COM**

**From:** Chris S. Edwards <CSEdwards@wardandsmith.com>
**Sent:** Monday, March 23, 2020 7:51 AM
**To:** Jim Newman <jnewman@lifestylepubs.com>
**Cc:** Josh Karr <joshkarr@pmkm.com>; Deland. <deland@lifestylepubs.com>; Francis, Carrie M. <carrie.francis@stinson.com>
**Subject:** RE: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Mr. Newman:

Previously, you indicated that you had legal counsel. But on Friday, Carrie Francis informed me that she does *not* represent you. Can you please clarify whether you're represented by anyone and, if so, identify who that person is, so that we may communicate with him or her going forward?

Thanks,

Chris

**From:** Francis, Carrie M. <carrie.francis@stinson.com>
**Sent:** Friday, March 20, 2020 2:02 PM
**To:** Jim Newman <jnewman@lifestylepubs.com>; Chris S. Edwards <CSEdwards@wardandsmith.com>
**Cc:** Josh Karr <joshkarr@pmkm.com>; Deland. <deland@lifestylepubs.com>
**Subject:** RE: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Chris

I just left you a voice mail. Please call me when you are available.

Carrie

**Carrie M. Francis**
Partner

STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Direct: 602███████ Mobile: 480████████ | Bio

Assistant: Linda Holder | 602███████ | linda.holder@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.
If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or
disclose the contents to others.

**From:** Jim Newman <jnewman@lifestylepubs.com>
**Sent:** Friday, March 20, 2020 7:07 AM
**To:** Chris S. Edwards <CSEdwards@wardandsmith.com>
**Cc:** Josh Karr <joshkarr@pmkm.com>; Francis, Carrie M. <carrie.francis@stinson.com>; Deland.
<deland@lifestylepubs.com>
**Subject:** Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

External Email – Use Caution

Chris,

As I shared previously on the advise of attorney I have supplied information requested in subpoena.

I will be continue to follow her advise regarding this matter.

Jim

Sent from my iPhone

> On Mar 20, 2020, at 8:51 AM, Chris S. Edwards <CSEdwards@wardandsmith.com> wrote:

> Mr. Newman:

> This is my final attempt to meet and confer.

> If you do not contact me or come into compliance with N2's subpoena by the close of business
> today, I plan to file a Motion to Compel your compliance in the Northern District of Georgia.

> Chris

>> **From:** Chris S. Edwards
>> **Sent:** Tuesday, March 17, 2020 3:20 PM
>> **To:** 'Jim Newman' <jnewman@lifestylepubs.com>
>> **Cc:** Kathryn G. Fleming <KGFleming@wardandsmith.com>; Alex C. Dale

[illegible redacted text], Alex C. Date
<[redacted]>
Subject: RE: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Mr [illegible]

We need your [illegible redacted text]

The last line [illegible redacted text]

[illegible]

From: Jim Newman <[redacted]>
Sent: Monday, March 16, 2020 6:57 PM
To: Chris S. Edwards <[redacted]>
Subject: Re: Your response to Neighborhood Networks Publishing, Inc.'s Subpoena

Mr Edwards,

Through advise of attorney. If you have a proposal you can submit in writing as to how you wish to narrow the scope of the request so I may review and consider.

Sincerely,

Jim

> On Mar 16, 2020, at 11:02 AM, Chris S. Edwards <[redacted]> wrote:
>
> Mr. Newman:
>
> I am following up on my letter of March 4, 2020. In that letter, we requested that you supplement your incomplete responses to our subpoena by Friday, March 13, 2020. We have not received any additional information from you.
>
> I would like to avoid filing a motion to compel, but I do believe that my client is entitled to the information requested in the subpoena. Are you available this week for a phone call to discuss your subpoena responses and, perhaps, a way we can work together to identify responsive information that you may have in your possession? I would like to work this out before going to the Court if possible. I have some availability (1) tomorrow, Tuesday, morning at 10 AM, (2) Wednesday after 2 pm; or (3) Thursday after 9 AM. Please let me know if any of these times work for you.
>
> Also, if you are represented by counsel, please let me know so that I may correspond with him or her directly.
>
> Sincerely,
>
> Chris



On Thu, Mar 28, 2019 at 3:46 PM Jim Newman <jim/jnewell.newellcomfortable> wrote:

Jere,

It was great to see you again and we are so excited to have you join us as well as have Jackie with us to represent you and your needs.

Attached is the ad Jackie found that you have run in the past and if this is what you wanted we can create with our specifications.

I would like to suggest since we are a high resolution magazine offering tremendous color and quality that you take advantage of this in your ad. Since we are designing this for you and with your permission I would like to create an ad using the information in your ad but with color photo and design change.

Below is your ad along with some designs from one of our other partners so to provide ideas and please let me know if you are open to allowing us to get just slightly creative. I feel adding a photo will draw more views and response if ok.

Also, can you send me any high resolution logos so we may incorporate info your ad?

Just let us know and we will get to work and welcome aboard,

Jim

N2_000169



RESIDENTIAL SERVICE AND REPAIR



**Cunningham Associates
Heating and Air Conditioning, Inc.**
**770-455-6722**

cunninghamhvac.com



$25
Off
First
Service Call

New Customers Only
Not Valid with any other offers

"Excellent service
from a great neighbor"
Leah Wilkerson



Love Your Home

Let us connect your
entire home and your A/C!

✓ Kids Safe.
✓ Pets Safe.
✓ House Safe.

MILTON
HVAC MECHANICAL
Healthy Living Starts Here

Google
nest



**Jim Newman**
*Publisher*

P: 770

jnewman@lifestylepubs.com



Follow us at:

buckhavenlifestyle.com




**From:** **Jim Newman** jnewman@lifestylepubs.com
**Subject:** Re: N2
**Date:** April 8, 2020 at 1:11 PM
**To:** Deland. deland@lifestylepubs.com

Deland,

If your attorney thinks we can get this thrown out in a summary judgement then that sounds good to me.

> On Apr 8, 2020, at 12:02 PM, DeLand Shore <deland@lifestylepubs.com> wrote:
>
> Hi Jim-
>
> We can file the motion to dismiss/motion for summary judgement. Cost estimate is $5K-$7K. We can split this cost with you.
>
> Otherwise, we proceed through discovery and more response to their subpoena, in which case you would probably need your own attorney representing you about that.
>
> Let me know what you think.
>
> --

# DeLand Shore

c/o

lifestyle publications

p: (813) 598-4306

deland@lifestylepubs.com

lifestylepubs.com

# Jim Newman

publisher

lifestyle publications

p: (770)

jnewman@lifestylepubs.com

lifestylepubs.com









**From:** **Jim Newman** jnewman@lifestylepubs.com
**Subject:** Re: N2
**Date:** June 9, 2020 at 8:14 PM
**To:** DeLand Shore deland@lifestylepubs.com

Deland,

They are suing Lifestyle and not me. Steven has pointed this out to Dwayne several times but as we all know this is a personal issue going on between those two that has been going on forever.
I know I hired Jackie but only as a independent contractor never seaing any N2 contract. I know I f directed as he was he could easily come after me but still has not.
This is about Dwayne still
Mad at Steven and I am in the middle of it.
My attorney friend here asked why am I involved at all if not being sued and only part or their due diligence
I know you guys have tried to protect cost a lot and am grateful but is this all not the case and if so should I have to start paying all now going forward?
Not being ungrateful but trying to explain the way I am seeing this and that this is really not me being sued but an attack on Steven and Lifestyle and why Dwayne has not come after me but instead corporate and Steven.
Can we just split this?
Let's discuss further,
Jim

Sent from my iPhone



DeLand Shore



From: **Jim Newman** jnewman@lifestylepubs.com
Subject: Fwd: Attached Letter
Date: June 18, 2020 at 9:43 AM
To: Deland. deland@lifestylepubs.com

Deland,

I received this from Ward Smith. It does not look like they wish to resolve this and now want to direct towards me and Lifestyle SE LLC.

Where are we in the summary judgement and any advise? Obviously I do not have any type of business protection insurance.

Jim

From:
Subject:
Date:
To:
Cc:

**Alex C. Dale**
Attorney

**Ward and Smith, P.A.**
127 Racine Drive | University Corporate Center (28403)
Post Office Box 7068 | Wilmington, NC 28406-7068
P: 910.794.4806 | F: 910.794.4877 | M: 910.540.0104

If you have received this confidential message in error, please destroy it and any attachments without reading, printing, copying or forwarding it. Please let us know of the error immediately so that we can prevent it from happening again. You may reply directly to the sender of this message. Neither the name of Ward and Smith, P.A. or its representative, nor transmission of this email from Ward and Smith, P.A., shall be considered an electronic signature unless specifically stated otherwise in this email by a licensed attorney employed by Ward and Smith, P.A. Thank you.

 WARD AND SMITH P.A.                    ALEX C. DALE Attorney at Law

127 Racine Drive
University Corporate Center (Walton)
Post Office Box 7068
Wilmington, NC 28406-7068

P: 910.794.4806
F: 910.794.4877
a.dale@wardandsmith.com

June 15, 2020

VIA EMAIL

Lifestyle Publications S.E., LLC
c/o James Newman
2 Wieuca Trace
Atlanta, GA 30342

RE:  Lifestyle Publications S.E., LLC
     Our File 180595-00007

Dear Mr. Newman:

As you know, we represent Neighborhood Networks Publishing, Inc. ("N2 Publishing"). N2 Publishing has been in civil litigation in North Carolina concerning actions taken by Defendant Jacqueline Lyles, a former Account Executive of Lifestyle Publications S.E., LLC, in her role with your company and with Defendant Lifestyle Publications, LLC. In the filings in this pending case, Defendant Lifestyle Publications, LLC has repeatedly insisted that your entity, Lifestyle Publications, S.E., LLC, is the entity responsible for any wrongdoing in connection with the actions taken by Jacqueline Lyles. While we do not agree that Defendant Lifestyle Publications, LLC has no liability for the actions that occurred, it is clear that N2 Publishing must prepare a civil action against Lifestyle Publications, S.E., LLC at this time.

Please have your insurance carrier contact my office immediately to discuss this matter.

Yours very truly,

Alex C. Dale

cc:   Neighborhood Networks Publishing, Inc.
ND: (829-5157.0512, v. 1

ASHEVILLE        GREENVILLE        NEW BERN        RALEIGH        WILMINGTON
www.wardandsmith.com

**Jim Newman**

p:

Hi there!  Sorry about that. I was at church and hit call back by mistake!  Thanks so much for calling.  I will call you back after noon if that's okay?

Jackie Lyles :)

Sure and thought I hung up on you when answered.

No problem.

I'm here.  Can I order you anything ?

Hi there.  Can you talk for five?

I can in about 20 minutes if that's OK

Sure.  Just call me when available :)

███████

ATL Ga. 30342

Gate code ████

See you around 9:00 am and look forward to it



I was going to pick up a coffee at Einstein's.  Would you like one?

No and I have coffee here if want but up to you. Thanks

Kk. Be there in five :)

Yay.  Did the email thing and finding many leads!

Yea.  I love that you're on it



Back home. Looks like the rain stopped.  Hope you had a great weekend.

What's your week look like? Can't remember if you were leaving sometime this week

*(handwritten note, pink sticky:)*
Every Text TO + From Jackie Lyles - Photos Not INC. but if needed can provide. (Not Relevant - one is of Trump, desk, network event, and video of sun driving)

Txt begin Feb 17 @ 933am
End Dec 9 @ 4:47pm

Txts Start with Jackie, followed by Jim's Replies.

Jim

Hi Jim.

Hope you had an awesome weekend.

Leaving Friday.

Can we chat tomorrow?

I have to drop my car off to get serviced in the morning around 8:30. Can talk after that?

If you have appointments on Tues/Wednesday would love to join you to see what you say. Happy to meet as well tomorrow maybe at Cafe Vendome across from Fountain Oakes Kroger. Not so loud there :)

Sooooo thankful for the sunshine!!

Took my son driving in the cemetery after a mom/son service meeting today. So fun. :). Arlington cemetery is quite pretty!

Still at car place with lady. Will call when get rental

Ok. Sending you invites to join me on some appointments this week

I emailed you. Hope you get. Melanie said after you email me back I should pop up.

I can do those three appts. Will need my car tues because of son's 3:30 ortho appt. need to pick him up at school at 3.

So tomorrow just the 10:30 appt? We can meet after appt. if you'd like to chat and inspire if you are free

Looks like it and we can go over stuff

Let me know what time we can meet and either follow each other or drive together.

Just meet here at say 9:45 if works

Kk. Sounds good. Lots of questions. Night

Night

I'm here. Come out when ready. LMK if you'd like me to drive or can follow u

Come on in for a few

Remember to follow up with Sunrise :)

Thanks.

I noticed on arc client list that there are names I don't recognize. What would like look for with regard to names and then dates. Like a time it's safe to call again? You had mentioned 6 months. Does this make sense. Thx

Yes and so I look for activity first. If none I assume ok knowing I may end up having to back off if wrong but rather charge ahead and apologize later

Is Jenny the rep doing events now?

Jenny Kepano?

Yes But doubt if she's really going to be doing anything for us going forward

Any of her accounts are up for grabs probably

Meaning those that she hasn't landed but working

I'm here in parking lot :)

IMG_3720.HEIC

Took my son driving in the cemetery after a mom/son service meeting today.  So fun.  :).  Arlington cemetery is quite pretty!

Still at car place with lady.  Will call when get rental

Ok. Sending you invites to join me on some appointments this week

I emailed you.  Hope you get.  Melanie said after you email me back I should pop up.

I can do those three appts.  Will need my car tues because of son's 3:30 ortho appt.  need to pick him up at school at 3.

So tomorrow just the 10:30 appt?  We can meet after appt. if you'd like to chat and inspire if you are free

Looks like it and we can go over stuff

Let me know what time we can meet and either follow each other or drive together.

Just meet here at say 9:45 if works

Kk.  Sounds good.  Lots of questions.  Night

Night

I'm here.  Come out when ready.  LMK if you'd like me to drive or can follow u

Come on in for a few

Remember to follow up with Sunrise :)

Thanks.

I noticed on arc client list that there are names I don't recognize. What would like look for with regard to names and then dates. Like a time it's safe to call again? You had mentioned 6 months. Does this make sense. Thx

Yes and so I look for activity first. If none I assume ok knowing I may end up having to back off if wrong but rather charge ahead and apologize later

Is Jenny the rep doing events now?

Jenny Kepano?

Yes But doubt if she's really going to be doing anything for us going forward

Any of her accounts are up for grabs probably

Meaning those that she hasn't landed but working

I'm here in parking lot :)

It's official

No way! Thank you! Feel free to use them! Happy Tuesday morning!

😬 👍

Hi there. Can I have Melanie's email? I can't get into my gmail. It wanted me to re-enter my password and I think she had set me up with one and I don't remember it 🥺

melanie.portmanmlifestylepuhs.com

Hey there. What prop company did Karyn sell? Looking for a

pool renovation for our house.   Thx

United Hardscape.  Here is there 1 st ad.  Be cool if you let them quote and came form magazine relationship.

Oh good point.  I may look elsewhere.  Thx.
Wait.  I said a good idea.  What did you think I said?
It is ok now I meant.  Still from magazine relationship

Jackie. I know we were talking 9;00 am to meet here but have a conf call now then so can you come by at 10:00 instead?
Sure.  At your house or meet somewhere
My house
Thanks
K.  Had a few questions about commission as well.  I've been thinking about it.
Ok. See you at 10:00
Gate 4711

My new office :)
Calling tomorrow.  9-1.  We can chat earlier to practice if you'd like.  Please thank Darce again for help with the computer this morning.  Have a great night!
Love my lamp and fake flowers

Hey.  Have ques.  Can I call u

N2_000181

Is it ██████████████? Starbucks.

Thx

This one

Yes. Will go tomorrow to happy hour Brookhaven.

Do you have a user name and password

I registered you and you should be able to go up to three times for free but if they charge you it will be $10 and I will reimburse you

Kk. Thanks. 👍

Have appt at Georgia home theatre next week if you are in town. You can look at my calendar or I can send u invite

Leaving Friday for week in Destin. Want Karyn to go?

Think you are fine though. Your a natural

Good for you. I'm fine. Will be fun.

Yea. Your ready

Not rocket science. Quality leads, lots of presentations gets $ $.

Hey there. Can I pick up agreements from you tomorrow just in case. Feel free to leave somewhere. Thx

Sure. What time?

Anything else?

Not sure. Maybe early. Need to make calls and do walkins

Nothing else.

:)

Ok. See you sometime then

I will text. How early is too early.

Anytime. Just call on way so can get out of Jamey's and put water on my cowlick





Can I get agreements at 9? Feel free to leave outside front door.

Sure, not feeling well today so will do that if ok.

Have some kind of bug

Leave you a bunch since you will need 💧

I think you need a dose of the beach :)

Couldn't hurt

I'll be up later today I'm sure

These things usually don't last very long with me

Thx. Got the agreements. Is the hvac person in BuckHaven in there for awhile. Just wondering how long they've been in there

Yeah they have been in there for 4 1/2 years now

Had my first appt! Elite Smiles Chastain.   Didn't see doc. Marketing person new.  Went well. She said he really doesn't like print but they are going to be doing more marketing so will keep you posted. Maybe if we go back to meet with him next you can come. She liked magazine and the way it looked.

Does Nathan still work with u

No

How was your day?

Hey. Sorry missed your call. Not great. One of those days.
No appts. made. Tomorrow have two appts and will work on
walk-ins so excited about mixing it up. 👍 Was going to do
walk ins today but felt like I should plow through phone calls.
So pretty though with the blue skies. Enjoyed my calling

Forgot to say that I was going to be near their business today
on phone (which makes it for me easier to get an appt.) I
think that effected my effectiveness. 😭

PS. Had dentist appt at 3:30 :) today    Just FYI

So people not receptive or just not reachable?

Two appt tomorrow good.

Let's talk before going to them. What is your schedule?

Have a 10am in Marietta and a 2pm in Buckhead. So thought
would walk in car dealers in between.    Maybe talk like 8:30?

Wanted to drop in a couple before 10am to get me out :(

Ok. Tonight or in morning. Whatever works for you

Tomorrow better. Leaving soon with son for another amazing
church league b-ball game. I can talk closer to 10 if you'd
like. Anytime after 8:30. :)

Have a good night!

Sounds good



N2_000184

Can I call you later?

Yes and you must've pocket dialed me is all

Yes I did. Sorry. In traffic with my son. Will call little later. 😊

Did you butt dial me again?

Yes!!!!!!!!!

Sorry. Hope night was fun. Had a 9. On way to my 11. Will call after that. Sorry. Tired last night. Mentally tired

Relax. Not a race just pace yourself. It is always timing in this business but getting a lot of irons in fire will

Pay off.

When does May come out

Like when I'm hands of residents.

On May 1 st

All issues delivered on or before the 1 st of each month

Karyn signing an agreement today for two half pages for 18 months so see it can happen. Just takes a little time and patience is all

That's awesome! I just texted her. I also printed out her agreement as inspiration :)

Hi there. I forwarded you an email from my old hvac client. I think they want to do it. Just a 1/2 page. Let me know how to respond after u see email. When u get a chance. Thx!

Sent you some thoughts

Kk. Thx. Will look soon :).

Very cool

Can I offer them 24 issues at 36 Mo rate? Plus one banner.

If they say yes to that, would they still owe cancellation price if they cancel. I don't think they plan on canceling. People still think 2 and 3 years is long. 😅

Not me. I sold 36 and 24 with my old job :)



So one time ad creation is 495. 50 a month for in limited per length of agreement?

Either $795 unlimited paid up front or $50 mo. Unlimited

I noticed buck haven has two real estate people. We couldn't have an exclusive then right?

Correct. The idea was in general but we have two in PN as well. In perimeter north The agents probably won't renew so that's where the opportunity could be in the next four months

Back and ready to help. How does your week look? Need any assistance?

Good weekend?

At doctor appt. will touch base afterwards :)

Ok

Hi there. I am of in need of a little thinking time today. Don't feel like talking right now. Can call in the morning if that's ok. Weekend was lovely.

You ok?

Call me when you get a moment

My husband took my computer in to his office today for his computer guy to make more room on my computer and he deleted my Lifestyle pub email. I emailed Melanie. If you

could also let her know tomorrow to set it back up. I'm sorry.

No problem. Easy to fix

Thanks. :)



Oh I have two new appts besides Cunningham on Thurs. 





One on Friday so far ...

Way to go. Tell me if you want me to join

Did you get my email and are we meeting or riding together in the morning?

Let's just meet there. Prob easier.

Here is their address:

███████████████

Atl. 30340

Feel free to call me on the way with any questions. Thank you for coming :)

Ok

:)

I'm here. Come in Can I call you later?

I did not mean to call you but did send you the proposal so check it out when you can

Kk. Sorry. Was doing a few walkins

I like the proposal. Thank you! Am I able to email it to "Paul" Jackie if you want your check today let me know and I can meet you

Hi there. I didn't come by. Can tomorrow morning. Hope you all had a nice weekend! Let's chat in the morning some time. All good! Night 😅

Good morning, yes it's still outside on the doorstep and I will be here but on call at 10 o'clock

Hey there. I have a few errands then have a hair appt. Had a nice day. Good meetings they seemed. No sales yet..... will call later 😄

Oh. Emailed Cunningham stuff

This morning to you :)

Ok

On Roswell rd. Gonna

Mllmp

Go to car dealers



Which pub goes to country club of the south? Someone had asked me.

Johns creek

✔

Hi there

Can we meet tomorrow before our 3pm appt to discuss?

Sure. Call you in morning

Can you email those add since it did not come through text

Sorry, I can't talk right now.

N2_000188

Still want to

Meet early

Call m when you can

Jere from Cunningham says logo is too small in ad. He says the logo he sent is larger than in the proof. What size file does the logo need to be. He asked creative to make larger. It's still small

Did you approve Cunningham ad?

It shows approved in the system

No. They must have. I will call jere in a little    In meeting. Started late.   Oh. Would u mind resending me specs for ads? Thought I should have. You had sent awhile back but I could t open 😅 Want to go tonight ? I will call you.

My phone is broken. Going to att store. I will look at the invite. I can stop by. It's all day

want me to take a pic or two Hi there. Would mind resending invite from today.   I was there when you called.   Net

Tina.  She is awesome.  I took a pic of her with Agape lady and owner of the boutique.  I thought I'd send to Sue or someone to see if she could post on Instagram and or Facebook.

Waiting on an appt now so can't talk 😅 This one

Yes :)

Will send you Rick limpet contact for social

Media Cool

Hi Jim. Can u chat ?

N2_000189

:)

At Nardina.  Thank u for more car info !

Ok. See if owner Susan Victor there and say hi for me

Can I call you later?

Yes mam :)

Hi there.  A lady called from Sante at 5 and said Dave has to reschedule because he has to meet with a doctor and he was busy when she called so had to call me back for a new appt time.  I also got her name and number and said I'd call after noon if I don't hear back.  At least they called    Will keep u posted.

PS.  I just noticed the ads they are running currently all have diff phone numbers.

Sounds good and if they have different phone numbers that means they're using a cold tracking system

 We offer that as well

Sorry about the cancellation.    Uggg but makes life more exciting

No problem and things happen but they're responding

I thought the "private viewing" tonight of home at 795 Highcourt Rd was a good thing to attend.  Thx for chatting to me about why to go.

Yea.  Good girl.  Way to go and stay with it

You can tell him I don't need to work for you any more.  It's all good.

I don't want to get sued.  I think it's best if I am gone.

N2_000190

Seriously. I think it's better. Just follow up with appt next week   It's not worth it to stay.

Dave Burgess

dave.burgess@

Meggitt.com

He said he wanted to get in June.

Is Cunningham link on web site and will a copy of May go to their office? Bob will get a copy at home but not Jere the office guy.

Can you follow up with Dave and close and will pay you closing fee? I think he likes you and he does not need to know any of this like Cunningham.

Also have a check for you for April

What do you mean? Go on the appt?

Oh Dave burgess

No apt. Just over phone finalize what he wants. I will send agreement or go see when ready. Just think he likes dealing with you so if you can wrap up over phone I meant

Can you send me address to the spa I meeting at one?



How'd it go? Sorry about address.

Can I call you later?

Sure. Have a quick question do call me please as soon as you

can

At appt with son.  Will call sion

Soon

Okay. Thanks

Do you have Dave Burgess cell number?

I don't.  I will look again for his card though

What was his company name?

I don't remember. It's prob on your calendar from March

Sorry. Not home.  Getting daughters car looked at. I can look when I get home though

How are you doing?

Good.  Deliver meals to the elderly this morning. :)

How u

Good. Miss you though

:)

I have a check for you

Oh nice. Thanks!  You can mail it I can also pick up. Lmk. :)

It's just a small commission For Cunningham but wanted to give it to you

Anything is nice when not making money 😅

Good day? 👍

# EXHIBIT 3

**From:** Jackie Lyles jackie.lyles@lifestylepubs.com 🖉
**Subject:** cunningham ad
**Date:** April 10, 2019 at 9:08 AM
**To:** Jim Newman jnewman@lifestylepubs.com

Hi there-

Jere says the logo is too small in the ad - he said when he opens up the logo its larger than what is in the ad. He asked what size it needs to be.

Is there someone I can email or call in creative to ask them?

jackie

--
Jackie Lyles
(404) ▊▊▊▊



Follow us at:
buckhavenlifestyle.com
penmeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

pleadings, and reports in the course of his work for Magazine, shall be the property of Magazine, and Contractor shall retain no ownership, interest, or rights therein.

If any provision of this Agreement is held by a court of law to be illegal, invalid or unenforceable, (a) that provision shall be deemed amended to achieve as nearly as possible the same economic effect as the original provision, and (b) the legality, validity, and enforceability of the remaining provisions of this Agreement shall not be affected or impaired thereby.

This Agreement is executed and delivered within the state of Georgia and all the rights and obligations of each party shall be construed and enforced in accordance with, and governed by Georgia law.

This Agreement, including Attachment A, constitutes all of our agreements and understandings regarding your services. There are no other oral or written agreements regarding your services, and no one else is authorized to make any other agreements. Any future modifications or changes in your contract must be in writing and signed by you and Magazine's owner on behalf of the Magazine.

If this is acceptable please sign the original of this Agreement, including Attachment A and return it to me. We are very happy to have you on the team.

Sincerely,

James Newman
Publisher

2/19/2019

Date

Agreed and Accepted:

Jacqueline Lyles

Contractor Name

Jacqueline Lyles

Signature

1-18-19

Date



## Application

**Please read carefully.**

Thank you for your interest in Lifestyle Publications™. We're a fast growing company that is very proud of our publications, and we take our core philosophy seriously. Lifestyle Publications is in business to:

1) Give our customers the best advertising experience possible.

2) Help people in our company pursue, find, and develop their God-given gifts.

3) Be truly family-focused, both internally in how we treat our team and externally in all we produce.

4) Help to reclaim and revive the sense of neighbor and community.

If you're motivated to be a part of our winning team to accomplish these purposes, we welcome your application. We provide equal employment opportunities to all qualified candidates without regard to race, color, religion, national origin or ancestry, sex, disability, veteran's status, or age (18+). If you have a disability and need assistance to complete the application, any testing, or the interview process, please notify our receptionist.

We typically don't maintain a pool of applications for future use, but accept applications for a particular position. We're a drug-free work place. So we may, except where prohibited by law, require drug and/or alcohol testing as a condition of initial or continued employment. We may also conduct a background check and/or a consumer report about you from a consumer reporting agency.

Name:
Last _Lyles_ , First _Jacqueline_ Middle _Marie_

Address:
Street _4285_

City _Atlanta_ , State _GA_ Zip _30327_

Phone Number (please note preferred number):

Home: ( 404 ) ███████

Mobile: ( 404 ) ███████

Email Address: _Jackielyles@attint_

N2_000195

# Independent Contractor Agreement for

This Independent Contractor Agreement made and entered into by and between, Jackie Lyles and Lifestyle Publications SE LLC Welcome to the Lifestyle team.

Your services include, but are not necessarily limited, to the following:

- **Solicit businesses to advertise in publication stated above.**
- **Keep up with customers to provide excellence customer service and abide by magazines business practices**
- **Assist in payment of client invoices when necessary.**
- **Attend networking events when and where available.**

Your compensation will be 15% commission on monthly sales. Payments are made on the 1st of each month. Your services will start Feb 19th 2019, and you will receive your first payment on the placement month of your sales.

This Agreement will begin on the date set forth below, and will continue until terminated by either party. Either party may terminate this Agreement, effective upon written or oral notice of termination, at any time and for any reason.

For your first 3 months plus rest of Feb. you will receive the compensation package of:

- $1,000.00 base guarantee draw w/ Feb to be prorated.
- $15% commission paid end of each mo. on gross sales.

After May return to straight 15% commission program allowing you 3 ½ months to build territory.

This Agreement is conditioned on your acceptance of the attached Attachment A, Confidentiality, and Restrictive Covenant Agreement.

Your relationship with Magazine will be that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to, create a partnership, agency, joint venture, or employment relationship. Contractor will not be entitled under this Agreement to any of the benefits that Magazine may make available to its employees, including but not limited to group health insurance, life insurance, profit-sharing, retirement benefits, paid vacation, holidays or sick leave, or workers' compensation insurance. No part of Contractor's compensation will be subject to withholding by Magazine for the payment of any social security, federal, state or any other employee payroll taxes. Magazine will regularly report amounts paid to Contractor by filing a Form 1099-MISC with the Internal Revenue Service as required by law. Contractor may perform the services required by this Agreement at any place or location and at such times as Contractor shall determine. Contractor agrees to provide all tools and instrumentalities, if any, required to perform the services under this Agreement.

Contractor acknowledges and agrees that all documents produced by Contractor, including but not limited to memoranda, research notes, correspondence, emails,

N2_000196

**From:** **Jim Newman** jnewman@lifestylepubs.com 
**Subject:** Meeting tomorrow
**Date:** March 27, 2019 at 3:56 PM
**To:** Jackie Lyles jackie.lyles@lifestylepubs.com

Jackie,

I will see you tomorrow at 9:30am and do you want to ride with or meet?  Do you have any others you want me to go with you on as well for tomorrow or Friday?

Let me know and thanks,

Jim

## Jim Newman

*Publisher*
P: 77[REDACTED]
jnewman@lifestylepubs.com



Follow us at:
buckhavenlifestyle.com
perimeternorthlifestyle.com
johnscreeklifestyle.com
alpharettalifestylepubs.com

Employer: Telephone Number: From: _2001_
_Peachtree Road United methodest_ (Mo./Year) _Church_
Address: To: _2002_
_____ (Mo./Year)

Your Title Number of Employees Hours Per
_Preschool teacher_ You Supervised _____ Week: _____

Specific Duties:
_ran the Sock class of 12, 2 year olds_
_____

Last Salary: _____

Supervisor Name & Title: _____

Reason for Leaving:
_____
_____

**Were you ever terminated or discharged from this job? __Yes __No**

**Did you ever quit under threat of discharge? __Yes __No**

---

Employer: Telephone Number: From: _____
_____ (Mo./Year)
Address: To: _____
_____ (Mo./Year)

Your Title Number of Employees Hours Per
_____ You Supervised _____ Week: _____

Specific Duties:
_____
_____

Last Salary: _____

N2_000198

Please list your last two addresses previous to your current address:

**Address 1:**

Street
4285 ████████████████████████

City
Atlanta

State
GA

Zip
30327

**Address 2:**

Street
N/A

City

State

Zip

Are you 18 years
of age or older?
Yes ✓
No ___

Are you legally eligible
for employment in the
United States?
Yes ✓
No ___

(Note: If hired, you will be required to provide acceptable documentation of work eligibility within your first three days of employment.)

Have you been convicted of any offense more serious than a minor traffic violation in the last ten (10) years? Yes _____ No ✓

*(Note: A conviction or arrest will not automatically disqualify an applicant from employment. All circumstances will be considered.)*

**If "yes,"** please give explanation, including year, state, county, and offense:

n/a

Please complete the following information about your education background:

| | Circle Highest Earned Grade/Year Completed | Name of Institution | Did you graduate? | Degree Earned |
|---|---|---|---|---|
| High School | 9 10 11 12 | Crestwood High Schol | Yes X No___ | H.S diploma |
| College | (1) 2 3 4 5 | Georgia State | Yes___ No X | — |
| | | | | |