5/2/19

STATE OF NORTH CAROLINA

COUNTY OF NEW HANOVER

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO. 19-CVS-________

NEIGHBORHOOD NETWORKS PUBLISHING, INC. and N2 FRANCHISING, LLC,
Plaintiffs

v.

JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS LLC,
Defendants

AFFIDAVIT OF
MARYANN CELARDO

MaryAnn Celardo, being first duly sworn, deposes and says:

1. I am over 18 years of age, and I suffer from no mental disability. I am competent to testify concerning the matters stated herein, and the statements contained in this Affidavit are based upon my personal knowledge, except as to those matters stated on information and belief, which I believe to be true.

2. I am a Contracts Legal Affairs Specialist for Plaintiff Neighborhood Networks Publishing, Inc. ("N2" or the "Company"). In that capacity and by virtue of my duties and responsibilities, I am familiar with the manner in which the N2's records are created and maintained, and have access to its computer and software systems.

3. N2's records show that one its former advertisers is Cunningham Associates Heating & Air located in or around Atlanta, GA.

4. Information that is stored in the Company's "N2 Portal", which is the cloud-based software system that the Company and its Area Directors use to, among other purposes, manage and process customer advertising contracts, orders, and invoices, shows that N2 published the advertisement for Cunningham Associates Heating & Air between March 2016 and February 2019 in N2's publication *Peachtree Battle Living*. Such information contained in the N2 Portal is

kept in the course of regularly conducted business activity and it is the regular practice of the business activity to record such information.

5. Attached here under Exhibit A are true and accurate copies of (i) the front cover of the October 2018 issue of *Peachtree Battle Living*, which is a publication owned by N2, (ii) the page listing Jackie Lyles as the N2 Area Director responsible for *Peachtree Battle Living* at that time, and (iii) the page that includes the advertisement for Cunningham Associates Heating & Air in that issue of *Peachtree Battle Living*.

6. Upon information and belief, N2 designed that advertisement for Cunningham Associates Heating & Air.

7. Attached here under Exhibit B are true and accurate copies of (i) the front cover of the May 2019 issue of *BuckHaven Lifestyle*, which is a publication owned or operated by N2's competitor, Defendant Lifestyle Publications, (ii) the page listing Jackie Lyles as the Account Executive for Lifestyle Publications, and (iii) the page that includes the advertisement for Cunningham Associates Heating & Air in that issue of *BuckHaven Lifestyle*.

8. N2's *Peachtree Battle Living* and Lifestyle Publications' *BuckHaven Lifestyle* are competing publications located in or around Atlanta, GA.

This the 2nd day of May, 2019.

MaryAnn Celardo

NEW HANOVER COUNTY, NORTH CAROLINA

Sworn to (or affirmed) and subscribed before me this day by **MaryAnn Celardo**.

Date 5/2/2019

*Signature of Notary Public*

*My commission expires:* 12/14/2019

*(Official Seal)*

Emily M. Happick
Notary
Public
New Hanover County, NC

EXHIBIT A

October 2018

# PEACHTREE BATTLE *Living*

A Social Publication Exclusively For The Residents Of Peachtree Battle

## Say "Hello" To The Ingram Family

Photography By Nichole Schweickert Of Pram And Pea Photography

YOUR NEIGHBORHOOD • YOUR STORIES • YOUR PICTURES



www.n2pub.com
© 2018 Neighborhood Networks Publishing, Inc.

**AREA DIRECTOR** Jackie Lyles
404-936-0499
Jackie.lyles@n2pub.com

**AD MANAGER** Katie Connelly
katie.connelly@n2pub.com

**CREATIVE TEAM** N2 Publishing Design Team

**CONTRIBUTORS AT LARGE** The residents of Peachtree Battle

We are always looking for residents to follow up on leads, find great stories and send us ideas. Let's celebrate the great things happening in our community! No contribution is too small. Please email me at jackie.lyles@n2pub.com with your pictures, suggestions, or requests

DIAMOND FACEZ
SKIN CARE BAR
ONLINE FALL SPECIAL
THE GLOW EXPERIENCE TREATMENT
10% OFF YOUR FIRST TREATMENT WHEN YOU USE CODE "DF BUCKHEAD"
DFACEZ.COM
OFFER ENDS 10/30/18

*IMPORTANT*
# PHONE NUMBERS

| | |
|---|---|
| | **EMERGENCY** |
| 911 | Fire/Police/Ambulance |
| (404) 616-9000 | Poison Control Center |
| (800) 222-1222 | Poison Toll Free Hotline |
| | **NON-EMERGENCY** |
| (404) 658-6666 | Atlanta Police Department |
| (404) 848-7231 | Atlanta Police - Zone 2 |
| (404) 242-3321 | Peachtree Battle Security |
| | **ANIMAL CONTROL** |
| (404) 613-0358 | Fulton County Animal Services |
| | **CITY OF ATLANTA** |
| (404) 330-6051 | JP Matzigkeit - Councilmember District 8 |
| (404) 330-6333 or 311 | City of Atlanta 311 Customer Service Center |
| | atl311.com |
| | Highways & Streets |
| | Solid Waste Services |
| | Traffic & Transportation |
| | Watershed Management |
| (404) 546-6813 | Department of Parks (reports of trees down) |
| | **SCHOOLS** |
| (404) 802-7050 | E. Rivers Elementary |
| (404) 351-0012 | The Suzuki School |
| (404) 802-5600 | Sutton Middle School |
| (404) 802-4700 | North Atlanta High |
| | **AROUND THE NEIGHBORHOOD** |
| (404) 355-1009 | Bobby Jones Golf Course |
| (404) 609-7193 | Bitsy Grant Tennis Center |
| | **MISCELLANEOUS CONTACTS** |
| (404) 224-0102 | Fulton County Board of Assessors |
| (404) 730-7072 | Fulton County Voter Registration |
| (888) 660-5890 | Georgia Power Customer Service |
| (678) 413-8400 | Georgia Dept. of Driver Services |
| | www.dds.ga.gov |

**DISCLAIMER:** N2 Publishing is not affiliated with or contracted by the Peachtree Battle Alliance, Inc. (the "Association"). This publication, including the content of articles and advertisements contained herein, is not authorized or endorsed by the Association. Any articles included in this publication and/or opinions expressed therein do not necessarily reflect the views of N2 Publishing but remain solely those of the author(s). The paid advertisements contained within the *Peachtree Battle Living* magazine are not endorsed or recommended by N2 Publishing or the publisher. Therefore, neither N2 Publishing nor the publisher may be held liable or responsible for business practices of these companies. **NOTE:** When community events take place, photographers may be present to take photos for that event and they may be used in this publication.

The status quo, lapped again.
A near seven-decade disdain for the expected continues with the new Panamera. Redesigned inside and out, it breathes new life into classic Porsche design cues. More powerful, more advanced, and more luxuriously appointed, the new Panamera is not just a new car, but a new benchmark. Porsche. There is no substitute.
The new Panamera 4S.
Porsche Atlanta Perimeter
A Jim Ellis Automotive Dealership
4006 Carver Drive
Atlanta, Ga 30360
(888) 863-3416
PorscheAtlantaPerimeter.com
©2018 Porsche Cars North America, Inc. Porsche recommends seat belt usage and observance of all traffic laws at all times.

PORSCHE

Case 7:19-cv-00089-BO Document 51-8 Filed 06/25/20 Page 5 of 12



Photo by Kim Busby

2009 from Georgia Southern University. She is currently the media specialist at Morris Brandon Primary. Brandon graduated from Georgia Tech's College of Architecture in 2003. In 2012, he formed C. Brandon Ingram Design, an award-winning firm specializing in the design and renovation of classic and traditional houses across Southeast.

Charlie is now a six-year-old kindergartener at Morris Brandon and plays baseball and soccer. Mary Patrick and Elizabeth are three and are in preschool at Peachtree Road United Methodist, where the Ingrams also attend church. They, of course, love all things pink, purple, and *Frozen*! And all three have picked up their dad's appreciation for art, drawing, and Elvis and their mom's love of reading!

The Ingrams love a reason to celebrate! Birthdays are always a big deal at their house as are Easter and Christmas. They have continued their traditional Christmas Eve gathering with neighbors, friends, and family. As a family, they all enjoy Georgia Tech sports, Braves games, and vacations to their favorite beach destination, Amelia Island, where Katie grew up going, as well. When they are not enjoying time on their back patio, they like to spend time at Memorial Park, and the kids love Friday night dinners at Whitehall Tavern and ice cream at Baskin Robbins!

"One of our favorite things about living in our neighborhoods is the people we have met," Katie says. "We have gotten to know so many wonderful young families like ours and look forward to meeting even more!" And Brandon adds, "This is absolutely a place that we feel comfortable. The location and the people in our neighborhood make it somewhere we look forward to calling our home for many years to come."

RESIDENTIAL SERVICE AND REPAIR
TM
Cunningham Associates
Heating and Air Conditioning, Inc.
770-455-6722
cunninghamhvac.com
$25 Off
First Service Call
New Customers Only
Not Valid with any other offers
"Excellent service from a great neighbor"
Leah Wilkerson

Case 7:19-cv-00089-BO Document 51-8 Filed 06/25/20 Page 6 of 12

# EXHIBIT B

  LOG IN

1 / 36

SHARE SAVE LIKE

**Lifestyle Publications**
Published on Apr 16, 2019

## BuckHaven, GA May 2019

May 2019 Issue of BuckHaven Lifestyle

### Similar to

Advertisement

5/2/2019 BuckHaven, GA May 2019 by Lifestyle Publications - issuu

Source Weekly April 18, 2019

by thesource...

Lehigh Valley Marketplace 2019 May

by lehighvalle...

Canton Family Life 5-19

by familylifep...

Seaside Magazine April 2019 Issue

by seasideti...

## Popular now

Advertisement

Stella & Dot Summer 2019 Lookbook (US)

by stelladot

Spring/Summer 2019 Catalog

by pamper...

Spring 2019 Collection

by vantelpe...

2019 Product Guide - U.S.

by youngli...

## Just for you

Advertisement

Johns Creek, GA May 2019

by lifestylepubs

Midtown, GA May 2019

by lifestylepubs

Johns Creek, GA February 2019

by lifestylepubs

Perimeter North, GA May 2019

by lifestylepu...

GO EXPLORE

Company | Creator Hub | Resources | Plans & Products | Apps

About us | Overview | Support | | iOS

https://issuu.com/lifestylepubs/docs/buckhaven_2019_5_print?e=190417172018-34405ec70f2045f2a8773dd4094b501c 2/3




issuu Search Issuu PUBLISH FEATURES READ SIGN UP LOG IN

# Hello BuckHaven.

**N LIPSTICK, CLEAR PLASTIC RAIN HAT, A FEW CLEAN TISSUES IN HER PURSE AT** days when she made dinner, still dressed for ught Sunday school. She served on the local ote thank you notes and had a stunning smile. d writing poetry, moving through her days as e thoughtfulness and intentional efficiency. 6 years of marriage, they both found new with relief and freedom. Mom continued to grace, though I don't think she wore aprons er growing up, admired her when I became a mother and miss her now that she's gone. my favorites are those moments when, com- Yup, that was the best. Cursing has come a and back then, was kinder and more gentle. or a heck, the world came to a screeching halt. t she could project, launching a dangit across e of a hydrogen bomb. It didn't happen that very own June Cleaver would morph into a real o was confident enough to curse. Now, don't n I first heard her whisper a "go to heck" and I b. I could be wrong, but that's my prerogative. s (19, 22, 27). I have been known to ask, WTH? e, inflated restaurant menu prices and pollen. his issue, we honor women. In all their glory.

Happy Mother's Day

Xo

**MARKET AREA ADMINISTRATOR**
Darce Richardson | darce.richardson@lifestylepubs.com

**SENIOR ACCOUNT MANAGER**
Karyn Slovin | karyn.slovin@lifestylepubs.com

**ACCOUNT EXECUTIVE**
Jackie Lyles | jackie.lyles@lifestylepubs.com

**CONTRIBUTING WRITERS**
Dennis Malcolm Byron, Meg Daws

**CONTRIBUTING PHOTOGRAPHERS**
Glenny Brown, Raphael Miller

## CORPORATE TEAM

**CHIEF EXECUTIVE OFFICER** Steven Schowengerdt
**CHIEF SALES OFFICER** Matthew Perry
**CHIEF FINANCIAL OFFICER** Deland Shore
**ART DIRECTOR** Sara Minor
**OPERATIONS DIRECTOR** Janeane Thompson
**EDITORIAL MANAGER** Nicolette Martin
**AD MANAGER** Chad Jensen
**REGIONAL SALES DIRECTOR** Eric Williams
**WEB APPLICATIONS** Michael O'Connell

Cove appliances are engineered to adapt to the dishes you clean most - with more

SHARE SAVE LIKE 1

Lifestyle Publications
Published on Apr 16, 2019

**BuckHaven, GA May 2019**

May 2019 Issue of BuckHaven Lifestyle

Case 7:19-cv-00089-BO Document 51-8 Filed 06/25/20 Page 10 of 12








issuu Search Issuu PUBLISH FEATURES READ SIGN UP LOG IN

GOOD TIMES

## BuckHaven Salutes Songster

## Carter's Preemie Dream Team Event

SHARE SAVE LIKE 1

Lifestyle Publications
Published on Apr 16, 2019

# BuckHaven, GA May 2019

May 2019 Issue of BuckHaven Lifestyle

## Similar to

Advertisement



Source Weekly April 18, 2019
by thesourceweekly

Lehigh Valley Marketplace 2019 May
by lehighvalleymark...

Canton Family Life 5-19
by familylifepublicat...

Seaside Magazine April 2019 Issue
by seasidetimes

## Popular now

Advertisement



Stella & Dot Summer 2019 Lookbook (US)
by stelladot

Spring/Summer 2019 Catalog
by pamperedchef

Spring 2019 Collection
by vantelpearls

2019 Product Guide - U.S.
by youngliving