UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, INC. and N2 FRANCHISING, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| JACQUELINE M. LYLES and LIFESTYLE PUBLICATIONS, LLC, | ) ) ) | 7:19-CV-89-BO |
| Defendants. | ) ) | |

**Decision by Court.**
This cause comes before the Court on defendant Lifestyle Publication's motion for summary judgment and plaintiffs' motion to modify scheduling order, motion for extension of time, motion for sanctions, motion for leave to file sur-reply, and motion for privilege determination.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant Lifestyle's motion for summary judgment [DE 42] is GRANTED. Plaintiffs' motion to modify scheduling order, motion for sanctions, and motion for leave to file sur-reply are DENIED. [DE 45, 53 , 55]. Plaintiffs' motions for privilege determination and for extension of time to file response/reply are DENIED as MOOT. [DE 46, 58]. All claims against defendant Lifestyle are dismissed.

This case is closed.

**This judgment filed and entered on February 1, 2021, and served on:**
Alexander C. Dale (via CM/ECF Notice of Electronic Filing)
Christopher S. Edwards (via CM/ECF Notice of Electronic Filing)
Hayley Roper Wells (via CM/ECF Notice of Electronic Filing)
Anna Carr Halsey (via CM/ECF Notice of Electronic Filing)
Jeffrey R. Whitley (via CM/ECF Notice of Electronic Filing)
Matthew Nis Leerberg (via CM/ECF Notice of Electronic Filing)
Matthew W, Krueger-Andes (via CM/ECF Notice of Electronic Filing)
Carrie M. Francis (via CM/ECF Notice of Electronic Filing)
Amy Purwin Hunt (via CM/ECF Notice of Electronic Filing)

PETER A, MOORE, JR., CLERK

February 1, 2021

 /s/Lindsay Stouch
By: Deputy Clerk