IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-cv-89-BO

| | |
|---|---|
| NEIGHBORHOOD NETWORKS PUBLISHING, INC. and N2 FRANCHISING, LLC, <br>     Plaintiffs, <br><br> v. <br><br> JACQUELINE MARIE LYLES and LIFESTYLE PUBLICATIONS, LLC, <br>     Defendants. | **NOTICE OF APPEAL** |

Plaintiffs Neighborhood Networks Publishing, Inc. and N2 Franchising, LLC give notice of their appeal to the United States Court of Appeals for the Fourth Circuit from this Court's February 1, 2021 order granting Defendant Lifestyle Publications' motion for summary judgment, (D.E. 61), and the judgment entered thereon, (D.E. 62).

This the 2nd of March, 2021.

*/s/ Chris S. Edwards*
Alex C. Dale
N.C. State Bar I.D. No.: 28191
email: acd@wardandsmith.com
Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
email: csedwards@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
*Attorneys for Plaintiffs*

ND: 4845-5406-1020, v. 1